AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____ Delaware _____

GIRAFA.COM, INC.,

Plaintiff

V.

AMAZON WEB SERVICES LLC, AMAZON.COM, INC.,
ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC.,
SNAP TECHNOLOGIES, INC., YAHOO! INC.,
SMARTDEVIL INC., EXALEAD, INC., and EXALEAD S.A.,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-787

TO: (Name and address of Defendant)
Amazon.com, Inc.
c/o The Corporation Trust Company (registered agent)
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                           December 5, 2007
CLERK                                         DATE

_E. Stucklen_ (signature)
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | December 5, 2007 |
| NAME OF SERVER *(PRINT)* Matthew D. Gordon | TITLE | Process Server |
| *Check one box below to indicate appropriate method of service* | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally hand delivered the summons and complaint to The Corporation Trust Company at the address listed on the front of this summons.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:   December 5, 2007      *[signature]*
                    Date                              *Signature of Server*

Parcels, Inc.
230 N. Market Street
Wilmington, DE   19801

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.