AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

GIRAFA.COM, INC.,                                    **SUMMONS IN A CIVIL CASE**

                    Plaintiff

            V.

                                                     CASE NUMBER:    0 7 - 7 8 7 -

AMAZON WEB SERVICES LLC, AMAZON.COM, INC.,
ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC.,
SNAP TECHNOLOGIES, INC., YAHOO! INC.,
SMARTDEVIL INC., EXALEAD, INC., and EXALEAD S.A.,

                    Defendants.


TO: (Name and address of Defendant)
Snap Technologies, Inc.
c/o Incorporating Services, Ltd. (registered agent)
3500 South Dupont Highway
Dover, DE  19901


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899


an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO                          December 5, 2007
_____             _____
CLERK                                    DATE

_Esstrickler_
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE *December 5 2007* | |
| NAME OF SERVER *(PRINT)* *Bryan Skulkie* | TITLE *Process Server* | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *Incorporating Services, Ltd, 360 S Dupont Hwy Dover DE 19901. service accepted by Stephanie Farnell @ 4:37 pm.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: *12/5/07*
Date

_____
Signature of Server

*36 East North Street Dover DE 19801*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.