IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-787-SLR |
| | ) |
| AMAZON WEB SERVICES LLC, | ) |
| AMAZON.COM, INC., | ) |
| ALEXA INTERNET, INC., | ) |
| IAC SEARCH & MEDIA, INC., | ) |
| SNAP TECHNOLOGIES, INC., | ) |
| YAHOO! INC., | ) |
| SMARTDEVIL INC., | ) |
| EXALEAD, INC., | ) |
| and | ) |
| EXALEAD S.A., | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff, Girafa.com, Inc., and defendants Yahoo! Inc., Amazon.com, Inc., Amazon Web Services LLC and Alexa Internet, Inc. have stipulated and agreed that the date by which Yahoo! Inc., Amazon.com, Inc., Amazon Web Services LLC and Alexa Internet, Inc. shall answer, move, or otherwise respond to the Complaint in this action shall be extended through and including Tuesday, January 15, 2007.

Plaintiff's counsel has reached this agreement with in-house personnel from the above Defendants, who have not yet retained counsel. None of the Defendants have appeared yet in this action and therefore no parties have opposed this motion.

Therefore, Plaintiff respectfully requests that the Court approve this extension.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Girafa.com, Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C.  20037
(202) 293-7060

Dated: December 18, 2007
186766.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC.,            )<br>                              )<br>         Plaintiff,           )<br>                              )<br>     v.                       )   C.A. No. 07-787-SLR<br>                              )<br>AMAZON WEB SERVICES LLC,      )<br>AMAZON.COM, INC.,             )<br>ALEXA INTERNET, INC.,         )<br>IAC SEARCH & MEDIA, INC.,     )<br>SNAP TECHNOLOGIES, INC.,      )<br>YAHOO! INC.,                  )<br>SMARTDEVIL INC.,              )<br>EXALEAD, INC.,                )<br>     and                      )<br>EXALEAD S.A.,                 )<br>                              )<br>         Defendants.          )| |

## **ORDER**

The Court, having considered the motion for an extension of time to allow Defendants Yahoo! Inc., Amazon.com, Inc., Amazon Web Services LLC and Alexa Internet, Inc. until January 15, 2007 to answer, move, or otherwise respond to the Complaint in this action,

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
United States District Judge

Date:_____