IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
|         Plaintiff, | ) |
| v. | ) C.A. No. 07-787-SLR |
| AMAZON WEB SERVICES LLC, | ) |
| AMAZON.COM, INC., | ) |
| ALEXA INTERNET, INC., | ) |
| IAC SEARCH & MEDIA, INC., | ) |
| SNAP TECHNOLOGIES, INC., | ) |
| YAHOO! INC., | ) |
| SMARTDEVIL INC., | ) |
| EXALEAD, INC., and | ) |
| EXALEAD S.A., | ) |
|         Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff, Girafa.com, Inc., and defendants Snap Technologies, Inc. and IAC Search & Media, Inc., have stipulated and agreed, subject to the approval and order of the Court, that the date by which Snap Technologies, Inc. and IAC Search & Media, Inc. must respond to the Complaint in this action shall be extended through and including Tuesday, January 15, 2008.

Plaintiff's counsel have reached this agreement with in-house personnel from the above Defendants, and have agreed to file this motion for the benefit of those Defendants since they have not yet retained outside counsel.  It is noted that although no other Defendants yet have appeared in this action, Plaintiff already has filed, and the Court has granted, a similar unopposed motion seeking to extend several other Defendants' answer deadlines to the same January 15, 2008 date (D.I. 10).

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached form of order, approving the requested extensions.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Girafa.com, Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C.  20037
(202) 293-7060

Dated: December 20, 2007
186835.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-787-SLR |
| AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO! INC., SMARTDEVIL INC., EXALEAD, INC., and EXALEAD S.A., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

This _____ day of _____, 200___, the Court having considered the unopposed motion for an extension of the date by which Defendants Snap Technologies, Inc. and IAC Search & Media, Inc. must respond to the Complaint in the above action, and the Court having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that the foregoing motion is granted, and that the deadline by which Defendants Snap Technologies, Inc. and IAC Search & Media, Inc. must answer, move, or otherwise respond to the Complaint is extended through and including January 15, 2008.

_____
United States District Judge