IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., | ) | |
| ALEXA INTERNET, INC., | ) | |
| IAC SEARCH & MEDIA, INC., | ) | |
| SNAP TECHNOLOGIES, INC., | ) | |
| YAHOO! INC., | ) | |
| SMARTDEVIL INC., | ) | |
| EXALEAD, INC., | ) | |
| and | ) | |
| EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MAILING AS TO ALEXA INTERNET, INC.

STATE OF DELAWARE      )
                                SS:
COUNTY OF NEW CASTLE   )

Tiffany Geyer Lydon, having been duly sworn according to law, deposes and says as follows:

1.     I am an associate at the firm of Ashby & Geddes and am an attorney of record for Plaintiff Girafa.com, Inc.

2.     Upon information and belief, the address of defendant Alexa Internet, Inc. is Presidio of San Francisco, Building 37, P.O. Box 29141, San Francisco, California 94129.

3.     On December 6, 2007, I caused to be sent to defendant Alexa Internet, Inc. via

Registered Mail Return Receipt Requested, at the address indicated in Paragraph 2 above, a

Notice consisting, among other things, of a copy of the process and complaint served upon the

Delaware Secretary of State, and a statement that:

> (a)     service of the original of such process has been made upon the Secretary
>
> of State; and
>
> (b)     under the provisions of 10 *Del. C.* § 3104, such service is as effectual for
>
> all intents and purposes as if it had been made upon him personally within
>
> this state.

A copy of the foregoing Notice is attached hereto as Exhibit A.

    4.     The registered mail receipt, which is attached to this Affidavit as Exhibit B, is the

original of the return receipt executed by E. Angle on behalf of defendant Alexa Internet, Inc.

    5.     The foregoing is true and correct to the best of my knowledge, information and

belief.

 

_____
            Tiffany Geyer Lydon

 

    SWORN TO AND SUBSCRIBED before me this 21st day of December 2007.

 

_____
    Notary Public

186850.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787 |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., | ) | |
| ALEXA INTERNET, INC., | ) | |
| IAC SEARCH & MEDIA, INC., | ) | |
| SNAP TECHNOLOGIES, INC., | ) | |
| YAHOO! INC., | ) | |
| SMARTDEVIL INC., | ) | |
| EXALEAD, INC., | ) | |
| and | ) | |
| EXALEAD S.A., | ) | |
| Defendants. | ) | |

## NOTICE

TO:    Alexa Internet, Inc.
       Presidio of San Francisco
       Building 37
       P.O. Box 29141
       San Francisco, CA 94129

PLEASE TAKE NOTICE that the enclosed complaint is being served upon the Delaware

Secretary of State pursuant to 10 *Del. C.* § 3104.  Under the provisions of 10 *Del. C.* § 3104,

such service is as effectual to all intents and purposes as if made personally upon you within this

state.

ASHBY & GEDDES

*Tiffany Geyer Lydon* (signature)

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Girafa.com, Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C.  20037
(202) 293-7060

Dated: December 6, 2007

ORIGINAL BY REGISTERED MAIL NO. RA 122 365 796 US,
RETURN RECEIPT REQUESTED;
COPY BY FIRST CLASS U.S. MAIL

186462.1

# EXHIBIT B

| Registered No. RA122365796US | | Date Stamp |
|---|---|---|
| RA 122 365 796 US | | |

**Reg. Fee** $ 9.9230    **Special Delivery** $

**Handling Charge** $ $0.00    **Return Receipt** $ 2.15

**Postage** $ 4.6099    **Restricted Delivery** $ $0.00

**Received by** _Ole_

**Customer Must Declare Full Value** $ 0    $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance is Limited To $25,000; International Indemnity is Limited (See Reverse)

**FROM**
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

**TO**
Alexa Internet, Inc.
Presidio of San Francisco
Building 37 P.O. Box 29141
San Francisco, CA  94129

PS Form **3806**, June 2000    **Receipt for Registered Mail**    (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alexa Internet, Inc.
Presidio of San Francisco
Building 37
P.O. Box 29141
San Francisco, CA  94129

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _E. Angle_    ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
E. Angle    12-17-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    RA 122 365 796 US

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540