# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

GIRAFA.COM, INC.,                          CASE NUMBER: 07-787

          Plaintiff,

V.

AMAZON WEB SERVICES LLC, AMAZON.COM, INC.,
ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC.,
SNAP TECHNOLOGIES, INC., YAHOO! INC.,
SMARTDEVIL INC., EXALEAD, INC., and EXALEAD S.A.

          Defendants

## RETURN OF SERVICE UNDER OATH OF OFFICE
## AFFIDAVIT OF SERVICE

       I, MICHEL FISET, a sworn Bailiff practicing my profession in the Province of Quebec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, Place d'Armes, suite 800, in the City of Montreal, Province of Quebec, Canada, being under my oath of office, DO DECLARE:

1-     THAT I am over twenty-one years old and not party of this action.

2-     THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Quebec to effect service of legal process in and within the limits of the said Province.

3-     THAT I did on Monday, the 10th day of December, 2007 at 07:45 a.m., personally serve a true copy of the **SUMMONS IN A CIVIL CASE** and a copy of a **COMPLAINT FOR PATENT INFRINGEMENT AND EXHIBIT A**

upon:
SMARTDEVIL INC., one of the Respondents in this action, therein named, by speaking to and leaving the same thereof for SMARTDEVIL INC., with STEPHANE LIM, PRESIDENT, a person appearing in care and control and/or management of SMARTDEVIL INC., at the said place of business, to wit:

at 2156, Rousseau Street, in the City of Montréal, Province of Québec, Canada.

4-     THAT the said STEPHANE LIM declared to me that he is a person appearing in care and control and/or management of the said respondent company and is authorized to accept service of legal process on its behalf.

5-     THAT the said STEPHANE LIM accepted the document so served on behalf of the said respondent company.

                                                  AND I HAVE SIGNED,

                                                  MICHEL FISET
                                                  Bailiff of Justice