IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., | ) | |
| ALEXA INTERNET, INC., | ) | |
| IAC SEARCH & MEDIA, INC., | ) | |
| SNAP TECHNOLOGIES, INC., | ) | |
| YAHOO! INC., | ) | |
| SMARTDEVIL INC., | ) | |
| EXALEAD, INC., and | ) | |
| EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiff, Girafa.com, Inc., and defendant Smartdevil Inc. ("Smartdevil"), have stipulated and agreed, subject to the approval and order of the Court, that the date by which Smartdevil must respond to the complaint in this action shall be extended through and including Tuesday, January 15, 2008.

Plaintiff's counsel have reached this agreement with in-house personnel from Smartdevil, and have agreed to file this motion for the benefit of Smartdevil since it has not yet retained outside counsel.  It is noted that plaintiff already has filed, and the Court has granted, similar unopposed motions seeking to extend several other defendants' answer deadlines to the same January 15, 2008 date (D.I.s 10 and 11).

WHEREFORE, plaintiff respectfully requests that the Court enter the attached form of order, approving the requested extension.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Girafa.com, Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C.  20037
(202) 293-7060

Dated: January 5, 2008
187081.1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GIRAFA.COM, INC.,                          )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )        C.A. No. 07-787-SLR
                                           )
AMAZON WEB SERVICES LLC,                   )
AMAZON.COM, INC.,                          )
ALEXA INTERNET, INC.,                      )
IAC SEARCH & MEDIA, INC.,                  )
SNAP TECHNOLOGIES, INC.,                   )
YAHOO! INC.,                               )
SMARTDEVIL INC.,                           )
EXALEAD, INC., and                         )
EXALEAD S.A.,                              )
                                           )
                    Defendants.            )

## ORDER

This _____ day of January, 2008, the Court having considered the unopposed motion

for an extension of the date by which defendant Smartdevil Inc. must respond to the complaint in

the above action, and the Court having concluded that good grounds exist for the requested

relief; now therefore,

        IT IS HEREBY ORDERED that the foregoing motion is granted, and that the deadline by

which defendant Smartdevil Inc. must answer, move, or otherwise respond to the complaint is

extended through and including January 15, 2008.


                                    _____
                                    United States District Judge