IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., | ) | |
| ALEXA INTERNET, INC., | ) | |
| IAC SEARCH & MEDIA, INC., | ) | |
| SNAP TECHNOLOGIES, INC., | ) | |
| YAHOO! INC., | ) | |
| SMARTDEVIL INC., | ) | |
| EXALEAD, INC., and | ) | |
| EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO EXTEND TIME

Plaintiff, Girafa.com, Inc., and defendant Yahoo! Inc. ("Yahoo"), have stipulated and agreed, subject to the approval and order of the Court, that the date by which Yahoo must respond to the complaint in this action shall be further extended through and including Wednesday, January 30, 2008. The Court had previously approved of an extension for Yahoo until January 15, 2007 (D.I. 10).

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached form of order, approving the requested extension.

                                        ASHBY & GEDDES

                                        */s/ Tiffany Geyer Lydon*

                                        _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Girafa.com, Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C. 20037
(202) 293-7060

Dated: January 11, 2008
187245.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-787-SLR |
| ) | |
| AMAZON WEB SERVICES LLC, ) | |
| AMAZON.COM, INC., ) | |
| ALEXA INTERNET, INC., ) | |
| IAC SEARCH & MEDIA, INC., ) | |
| SNAP TECHNOLOGIES, INC., ) | |
| YAHOO! INC., ) | |
| SMARTDEVIL INC., ) | |
| EXALEAD, INC., and ) | |
| EXALEAD S.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This _____ day of January, 2008, the Court having considered the motion for an extension of the date by which defendant Yahoo! Inc. must respond to the complaint in the above action, and the Court having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that the foregoing motion is granted, and that the deadline by which defendant Yahoo! Inc. must answer, move, or otherwise respond to the complaint is further extended through and including January 30, 2008.

_____
United States District Judge