IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., </br></br> Plaintiff, </br></br> v. </br></br> AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO! INC., SMARTDEVIL INC., EXALEAD, INC. and EXALEAD S.A., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 07-787 (SLR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Girafa.com, Inc. ("Girafa") and Exalead, Inc. and Exalead S.A. ("Exalead"), subject to the approval of the Court, that:

1. Counsel for Exalead will accept service of process of the Complaint on behalf of Exalead S.A.; and

2. The time for Exalead, Inc. and Exalead S.A. to answer, move, or otherwise respond to the Complaint is extended to and including January 30, 2008.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ John G. Day* | */s/ Thomas C. Grimm* |
| Steven J. Balick (#2114) </br> John G. Day (#2403) </br> Tiffany Geyer Lydon (#3950) </br> 500 Delaware Avenue, P.O. Box 1150 </br> Wilmington, DE 19899 </br> (302) 654-1888 </br> jday@ashby-geddes.com </br> *Attorneys for Plaintiff* | Thomas C. Grimm (#1098) </br> 1201 N. Market Street, P.O. Box 1347 </br> Wilmington, DE 19899-1347 </br> (302) 658-9200 </br> tgrimm@mnat.com </br> *Attorneys for Defendants Exalead, Inc.* </br> *and Exalead S.A.* |

OF COUNSEL:

William H. Mandir
John F. Rabena
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Suite 800
Washington, DC  20037-3213
(202) 293-7060

January 11, 2008

OF COUNSEL:

Harold V. Johnson
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599
(312) 321-4200

IT IS HEREBY ORDERED this ___ day of January, 2008.

_____
United States District Judge

1381503