IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-787-SLR |
| ) | |
| AMAZON WEB SERVICES LLC, ) | |
| AMAZON.COM, INC., ALEXA INTERNET, ) | |
| INC., IAC SEARCH & MEDIA, INC., ) | |
| SNAP TECHNOLOGIES, INC., YAHOO! INC., ) | |
| SMARTDEVIL INC., EXALEAD, INC., and ) | |
| EXALEAD S.A., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Thomas G. Pasternak and R. David Donoghue of DLA Piper US LLP, 203 N. LaSalle Street, Suite 1900, Chicago, IL 60601, and M. Elizabeth Day and Gregory J. Lundell of DLA Piper US LLP, 2000 University Avenue, East Palo Alto, California, 94303, to represent defendants Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: January 14, 2008
842136/32569

*Attorneys for Defendants Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 14, 2008          Signed:   /s/ *Thomas G. Pasternak*
                                          Thomas G. Pasternak
                                          DLA Piper US LLP
                                          203 N. LaSalle Street
                                          Suite 1900
                                          Chicago, IL 60601
                                          Telephone: (312) 368-4000
                                          tom.pasternak@dlapiper.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 14, 2008      Signed: */s/ R. David Donoghue*
R. David Donoghue
DLA Piper US LLP
203 N. LaSalle Street
Suite 1900
Chicago, IL 60601
Telephone: (312) 368-4000
david.donoghue@dlapiper.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 14, 2008        Signed:   /s/ *M. Elizabeth Day*
                                        M. Elizabeth Day
                                        DLA Piper US LLP
                                        2000 University Avenue
                                        East Palo Alto, CA  94303
                                        Telephone: (650) 833-2000
                                        elizabeth.day@dlapiper.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 14, 2008        Signed: /s/ *Gregory J. Lundell*
                                      Gregory J. Lundell
                                      DLA Piper US LLP
                                      2000 University Avenue
                                      East Palo Alto, CA 94303
                                      Telephone: (650) 833-2000
                                      greg.lundell@dlapiper.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on January 14, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 14, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Steven J. Balick | William H. Mandir |
| John G. Day | John F. Rabena |
| Tiffany Geyer Lydon | Sughrue Mion, PLLC |
| Ashby & Geddes | 2100 Pennsylvania Ave., N.W. |
| 500 Delaware Avenue, 8th Floor | Washington, D.C. 20037 |
| Wilmington, DE 19899 | wmandir@sughrue.com |
| sbalick@ashby-geddes.com | jrabena@sughrue.com |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | |

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

841909 / 32639