IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-787-SLR |
| ) | |
| AMAZON WEB SERVICES LLC, ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., ALEXA INTERNET, ) | |
| INC., IAC SEARCH & MEDIA, INC., ) | |
| SNAP TECHNOLOGIES, INC., YAHOO! INC., ) | |
| SMARTDEVIL INC., EXALEAD, INC., and ) | |
| EXALEAD S.A., ) | |
| ) | |
| Defendants. ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS AMAZON WEB SERVICES LLC, AMAZON.COM, INC. AND ALEXA INTERNET, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Amazon.com, Inc. discloses that it has no parent company. Defendant Amazon Web Services LLC discloses that it is a wholly owned subsidiary of Amazon.com, Inc. Defendant Alexa Internet, Inc. discloses that it is a wholly owned subsidiary of Amazon.com, Inc.

Amazon.com, Inc. discloses that Legg Mason Capital Management, Inc. and affiliated funds own 10% or more of the stock in Amazon.com, Inc.

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL:<br><br>Thomas G. Pasternak<br>R. David Donoghue<br>DLA Piper US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601-1293<br>Tel: (312) 368-4000<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2248<br>Tel: (650) 833-2000<br><br>Dated: January 15, 2008<br>824518 / 32639 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc.,*<br>*and Alexa Internet, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 15, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 15, 2008, I have Electronically Mailed the document to the following person(s):

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

William H. Mandir
John F. Rabena
Sughrue Mion, PLLC
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037
wmandir@sughrue.com
jrabena@sughrue.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

841909 / 32639