## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | CASE NO. 07-787 (SLR) |
| AMAZON.COM, INC., ALEXA | ) | |
| INTERNET, INC., IAC SEARCH & | ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, | ) | |
| INC., YAHOO!, INC., EXALEAD S.A., and | ) | |
| EXALEAD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

---

### SNAP TECHNOLOGIES, INC.'S DISCLOSURE PURSUANT TO FED.R.CIV.P. 7.1

Defendant Snap Technologies, Inc. (hereafter "Snap"), by and through its attorneys, hereby discloses that it does not have a parent corporation, and that no publicly held corporation owns more than 10% of the stock in Snap.


**CONNOLLY BOVE LODGE & HUTZ LLP**


Dated:  January 15, 2008

By: */s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
Tel: (302) 658-9141
Email: AConnollyIII@cblh.com
Attorneys for Defendant/Counterclaim-
Plaintiff Snap Technologies, Inc.

*Of Counsel*:
Daniel M. Cislo, Esq.
Mark D. Nielsen, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477

586258_1