IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES LLC; AMAZON.COM, INC.; ALEXA INTERNET, INC.; IAC SEARCH & MEDIA, INC.; SNAP TECHNOLOGIES, INC.; YAHOO! INC.; SMARTDEVIL, INC.; EXALEAD, INC.; and EXALEAD S.A., <br><br> Defendants. | C.A. No. 07-787-SLR <br><br> TRIAL BY JURY DEMANDED |

## DEFENDANT IAC SEARCH & MEDIA, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant IAC Search & Media, Inc. hereby states that it is a wholly owned subsidiary of IAC/InterActiveCorp, a publicly held corporation which itself has no parent corporation.

Of Counsel:
Claude M. Stern
Jennifer A. Kash
Antonio Sistos
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7525
Moyer@RLF.com
Gaza@RLF.com
*Attorneys for IAC Search & Media, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

I hereby certify that on January 15, 2008, I sent by Federal Express the foregoing document to the following non-registered participants:

William H. Mandir, Esquire
John F. Rabena, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C. 20037

Anne Shea Gaza (#4093)
gaza@rlf.com