IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES LLC; AMAZON.COM, INC.; ALEXA INTERNET, INC.; IAC SEARCH & MEDIA, INC.; SNAP TECHNOLOGIES, INC.; YAHOO! INC.; SMARTDEVIL, INC.; EXALEAD, INC.; and EXALEAD S.A., <br><br> Defendants. | C.A. No. 07-787-SLR <br><br> TRIAL BY JURY DEMANDED |

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certifications, undersigned counsel hereby moves the admission *pro hac vice* of Claude M. Stern, Jennifer A. Kash and Antonio Sistos of Quinn Emanuel Urquhart Oliver & Hedges, LLP to represent IAC Search & Media, Inc. in the above-captioned action.

Of Counsel:
Claude M. Stern
Jennifer A. Kash
Antonio Sistos
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

Dated: January 17, 2009

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7525
Moyer@RLF.com
Gaza@RLF.com
*Attorneys for IAC Search & Media, Inc.*

IT IS HEREBY ORDERED this _____ day of _____, 2008 that counsel's motion for admission *pro hac vice* is GRANTED.

_____
Judge, U.S.D.C.

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Claude M. Stern
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive
Suite 560
Redwood City, CA 94065

Dated: January 16, 2008

2

RLF1-3243991-1

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Jennifer A. Kash
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111

Dated: Jan 15, 2008

3

RLF1-3243991-1

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Antonio Sistos
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111

Dated: Jan 15, 2008

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on January 17, 2008, I sent by Federal Express the foregoing document to the following non-registered participants:

William H. Mandir, Esquire
John F. Rabena, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C. 20037

Thomas G. Pasternak, Esquire
R. David Donoghue, Esquire
M. Elizabeth Day, Esquire
Gregory J. Lundell, Esquire
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293

Anne Shea Gaza (#4093)
gaza@rlf.com