IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., | ) | |
| ALEXA INTERNET, INC., | ) | |
| IAC SEARCH & MEDIA, INC., | ) | |
| SNAP TECHNOLOGIES, INC., | ) | |
| YAHOO! INC., | ) | |
| SMARTDEVIL INC., | ) | |
| EXALEAD, INC., and | ) | |
| EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff, Girafa.com, Inc., and defendant Smartdevil Inc. ("Smartdevil"), have stipulated and agreed, subject to the approval and order of the Court, that the date by which Smartdevil must respond to the complaint in this action shall be extended through and including Wednesday, January 30, 2008.

Plaintiff's counsel have reached this agreement with in-house personnel from Smartdevil, and have agreed to file this motion for the benefit of Smartdevil since it has not yet retained outside counsel.

WHEREFORE, plaintiff respectfully requests that the Court enter the attached form of order, approving the requested extension.

2

        ASHBY & GEDDES

        */s/ Steven J. Balick*

        _____
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Tiffany Geyer Lydon (I.D. #3950)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        (302) 654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        tlydon@ashby-geddes.com

        *Attorneys for Plaintiff Girafa.com, Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C.  20037
(202) 293-7060

Dated:  January 21, 2008
187081.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
|       Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-787-SLR |
| AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO! INC., SMARTDEVIL INC., EXALEAD, INC., and EXALEAD S.A., | ) ) ) ) ) ) ) ) ) ) | |
|       Defendants. | ) | |

## ORDER

This _____ day of _____, 2008, the Court having considered the unopposed motion for an extension of the date by which defendant Smartdevil Inc. must respond to the complaint in the above action, and the Court having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that the foregoing motion is granted, and that the deadline by which defendant Smartdevil Inc. must answer, move, or otherwise respond to the complaint is extended through and including January 30, 2008.

_____
United States District Judge