IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
|         Plaintiff, | ) |
| v. | ) C.A. No. 07-787 (SLR) |
| AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO! INC., SMARTDEVIL INC., EXALEAD, INC. and EXALEAD S.A., | ) |
|         Defendants. | ) |

**RULE 7.1 STATEMENT OF DEFENDANTS EXALEAD, INC. AND EXALEAD S.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Exalead, Inc. and Exalead S.A., through their counsel, declare as follows:

1. Defendant Exalead, Inc. ("Exalead, Inc.") states that its parent corporation is Exalead S.A.;

2. Defendant Exalead S.A. ("Exalead S.A.") does not have a parent corporation, but Qual Tech S.A.S. owns ten percent or more of Exalead S.A.'s stock. Qual Tech's parent corporation is SCA Qualis.

*OF COUNSEL:*

Harold V. Johnson
Scott A. Timmerman
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599
(312) 321-4200

January 30, 2008
1444831

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendants Exalead, Inc. and Exalead S.A.*

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 30, 2008 upon the following individuals in the manner indicated:

| **BY HAND & E-MAIL** | **BY E-MAIL** |
|---|---|
| Steven J. Balick | William H. Mandir |
| John G. Day | John F. Rabena |
| Tiffany Geyer Lydon | Trevor C. Hill |
| ASHBY & GEDDES | Chandran B. Iyer |
| 500 Delaware Avenue, 8th Floor | SUGHRUE MION, PLLC |
| P.O. Box 1150 | 2100 Pennsylvania Avenue, N.W. |
| Wilmington, DE  19899 | Washington, DC  20037 |
| *Attorneys for Plaintiff* | |

**BY E-MAIL**

| | |
|---|---|
| Richard L. Horwitz | Thomas G. Pasternak |
| David E. Moore | R. David Donoghue |
| POTTER ANDERSON & CORROON LLP | DLA PIPER US LLP |
| Hercules Plaza, 6th Floor | 203 N. LaSalle Street, Suite 1900 |
| 1313 N. Market Street | Chicago, IL  60601 |
| P.O. Box 951 | |
| Wilmington, DE  19899 | M. Elizabeth Day |
| *Attorneys for Defendants* | Gregory J. Lundell |
| *Amazon Web Services LLC, Amazon.com, Inc.,* | DLA PIPER US LLP |
| *and Alexa Internet, Inc.* | 2000 University Avenue |
| | East Palo Alto, CA  94303 |
| | |
| Arthur G. Connolly, III | Daniel M. Cislo |
| CONNOLLY BOVE LODGE & HUTZ LLP | Mark D. Nielsen |
| 1007 N. Orange Street | CISLO & THOMAS LLP |
| P.O. Box 2207 | 1333 2ND Street, Suite 500 |
| Wilmington, DE  19899 | Santa Monica, CA  90401-4110 |
| *Attorneys for Defendant* | |
| *Snap Technologies, Inc.* | |

| | |
|---|---|
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>QUINN EMANUEL URQUHART OLIVER<br>    & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111 |

/s/ *Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

1444831