IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>AMAZON WEB SERVICES, LLC,<br>AMAZON.COM, INC.,<br>ALEXA INTERNET, INC.,<br>IAC SEARCH & MEDIA, INC.,<br>SNAP TECHNOLOGIES INC.,<br>YAHOO! INC.,<br>SMARTDEVIL INC.,<br>EXALEAD INC., AND<br>EXALEAD SA.,<br><br>            Defendants. | C.A. No. 07-787-SLR |

**PLAINTIFF'S REPLY TO COUNTERCLAIMS OF
DEFENDANT SNAP TECHNOLOGIES, INC.**

Plaintiff and Counterclaim Defendant Girafa.Com, Inc. ("Girafa") hereby replies to the Answer, Defenses and Counterclaims of Defendants and Counterclaim Plaintiffs Snap Technologies, Inc. ("Snap") as follows:

56.   Girafa admits that the counterclaim seeks a declaratory judgment as set forth in paragraph 56 of Snap's Counterclaims.

**JURISDICTION**

57.   Girafa admits the allegations in paragraph 57 of Snap's Counterclaims.

58.   Girafa admits the allegations in paragraph 58 of Snap's Counterclaims.

59.   Girafa admits the allegations in paragraph 59 of Snap's Counterclaims.

60. Girafa admits that, by its Complaint, it has asserted that Snap is infringing the '904 patent and that Snap, by its Answer, has asserted that it does not and has not infringed the '904 patent. Girafa denies that Snap does not infringe the patents-in-suit. Girafa admits that a controversy exists as set forth in paragraph 60 of Snap's Counterclaims.

## COUNT I
### (Declaratory Judgment of Non-infringement)

61. Girafa restates and incorporates by reference its responses to paragraphs 56-60 of Snap's Counterclaims as if fully set forth herein.

62. Girafa denies the allegations in paragraph 62 of Snap's Counterclaims.

63. Girafa denies the allegations in paragraph 63 of Snap's Counterclaims.

64. Girafa denies the allegations in paragraph 64 of Snap's Counterclaims.

65. Girafa denies the allegations in paragraph 65 of Snap's Counterclaims

## COUNTERCLAIM II
### (Declaration of Invalidity)

66. Girafa restates and incorporates by reference its responses to paragraphs 56-65 of Snap's Counterclaims as if fully set forth herein.

67. Girafa denies the allegations in paragraph 67 of Snap's Counterclaims.

68. Girafa admits the allegations in paragraph 68 of Snap's Counterclaims.

69. Girafa denies the allegations in paragraph 69 of Snap's Counterclaims.

## PRAYER FOR RELIEF

Girafa denies that Snap is entitled to any aspect of the judgment it seeks.

## ADDITIONAL PRAYER FOR RELIEF

WHEREFORE, in addition to its Complaint and in response to Snap's Counterclaims, Girafa respectfully requests that:

 a. Judgment be entered declaring that each of the claims of the '904 patent is valid, enforceable and infringed;

 b. Judgment be entered that each of the counterclaims against Girafa is dismissed with prejudice;

 c. Judgment be entered awarding Girafa its costs and reasonable attorneys' fees pursuant to 35 U.S.C. §285; and

 d. The Court enter such other and further relief as the Court may deem just and proper under the circumstances.

        ASHBY & GEDDES

        */s/ Tiffany Geyer Lydon*
        _____
        Steven J. Balick (I.D. # 2114)
        John G. Day (I.D. # 2403)
        Tiffany Geyer Lydon (I.D. #3950)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        (302) 654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        tlydon@ashby-geddes.com

        *Attorneys for Plaintiff Girafa.com Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
Chandran B. Iyer
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C.  20037
 (202) 293-7060

Dated: February 7, 2008
188007.1