IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., | ) | |
| ALEXA INTERNET, INC., | ) | |
| IAC SEARCH & MEDIA, INC., | ) | |
| SNAP TECHNOLOGIES, INC., | ) | |
| YAHOO! INC., | ) | |
| SMARTDEVIL INC., | ) | |
| EXALEAD, INC., and | ) | |
| EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff, Girafa.com, Inc., and defendant Smartdevil Inc. ("Smartdevil") have stipulated and agreed, subject to the approval and order of the Court, to further extend the date by which Smartdevil must respond to the complaint in this action through and including Friday, February 29, 2008.

Plaintiff's counsel have agreed to file this motion for the benefit of Smartdevil because counsel have not yet appeared in this case on behalf of Smartdevil.

WHEREFORE, plaintiff respectfully requests that the Court enter the attached form of order, approving the requested extension.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Girafa.com, Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C. 20037
(202) 293-7060

Dated: February 19, 2008
188334.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMAZON WEB SERVICES LLC, ) <br> AMAZON.COM, INC., ) <br> ALEXA INTERNET, INC., ) <br> IAC SEARCH & MEDIA, INC., ) <br> SNAP TECHNOLOGIES, INC., ) <br> YAHOO! INC., ) <br> SMARTDEVIL INC., ) <br> EXALEAD, INC., and ) <br> EXALEAD S.A., ) <br> ) <br> Defendants. ) | C.A. No. 07-787-SLR |

## **ORDER**

This _____ day of _____, 2008, the Court having considered the unopposed motion for an extension of the date by which defendant Smartdevil Inc. must respond to the complaint in the above action, and the Court having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that the foregoing motion is granted, and that the deadline by which defendant Smartdevil Inc. must answer, move, or otherwise respond to the complaint is extended through and including February 29, 2008.

_____
United States District Judge