# EXHIBIT A

# Brad A. Myers

<table>
<tr>
<td>
*Office:*

Human-Computer Interaction Institute
School of Computer Science
Carnegie Mellon University
Pittsburgh, PA 15213-3891
(412) 268-5150
*FAX*: (412) 268-1266
*E-mail*: bam@cs.cmu.edu
*WWW*: http://www.cs.cmu.edu/~bam
</td>
</tr>
</table>

- Research Interests
- Experience
  - Consulting
- Education
- Awards and Honors
- Research Grants
- Publications
- Articles About Me
- Professional Activities
- CMU Activities
- Teaching
- Students
- Invited Presentations

## Research Interests:

User Interface Software, Hand-held computers, Demonstrational Interfaces, User Interface Design, Window Managers, Visual Programming, Programming Environments, End-User Software Engineering.

## Experience:

**Human Computer Interaction Institute**
*Professor, 2004 - present.*
*Associate Research Professor, 2003 - 2004.*
*Senior Research Scientist, 1995 - 2003.*
**Computer Science Department**
*Senior Research Computer Scientist, 1992 - 1995.*
*Research Computer Scientist, July 1987- 1992.*
**School of Computer Science, Carnegie Mellon University**, Pittsburgh, PA

Principal investigator for the Pebbles PDA project, funded by DARPA, NSF and industry, which is investigating the use of hand-held computers like Pocket PC/Windows CE and PalmOS devices synchronously with PCs. By "synchronously," we mean that a set of hand-helds will be connected to a laptop or desktop computer at the same time, so that the hand-helds will be in continuous two-way communication with the main computer and with each other. We are focusing on situations where the participants are co-located.

Principal investigator for the Natural Programming Project, funded by NSF. This project is creating new programming languages that will be easy to learn for children and adults. Through new experiments and by using the results from the HCI and Empirical Studies of Programming literature, we will determine the most "natural" ways to express programs. We will use these, along with new metaphors, in the design for a new language and environment.

Principal investigator for the Silver Project, funded as part of the second Digital Libraries Initiative,

which is investigating authoring with digital video.

Principal investigator for the User Interface Software Project, funded by ARPA and industry, which developed sophisticated user interface development environments to help build graphical user interfaces. Garnet, our earlier system, is in Lisp, and introduced encapsulating mouse and keyboard behaviors into abstract "interactors." Amulet, the second system, is in C++ and runs on Unix, Windows NT and 95, and Macintosh. Amulet is downloaded about 10,000 times a year, and incorporates novel object, constraint, input, output, undo, command and animation models to provide high-level support for highly-interactive, multi-media applications for one or multiple users. An important focus is high-level graphical editors which allow the user interface designer to draw all graphical aspects of user interfaces, and to demonstrate most of the behavior of the user interface.

Principal investigator for the Demonstrational Interfaces project, funded by NSF and industry. In a "demonstrational interface," the user gives an example of how the system should operate, and the system automatically generalizes from the example to produce a parameterized procedure. For instance, in the Macintosh Finder, the user might move "foo.PS" and then "bar.PS" to the trash can. The system might notice that a similar operation was performed twice and automatically create a procedure to delete all the "*.PS" files. We are developing a demonstrational visual shell (iconic desktop), a text formatter, an editor for business charts, an editor for dynamic world-wide-web pages, and an architecture for programs that support demonstrational interfaces.

MacGnome project (1987-1988): designed a system that creates visualizations for Pascal data structures.

## Consultant

1984-present:

1. **Sughrue Mion, PLLC,** Washington, DC
2. **Latham & Watkins LLP,** Los Angeles, CA
3. **Sidley Austin LLP,** Dallas, TX
4. **Ropes & Gray LLP,** Washington, DC
5. **Adobe Systems Inc.,** San Jose, CA
6. **National Expert Witness Network,** Paradise, CA
7. **McKool Smith,** Austin, TX
8. **Morris, Nichols, Arsht & Tunnell,** Wilmington, DE
9. **Thompson & Knight L.L.P.,** Dallas, TX
10. **Emerson Process Management,** Austin, TX
11. **Clairvoyance Corporation,** Pittsburgh, PA
12. **Wilmer Cutler Pickering Hale and Dorr LLP,** Boston, MA
13. **University of Pittsburgh Dept. of Nursing,** Pittsburgh, PA
14. **Cooley Godward LLP,** Reston, VA
15. **Level 3 Communications,** Broomfield, CO
16. **Cesari and McKenna,** Boston, MA
17. **Fish & Richardson,** Boston, MA and San Diego, CA
18. **Darby & Darby,** New York, NY
19. **Samsung Electronics,** Seoul, Republic of Korea
20. **Morrison & Foerster,** San Diego, CA
21. **Jones, Day, Reavis & Pogue,** Dallas, Texas
22. **Weil, Gotshal & Manges,** Menlo Park, CA
23. **Fenwick & West,** Palo Alto, CA

24. **Kirkland & Ellis,** Los Angeles, CA
25. **Silicon Valley Expert Witness Group Inc.,** Mountain View, CA
26. **Jenkins & Gilchrist,** Dallas, TX
27. **Merchant & Gould,** Minneapolis, MI
28. **GlobalOne,** Reston, VA
29. **Lindquist & Vennum,** Minneapolis, MI
30. **Wilson Sonsini Goodrich & Rosati,** Palo Alto, CA
31. **Klarquist, Sparkman & Campbell,** Portland, OR
32. **Leydig, Voit & Mayer, Ltd,** Chicago, IL
33. **Maya Design Group** Pittsburgh, PA
34. **McDonnell Boehnen Hulbert & Berghoff,** Chicago, IL
35. **Serviceware, Inc.,** Pittsburgh, PA
36. **Secure Computing Corp.,** Roseville, MN
37. **Venable, Baetjer and Howard, LLP,** Baltimore, MD
38. **AT&T General Solicitor Organization,** NJ
39. **Signal Software,** Pittsburgh, PA
40. **Visual Interface,** Pittsburgh, PA
41. **Nixon & Vanderhye P.C.,** Arlington, VA
42. **PROMIS Systems Corp.,** Toronto, Ont, Canada
43. **Emerson Advanced Materials Ctr,** Columbus, OH
44. **Boeing Advanced Tech. Center,** Seattle, WA
45. **Virtual Prototypes, Inc.** Montreal, Canada
46. **Apple Computer, Inc.** Cupertino, CA
47. **Teklicon, Inc.** Mountain View, CA
48. **EJV Partners,** New York, NY
49. **Horizon Research, Inc.** Waltham, MA
50. **Carnegie Group, Inc.** Pittsburgh, PA
51. **Brown and Bain,** Palo Alto, CA
52. **Microsoft,** Redmond, WA
53. **Formative Technologies, Inc.** Pittsburgh, PA
54. **MegaScan,** Gibsonia, PA
55. **Expert Technologies, Inc.,** Pittsburgh, PA
56. **Behavioural Team,** Toronto, Canada
57. **Ashton-Tate, Inc.** Torrance, CA
58. **Eaton Corporation,** Los Angeles, CA
59. **Program Products Ltd,** London, England
60. **Institute for Defense Analyses,** Alexandria, VA
61. **Infodetics,** Anaheim, CA
62. **Ventura Technologies,** Toronto, Canada
63. **PERQ Systems Corporation,** Pittsburgh, PA

Advise on user interface design, user interface software, window manager design and implementation. Perform usability analyses and redesign of products. Intellectual property consulting for software and user interface patents. Reports, depositions and trial testimony on claim construction, infringement, prior art, and validity.

**Manchester Business School, The University of Manchester**, Machester, UK
*Visiting Professor*, 2007-present.


**Helium Networks**, Pittsburgh, PA
*Member of the Scientific Advisory Board, 2004-present*

**EkaTetra Corporation**, (formerly Clarinet Keyboard Corporation), Portland, OR
*Technical Member of the Advisory Committee, 2001-present*

**SCIconics, Inc.**, Pittsburgh, PA
*Member of the Advisory Board, 2002-present*

**Eizel Corporation**, Pittsburgh, PA
*Member of the Advisory Board, 2001-2003*

**PERQ Systems Corporation**, Pittsburgh, PA
(formerly **Three Rivers Computer Corporation**)
*Senior Software Engineer, 1980-1983.*
Designed and implemented the Sapphire Window Manager, which was one of the first commercial
window systems and featured full covered windows, a novel use of icons and percent-done progress
indicators. Designed and implemented the PERQ directory structure for a hierarchical file system
including a Scavenger program to correct file system inconsistencies. Also designed and implemented
the PERQ's Pascal debugger, a comprehensive user interface package, various graphical editors,
demonstration programs, and games.

**Xerox Palo Alto Research Center**, Palo Alto, CA
*Research Intern, Summer 1977, Summer 1978, and Summer/Fall 1979*
Developed a system called Incense which automatically created graphical, pictorial displays for data
structures based on their types. Implemented Ethernet protocols in Smalltalk.

# Education:

**University of Toronto**, Toronto, Ontario, Canada
*1983-1987.*
PhD in Computer Science, May, 1987. Was a Teaching Assistant for computer graphics courses. Grade
point average for course work = A+.

**Massachusetts Institute of Technology**, Cambridge, Massachusetts
*1975-1980.*
Received Master of Science in Computer Science and Bachelor of Science in Computer Science and
Engineering in 1980. Did Master's thesis on Incense while an intern at Xerox PARC. Worked at MIT
Architecture Machine Group, 1976-1979. Final grade point average: 5.0 out of 5.0 (A+).

# Awards and Honors:

University of Pittsburgh School of Nursing's Nursing Excellence in Teaching and Technology (NETT)
Award for 2007 to PocketPATH, by Annette De Vito Dabbs, Brad A. Myers, Kenneth R. McCurry,
Jacqueline Dunbar-Jacob, Robert P. Hawkins, Mary Amanda Dew.

CHI 2006 Best Paper, awarded by SIGCHI, for "Trackball Text Entry for People with Motor
Impairments," by Jacob O. Wobbrock and Brad A. Myers.

Designated an *ACM Fellow*, 2005. (citation) and (press release)

Elected to the CHI Academy, April, 2004, as one of the top 25 "principal leaders of the field" of HCI.

Distinguished Paper Award at the 27th International Conference on Software Engineering (ICSE'05) for "Eliciting Design Requirements for Maintenance-Oriented IDEs: A Detailed Study of Corrective and Perfective Maintenance Tasks" by Andrew J. Ko, Htet Htet Aung, and Brad A. Myers. May 2005.

Elected to the grade of Senior Member, IEEE (September, 2004).

First place in the 2004-2005 NISH National Scholar Awards for Workplace Innovation & Design, to Jacob Wobbrock, supervised by Brad Myers. Press release as pdf

Best Paper Award at the ACM SIGACCESS Conference on Computers and Accessibility (ASSETS '04) for "Text Entry from Power Wheelchairs: EdgeWrite for Joysticks and Touchpads" by Jacob O. Wobbrock, Brad A. Myers, Htet Htet Aung, and Edmund F. LoPresti. October 2004.

Best Student Paper award at USENIX 2000 Annual Technical Conference for "Integrating a Command Shell into a Web Browser" by Robert Miller and Brad Myers. June 2000.

Outstanding Paper Award at USENIX 1999 Annual Technical Conference for "Lightweight Structured Text Processing" by Robert C. Miller and Brad A. Myers. June 1999.

Winner, first place in the "Personal Productivity" category in the ACM Quest for Windows CE Applications, 1999.

Listed in *Marquis Who's Who in America, 2007, 2009*, *Marquis Who's Who in Finance and Industry, 2004-2005*, *Marquis Who's Who in the East, 1995-2000*, *Marquis Who's Who in the World, 1996*, *Marquis Who's Who in the Media and Communications, 1997-1999*, and *Marquis Who's Who in Science and Engineering, 1998-2001*. Included in *2000 Outstanding Scientists of the 20th Century*, International Biographical Centre, Cambridge, England.

PhD thesis nominated for ACM annual best dissertation contest. Selected to join Eta Kappa Nu and Tau Beta Pi. IEEE Student Paper contest winner 1978 and 1979. Awarded University of Toronto Open Fellowship. Graduated First Honor Student from Isadore Newman High School, 1975.

---

# Research Grants:

- Adobe Systems Incorporated, 2007, $70,000 cash, for "Making Programming Interactive Behaviors More Natural"
- SAP, Inc., 2007, $160,000. API Usability for E-SOA.
- Microsoft Research, Support for the Pebbles Project. 2007: $10,939 equipment; 2006: $80,000 cash and $2,500 equipment; 2004: $4,000 equipment; 2003: $8,500 equipment; 2002: $80,000 cash; 2001: $70,000 cash; 2000: $70,000 cash; 1999: $150,000 cash; 1998: $100,000 cash + $2,600 equipment.
- IBM. 2006 Eclipse Innovation Award. "Program Understanding and Debugging in Eclipse". $27,000
- NSF. EEC-0540865, "Quality of Life Technology Engineering Research Center". 5/17/2006-

5/31/2011. $15,000,000.

- NSF. IIS-0534349. "Automatically Generating Consistent User Interfaces for Multiple Appliances." 12/1/05-11/30/08. $412,000.
- NACME/Philip D. Reed Undergraduate Fellowship. (The National Action Council for Minorities in Engineering). $2,000 for Ivan Gonzalez, Brad Myers. 2005-2006.
- General Motors. "Using Handheld Devices for Information and Control in Vehicles." 2006: $87,365. 2005: $83,678. 2004: $83,678. 2003: $83,678; Summer, 2002: $5000.
- Synaptics, Inc. 2004. Equipment: $600.
- Nokia Research Center, Finland. 2004. Equipment: $2000.
- AT Sciences, LLC. 2004. Equiptment: $1300.
- SMART Technologies, Inc.. 2000: Equiptment: $2998. 2004: Equiptment: $50.
- Lutron, Inc. "Remote Control of UPnP Devices". 2003. $2000.
- Lantronix, Inc. "Remote Control of UPnP Devices". 2003. $1144.
- NSF. IIS-0329090. "Lowering the Barriers to Successful Programming." Brad Myers and Randy Pausch. 2003-2007. $1,200,000
- NSF ITR CCR-0324770: "Collaborative Research: Dependable End-User Software". 2003-2007. Margaret M. Burnett, Gregg Rothermel, Brad Myers, Martin Erwig, Margaret L. Niess, Sebastian Elbaum, Mary Beth Rosson, Mary Shaw, Susan Wiedenbeck. $2,640,000. CMU Portion: $324,000.
- IBM Canada, Ltd. "Update Pebbles for new Palms." 2003. Equipment: USD $1,792.09
- DARPA. "Evolutionary Development of Self-Aware Learning Agents." Dan Siewiorek, Jaime Carbonell, Tom Mitchell, Manuela Veloso, Brad Myers, Randy Pausch, Alex Waibel, Eric Nyberg, Bill Scherlis, Raj Reddy, Howard Wactlar. $38,765,940. 2003 - 2007.
- NEC Foundation of America. "Handhelds as Assistive Technologies for People with Muscular Disabilities." 2003. $50,000.
- NSF. UA-0308065. "Using Handhelds to Help People with Motor Impairments." 2003-2007. $475,232.
- NSF. EIA-0205301. "ITR: Collaborative Research: Putting a Face on Cognitive Tutors: Bringing Active Inquiry into Active Problem Solving." Albert Corbett, Kenneth Koedinger, Scott Stevens, and Brad Myers. $2,414,648. 10/01/02 - 09/30/07.
- Mitsubishi Electric Research Laboratory. "Remote Control of HAVi Appliances in Pebbles." Mitsubishi WS-65909 65" Integrated HDTV Diamond Series television and Mitsubishi HS-HD2000U High Definition Digital VCR. 2002. $6,500 plus $1,500 for VividLogic HAVi toolkit.
- NSF. IIS-0223945. "Research Experiences for Undergraduates (REU) Supplement to IIS-0117658: Making it Easier to Interact with Technology Through Handheld Personal Universal Controllers." Summer, 2002. $6000.
- NSF. IIS-0117658. "Making it Easier to Interact with Technology Through Handheld Personal Universal Controllers." 2001-2004. $505,867.
- TDK Systems Europe, LTD. 2001. Six BlueTooth modules, $700.
- Pittsburgh Digital Greenhouse, Brad Myers and Jodi Forlizzi, "Using Mobile Devices as Universal Personal Controllers," 2000-2002, $167,000.
- Hewlett Packard, "Ubiquitous Computing at Carnegie Mellon; Delivering Innovative Classroom Applications Using Handheld Devices", Diana Bajzek, Tracy Futhey, Kim Jordan, Dr. Brad Myers, Dr. Dan Sieworiek, Dr. Randy Weinberg, Dr. David Yaron. 2000. Equipment: 330 Jornada computers, $304,170.
- Lucent Technologies, "Ubiquitous Computing at Carnegie Mellon; Delivering Innovative Classroom Applications Using Handheld Devices", Diana Bajzek, Tracy Futhey, Kim Jordan, Dr. Brad Myers, Dr. Dan Sieworiek, Dr. Randy Weinberg, Dr. David Yaron. 2000. Equipment: about 300 Wavelan wireless network PCMCIA cards for the HP Jornada's, approx. $45,000.
- Symbol Technologies, Inc., Support for the Pebbles Project. 2000. Equipment: $7300.
- CMU Small Undergraduate Research Grant (SURG). For work by Geoffrey Washburn: "A

Graphics Library for Introductory Programming." Fall, 1999: $425. Summer, 1999: $3000.

- Palm Computing, Inc. Using Handhelds for the Handicapped, 2001: Equipment: $516. Studying Multiple People using Pebbles Software and Hand-helds in Education, 2000: Equipment: $4,788; 1999: Equipment: $3,690.
- IBM. Studying Multiple People using Pebbles Software. 1999. Equipment: $3,725.
- DARPA. "Adding Features to Pebbles," 1999. $40,000.
- NSF, etc. (Interagency program). Digital Library Initiative-2, IIS-9817527. 1999-2002. "An Intelligent Authoring Tool for Non-Programmers Using the Informedia Video Library," Brad Myers, Scott Stevens and Al Corbett. $450,000.
- USENIX Association's Scholastic Committee grant for "Lightweight Structured Text Editing," (work of PhD student Rob Miller). 2000-2001: $19,800. 1999-2000: $18,300. 1998-1999: $17,700.
- NSF. IRI-9900452. 1999-2002. "A More Natural Programming Environment for Children," Brad Myers and Al Corbett. $400,000.
- DARPA under the Command Post of the Future program. "High Bandwidth Command and Control." With Bill Scherlis, Alex Waibel, Randy Pausch and Jie Yang. 1998-2002. $2,706,000.
- Dupont Corporation. Educational Aid Program. 1998. $10,000.
- NSF. IRI-9319969. 1994-1997. Demonstrational Interfaces for Visualization and End-User Programming. $240,000.
- ARPA. Contract N66001-94-C-6037, ARPA Order No. B326. 1994 - 1998. Creating User Interface Software. $1,733,469.
- Siemens Corporation. Unrestricted. 1995: $20,000. 1990: $20,000.
- NEC. Unrestricted. 1993: $5000. 1989: $15,000.
- NSF. IRI-9020089. 1991-1993 (two years). Using Demonstration in Interfaces. $269,061.
- DARPA. Contract F33615-90-C-1465, ARPA Order No. 7597. 1990-1993. Creating Graphical Interfaces. $1,704,000.
- General Electric. 1990-1991. Postscript and Visualization in Garnet. $20,000.
- Apple Computer, Inc. 1990. Garnet on a Macintosh. $7000.
- Apple Computer, Inc. 1989-1991. Demonstrational Interfaces. Equipment $18,978, cash $50,000.

# Publications:

## Books:

1. Allen Cypher, Daniel C. Halbert, David Kurlander, Henry Lieberman, David Maulsby, Brad A. Myers and Alan Turransky, eds. *Watch What I Do: Programming by Demonstration*. Cambridge, MA: The MIT Press, 1993. web page.
2. Brad A. Myers, ed. *Languages for Developing User Interfaces*. Boston: Jones and Bartlett, 1992. ISBN: 0867204508. http://www.cs.cmu.edu/~bam/langbook.html
3. Brad A. Myers. *Creating User Interfaces by Demonstration*. Boston, MA: Academic Press, May 1988. ISBN: 0125123051.

## Book Chapters:

*(Does not include reprints of conference articles listed below.)*

4. Chris Scaffidi, Brad Myers, and Mary Shaw. "Trial By Water: Creating Hurricane Katrina 'Person Locator' Web Sites" *Leadership at a Distance: Research in Technologically-Supported Work* S.

Weisband, ed, Lawrence Erlbaum, 2008. pp. 209-222.

5. Jacob O. Wobbrock and Brad A. Myers, "Adding gestural text entry to input devices for people with motor impairments", Chapter 14 in J. Lazar (ed.), *Universal Usability*. New York: John Wiley & Sons. 2007. pp. 421-456.

6. John F. Pane and Brad A. Myers, "More Natural Programming Languages and Environments," in *End User Development*, vol. 9 of the Human-Computer Interaction Series, Henry Lieberman, Fabio Paterno, and Volker Wulf, eds. Dordrecht, The Netherlands: Springer, 2006, pp. 31-50.

7. Brad A. Myers. "Graphical User Interface Programming," chapter 48 of *Computer Science Handbook -- Second Edition*. Allen B. Tucker, editor in chief. Boca Raton, FL: Chapman & Hall/CRC Press, Inc., 2004. pp. 48-1 - 48-29. pdf

8. Brad Myers, Scott E. Hudson, and Randy Pausch, "Past, Present and Future of User Interface Software Tools," in John M. Carroll, ed. *HCI In the New Millennium*. New York: ACM Press, Addison-Wesley, 2001. pp. 213-233.

9. Brad Myers and Richard McDaniel. "Demonstrational Interfaces: Sometimes You Need a Little Intelligence; Sometimes You Need a Lot." *Your Wish is My Command*. Henry Lieberman, Ed. San Francisco: Morgan Kaufmann, 2001. pp. 45-60.

10. David Wolber and Brad Myers. "Stimulus-Response PBD: Demonstrating When as Well as What." *Your Wish is My Command*. Henry Lieberman, Ed. San Francisco: Morgan Kaufmann, 2001. pp. 321-344.

11. Brad A. Myers, Rich McDaniel, and Rob Miller, "The Amulet Prototype-Instance Framework," in *Domain-Specific Application Frameworks*, edited by Mohamed Fayad and Ralph E. Johnson. New York: John Wiley & Sons, 2000. ISBN# 0-471-332801. pp. 529-546.
http://www.cs.cmu.edu/~amulet/papers/amuletappframe.ps
http://www.cs.cmu.edu/~amulet/papers/amuletappframe.pdf

12. Brad A. Myers, Rich McDaniel, Rob Miller, Brad Vander Zanden, Dario Giuse, David Kosbie and Andrew Mickish, "The Prototype-Instance Object Systems in Amulet and Garnet," *Prototype Based Programming: Concepts, Languages and Applications*, James Noble, Antero Taivalsaari and Ivan Moore, eds. Singapore: Springer-Verlag, 1999. pp. 141-176. ISBN 981-4021-25-3. pdf

13. Brad A. Myers. "User Interface Management Systems," *Wiley Encyclopedia of Electrical and Electronics Engineering, Volume 23*. John G. Webster, editor. New York: John Wiley & Sons, 1999. pp. 42-58.

14. Brad A. Myers. "Interface Software Technology," chapter 72 of *CRC Handbook of Computer Science and Engineering*. Allen B. Tucker, editor in chief. Boca Raton, FL: CRC Press, Inc., 1997. pp. 1571-1595.

15. Brad A. Myers. "Program Visualization," *Encyclopedia of Software Engineering*. John J. Marciniak, ed. New York: John Wiley & Sons, Inc., 1994. pp. 877-892.

16. Brad A. Myers. "User Interface Software," *Encyclopedia of Computer Science and Technology*. Allen Kent and James G. Williams, editors. Vol. 33, no. 18. New York: Marcel Dekker, Inc., 1995. pp. 371-405. and *Enyclopedia of Microcomputers*. Allen Kent and James G. Williams, editors. New York: Marcel Dekker, Inc., 1996. pp. 223-257.

17. Brad A. Myers. "State of the Art in User Interface Software Tools," *Advances in Human-Computer Interaction, Volume 4*. Edited by H. Rex Hartson and Deborah Hix. Norwood, NJ: Ablex Publishing, 1993. pp. 110-150. Reprinted in: R.Baecker, J.Grudin, W.Buxton, and S. Greenberg, eds. *Readings in Human-Computer Interaction: Toward the Year 2000*. Second Edition. San Francisco: Morgan Kaufmann Publishers, Inc., 1995. pp. 344-356.

18. Brad A. Myers. "Peridot: Creating User Interfaces by Demonstration," *Watch What I Do: Programming by Demonstration*, Allen Cypher, et. al., eds. Cambridge, MA: The MIT Press, 1993. pp. 125-153.

19. Brad A. Myers. "Garnet: Uses of Demonstrational Techniques," *Watch What I Do: Programming by Demonstration*, Allen Cypher, et. al., eds. Cambridge, MA: The MIT Press, 1993. pp. 219-236.

20. Brad A. Myers. "Tourmaline: Text Formatting by Demonstration," *Watch What I Do:*

*Programming by Demonstration*, Allen Cypher, et. al., eds. Cambridge, MA: The MIT Press, 1993. pp. 309-321.

21. Francesmary Modugno and Brad A. Myers. "Graphical Representation and Feedback in a PBD System," *Watch What I Do: Programming by Demonstration*, Allen Cypher, et. al., eds. Cambridge, MA: The MIT Press, 1993. pp. 423-431.

22. David S. Kosbie and Brad A. Myers. "A System-Wide Macro Facility Based on Aggregate Events: A Proposal," *Watch What I Do: Programming by Demonstration*, Allen Cypher, et. al., eds. Cambridge, MA: The MIT Press, 1993. pp. 433-444.

23. Brad A. Myers. "Demonstrational Interfaces: A Step Beyond Direct Manipulation," *Watch What I Do: Programming by Demonstration*, Allen Cypher, et. al., eds. Cambridge, MA: The MIT Press, 1993. pp. 485-512.

24. Brad A. Myers and David Maulsby. "Glossary," *Watch What I Do: Programming by Demonstration*, Allen Cypher, et. al., eds. Cambridge, MA: The MIT Press, 1993. pp. 593-603.

25. Brad A. Myers. "Introduction," *Languages for Developing User Interfaces*. Boston: Jones and Bartlett, 1992. pp. 1-20.

26. Brad A. Myers. "Ideas from Garnet for Future User Interface Programming Languages," *Languages for Developing User Interfaces*. Boston: Jones and Bartlett, 1992. pp. 147-157.

27. Brad A. Myers, David Canfield Smith, and Bruce Horn. "Report of the `End-User Programming' Working Group," *Languages for Developing User Interfaces*. Boston: Jones and Bartlett, 1992. pp. 343-366.

28. Brad A. Myers. "Demonstrational Interfaces: A Step Beyond Direct Manipulation," *People and Computers VI*. Dan Diaper and Nick Hammond, eds. Cambridge, England: Cambridge University Press, 1991. pp. 11-30.

29. Brad A. Myers. "Using AI Techniques to Create User Interfaces by Example," in Joseph W. Sullivan, ed, *Intelligent User Interfaces*. Reading, MA: Addison-Wesley/ACM Press, 1991. pp. 385-401.

30. Brad A. Myers. "Issues in Window Manager Design and Implementation," ch. 6 of *Methodology of Window Management*, F. Robert A. Hopgood, *et. al.*, eds. Berlin: Springer-Verlag, 1986. pp. 59-71. (Also contributed to other chapters, especially pp. 181-187.)

## Refereed Journal Articles:

31. Jacob O. Wobbrock and Brad A. Myers. "Enabling Devices, Empowering People: The Design and Evaluation of Trackball EdgeWrite," *Disability and Rehabilitation: Assistive Technologies*, special issue on Accessibility. Volume 3 Issue 1, January, 2008, pp. 35-56.

32. Andrew J. Ko, Brad A. Myers, Michael Coblenz, and Htet Htet Aung. "An Exploratory Study of How Developers Seek, Relate, and Collect Relevant Information during Software Maintenance Tasks", *IEEE Transactions on Software Engineering*. Vol. 32, No. 12, Dec, 2006. pp. 971-987. pdf

33. Jeffrey Nichols and Brad A. Myers, "Controlling Home and Office Appliances with Smartphones". *IEEE Pervasive Computing*, special issue on SmartPhones, Vol. 5, No. 3, July-Sept, 2006. pp. 60-67. pdf

34. Jacob O. Wobbrock and Brad A. Myers. "Analyzing the Input Stream for Character-level Errors in Unconstrained Text Entry Evaluations." *ACM Transactions on Computer Human Interaction*. Vol. 13, no. 4, December, 2006, pp. 458 - 489. pdf

35. Ben Shneiderman, Gerhard Fischer, Mary Czerwinski, Mitch Resnick, Brad Myers, "Creativity Support Tools: Report from a U.S. National Science Foundation Sponsored Workshop". *International Journal of Human-Computer Interaction*, 20(2), 2006, pp. 61-77.

36. Andrew J. Ko and Brad A. Myers, "A Framework and Methodology for Studying the Causes of Software Errors in Programming Systems". *Journal of Visual Languages and Computing*, Volume 16, no. 1. Feb, 2005. pp. 41-84. pdf

37. Brad A. Myers, Jeffrey Nichols, Jacob O. Wobbrock, and Robert C. Miller. "Taking Handheld Devices to the Next Level." *IEEE Computer*. December, 2004. vol. 37, no. 12. pp. 36-43. pdf or html

38. Jacob O. Wobbrock, Htet Htet Aung, Brad A. Myers, and Edmund F. LoPresti. "Integrated Text Entry from Power Wheelchairs." *Behaviour and Information Technology*. Vol. 24, no. 3. May-June 2005. pp. 187-203. BIT online

39. Bradley T. Vander Zanden, Richard Halterman, Brad A. Myers, Rob Miller, Pedro Szekely, Dario A. Giuse, David Kosbie, and Rich McDaniel. "Lessons Learned from User's Experiences with Spreadsheet Constraints in the Garnet and Amulet Graphical Toolkits," *Software: Practice and Experience*. John Wiley & Sons, Inc. To appear.

40. Brad A. Myers. "Using Handhelds for Wireless Remote Control of PCs and Appliances," *Interacting with Computers*, Elsevier Science Journals. 2005. Volume 17, Issue 3, May 2005, Pages 251-264. DOI ref or local pdf

41. Brad A. Myers, John F. Pane and Andy Ko, "Natural Programming Languages and Environments". *Communications of the ACM*. (special issue on End-User Development). Sept, 2004, vol. 47, no. 9. pp. 47-52. pdf

42. Brad A. Myers. "Using Hand-Held Devices and PCs Together," *Communications of the ACM*. Volume 44, Issue 11. November, 2001. pp. 34 - 41. http://www.cs.cmu.edu/~pebbles/papers/pebblescacm.pdf

43. Bradley T. Vander Zanden, Richard Halterman, Brad A. Myers, Rich McDaniel, Rob Miller, Pedro Szekely, Dario Giuse, and David Kosbie. "Lessons Learned About One-Way, Dataflow Constraints in the Garnet and Amulet Graphical Toolkits." *ACM Transactions on Programming Languages and Systems* (TOPLAS). Vol. 23, No. 6, November 2001, Pages 776-796. PDF

44. James Landay and Brad Myers. "Sketching Interfaces: Toward More Human Interface Design", *IEEE Computer*, March, 2001. Vol. 34, No. 3. pp. 56-64. http://www.cs.cmu.edu/~garnet/silk-ieee-published.pdf

45. Bernhard Suhm, Brad Myers and Alex Waibel, "Multi-Modal Error Correction for Speech User Interfaces," *ACM Transactions on Computer Human Interaction*, vol. 8, no. 1, March 2001, pp. 60-98.

46. John F. Pane, Chotirat "Ann" Ratanamahatana, and Brad A. Myers, "Studying the Language and Structure in Non-Programmers' Solutions to Programming Problems", *International Journal of Human-Computer Studies (IJHCS)*. Special Issue on Empirical Studies of Programmers, vol. 54, no. 2, February 2001, pp. 237-264. http://www.cs.cmu.edu/~pane/IJHCS.html

47. Brad A. Myers. "Using Multiple Devices Simultaneously for Display and Control." *IEEE Personal Communications* special issue on "Smart Spaces and Environments." vol. 7, no. 5, Oct. 2000. pp. 62-65. pdf.

48. Brad Myers, Richard McDaniel and David Wolber. "Programming by example: Intelligence in Demonstrational Interfaces," *Communications of the ACM*. March, 2000. vol. 43, no. 3. pp. 82-89. pdf

49. Brad Myers, Scott E. Hudson, and Randy Pausch, "Past, Present and Future of User Interface Software Tools," *ACM Transactions on Computer Human Interaction*. March, 2000. Vol. 7, no. 1. pp. 3-28. Available as ACM pdf or draft pdf.

50. Brad A. Myers, Rich McDaniel, Rob Miller, Brad Vander Zanden, Dario Giuse, David Kosbie, and Andrew Mickish, "Our Experience with Prototype-Instance Object-Oriented Programming in Amulet and Garnet." *Interfaces*, Issue No. 39 (August 1998), ISSN: 1351-119X. A Publication of the British HCI Group. pp. 4-9.

51. Brad A. Myers. "A Brief History of Human Computer Interaction Technology." *ACM interactions*. Vol. 5, no. 2, March, 1998. pp. 44-54. pdf

52. Francesmary Modugno, Albert T. Corbett, and Brad A. Myers. "Graphical Representation of Programs in a Demonstrational Visual Shell -- An Empirical Evaluation," *ACM Transactions on*

*Computer-Human Interaction*. Sept, 1997, vol. 4, no. 3. pp. 276-308.

53. Francesmary Modugno and Brad A. Myers. "Visual Programming in a Visual Shell -- A Unified Approach," *Journal of Visual Languages and Computing*, Volume 8, no. 5/6. Oct/Dec, 1997. pp. 491-522.

54. Brad A. Myers, Richard G. McDaniel, Robert C. Miller, Alan Ferrency, Andrew Faulring, Bruce D. Kyle, Andrew Mickish, Alex Klimovitski, and Patrick Doane. "The Amulet Environment: New Models for Effective User Interface Software Development", *IEEE Transactions on Software Engineering*, Vol. 23, no. 6. June, 1997. pp. 347-365. IEEE pdf or tech report postscript or abstract only

55. Brad A. Myers, Jim Hollan, Isabel Cruz, et. al.. "Strategic Directions in Human Computer Interaction," *ACM Computing Surveys*, vol. 28, no. 4, December, 1996. pp. 794-809. http://www.cs.cmu.edu/~bam/nsfworkshop/hcireport.html

56. Brad A. Myers. "User Interface Software Technology," *ACM Computing Surveys*. Vol. 28, no. 1, March, 1996. pp. 189-191. http://www.cs.cmu.edu/~amulet/papers/uimshandbookuidesign.ps

57. Brad Vander Zanden and Brad A. Myers. "Demonstrational and Constraint-Based Techniques for Pictorially Specifying Application Objects and Behaviors," *ACM Transactions on Computer-Human Interaction*. Vol. 2, no. 4, Dec, 1995. pp. 308-356.

58. Brad A. Myers. "User Interface Software Tools," *ACM Transactions on Computer-Human Interaction*. vol. 2, no. 1, March, 1995. pp. 64-103. http://reports-archive.adm.cs.cmu.edu/anon/1994/CMU-CS-94-182.ps

59. Brad Vander Zanden, Brad A. Myers, Dario Giuse and Pedro Szekely. "Integrating Pointer Variables into One-Way Constraint Models," *ACM Transactions on Computer-Human Interaction*. vol. 1, no. 2, June, 1994. pp. 161-213.

60. Brad A. Myers. "Challenges of HCI Design and Implementation," *ACM Interactions*. vol. 1, no. 1. January, 1994. pp. 73-83. http://reports-archive.adm.cs.cmu.edu/anon/1993/CMU-CS-93-183.ps

61. Robert J.K. Jacob, John J. Leggett, Brad A. Myers, and Randy Pausch. "Interaction Styles and Input/Output Devices," *Behaviour and Information Technology*. March-April, 1993. vol. 12, no. 2. pp. 69-79.

62. Dan R. Olsen, Jr., James D. Foley, Scott E. Hudson, James Miller, and Brad Myers. "Research Directions for User Interface Software Tools," *Behaviour and Information Technology*. March-April, 1993. vol. 12, no. 2. pp. 80-97.

63. Brad A. Myers. "Demonstrational Interfaces: A Step Beyond Direct Manipulation," *IEEE Computer*. August, 1992. vol. 25, no. 8. pp. 61-73.

64. Brad A. Myers and Brad Vander Zanden. "Environment for Rapid Creation of Interactive Design Tools," *The Visual Computer; International Journal of Computer Graphics*. vol. 8, no. 2, February, 1992. pp. 94-116.

65. Brad A. Myers. "A New Model for Handling Input," *ACM Transactions on Information Systems*. vol. 8, no. 3. July, 1990. pp. 289-320.

66. Brad A. Myers, Dario A. Giuse, Roger B. Dannenberg, Brad Vander Zanden, David S. Kosbie, Ed Pervin, Andrew Mickish, and Philippe Marchal. "Garnet: Comprehensive Support for Graphical, Highly-Interactive User Interfaces," *IEEE Computer*. vol. 23, no. 11. November, 1990. pp. 71-85. Translated into Japanese and reprinted in *Nikkei Electronics*, No. 522, March 18, 1991, pp. 187-205. Also reprinted in: R.Baecker, J.Grudin, W.Buxton, and S. Greenberg, eds. *Readings in Human-Computer Interaction: Toward the Year 2000*. Second Edition. San Francisco: Morgan Kaufmann Publishers, Inc., 1995. pp. 357-372. pdf

67. Brad Vander Zanden and Brad A. Myers. "A Constraints Primer," *IEEE Computer*. vol. 23, no. 11. November, 1990. pp. 74-75.

68. Brad A. Myers. "Creating User Interfaces Using Programming-by-Example, Visual Programming, and Constraints," *ACM Transactions on Programming Languages and Systems*. vol. 12, no. 2, April, 1990. pp. 143-177.

69. Brad A. Myers. "Taxonomies of Visual Programming and Program Visualization," *Journal of*

*Visual Languages and Computing*. vol. 1, no. 1. March, 1990. pp. 97-123. *(A draft version is available in* pdf *format)*

70. Brad A. Myers. "User Interface Tools: Introduction and Survey," *IEEE Software*, vol. 6, no. 1, Jan, 1989. pp. 15-23. Reprinted in *Milestones in Software Evolution*, Paul W. Oman and Ted G. Lewis, ed. Los Alamitos, CA: IEEE Computer Society Press, 1990. pp. 261-269.

71. Brad A. Myers. "A Taxonomy of User Interfaces for Window Managers," *IEEE Computer Graphics and Applications*, vol. 8, no. 5, Sept, 1988. pp. 65-84.

72. Brad A. Myers. "Creating Interaction Techniques by Demonstration," *IEEE Computer Graphics and Applications*, vol. 7, no. 9, Sept, 1987. pp. 51-60. Reprinted in *Visual Programming Environments: Paradigms and Systems*, Ephraim P. Glinert, ed. Los Alamitos, CA: IEEE Computer Society Press, 1990. pp. 378-387.

73. John R. Dance, Tamar E. Granor, Ralph D. Hill, Scott E. Hudson, Jon Meads, Brad A. Myers, and Andrew Schulert. "The Run-time Structure of UIMS-Supported Applications," *Computer Graphics*. vol. 21, no. 2, April, 1987. pp. 97-101. Reprinted in *The Separable User Interface*, Ernest Edmonds, ed. Academic Press, 1992. pp. 213-225.

74. Brad A. Myers. "A Complete and Efficient Implementation of Covered Windows," *IEEE Computer*. vol. 19, no. 9. Sept, 1986. pp. 57-67.

75. Brad A. Myers. "The User Interface for Sapphire," *IEEE Computer Graphics and Applications*. vol. 4, no. 12, Dec, 1984. pp. 13-23.

## Major Refereed Conference Papers:

76. Christopher Scaffidi, Brad Myers, Mary Shaw, "Topes: Reusable Abstractions for Validating Data." *ICSE'2008: 30th International Conference on Software Engineering*, Leipzig, Germany, 10 - 18 May 2008. To appear.

77. Andrew J. Ko and Brad A. Myers, "Debugging, Reinvented: Asking and Answering Why and Why Not Questions about Program Behavior" *ICSE'2008: 30th International Conference on Software Engineering*, Leipzig, Germany, 10 - 18 May 2008. To appear.

78. Duen Horng Chau and Brad Myers. "What to Do When Search Fails: Finding Information by Association," *Proceedings CHI'2008: Human Factors in Computing Systems*. Florence, Italy, April 5-10, 2008. To appear. pdf

79. Duen Horng Chau, Brad Myers, and Andrew Faulring, "Feldspar: A System for Finding Information by Association," *CHI 2008 Workshop on Personal Information Management: PIM 2008*, April 5-6, 2008, Florence, Italy. To appear.

80. Andrew Faulring, Ken Mohnkern, Aaron Steinfeld, Brad A. Myers, "Successful User Interfaces for Radar," *CHI'08 workshop on Usable Artificial Intelligence*, April 5-6, 2008, Florence, Italy. To appear.

81. Jeffrey Stylos and Brad Myers, "Mapping the Space of API Design Decisions," *2007 IEEE Symposium on Visual Languages and Human-Centric Computing, VL/HCC'07*. Sept 23-27, 2007, Coeur d'Alene, Idaho. pp. 50-57.

82. Christopher Scaffidi, Allen Cypher, Sebastian Elbaum, Andhy Koesnandar, Brad Myers. "Scenario-Based Requirements for Web Macro Tools" *2007 IEEE Symposium on Visual Languages and Human-Centric Computing, VL/HCC'07*. Sept 23-27, 2007, Coeur d'Alene, Idaho. To appear.

83. Thomas D. LaToza, David Garlan, James D. Herbsleb, Brad A. Myers, "Program comprehension as fact finding", *ESEC/FSE 2007: ACM SIGSOFT Symposium on the Foundations of Software Engineering*, Dubrovnik, Croatia, September 3-7, 2007, pp. 361-370.

84. Ivan E. Gonzalez, Jacob O. Wobbrock, Duen Horng Chau, Andrew Faulring, and Brad A. Myers, "Eyes on the Road, Hands on the Wheel: Thumb-based Interaction Techniques for Input on Steering Wheels" *Graphics Interface 2007*, May 28-30, 2007, Montreal, Canada. pp. 95-102. pdf

85. Jeffrey Nichols, Duen Horng Chau, Brad A. Myers, "Demonstrating the Viability of

Automatically Generated User Interfaces" *Proceedings CHI'2007: Human Factors in Computing Systems*. San Jose, CA, April 28 - May 3, 2007. pp. 1283-1292. pdf

86. Jacob O. Wobbrock, Duen Horng Chau and Brad A. Myers, "An Alternative to Push, Press, and Tap-tap-tap: Gesturing on an Isometric Joystick for Mobile Phone Text Entry" *Proceedings CHI'2007: Human Factors in Computing Systems*. San Jose, CA, April 28 - May 3, 2007. pp. 667-667. pdf

87. Brian Ellis, Jeffrey Stylos, and Brad Myers. "The Factory Pattern in API Design: A Usability Evaluation". *International Conference on Software Engineering (ICSE'2007)*. May 20-26, 2007. Minneapolis, MN. pp. 302-312.

88. Jacob O. Wobbrock and Brad A. Myers, "From Letters to Words: Efficient Stroke-based Word Completion for Trackball Text Entry", *8th International ACM SIGACCESS Conference on Computers and Accessibility, ASSETS'06*, Portland, OR, Oct. 23-25, 2006. pp. 2-9. pdf

89. Michael J. Coblenz, Andrew J. Ko and Brad A. Myers, "JASPER: An Eclipse Plug-In to Facilitate Software Maintenance Tasks", *Eclipse Technology eXchange (ETX) Workshop at OOPSLA 2006*, Portland, Oregon, October 22-23, 2006. pp. 65-69. pdf and ACM DOI

90. Jacob O. Wobbrock, Brad A. Myers, and Duen Horng Chau, "In-stroke Word Completion". *ACM Symposium on User Interface Software and Technology, UIST'06*, October 15-18, 2006, Montreux, Switzerland. pp. 333-336. pdf

91. Jeffrey Nichols, Brandon Rothrock, Duen Horng Chau, Brad A. Myers. "Huddle: Automatically Generating Interfaces for Systems of Multiple Connected Appliances" *ACM Symposium on User Interface Software and Technology, UIST'06*, October 15-18, 2006, Montreux, Switzerland. pp. 279-288. pdf

92. Andrew J. Ko, Brad A. Myers, and Duen Horng Chau, "A Linguistic Analysis of How People Describe Software Problems" *2006 IEEE Symposium on Visual Languages and Human-Centric Computing, VL/HCC'06*. Sept 4-8, 2006, Brighton, UK. pp. 127-134. pdf

93. Christopher Scaffidi, Andrew Ko, Brad Myers, Mary Shaw, "Dimensions Characterizing the Usage of Programming Features by Information Workers" *2006 IEEE Symposium on Visual Languages and Human-Centric Computing, VL/HCC'06*. Sept 4-8, 2006, Brighton, UK. pp. 59-62. pdf

94. Jeffrey Stylos and Brad A. Myers. "Mica: A Programming Web-Search Aid". *2006 IEEE Symposium on Visual Languages and Human-Centric Computing, VL/HCC'06*. Sept 4-8, 2006, Brighton, UK. pp. 195-202. pdf

95. Brad Myers, David A. Weitzman, Andrew J. Ko, and Duen Horng Chau, "Answering Why and Why Not Questions in User Interfaces," *Proceedings CHI'2006: Human Factors in Computing Systems*. Montreal, Canada, April 22-27, 2006. pp. 397-406. pdf

96. Jacob O. Wobbrock and Brad A. Myers, "Trackball Text Entry for People with Motor Impairments," *Proceedings CHI'2006: Human Factors in Computing Systems*. Montreal, Canada, April 22-27, 2006. pp. 479-488. **Winner, CHI 2006 Best Paper Award.** pdf

97. Andrew J. Ko and Brad A. Myers, "Barista: An Implementation Framework for Enabling New Tools, Interaction Techniques and Views in Code Editors," *Proceedings CHI'2006: Human Factors in Computing Systems*. Montreal, Canada, April 22-27, 2006. pp. 387-396. pdf

98. Jeffrey Nichols, Brad A. Myers, Brandon Rothrock, "UNIFORM: Automatically Generating Consistent Remote Control User Interfaces," *Proceedings CHI'2006: Human Factors in Computing Systems*. Montreal, Canada, April 22-27, 2006. pp. 611-620. pdf

99. Jacob O. Wobbrock, Brad A. Myers and Brandon Rothrock, "Few-key Text Entry Revisited: Mnemonic Gestures on Four Keys," *Proceedings CHI'2006: Human Factors in Computing Systems*. Montreal, Canada, April 22-27, 2006. pp. 489-492. pdf

100. Andrew J. Ko and Brad A. Myers. "Citrus: A Toolkit for Simplifying the Creation of Structured Editors for Code and Data." *ACM Symposium on User Interface Software and Technology, UIST'05*, October 23-26, 2005, Seattle, WA. pp. 3-12. pdf or ACM DL

101. Christopher Scaffidi, Mary Shaw, Brad Myers. "Estimating the Numbers of End Users and End

User Programmers," 2005 IEEE Symposium on Visual Languages and Human-Centric Computing (VL/HCC'05), Dallas, Texas, USA, 20-24 September 2005. pp. 207-214. pdf

102. Andrew J. Ko, Htet Htet Aung, and Brad A. Myers. "Eliciting Design Requirements for Maintenance-Oriented IDEs: A Detailed Study of Corrective and Perfective Maintenance Tasks". *27th International Conference on Software Engineering*. St. Louis, MO. 15-21 May, 2005. pp. 126-135. **Winner, Best Paper Award.** pdf

103. Jeffrey Stylos, Brad A. Myers, Andrew Faulring, "Citrine: Providing Intelligent Copy-and-Paste." *ACM Symposium on User Interface Software and Technology, UIST'04*, October 24-27, 2004, Santa Fe, NM. pp. 185-188. pdf

104. Jacob O. Wobbrock, Brad A. Myers, Htet Htet Aung, and Edmund F. LoPresti. "Text Entry from Power Wheelchairs: EdgeWrite for Joysticks and Touchpads." *Proceedings of the ACM SIGACCESS Conference on Computers and Accessibility (ASSETS '04)*. October 18-20, 2004. Atlanta, GA. pp. 110-117. **Winner, Best Paper Award.** pdf

105. Andrew J. Ko, Brad A. Myers, and Htet Htet Aung. "Six Learning Barriers in End-User Programming Systems." *VL/HCC'04: IEEE Symposium on Visual Languages and Human-Centric Computing*, Rome, Italy, September 26-29, 2004. pp. 199-206. pdf

106. Jacob O. Wobbrock, Brad A. Myers, and Htet Htet Aung. "Writing with a Joystick: A Comparison of Date Stamp, Selection Keyboard, and EdgeWrite," *Graphics Interface GI'2004*. Canadian Human-Computer Communications Society. May 17-19, 2004, London, Ontario, Canada. pp. 1-8. pdf

107. Andrew Jensen Ko and Brad A. Myers, "Designing the Whyline: A Debugging Interface for Asking Questions about Program Failures," *Proceedings CHI'2004: Human Factors in Computing Systems*. Vienna, Austria, April 24-29, 2004. pp. 151-158. pdf

108. Jeffrey Nichols, Brad A. Myers and Kevin Litwack. "Improving Automatic Interface Generation with Smart Templates," ACM *IUI'04*, Jan. 13-16, 2004, Madeira, Funchal, Portugal. pp. 286-288. pdf

109. Andrew J. Ko and Brad A. Myers. "Development and Evaluation of a Model of Programming Errors". 2003. *IEEE Symposium on End-User and Domain-Specific Programming (EUP'03)*, part of the *IEEE Symposia on Human-Centric Computing Languages and Environments,* (HCC'03). October 28-31, 2003. Auckland, New Zealand. pp. 7-14. pdf. Judged to be one of the two best papers.

110. Jacob O. Wobbrock, Brad A. Myers, and John Kembel. "EdgeWrite: A Stylus-Based Text Entry Method Designed for High Accuracy And Stability of Motion," *CHI Letters: ACM Symposium on User Interface Software and Technology, UIST'03*, Nov. 2-5, 2003, Vancouver, British Columbia, Canada. pp. 61-70. pdf

111. Jeffrey Nichols and Brad A. Myers. "Studying The Use of Handhelds to Control Smart Appliances". *International Workshop on Smart Appliances and Wearable Computing*. IWSAWC 2003. In the Proceedings of the *23rd IEEE Conference on Distributed Computing Systems Workshops (ICDCS'03)*. May 19-22, 2003, Providence, Rhode Island. pp. 274-279. pdf

112. Jacob O. Wobbrock, Brad A. Myers, and Scott E. Hudson. "Exploring Edge-based Input Techniques for Handheld Text Entry". *International Workshop on Smart Appliances and Wearable Computing*. IWSAWC 2003. In the Proceedings of the *23rd IEEE Conference on Distributed Computing Systems Workshops (ICDCS'03)*. May 19-22, 2003, Providence, Rhode Island. pp. 280-282. pdf

113. Brad Myers, Robert Malkin, Michael Bett, Alex Waibel, Ben Bostwick, Robert C. Miller, Jie Yang, Matthias Denecke, Edgar Seemann, Jie Zhu, Choon Hong Peck, Dave Kong, Jeffrey Nichols, Bill Scherlis. "Flexi-modal and Multi-Machine User Interfaces", *IEEE Fourth International Conference on Multimodal Interfaces*, Pittsburgh, PA. October 14-16, 2002. pp. 343-348. pdf

114. Jeffrey Nichols, Brad Myers, Thomas K. Harris, Roni Rosenfeld, Stefanie Shriver, Michael Higgins, Joseph Hughes. "Requirements for Automatically Generating Multi-Modal Interfaces for

Complex Appliances," *IEEE Fourth International Conference on Multimodal Interfaces*, Pittsburgh, PA. October 14-16, 2002. pp. 377-382. pdf

115. Jeffrey Nichols, Brad A. Myers, Michael Higgins, Joe Hughes, Thomas K. Harris, Roni Rosenfeld, Mathilde Pignol. "Generating Remote Control Interfaces for Complex Appliances." *CHI Letters: ACM Symposium on User Interface Software and Technology, UIST'02*, 27-30 Oct. 2002, Paris, France. pp. 161-170. pdf

116. Jacob O. Wobbrock, Jodi Forlizzi, Scott E. Hudson, Brad A. Myers, "WebThumb: Interaction Techniques for Small-Screen Browsers," *CHI Letters: ACM Symposium on User Interface Software and Technology, UIST'02*, 27-30 Oct. 2002, Paris, France. pp. 205-208. pdf

117. Brad A. Myers. "Mobile Devices for Control," *The Fourth Symposium on Human-Computer Interaction for Mobile Devices, Mobile HCI'02*. (Keynote speech), September 18-20, 2002, Pisa, Italy. pp. 1-8. http://www.cs.cmu.edu/~pebbles/papers/pebblesMobileHCI2002.pdf

118. J.F. Pane, B.A. Myers, and L.B. Miller, "Using HCI Techniques to Design a More Usable Programming System," *2002 IEEE Symposia on Human Centric Computing Languages and Environments (HCC'02)*. Arlington, VA, September 3-6, 2002. pp. 198-206. http://www.cs.cmu.edu/~pane/handsdesign.html

119. Juan Casares, Brad A. Myers, A. Chris Long, Rishi Bhatnagar, Scott M. Stevens, Laura Dabbish, Dan Yocum, and Albert Corbett. "Simplifying Video Editing Using Metadata." In *Proceedings of Designing Interactive Systems (DIS 2002)*, London, UK, June 2002. pp. 157-166. Acrobat (pdf)

120. Brad A. Myers, Jacob O. Wobbrock, Sunny Yang, Brian Yeung, Jeffrey Nichols, and Robert Miller. "Using Handhelds to Help People with Motor Impairments", *Fifth International ACM SIGCAPH Conference on Assistive Technologies; ASSETS 2002*. July 8-10, 2002. Edinburgh, Scotland. pp. 89-96. http://www.cs.cmu.edu/~pebbles/papers/pebbleshandicapped.pdf.

121. Robert C. Miller and Brad A. Myers, "Multiple Selections in a Smart Text Editor". *2002 International Conference on Intelligent User Interfaces: IUI'2002*. San Francisco, CA, January 13-16, 2002. pp. 103 - 110. PDF

122. Brad A. Myers, Rishi Bhatnagar, Jeffrey Nichols, Choon Hong Peck, Dave Kong, Robert Miller, and A. Chris Long. "Interacting At a Distance: Measuring the Performance of Laser Pointers and Other Devices." *Proceedings CHI'2002: Human Factors in Computing Systems*. Minneapolis, Minnesota, April 20-25, 2002. pp. 33-40. http://www.cs.cmu.edu/~pebbles/papers/pebbleslaserexp.pdf.

123. Robert C. Miller and Brad A. Myers. "Outlier Finding: Focusing User Attention on Possible Errors," *CHI Letters: ACM Symposium on User Interface Software and Technology, UIST'01*, November 11-14, 2001. Orlando, Florida. pp. 81-90. Available as HTML and PDF

124. Brad A. Myers, Choon Hong Peck, Jeffrey Nichols, Dave Kong, and Robert Miller, "Interacting At a Distance Using Semantic Snarfing," *UbiComp'2001: Ubiquitous Computing*, G. Abowd, B. Brummit, and S. Shafer, ed. ACM. Springer. Sept 30 - Oct 2, 2001, Atlanta, Georgia. pp. 305-314. pdf.

125. Brad A. Myers, Juan P. Casares, Scott Stevens, Laura Dabbish, Dan Yocum, Albert Corbett, "A Multi-View Intelligent Editor for Digital Video Libraries.", *The First ACM+IEEE Joint Conference on Digital Libraries, JCDL'01*, June 24-28, 2001, Roanoke, VA. pp. 106-115. PDF or Postscript

126. Robert C. Miller and Brad A. Myers. "Interactive Simultaneous Editing of Multiple Text Regions." *USENIX 2001 Annual Technical Conference,* Boston, MA, June 2001. pp. 161-174. html or pdf

127. John Pane and Brad Myers, "Tabular and Textual Methods for Selecting Objects from a Group," *IEEE Symposium on Visual Languages*, VL'2000, Seattle, Washington, September 10-14, 2000. pp. 157-164. http://www.cs.cmu.edu/~pane/study3.html

128. Brad A. Myers, Robert C. Miller, Benjamin Bostwick, and Carl Evankovich, "Extending the Windows Desktop Interface With Connected Handheld Computers," *4th USENIX Windows Systems Symposium*, August 3-4, 2000, Seattle, WA. pp. 79-88.

http://www.cs.cmu.edu/~pebbles/papers/pebblesone.ps or
http://www.cs.cmu.edu/~pebbles/papers/pebblesone.pdf.

129. Robert C. Miller and Brad A. Myers. "Integrating a Command Shell into a Web Browser." *USENIX 2000 Annual Technical Conference*, San Diego, CA, June 2000. pp 171-182. Tied for "Best Student Paper" award. html, pdf

130. Brad Myers, Kin Pou ("Leo") Lie and Bo-Chieh ("Jerry") Yang, "Two-Handed Input Using a PDA and a Mouse", *Proceedings CHI'2000: Human Factors in Computing Systems*. April 1-6, 2000. The Hague, The Netherlands. pp. 41-48.
http://www.cs.cmu.edu/~pebbles/papers/pebbles2handexp.ps or
http://www.cs.cmu.edu/~pebbles/papers/pebbles2handexp.pdf.

131. Robert C. Miller and Brad A. Myers, "Synchronizing Clipboards of Multiple Computers," *CHI Letters: ACM Symposium on User Interface Software and Technology, UIST'99*, vol. 1, no. 1. November 7-10, 1999. Asheville, NC. pp. 65-66. pdf.

132. Robert C. Miller, Brad A. Myers, "Lightweight Structured Text Processing." *1999 Usenix Annual Technical Conference*, June 6-11, 1999, Monterey, California. pp 131-144. Winner of "Outstanding Paper Award." html or pdf

133. Richard G. McDaniel and Brad A. Myers, "Getting More Out Of Programming-By-Demonstration." *Proceedings CHI'99: Human Factors in Computing Systems*. Pittsburgh, PA, May 15-20, 1999. pp. 442-449. http://www.cs.cmu.edu/~amulet/papers/richmchi99.ps

134. Bernhard Suhm, Brad Myers and Alex Waibel, "Model-based and Empirical Evaluation of Multimodal Interactive Error Correction." *Proceedings CHI'99: Human Factors in Computing Systems*. Pittsburgh, PA, May 15-20, 1999. pp. 584-591.
http://www.cs.cmu.edu/~bsuhm/papers/chi99.ps

135. Brad A. Myers, Herb Stiel, and Robert Gargiulo. "Collaboration Using Multiple PDAs Connected to a PC," *Proceedings CSCW'98: ACM Conference on Computer-Supported Cooperative Work*, November 14-18, 1998, Seattle, WA. pp. 285-294.
http://www.cs.cmu.edu/~pebbles/papers/pebblesCSCW.ps
http://www.cs.cmu.edu/~pebbles/papers/pebblesCSCW.pdf

136. Brad A. Myers. "Scripting Graphical Applications by Demonstration," *Proceedings CHI'98: Human Factors in Computing Systems*. Los Angeles, CA, April 18-23, 1998. pp. 534-541.
http://www.cs.cmu.edu/~amulet/papers/commandsbydemo.pdf
http://www.cs.cmu.edu/~amulet/papers/commandsbydemo.ps

137. Richard G. McDaniel and Brad A. Myers. "Building Applications Using Only Demonstration," *IUI'98: 1998 International Conference On Intelligent User Interfaces*, January 6-9, 1998, San Francisco, CA. pp. 109-116. http://www.cs.cmu.edu/~richm/papers/iui98.ps

138. Brad A. Myers, Robert C. Miller, Rich McDaniel, and Alan Ferrency, "Easily Adding Animations to Interfaces Using Constraints." *ACM Symposium on User Interface Software and Technology, UIST'96*, November 6-8, 1996. Seattle, WA. pp. 119-128.
ftp://ftp.cs.cmu.edu/afs/cs.cmu.edu/project/amulet/www/papers/animate.ps

139. Bernhard Suhm, Brad Myers and Alex Waibel, "Interactive Recovery from Speech Recognition Errors in Speech User Interfaces," *Proceedings of the International Conference on Spoken Language Processing, ICSLP'96*, Philadelphia PA, Oct. 1996, Vol.2, pp. 861-864.
http://www.cs.cmu.edu/~bsuhm/papers/icslp96.ps

140. Brad A. Myers and David Kosbie. "Reusable Hierarchical Command Objects," *Proceedings CHI'96: Human Factors in Computing Systems*. Vancouver, BC, Canada. April 13-18, 1996. pp. 260-267. http://www.acm.org/sigs/sigchi/chi96/proceedings/papers/Myers/bam_com.htm
http://www.cs.cmu.edu/~amulet/papers/commandsCHI.html and
ftp://ftp.cs.cmu.edu/afs/cs.cmu.edu/project/amulet/www/papers/commandsCHI.ps

141. Francesmary Modugno, Albert T. Corbett and Brad A. Myers. "Evaluating Program Representation in a Demonstrational Visual Shell." *Experimental Studies of Programmers Sixth Workshop*. Jan. 5-7, 1996. Alexandria, VA. Wayne Gray and Deboray Boehm-Davis, editors.

Ablex Publishing corporation, Norwood, NJ. pp 131-146. Abstract Compressed Postscript

142.  James Landay and Brad A. Myers. "Interactive Sketching for the Early Stages of User Interface Design," *Proceedings CHI'95: Human Factors in Computing Systems*. Denver, CO. May, 1995. pp. 43-50.
      ftp://ftp.cs.cmu.edu/afs/cs.cmu.edu/user/landay/pub/www/research/publications/SILK_CHI/SILK_

143.  Francesmary Modugno and Brad A. Myers. "A State-Based Visual Language for a Demonstrational Visual Shell," *1994 IEEE Workshop on Visual Languages*. St. Louis, MO. pp. 304-311. Abstract Compressed Postscript

144.  Francesmary Modugno, T.R.G. Green and Brad A. Myers. "Visual Programming in a Visual Domain: A Case Study of Cognitive Dimension," *Human-Computer Interaction '94, People and Computers.* Glasgow, Scotland, August, 1994. pp. 91-108. Abstract Compressed Postscript

145.  Francesmary Modugno and Brad A. Myers. "Exploring Graphical Feedback in a Demonstrational Visual Shell," *The 1994 East-West International Conference on Human-Computer Interaction (EWHCI'94).* St. Petersburg, Russia, August, 1994. pp. 262-272. An updated version appears in *Lecture Notes in Computer Science 876*. Brad Blumenthal, Juri Gornostaev and Claus Unger, Editors. Springer-Verlag, 1994. Abstract Compressed Postscript

146.  David S. Kosbie and Brad A. Myers, "Extending Programming By Demonstration With Hierarchical Event Histories," *The 1994 East-West International Conference on Human-Computer Interaction.* St. Petersburg, Russia, August, 1994. pp. 147-157. http://reports-archive.adm.cs.cmu.edu/anon/1994/CMU-CS-94-156.ps Abstract only

147.  Brad A. Myers, Jade Goldstein, and Matthew A. Goldberg. "Creating Charts by Demonstration," *Proceedings CHI'94: Human Factors in Computing Systems*. Boston, MA, Apr. 24-28, 1994. pp. 106-111. pdf

148.  Brad A. Myers, Richard G. McDaniel, and David S. Kosbie. "Marquise: Creating Complete User Interfaces by Demonstration," *Proceedings INTERCHI'93: Human Factors in Computing Systems*. Amsterdam, The Netherlands, April 24-29, 1993. pp. 293-300.
      ftp://ftp.cs.cmu.edu/afs/cs/project/garnet/doc/papers/marquiseCHI93.ps

149.  Osamu Hashimoto and Brad A. Myers. "Graphical Styles For Building User Interfaces by Demonstration," *ACM Symposium on User Interface Software and Technology: UIST'92*, Monterey, CA, Nov. 16-18, 1992. pp. 117-124.

150.  Brad A. Myers, Dario A. Giuse, and Brad Vander Zanden. "Declarative Programming in a Prototype-Instance System: Object-Oriented Programming Without Writing Methods," *Proceedings OOPSLA'92: ACM Conference on Object-Oriented Programming Systems, Languages, and Applications*. October 18-22, 1992. Vancouver, BC, Canada. *SIGPLAN Notices,* vol. 27, no. 10. pp. 184-200.

151.  Brad A. Myers and Mary Beth Rosson. "Survey on User Interface Programming," *Proceedings SIGCHI'92: Human Factors in Computing Systems*. Monterrey, CA, May 3-7, 1992. 195-202. ps or pdf

152.  Brad A. Myers. "Separating Application Code from Toolkits: Eliminating the Spaghetti of Call-Backs," *ACM Symposium on User Interface Software and Technology: UIST'91*, Hilton Head, SC, Nov. 11-13, 1991. pp. 211-220.

153.  Brad Vander Zanden, Brad A. Myers, Dario Giuse and Pedro Szekely. "The Importance of Pointer Variables in Constraint Models," *ACM Symposium on User Interface Software and Technology: UIST'91*, Hilton Head, SC, Nov. 11-13, 1991. pp. 155-164.

154.  Keiji Kojima and Brad A. Myers. "Parsing Graphic Function Sequences," *1991 IEEE Workshop on Visual Languages*. Kobe, Japan, October 9-11, 1991. pp. 111-117.

155.  Brad A. Myers. "Text Formatting by Demonstration," *Proceedings SIGCHI'91: Human Factors in Computing Systems*. New Orleans, LA. April 28-May 2, 1991. pp. 251-256.

156.  Brad A. Myers. "Graphical Techniques in a Spreadsheet for Specifying User Interfaces," *Proceedings SIGCHI'91: Human Factors in Computing Systems*. New Orleans, LA. April 28-May 2, 1991. pp. 243-249.

157. Brad Vander Zanden and Brad A. Myers. "The Lapidary Graphical Interface Design Tool," *Proceedings SIGCHI'91: Human Factors in Computing Systems*. New Orleans, LA. April 28-May 2, 1991. pp. 465-466.

158. Brad A. Myers. "Invisible Programming," *1990 IEEE Workshop on Visual Languages*. Skokie, Ill, October 4-6, 1990. pp. 203-208.

159. Brad Vander Zanden and Brad A. Myers, "Automatic, Look-and-Feel Independent Dialog Creation for Graphical User Interfaces," *Proceedings SIGCHI'90: Human Factors in Computing Systems*. Seattle, WA, April 1-5, 1990. pp. 27-34.

160. Brad A. Myers, Brad Vander Zanden, and Roger B. Dannenberg. "Creating Graphical Interactive Application Objects by Demonstration," *ACM Symposium on User Interface Software and Technology: UIST'89*, Williamsburg, VA, Nov. 13-15, 1989. pp. 95-104.

161. Brad A. Myers. "Encapsulating Interactive Behaviors," *Proceedings SIGCHI'89: Human Factors in Computing Systems*. Austin, Texas, April 30 - May 4, 1989, pp. 319-324.

162. Brad A. Myers, Ravinder Chandhok, and Atul Sareen. "Automatic Data Visualization for Novice Pascal Programmers," *1988 IEEE Workshop on Visual Languages*. Pittsburgh, PA, October 10-12, 1988, pp. 192-198.

163. Pedro Szekely and Brad Myers. "A User Interface Toolkit Based on Graphical Objects and Constraints," *OOPSLA '88: Conference on Object-Oriented Programming: Systems, Languages and Applications*, San Diego, CA, September 25-30, 1988. *Sigplan Notices*, vol. 23, no. 11, November, 1988. pp. 36 - 45.

164. Brad A. Myers. "Creating Dynamic Interaction Techniques by Demonstration," *Proceedings SIGCHI+GI '87: Human Factors in Computing Systems*. Toronto, Ont. Apr. 5-9, 1987. pp. 271-278.

165. Brad A. Myers and William Buxton. "Creating Highly Interactive and Graphical User Interfaces by Demonstration," *Computer Graphics: SIGGRAPH '86 Conference Proceedings*. vol. 20, no. 4, August 18-22, 1986. Dallas, Texas. pp. 249-258. Reprinted in R.M. Baecker and W.A.S. Buxton, eds, *Readings in Human-Computer Interaction*, Los Altos, CA: Morgan Kaufmann Publishers, 1987. pp. 595-604.

166. Brad A. Myers. "Visual Programming, Programming by Example, and Program Visualization; A Taxonomy," *Proceedings SIGCHI '86: Human Factors in Computing Systems*. Boston, MA. April 13-17, 1986. pp. 59-66. Reprinted in *Visual Programming Environments: Paradigms and Systems*, Ephraim P. Glinert, ed. Los Alamitos, CA: IEEE Computer Society Press, 1990. pp. 33-40. pdf

167. William Buxton and Brad Myers. "A Study in Two-Handed Input," *Proceedings SIGCHI '86: Human Factors in Computing Systems*. Boston, MA. April 13-17, 1986. pp. 321-326. html and video.

168. Brad A. Myers. "The Importance of Percent-Done Progress Indicators for Computer-Human Interfaces," *Proceedings SIGCHI '85: Human Factors in Computing Systems*. San Francisco, CA. Apr. 14-18, 1985. pp. 11-17. Reprinted as *Datapro Report* no. AS40-300-301, Dec, 1986. pdf

169. Brad A. Myers. "Incense: A System for Displaying Data Structures," *Computer Graphics: SIGGRAPH '83 Conference Proceedings*. vol. 17, no. 3, July, 1983. Detroit, MI. pp. 115-125. pdf

## Minor Refereed Conference Papers:

170. Caitlin Kelleher, Brad A. Myers, Daniel P. Siewiorek, Dennis Cosgrove, Jeffrey S. Pierce, Matt Conway, Don Marinelli. "Special Session in Honor of Randy Pausch", *Extended Abstracts, CHI'2008*, Florence, Italy, April 5-10, 2008. To appear.

171. Andrew Ko and Brad Myers. "Source-Level Debugging with the Whyline". *Cooperative and Human Aspects of Software Engineering (CHASE)*, An ICSE 2008 Workshop. May 13, 2008, Leipzig, Germany, To appear.

172. Anker Helms Jørgensen, Brad A. Myers, "User Interface History: An Initial Seed", Special

Interest Group meeting, *Extended Abstracts, CHI'2008*, Florence, Italy, April 5-10, 2008. To appear.

173. Joerg Beringer, Gerhard Fisher, Piero Mussio, Brad Myers, Fabio Paternò, Boris de Ruyter. "The Next Challenge: from Easy-to-Use to Easy-to-Develop, Are You Ready?" *Extended Abstracts, CHI'2008*, Florence, Italy, April 5-10, 2008. To appear.

174. Brad A. Myers, Margaret M. Burnett, Mary Beth Rosson, Andrew J. Ko, Alan Blackwell. "End User Software Engineering: CHI'2008 Special Interest Group Meeting" *Extended Abstracts, CHI'2008*, Florence, Italy, April 5-10, 2008. To appear.

175. Christopher Scaffidi, Brad Myers, Mary Shaw, "Toped: Enabling End-User Programmers to Validate Data". *Extended Abstracts, CHI'2008*. Florence, Italy, April 5-10, 2008. To appear.

176. Christopher Scaffidi, Brad Myers, Mary Shaw, "Tool Support for Data Validation by End-User Programmers", formal demo at *ICSE'2008: 30th International Conference on Software Engineering*, Leipzig, Germany, 10 - 18 May 2008. To appear.

177. DeVito Dabbs, Dew, Myers, Hawkins Ren, Begey, McCurry. "A Randomized Controlled Pilot Trial of Pocket PATH vs. Standard Care on Self-Care Behaviors and Health Related Quality of Life in the First 2 Months After Lung Transplant". Abstract in *Meeting of the American Thoracic Society*, Toronto, Canada, May, 2008. To appear.

178. DeVito Dabbs, Dew, Myers, Hawkins Ren, Begey, McCurry. "A Randomized Controlled Pilot Trial of PocketPATH on Early Self-Care Behaviors and HRQoL After Lung Transplant," Abstast in Proceedings of *ISHLT: The International Society for Heart & Lung Transplantation*, April 9-12, 2008, Boston, MA. To appear.

179. Brad A. Myers, Margaret M. Burnett, Susan Wiedenbeck, and Andrew J. Ko, "End User Software Engineering: CHI'2007 Special Interest Group Meeting," *Extended Abstracts CHI'2007*. San Jose, CA, April 28 - May 3, 2007. pp. 2125-2128.

180. Christopher Scaffidi, Brad Myers, Mary Shaw, "Challenges, Motivations, and Success Factors in the Creation of Hurricane Katrina 'Person Locator' Web Sites". *18th annual Psychology of Programming Workshop: PPIG'06*, Sept 7-8, 2006, Brighton, UK. pdf

181. Andrew J. Ko, Brad A. Myers, Michael J. Coblenz, and Jeffrey Stylos, "End-User Programming Productivity Tools", *The Next Step: From End-User Programming to End-User Software Engineering (WEUSE II)* at CHI'2006, Montreal, Canada, April 23, 2006. pdf.

182. Chris Scaffidi, Mary Shaw, Brad Myers, "Games Programs Play: Obstacles to Data Reuse" *The Next Step: From End-User Programming to End-User Software Engineering (WEUSE II)* at CHI'2006, Montreal, Canada, April 23, 2006.

183. Margaret M. Burnett, Brad Myers, Mary Beth Rosson, Susan Wiedenbeck, "The Next Step: From End-User Programming to End-User Software Engineering" *Extended Abstracts, CHI'2006*. Montreal, Canada, April 22-27, 2006. pp. 1699-1702. pdf.

184. Brad A. Myers, Andrew J. Ko, Margaret M. Burnett. "Invited Research Overview: End-User Programming." *Extended Abstracts, CHI'2006*. Montreal, Canada, April 22-27, 2006. pp. 75-80. pdf. See also the talk slides as a color pdf or a black-and-white pdf

185. Andrew Faulring and Brad A. Myers. "Availability Bars for Calendar Scheduling." *Extended Abstracts, CHI'2006*. Montreal, Canada, April 22-27, 2006. pp. 760-765. pdf

186. Duen Horng Chau, Jacob O. Wobbrock, Brad A. Myers, Brandon Rothrock. "Integrating Isometric Joysticks into Mobile Phones for Text Entry". *Extended Abstracts, CHI'2006*. Montreal, Canada, April 22-27, 2006. pp. 640-645. pdf

187. Brandon Rothrock, Brad A. Myers, Sophie H. Wang. "Unified Associative Information Storage and Retrieval". *Extended Abstracts, CHI'2006*. Montreal, Canada, April 22-27, 2006. pp. 1271-1276. pdf

188. Annette DeVito Dabbs, Mary Amanda Dew, Kenneth R. McCurry, and Brad A. Myers, "Developing a Consumer-Centric Technology-based Intervention to Promote Self-care after Lung Transplant", *The 18th Annual Scientific Sessions of the Eastern Nursing Research Society, New Momentum for Nursing Research: Multidisciplinary Alliances*, Cherry Hill, NJ, April 20-22,

2006. abstract

189. Ivan E. Gonzalez, Jake Wobbrock, and Brad A. Myers. "Text Entry for Automobiles", *ACM 2005 Richard Tapia Celebration of Diversity in Computing Conference*, Albuquerque, NM, October 19-22, 2005. (Poster presentation, Abstract only).

190. Jacob O. Wobbrock and Brad A. Myers. "Gestural text entry on multiple devices." Demonstration Abstract. *Proceedings of the ACM SIGACCESS Conference on Computers and Accessibility (ASSETS '05)*. Baltimore, Maryland (October 9-12, 2005). pp. 184-185. pdf

191. Michael J. Coblenz, Andrew J. Ko, and Brad A. Myers, "Using Objects of Measurement to Detect Spreadsheet Errors," *2005 IEEE Symposium on Visual Languages and Human-Centric Computing (VL/HCC'05)*, Dallas, Texas, USA, 20-24 September 2005. pp. 314-316. pdf or IEEE DL

192. Brad Myers and Jacob Wobbrock. "Text Input to Handheld Devices for People with Physical Disabilities." 11th International Conference on Human-Computer Interaction (HCI Interactional 2005). July 22-27, 2005. Las Vegas, NV. vol. 4, pp. 1962-1970. pdf

193. Jacob O. Wobbrock and Brad A. Myers. "EdgeWrite: A New Text Entry Technique Designed for Stability." *Proceedings of the 28th Annual Conference of the Rehabilitation Engineering and Assistive Technology Society of North America (RESNA'05)*. Atlanta, Georgia (June 23-27, 2005). pdf

194. Jacob O. Wobbrock and Brad A. Myers. "Accessible Handheld And Desktop Text Entry For People With Motor Impairments," *2005 NISH National Training & Achievement Conference*, New Orleans, May 22-24, 2005. First place Winner, National Scholar Award for Workplace Innovation & Design. pdf

195. Andrew J. Ko and Brad A. Myers, "Human Factors Affecting Dependability in End-User Programming." *1st Workshop on End-User Software Engineering* (WEUSE 2005) at ICSE 05, Saint Louis, MO, May 21st 2005. pp. 62-65.

196. Christopher Scaffidi, Mary Shaw, and Brad A. Myers, "An Approach for Categorizing End User Programmers to Guide Software Engineering Research." *1st Workshop on End-User Software Engineering* (WEUSE 2005) at ICSE 05, Saint Louis, MO, May 21st 2005. pp. 1-5. pdf

197. Brad A. Myers and Andy Ko, "More Natural and Open User Interface Tools," *Workshop on the Future of User Interface Design Tools*, Workshop #17 at ACM CHI'2005.

198. Andrew Faulring and Brad A. Myers, "Enabling Rich Human-Agent Interaction for a Calendar Scheduling Agent" (Interactive Poster). *Extended Abstracts CHI'2005: Human Factors in Computing Systems*. Portland, OR, April 2-7, 2005. pp. 1367-1370. pdf. ACM DL

199. Brad A. Myers, Margaret Burnett and Mary Beth Rosson, "End Users Creating Effective Software." (Special Interest Group). *Extended Abstracts CHI'2005: Human Factors in Computing Systems*. Portland, OR, April 2-7, 2005. pp. 2047-2048. pdf. ACM DL

200. Jacob O. Wobbrock, Htet Htet Aung, Brandon Rothrock and Brad A. Myers. "Maximizing the Guessability of Symbolic Input" (Short Talk). *Extended Abstracts CHI'2005: Human Factors in Computing Systems*. Portland, OR, April 2-7, 2005. pp. 1869-1872. pdf. ACM DL

201. Andrew J. Ko, Htet Htet Aung, and Brad A. Myers. "Design Requirements for More Flexible Structured Editors from a Study of Programmers' Text Editing." (Short Talk). *Extended Abstracts CHI'2005: Human Factors in Computing Systems*. Portland, OR, April 2-7, 2005. pp. 1557-1560. pdf. ACM DL

202. Jeffrey Nichols and Brad A. Myers, "Generating Consistent Interfaces for Appliances," in the *Second Workshop on Multi-User and Ubiquitous User Interfaces* (MU3I) at *Intelligent User Interfaces IUI'05*. January 9, 2005. San Diego, CA. pp. 9-10. pdf

203. Jeffrey Nichols, Brad A. Myers, Kevin Litwack, Michael Higgins, Joseph Hughes, Thomas K. Harris. "Describing Appliance User Interfaces Abstractly with XML," in *Workshop on Developing User Interfaces with XML: Advances on User Interface Description Languages*, Satellite Workshop at Advanced Visual Interfaces 2004. 25 May, 2004, Gallipoli, Italy. pp, 9-16. pdf

204. Brad A. Myers and Margaret Burnett, "End-Users Creating Effective Software." *Extended*

*Abstract CHI'2004: Human Factors in Computing Systems*. (Special Interest Group Meeting Abstract). Vienna, Austria, April 24-29, 2004. pp. 1592-1593. pdf

205.   Jacob O. Wobbrock, Brad A. Myers, and Htet Htet Aung. "Joystick Text Entry Using Date Stamp, Selection Keyboard, and EdgeWrite." *Extended Abstracts CHI'2004: Human Factors in Computing Systems*. (Poster Abstract). Vienna, Austria, April 24-29, 2004. p. 1550. pdf

206.   Jeffrey Nichols and Brad A. Myers, "Automatically Generating Interfaces for Multi-Device Environments" *Ubicomp 2003 Workshop on Multi-Device Interfaces for Ubiquitous Peripheral Interaction*. October 12, 2003. Seattle, WA. html.

207.   Brad Myers and Andrew Ko. "Studying Development and Debugging To Help Create a Better Programming Environment". *CHI 2003 Workshop on Perspectives in End User Development*. April 6, 2003. pp. 65-68. pdf

208.   A. Chris Long, Juan Casares, Brad A. Myers, Rishi Bhatnagar, Scott M. Stevens, Laura Dabbish, Dan Yocum, and Albert Corbett. "SILVER: Simplifying Video Editing With Metadata," *Extended Abstract CHI'2003: Human Factors in Computing Systems*. (Demonstration Abstract). Fort Lauderdale, Florida, April 5-10, 2003. pp. 628-629. pdf

209.   Jeffrey Nichols, Brad A. Myers, Michael Higgins, Joseph Hughes, Thomas K. Harris, Roni Rosenfeld, Kevin Litwack. "Personal Universal Controllers: Controlling Complex Appliances With GUIs and Speech," *Extended Abstract CHI'2003: Human Factors in Computing Systems*. (Demonstration Abstract). Fort Lauderdale, Florida, April 5-10, 2003. pp. 624-625. pdf

210.   Brad A. Myers, Jeffrey Nichols, Jacob O. Wobbrock, Kevin Litwack, Michael Higgins, Joe Hughes, Thomas K. Harris, Roni Rosenfeld, Mathilde Pignol. "Handheld Devices for Control". *Human-Computer Interaction Consortium (HCIC'2003)*, Winter Park, CO, Feb 5-9, 2003. pdf

211.   J.F. Pane and B.A. Myers, "The Impact of Human-Centered Features on the Usability of a Programming System for Children." *Extended Abstract CHI'2002: Human Factors in Computing Systems*. (Interactive Poster Abstract). Minneapolis, Minnesota, April 20-25, 2002. pp. 684-685.

212.   Juan Casares, A. Chris Long, Brad A. Myers, Scott M. Stevens, Albert Corbett, "Simplifying Video Editing with Silver." *Extended Abstract CHI'2002: Human Factors in Computing Systems*. (Interactive Poster Abstract). Minneapolis, Minnesota, April 20-25, 2002. pp. 672-673. PDF

213.   Robert C. Miller and Brad A. Myers. "LAPIS: Smart Editing With Text Structure." *Extended Abstract CHI'2002: Human Factors in Computing Systems*. (Demonstration Abstract). Minneapolis, Minnesota, April 20-25, 2002. pp. 496-497.

214.   Brad A. Myers, Jeff Nichols, Rob Miller. "User Interfaces that Span Hand-Held and Fixed Devices" Workshop on Distributed and Disappearing User Interfaces in Ubiquitous Computing at CHI'2001, Seattle, WA. Albrecht Schmidt, Peter Ljundgstrand, and Anind Dey, editors. University of Karlsruhe Faculty of Information Technical Report 2001-6. ISSN 1432-7864. http://www.cs.cmu.edu/~pebbles/papers/chi2001workshop4.html

215.   Jeffrey Nichols, Brad A. Myers, Rob Miller. "Personal Interfaces in Ubiquitous Environments". Workshop on Building the Ubiquitous Computing User Experience at CHI'2001, Seattle, WA. http://www.cs.cmu.edu/~pebbles/papers/chi2001workshop10.html

216.   Brad A. Myers. "Collaboration Using Multiple PDAs Connected to a PC," Workshop on Shared Environments to Support Face-to-Face Collaboration at CSCW'2000, Philadelphia, PA. http://www.cs.cmu.edu/~pebbles/papers/cscw2000workshop/

217.   John Pane and Brad Myers, "The Influence of the Psychology of Programming on a Language Design: Project Status Report." *12th Annual Workshop of the Psychology of Programming Interest Group, PPIG 2000*, Corigliano Calabro, Italy. Apr. 10-13, 2000. pp. 193-205. http://www.cs.cmu.edu/~pane/PoPInfluence.html

218.   Brad Myers. "Past, Present and Future of User Interface Software Tools", (extended abstract). *Proceedings of the IEA 2000/ HFES 2000 Congress*, July 29 - August 4, 2000, San Diego, CA. p. 1-315.

219.   John F. Pane and Brad A. Myers, B. A. "Improving User Performance on Boolean Queries." *Adjunct Proceedings CHI'2000: Human Factors in Computing Systems*. April 1-6, 2000. The

Hague, The Netherlands. pp. 269-270. http://www.cs.cmu.edu/~pane/BooleanQueries.html.

220.   Brad Myers, "The Pebbles Project: Using PCs and Hand-held Computers Together; Demonstration Extended Abstract." *Adjunct Proceedings CHI'2000: Human Factors in Computing Systems*. April 1-6, 2000. The Hague, The Netherlands. pp. 14-15.

221.   Brad A. Myers, "Authoring Interactive Behaviors for Multimedia," *Proceedings of the 9th NEC Research Symposium: The Human-Centric Multimedia Community*, edited by T. Ishiguro. Aug 30-Sep 1, 1998, Nara, Japan. (CD Rom proceedings).

222.   Brad A. Myers, "The Amulet User Interface Development Environment," (Special Interest Group Meeting), *CHI'97 Conference Companion: Human Factors in Computing Systems*. Atlanta, GA. March 22-27, 1997. p. 134.

223.   Brad A. Myers, Richard G. McDaniel, Robert C. Miller, Alan Ferrency, Ellen Borison, Andrew Faulring, Andy Mickish, Patrick Doane, and Alex Klimovitski, "The Amulet User Interface Development Environment," (Video abstract), *CHI'97 Conference Companion: Human Factors in Computing Systems*. Atlanta, GA. March 22-27, 1997. pp. 214-215.

224.   James A. Landay and Brad A. Myers. "Sketching Storyboards to Illustrate Interface Behaviors," *CHI'96 Conference Companion: Human Factors in Computing Systems*. Vancouver, British Columbia, Canada. April 13-18, 1996. pp. 193-194.

225.   Brad A. Myers. "The Amulet User Interface Development Environment," *CHI'96 Conference Companion: Human Factors in Computing Systems*. Vancouver, British Columbia, Canada. April 13-18, 1996. p. 327.

226.   Brad A. Myers, Francesmary Modugno, Rich McDaniel, David Kosbie, Andrew Werth, Robert C. Miller, John Pane, James Landay, Jade Goldstein, and Matthew A. Goldberg, "The Demonstrational Interfaces Project at CMU," *1996 AAAI Spring Symposium on Acquisition, Learning and Demonstration: Automating Tasks for Users.* March 25-27, 1996, Stanford, CA. Technical Report SS-96-02, pp. 85-91. ftp://ftp.cs.cmu.edu/afs/cs/project/garnet/www/pbd-group/papers/aaai96workshop.ps.Z

227.   Francesmary Modugno, Albert T. Corbett, and Brad A. Myers. "Evaluating Program Representations in a Demonstrational Visual Shell," *CHI'95 Conference Companion: Human Factors in Computing Systems*. Denver, CO. May, 1995. pp. 234-235.

228.   Brad A. Myers. "The Garnet and Amulet User Interface Development Environments," *CHI'95 Conference Companion: Human Factors in Computing Systems*. Denver, CO. May, 1995. p. 334.

229.   Noi Sukaviriya, Srdjan Kovacevic, James D. Foley, Brad A. Myers, Dan R. Olsen, Jr., and Matthias Schneider-Hufschmidt, "Model-based User Interfaces: What are They and Why Should We Care?" *ACM Symposium on User Interface Software and Technology, UIST'94*, November, 1994. Los Angeles, CA. pp. 133-135.

230.   Brad A. Myers. "The Garnet User Interface Development Environment: Demonstration Abstract," *CHI'94 Conference Companion*. Boston, MA, Apr. 24-28, 1994. pp. 25-26.

231.   Brad A. Myers and Dan R. Olsen, Jr. "User Interface Tools: Tutorial Description" *CHI'94 Conference Companion*. Boston, MA, Apr. 24-28, 1994. pp. 421-422.

232.   Francesmary Modugno and Brad A. Myers. "Pursuit: Graphically Representing Programs in a Demonstrational Visual Shell," *CHI'94 Conference Companion*. Boston, MA, Apr. 24-28, 1994. pp. 455-456.

233.   Brad A. Myers, Dario Giuse, Andrew Mickish, Brad Vander Zanden, David Kosbie, Richard McDaniel, James Landay, Matthew Goldberg, and Rajan Parthasarathy. "The Garnet User Interface Development Environment: Video Abstract," *CHI'94 Conference Companion*. Boston, MA, Apr. 24-28, 1994. pp. 455-456.

234.   Gurminder Singh, Mark Linton, Brad A. Myers, and Marti Szczur. "From Research Prototypes to Usable, Useful Systems: Lessons Learned in the Trenches," *Proceedings ACM Symposium on User Interface Software and Technology: UIST'93*. Atlanta, GA, Nov 3-5, 1993. pp. 139-143.

235.   Brad A. Myers, Richard Wolf, Kathy Potosnak, and Chris Graham. "Heuristics in Real User Interfaces," *Proceedings INTERCHI'93: Human Factors in Computing Systems*. Amsterdam, The

Netherlands, April 24-29, 1993. pp. 304-307.

236. Andrew J. Werth and Brad A. Myers. "Tourmaline: Macrostyles by Example," *Proceedings INTERCHI'93: Human Factors in Computing Systems*. Amsterdam, The Netherlands, April 24-29, 1993. p. 532.

237. James A. Landay and Brad A. Myers. "Extending an Existing User Interface Toolkit to Support Gesture Recognition," *Adjunct Proceedings of INTERCHI'93*. Amsterdam, The Netherlands, April 24-29, 1993. pp. 91-92.

238. Brad A. Myers. "The Garnet Gilt Interface Builder: Graphical Styles and Tabs and Techniques for Reducing Call-Back Procedures," Application Builder Session, *Seventh Annual X Technical Conference*, Boston, Massachusetts, January 18, 1993.

239. Brad A. Myers, Allen Cypher, David Maulsby, David C. Smith, and Ben Shneiderman. "Demonstrational Interfaces: Coming Soon?" *Proceedings SIGCHI'91: Human Factors in Computing Systems*. New Orleans, LA. April 28-May 2, 1991. pp. 393-396.

240. Brad A. Myers. "An Object-Oriented, Constraint-Based, User Interface Development Environment for X in CommonLisp," *Fourth Annual X Technical Conference*, Boston, Massachusetts, January 15-17, 1990.

241. Charles Wiecha, Stephen Boies, Mark Green, Scott Hudson, and Brad Myers. "Direct Manipulation or Programming: How Should We Design Interfaces?" *ACM Symposium on User Interface Software and Technology: UIST'89*, Williamsburg, VA, Nov. 13-15, 1989. pp. 124-126.

242. Brad A. Myers. "AI In Demonstrational User Interfaces," *A New Generation of Intelligent Interfaces: IJCAI-89 Workshop*, Detroit, MI. August 22, 1989, pp. 84-91.

243. Brad A. Myers. "Using AI Techniques to Create User Interfaces by Example," *Proceedings, AAAI Workshop on Architectures for Intelligent Interfaces*. March 29-April 1, 1988. Monterey, CA. pp. 305-321.

244. Brad A. Myers. "The State of the Art in Visual Programming and Program Visualization," *Proceedings; Graphics Tools for Software Engineering: Visual Programming & Program Visualization*. London, England. March 16, 1988. The British Computer Society Computer Graphics and Displays Group, International State of the Art Symposium. Reprinted in Alistair Kilgour and Rae Earnshaw, eds, *Graphics Tools for Software Engineers*. Cambridge, UK: Cambridge University Press, 1989. pp. 3-26.

245. Dan R. Olsen, David J. Kasik, Peter Tanner, Brad Myers, and Jim Rhyne. "Software Tools for User Interface Management," *Computer Graphics: SIGGRAPH '87 Conference Proceedings*. vol. 21, no. 4, July 27-31, 1987. Anaheim, CA. pp. 337-338.

246. Brad A. Myers. "Gaining General Acceptance for UIMSs," *ACM SIGGRAPH Workshop on Software Tools for User Interface Development*. November 17-19, 1986. Seattle, Washington. Reprinted in *Computer Graphics*. vol. 21, no. 2, April, 1987. pp. 130-134.

247. Brad A. Myers. "What are Visual Programming, Programming by Example, and Program Visualization?" *Proceedings Graphics Interface '86*. Vancouver, British Columbia, Canada. May 26-30, 1986. pp. 62-65.

248. Brad A. Myers. "Using Percent-Done Progress Indicators to Enhance User Interfaces," *Proceedings Graphics Interface '85*. Montreal, Quebec, Canada. May 27-31, 1985. pp. 167-170.

249. Brad A. Myers. "Strategies for Creating an Easy to Use Window Manager with Icons," *Proceedings Graphics Interface '84*. Ottawa, Ontario, Canada. May 28-June 1, 1984. pp. 227-233.

## Refereed Published Videotapes:

250. Brad Myers, David A. Weitzman, Andrew J. Ko, and Duen Horng Chau, "The Crystal Framework and Editor for Answering Why and Why Not Questions". Video Figure (3:48 min). CHI'06.

251. Brad A. Myers, Jeffery Stylos, Andrew Faulring. "The Citrine Intelligent Copy and Paste System." 4:44 minute video. quicktime format (57 megabytes). *ACM Symposium on User Interface Software and Technology, UIST'04*, October 24-27, 2004, Santa Fe, NM.

252. Brad A. Myers, Richard G. McDaniel, Robert C. Miller, Alan Ferrency, Ellen Borison, Andrew Faulring, Andy Mickish, Patrick Doane, and Alex Klimovitski, *The Amulet User Interface Development Environment*. 8 minute video. Technical Video Program of the CHI'97 conference. ACM, 0-89791-876-2. OpenVideo version

253. Brad A. Myers, Dario Giuse, Andrew Mickish, Brad Vander Zanden, David Kosbie, Richard McDaniel, James Landay, Matthew Goldberg, and Rajan Parthasarathy. *The Garnet User Interface Development Environment*. Technical Video Program of the CHI'94 conference. *SIGGRAPH Video Review*, Issue 97, no. 13. ACM, ISBN 0-89791-940-8.

254. Francesmary Modugno and Brad A. Myers. "Pursuit: A Demonstrational Visual Shell," Technical Video Program of the CHI'94 conference. *SIGGRAPH Video Review*, Issue 97, no. 12.

255. Andrew J. Werth and Brad A. Myers. "Tourmaline: Macrostyles by Example," Technical Video Program of the INTERCHI'93 conference. Amsterdam, The Netherlands, April 24-29, 1993. *SIGGRAPH Video Review*, Issue 89, no. 17.

256. Brad A. Myers, Andrew Mickish and Osamu Hashimoto. "The Garnet Gilt Interface Builder: Graphical Styles and Tabs and Techniques for Reducing Call-Back Procedures," Application Builder Video Session, *Seventh Annual X Technical Conference*, Boston, Massachusetts, January 18, 1993. 10 minutes.

257. Brad Vander Zanden and Brad A. Myers. *Creating Graphical Interactive Application Objects by Demonstration: The Lapidary Interface Design Tool.* 12 minute videotape. Technical Video Program of the SIGCHI'91 conference, New Orleans, LA. April 28-May 2, 1991. *SIGGRAPH Video Review*, Issue 64, no. 1.

258. Brad A. Myers. *Some of the Widgets*. 17 minute videotape. Technical Video Program of Interact'90. Cambridge, England. August 27-31, 1990.

259. Brad A. Myers. *All the Widgets*. 2 hour videotape. Technical Video Program of the SIGCHI'90 conference, Seattle, WA. April 1-4, 1990. *SIGGRAPH Video Review*, Issue 57. ISBN 0-89791-930-0. ACM Order Number 608903. For sale from ACM Press

260. Brad A. Myers, editor. *CHI'90 Formal Video Program*. Technical Video Program of the SIGCHI'90 conference, Seattle, WA. April 1-4, 1990. *SIGGRAPH Video Review*, Issues 55-56. ISBN 0-89791-928-9.

261. Brad A. Myers, editor. *SIGGRAPH Video Review*, Issues 58-59.

262. Brad A. Myers. *Creating User Interfaces by Demonstration: The Peridot UIMS*. Technical Video Program of the SIGCHI'88 Conference, Washington, D.C., May 15-19, 1988. *and* IFIP Interact '87 Conference on Human-Computer Interaction. Stuttgart, West Germany. Sept. 1-4, 1987. *SIGGRAPH Video Review*, Issue 59, no. 2. 18 minutes.

263. Brad A. Myers. *Percent-Done Progress Indicators in Practice and Experiments,* Videotape shown at SIGCHI '85. San Francisco, CA. Apr. 14-18, 1985. *SIGGRAPH Video Review*, Issue 19, no. 6.

264. Brad A. Myers. "The User Interface for Sapphire," Videotape. *Human Factors in Computing Systems; SIGCHI '85 Videotape Review*. San Francisco, CA. Apr 14-18, 1985. Also shown at the Annual Meeting of the American Society for Information Science. Las Vegas, Nev. October 20-24, 1985. *SIGGRAPH Video Review*, Issue 19, no. 5.

## Technical Reports:

265. Christopher Scaffidi, Brad Myers, and Mary Shaw. "An Editor and Parser for Data Formats in End-User Programming". CMU-ISRI-07-104 and CMU-HCII-07-100. Carnegie Mellon University School of Computer Science, May, 2007. pdf

266. Margaret Burnett, Brad Myers, Mary Beth Rosson, Susan Wiedenbeck, and Adam Leibel. "Workshop Report: From End-User Programming to End-User Software Engineering (a CHI'06 Workshop)". Oregon State University School of Electrical Engineering and Computer Science Technical Report TR CS07-60-04, April, 2007. abstract and pdf

267. Chris Scaffidi, Allen Cypher, Sebastian Elbaum, Andhy Koesnandar, Brad Myers. "The EUSES

Web Macro Scenario Corpus, Version 1.0". November 2006, CMU-HCII-06-105. pdf

268. Anthony Tomasic, R. Martin McGuire, and Brad Myers. "Workflow by example: Automating database interactions via induction." Technical report CMU-ISRI-06-103, Carnegie Mellon University, March 2006. pdf

269. Christopher Scaffidi, Andrew Ko, Brad Myers, Mary Shaw, "Identifying Types of End Users: Hints from an Informal Survey". Carnegie Mellon University ISRI Technical Report, no. CMU-HCII-05-101 and Human Computer Interaction Institute Technical Report CMU-ISRI-05-110. April, 2005.

270. Christopher Scaffidi, Mary Shaw, Brad Myers. "The "55M End-User Programmers" Estimate Revisited". Carnegie Mellon University ISRI Technical Report, no. CMU-ISRI-05-100 and Human Computer Interaction Institute Technical Report CMU-HCII-05-100. February, 2005. pdf

271. Franklin Chen, Brad Myers and David Yaron, *Using Handheld Devices for Tests in Classes*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-00-152 and Human Computer Interaction Institute Technical Report CMU-HCII-00-101. July, 2000. http://www.cs.cmu.edu/~pebbles/papers/CMU-CS-00-152.pdf or http://www.cs.cmu.edu/~pebbles/papers/CMU-CS-00-152.ps

272. Brad A. Myers. *An Implementation Architecture to Support Single-Display Groupware.* Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-99-139 and Human Computer Interaction Institute Technical Report CMU-HCII-99-101. May, 1999. http://www.cs.cmu.edu/~pebbles/papers/pebblesarchtr.ps http://www.cs.cmu.edu/~pebbles/papers/pebblesarchtr.pdf

273. John F. Pane, Chotirat "Ann" Ratanamahatana, and Brad A. Myers. *Analysis of the Language and Structure in Non-Programmers' Solutions to Programming Problems*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-98-160 and Human Computer Interaction Institute Technical Report CMU-HCII-98-102. September, 1998.

274. Brad A. Myers. *The Case for an Open Data Model*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-98-153 and Human Computer Interaction Institute Technical Report CMU-HCII-98-101. August, 1998. http://reports-archive.adm.cs.cmu.edu/anon/1998/CMU-CS-98-153.ps http://reports-archive.adm.cs.cmu.edu/anon/1998/CMU-CS-98-153.pdf

275. Brad A. Myers. *Natural Programming: Project Overview and Proposal*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-98-101 and Human Computer Interaction Institute Technical Report CMU-HCII-98-100. January, 1998. html or pdf

276. Robert C. Miller, Brad A. Myers. *Creating Dynamic World Wide Web Pages by Demonstration*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-97-131 and Human Computer Interaction Institute Technical Report CMU-HCII-97-101. May, 1997. postscript

277. Brad A. Myers, Ellen Borison, Alan Ferrency, Rich McDaniel, Robert C. Miller, Andrew Faulring, Bruce D. Kyle, Patrick Doane, Andy Mickish, and Alex Klimovitski. *The Amulet V3.0 Reference Manual*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-95-166-R2 and Human Computer Interaction Institute Technical Report CMU-HCII-95-102-R2. March, 1997. HTML version

278. Richard G. McDaniel and Brad A. Myers, *Improving Demonstration Using Better Interaction Techniques.* Carnegie Mellon University School of Computer Science Technical Report CMU-CS-97-103 and Human Computer Interaction Institute Technical Report CMU-HCII-97-100, January, 1997. http://reports-archive.adm.cs.cmu.edu/anon/1997/CMU-CS-97-103.ps

279. Brad A. Myers. *A Brief History of Human Computer Interaction Technology.* Carnegie Mellon University School of Computer Science Technical Report CMU-CS-96-163 and Human Computer Interaction Institute Technical Report CMU-HCII-96-103, December, 1996. http://www.cs.cmu.edu/~amulet/papers/uihistory.tr.html http://www.cs.cmu.edu/~amulet/papers/uihistory.ps http://reports-

archive.adm.cs.cmu.edu/anon/1996/CMU-CS-96-163.ps

280. Brad A. Myers, Rich McDaniel, Rob Miller, Alan Ferrency, Patrick Doane, Andrew Faulring, Ellen Borison, Andy Mickish, and Alex Klimovitski *The Amulet Environment: New Models for Effective User Interface Software Development*. Carnegie Mellon University School of Computer Science Technical Report CMU-CS-96-189 and Human Computer Interaction Institute Technical Report CMU-HCII-96-104, November, 1996. http://reports-archive.adm.cs.cmu.edu/anon/1996/CMU-CS-96-189.ps http://www.cs.cmu.edu/~amulet/papers/amuletca.ps abstract only: http://www.cs.cmu.edu/~amulet/papers/amuletca.abs.html

281. John Pane and Brad Myers. *Usability Issues in the Design of Novice Programming Systems,* Carnegie Mellon University School of Computer Science Technical Report CMU-CS-96-132. and Human Computer Interaction Institute Technical Report CMU-HCII-96-101, August, 1996. http://www.cs.cmu.edu/~pane/cmu-cs-96-132.html http://reports-archive.adm.cs.cmu.edu/anon/1996/CMU-CS-96-132.ps

282. Brad A. Myers, Alan Ferrency, Rich McDaniel, Robert C. Miller, Patrick Doane, Andy Mickish, Alex Klimovitski. *The Amulet V2.0 Reference Manual*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-95-166-R1 and Human Computer Interaction Institute Technical Report CMU-HCII-95-102-R1. February, 1996. html

283. James A. Landay and Brad A. Myers. *Just Draw It! Programming by Sketching Storyboards.* Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-95-199 and Human Computer Interaction Institute Technical Report CMU-HCII-95-106. November, 1995. http://reports-archive.adm.cs.cmu.edu/anon/1995/CMU-CS-95-199.ps http://www.cs.cmu.edu/afs/cs.cmu.edu/user/landay/pub/www/research/publications/storyboard-tr/storyboard.html

284. Rich McDaniel and Brad A. Myers. *A Dynamic And Flexible Prototype-Instance Object And Constraint System In C++*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-95-176 and Human Computer Interaction Institute Technical Report CMU-HCII-95-104. July, 1995. http://reports-archive.adm.cs.cmu.edu/anon/1995/CMU-CS-95-176.ps

285. Brad A. Myers, Rich McDaniel, Alan Ferrency, Andy Mickish, Alex Klimovitski, and Amy McGovern. *The Amulet Reference Manuals*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-95-166 and Human Computer Interaction Institute Technical Report CMU-HCII-95-102. June, 1995. postscript

286. Nobuhisa Yoda and Brad A. Myers. *An Architectural Design of A Toolkit for Synchronous Groupware Applications*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-94-226 and Human Computer Interaction Institute Technical Report CMU-HCII-94-109. December 1994.

287. Brad A. Myers. *User Interface Software Tools*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-94-182 and Human Computer Interaction Institute Technical Report CMU-HCII-94-107. August 1994. http://reports-archive.adm.cs.cmu.edu/anon/1994/CMU-CS-94-182.ps

288. James A. Landay and Brad A. Myers. *Interactive Sketching for the Early Stages of User Interface Design*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-94-176 and Human Computer Interaction Institute Technical Report CMU-HCII-94-104. July 1994.

289. David S. Kosbie and Brad A. Myers. *Extending Programming by Demonstration with Hierarchical Event Histories*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-94-156 and Human Computer Interaction Institute Technical Report CMU-HCII-94-102. May 1994. http://reports-archive.adm.cs.cmu.edu/anon/1994/CMU-CS-94-156.ps

290. Brad A. Myers, Dario A. Giuse, Andrew Mickish, and David S. Kosbie. *Making Structured Graphics and Constraints Practical for Large-Scale Applications*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-94-150 and Human Computer

Interaction Institute Technical Report CMU-HCII-94-100. May 1994. http://reports-archive.adm.cs.cmu.edu/anon/1994/CMU-CS-94-150.ps

291. Francesmary Modugno and Brad A. Myers. *Pursuit: Visual Programming in a Visual Domain*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-94-109. January 1994.

292. Brad A. Myers. *Why are Human-Computer Interfaces Difficult to Design and Implement?* Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-93-183 July 1993. http://reports-archive.adm.cs.cmu.edu/anon/1993/CMU-CS-93-183.ps

293. Francesmary Modugno and Brad A. Myers. *Visual Representations as Feedback in a Programmable Visual Shell*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-93-133. March 1993.

294. Francesmary Modugno and Brad A. Myers. *Typed Output and Programming in the Interface*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-93-134. March 1993.

295. Brad A. Myers, editor. *The Second Garnet Compendium: Collected Papers, 1990-1992*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-93-108, February, 1993. 135 pages.

296. Bonnie E. John, Philip L. Miller, Brad A. Myers, Christine M. Neuwirth, and Steven A. Shafer, eds. *Human-Computer Interaction in the School of Computer Science*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-92-193, October, 1992.

297. Brad A. Myers. *State of the Art in User Interface Software Tools*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-92-114, February, 1992.

298. Brad A. Myers and Mary Beth Rosson. *Survey on User Interface Programming*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-92-113, February, 1992. Also published as IBM Research Report RC17624.

299. Brad A. Myers. *Demonstrational Interfaces: A Step Beyond Direct Manipulation*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-90-162, August, 1990.

300. Brad A. Myers, editor. *The Garnet Compendium: Collected Papers, 1989-1990*. Carnegie Mellon University School of Computer Science Technical Report, no. CMU-CS-90-154, August, 1990.

301. Brad A. Myers, Dario Giuse, Andrew Mickish, Brad Vander Zanden, David Kosbie, James A. Landay, Richard McDaniel, Rajan Parthasarathy, Matthew Goldberg, Roger B. Dannenberg, Philippe Marchal, Ed Pervin. *The Garnet Reference Manuals*. Carnegie Mellon University Computer Science Department Technical Report, no. CMU-CS-90-117-R5, Sep. 1994. Revised from CMU-CS-90-117-R4, Oct. 1993, CMU-CS-90-117-R3, Nov. 1992, CMU-CS-90-117-R2, May 1992, CMU-CS-90-117-R, June 1991, CMU-CS-90-117, March, 1990, and CMU-CS-89-196, Nov. 1989.

302. Brad A. Myers. *The Garnet User Interface Development Environment; A Proposal*. Carnegie Mellon University Computer Science Department Technical Report, no. CMU-CS-88-153, Sept, 1988.

303. Brad A. Myers. "The State of the Art in Visual Programming and Program Visualization," Carnegie Mellon University Computer Science Department Technical Report, no. CMU-CS-88-114, Feb, 1988.

304. Brad A. Myers, editor. *Speculations on The Personal Computer of the Year 2000*. Carnegie Mellon University Computer Science Department Technical Report, no. CMU-CS-88-115, Feb, 1988.

305. Brad A. Myers. *Tools for Creating User Interfaces: An Introduction and Survey,* Carnegie Mellon University Computer Science Department Technical Report, no. CMU-CS-88-107, Jan, 1988.

306. Brad A. Myers. *Creating User Interfaces by Demonstration*. PhD Thesis. May, 1987. Technical Report CSRI-196, Computer Systems Research Institute, University of Toronto, Toronto, Ontario, Canada, M5S 1A1.

307. Brad A. Myers. "Position Paper for the SIGCHI Workshop on Classification of Dialog Techniques," *Report of the ACM SIGCHI+GI '87 Workshop on Classification of Dialog Techniques*, Toronto, Canada, April 6, 1987. Jacob Nielsen, ed. Technical Report ID-TR-1987-25, Department of Computer Science, Technical University of Denmark, Bldg. 344, DK-2800 Lyngby Copenhagen, Denmark, 1987. pp. 49-51. Summary of workshop appears in *SIGCHI Bulletin*, vol. 19, no. 2, Oct, 1987, pp. 30-35.

308. J.E. Ball, B. Bruegge, H. Mauersberg, and B.A. Myers. *Spice Symbols: Accessing Type Information in High Level Languages*. Technical Report, Corporate Technology and Research, Siemens Corporation. Nov, 1981.

309. Brad A. Myers. *Displaying Data Structures for Interactive Debugging*. XEROX Palo Alto Research Center Technical Report CSL-80-7. June, 1980. 97 pages.
http://www.cs.cmu.edu/~bam/MyersCSL-80-7.pdf

## Other Publications:

310. Andrew Sears, Vicki L. Hanson, Brad Myers, "Introduction to the Special Issue on Computers and Accessibility", *ACM Transactions on Computer Human Interaction*, Vol. 14, no. 3, Sep, 2007, pp. 11-1 - 11-3.

311. M. H. Burnett, G. Engels, B. A. Myers, G. Rothermel (Eds.), *End-User Software Engineering*, Dagstuhl Seminar Proceedings 07081, 18.02. - 23.02.2007, ISSN 1862 - 4405. html or *Creativity Support Tools*, Report of a Workshop sponsored by the National Science Foundation. (75 pages). pdf.

312. Mitch Resnick, Brad Myers, and Randy Pausch, Kumiyo Nakakoji, Ben Shneiderman, Randy Pausch, Ted Selker, and Mike Eisenberg, "Design Principles for Tools to Support Creative Thinking," in *Creativity Support Tools*. pp. 25-36. pdf, or html

313. Brad A. Myers and Michael Beigl, "Handheld Computing" (Guest Editors' Introduction), *IEEE Computer*, September, 2003, vol. 36, no. 9, pp. 27-29. pdf

314. Brad Myers, "Towards More Natural Functional Programming Languages," (invited keynote talk abstract). *The Seventh ACM SIGPLAN International Conference on Functional Programming, ICFP 2002*. October 4-6, 2002, Pittsburgh, PA. p. 1.

315. Brad A. Myers and Jeffrey Nichols, "Communication Ubiquity Enables Ubiquitous Control," 'Boaster' for *Human-Computer Interaction Consortium (HCIC'2002)*, Winter Park, CO, Feb 1, 2002. html

316. Bernhard Suhm, Brad Myers and Alex Waibel, "Multi-Modal Error Correction for Speech User Interfaces; Research Alert," *ACM Interactions*. vol. 8, no. 1. jan+feb, 2001. pp. 16-17.

317. Brad Myers, Scott E. Hudson, and Randy Pausch, "Past, Present and Future of User Interface Software Tools; Research Alert," *ACM Interactions*. vol. 7, no. 6. nov+dec, 2000. pp. 15-16.

318. Brad A. Myers. Review of Jon O'Brien, Tom Rodden, Mark Rouncefield, and John Hughes, "At Home with the Technology: An Ethnographic Study of a Set-Top-Box Trial", *ACM Computing Reviews*, April, 2000. p. 216.

319. Brad A. Myers. Review of Jakob Nielsen, "User Interface Directions for the Web," *ACM Computing Reviews*, June, 1999. p. 313.

320. Brad A. Myers. Review of Andruid Kerne, "Cultural Representation in Interface Ecosystems: Amendments to the ACM/Interactions Design Awards Criteria." *ACM Computing Reviews*, December, 1998. p. 624.

321. Brad A. Myers. Review of Benjamin Watson, Neff Walker, Larry Hodges, and Aileen Worden, "Managing Level of Detail through Peripheral Degradation: Effects on Search Performance in a Head-Mounted Display." *ACM Computing Reviews*, August, 1998. p. 427.

322. Brad A. Myers. "Programmability and Heuristics in the User Interface" *ACM Computing Surveys*, vol. 28A(4), December 1996, http://www.cs.cmu.edu/~bam/nsfworkshop/mystatement.html

323. Brad A. Myers. Review of Saul Greenberg, "Teaching human computer interaction to

programmers." *ACM Computing Reviews*, July, 1997. vol. 38, no. 7. p. 361.

324. Brad A. Myers. Review of Jeff A. Johnson, "Creating Presentation Slides: a Study of User Preferences for Task-Specific versus Generic Software." *ACM Computing Reviews*, Oct, 1996. vol. 37, no. 10. p. 539.

325. Brad A. Myers. Review of Y.K. Leung and M.D. Apperley, "A Review and Taxonomy of Distortion-Oriented Presentation Techniques." *ACM Computing Reviews*, Vol. 3, no. 4, April, 1995. p. 217.

326. Shannon Ford and Brad A. Myers, eds. *The Human-Computer Interaction Institute*. Carnegie Mellon University. April, 1995. 81 pages.

327. Brad Myers. "The Design for the Amulet User Interface Toolkit," Human-Computer Interaction Consortium, Winter Park, CO. February 15-19, 1995. 8 pages. Available as: ftp://ftp.cs.cmu.edu/afs/cs/project/amulet/www/amulethcic.ps

328. Brad Myers. *Guide for New Faculty in the School of Computer Science*. May, 1994 (revised from version of August 30, 1993.) Memorandum circulated to the CMU CS and RI faculty.

329. Bill Hefley, John Rheinfrank, and Brad A. Myers. "Interactions: A New ACM User Interface Magazine" *SIGCHI Bulletin*, vol. 25, no. 2, April, 1993. pp. 15-19.

330. Brad A. Myers, "Report on the CHI'91 Workshop on Languages for Developing User Interfaces," *SIGCHI Bulletin*, vol. 25, no. 2, April, 1993. pp. 20-23.

331. Brad A. Myers, "Report on the CHI'91 Workshop on Languages for Developing User Interfaces," *SIGPLAN Notices*, vol. 27, no. 12, Dec, 1992. pp. 8-12.

332. Tyson R. Henry, Scott E. Hudson, Andrey K. Yeatts, Brad A. Myers, and Steven Feiner. "A Nose Gesture Interface Device: Extending Virtual Realities," *ACM Symposium on User Interface Software and Technology*, Hilton Head, SC, Nov. 11-13, 1991. pp. 65-68. Reprinted in *Presence*, MIT Press Journals, vol. 1, no. 2, April, 1992. PDF

333. Brad A. Myers and Mary Beth Rosson, "User Interface Programming Survey" *SIGCHI Bulletin*. vol. 23, no. 2. April, 1991. pp. 27-30. also in *SIGPLAN Notices*, vol. 26, no. 8, Aug, 1991. pp. 19-22.

334. Brad A. Myers, "Status Report on the User Interface Magazine" *SIGCHI Bulletin*. vol. 23, no. 2. April, 1991. pp. 10-12.

335. Brad A. Myers. "Making it Easy to Create Highly-Interactive, Graphical Applications in Lisp," *XNextEvent: The Official Newsletter of XUG, the X User's Group*. vol. 3, no. 1. May, 1990. pp. 1, 16-22.

336. Brad A. Myers, "A New Magazine on Computer-Human Interaction?" *SIGCHI Bulletin*. April, 1990. pp. 8-11.

337. Brad A. Myers, Andrew Schulert, Smokey Wallace, Owen Densmore, and David Goldsmith, "User Interface Toolkits: Present and Future," *SIGGRAPH '88 Panels Proceedings*, Atlanta, GA, August 1-5, 1988.

338. Bill Heil, Brad A. Myers and Larry S. Rosenstein. "Software for a Versatile Message Display System," *IEEE 1979-1980 Student Papers*, TT0114-9. pp. 5-12.

## Patents:

339. "A Debugging Interface For Asking Questions about Program Failures." Andrew J. Ko and Brad A. Myers. Filed October 8, 2004.

340. "Using Edges and Corners for Character Input." Jacob O. Wobbrock and Brad A. Myers. Filed April 4, 2003. Application serial no. 10/811,761. (20040196256) html

341. Creating Charts and Visualizations by Demonstration. Brad A. Myers, Jade Goldstein, and Matthew A. Goldberg. Patent Number 5,581,677. Filed April 22, 1994. pdf

## Submitted for Publication:

342. Jack Beaton, Brad A. Myers, Jeffrey Stylos, Sae Young (Sophie) Jeong, Yingyu (Clare) Xie. "Usability Evaluation for Enterprise SOA APIs"
343. Michael Freed, Dan Siewiorek, Geoff Gordon, Aaron Steinfeld, Jaime Carbonell, Anthony Tomasic, Stephen Smith, Brad Myers. "RADAR: A Personal Assistant that Learns to Reduce Email Overload"
344. Andrew Faulring, Brad Myers, Ken Mohnkern, Bradley Schmerl, John Zimmerman, Aaron Steinfeld, Yiming Yang, Nicholas Sherman, Richard Wang, Shinjae Yoo, and Gabriel Zenarosa. "User Interfaces for Agent-Assisted Task Management"
345. Brad A. Myers, Andrew Ko, Sun Young Park, Jeffrey Stylos, Thomas D. LaToza, Jack Beaton, "More Natural End-User Software Engineering"
346. Chris Scaffidi, Allen Cypher, Sebastian Elbaum, Andhy Koesnandar, James Lin, Brad Myers, Mary Shaw. "Using Topes to Validate and Reformat Data in End-User Programming Tools"
347. Annette DeVito Dabbs, Mary Amanda Dew, Brad A. Myers, Alex Begey, Robert P. Hawkins, Jacqueline Dunbar-Jacob, Kenneth R. McCurry. "Involving Patients in the Development and Evaluation of Patient-Centered Technologies: A Review of the Empirical Studies of Pocket PATH, Pocket Personal Assistant for Tracking Health".
348. Annette DeVito Dabbs, Brad A. Myers, Kenneth R. McCurry, Jacqueline Dunbar-Jacob, Robert P. Hawkins, Alex Begey, Mary Amanda Dew, "User-Centered Design and the Development of an Interactive Health Technology for Patients"
349. Annette DeVito Dabbs, Mary Amanda Dew, Brad A. Myers, Alex Begey, Robert P. Hawkins, Jacqueline Dunbar-Jacob, Kenneth R. McCurry. "Methods for Involing Patients in the Development of Patient-Centered Health Informatics Technologies"
350. Jacob O Wobbrock, Brad A Myers, Htet Htet Aung, "The Performance of Hand Postures in Front- and Back-of-Device Interaction for Mobile Computing"
351. Thomas D. LaToza, Brad A. Myers, "How Developers Reason about Update Paths"
352. Brad Myers, Sun Young Park, Yoko Nakano, Greg Mueller, Andrew Ko, "How Designers Design and Prototype Interactive Behaviors"
353. Andrew Faulring, Ken Mohnkern, John Zimmerman, Aaron Steinfeld, Brad A. Myers, "User Interfaces for Agent-Assisted Task Management and Form Filling"
354. Christopher Scaffidi, Brad Myers, and Mary Shaw. "An Editor and Parser for Data Formats in End-User Programming".
355. Andrew Faulring and Brad A. Myers, "Visualizing and Manipulating Complex Calendar Scheduling Information" pdf

## Unpublished

356. Jeffrey Nichols and Brad Myers. *Report on the INCITS/V2 AIAP-URC Standard*. 2004. pdf
357. A. Chris Long, Brad A. Myers, Juan Casares, Scott M. Stevens, and Albert Corbett. "Video Editing Using Lenses and Semantic Zooming". 2003. pdf
358. Brad A. Myers, Yu Shan A. Chuang, Marsha Tjandra, Mon-chu Chen, and Chun-Kwok Lee. "Floor Control in a Highly Collaborative Co-Located Task." 2000. http://www.cs.cmu.edu/~pebbles/papers/pebblesfloorcontrol.pdf or http://www.cs.cmu.edu/~pebbles/papers/pebblesfloorcontrol.ps.
359. Karen Cross, Adrienne Warmack, and Brad Myers. "Lessons Learned: Using Contextual Inquiry Analysis to Improve PDA Control of Presentations". http://www.cs.cmu.edu/~pebbles/papers/pebblesslideshowci.pdf.
360. Richard G. McDaniel and Brad A. Myers, "Gamut: Creating Complete Applications Using Only Programming-by-Demonstration." postscript.
361. Brad A. Myers and Kenneth A. Strickland. "Easily Adding Sound Output to Interfaces." 1998. http://www.cs.cmu.edu/~amulet/papers/soundinamulet.pdf http://www.cs.cmu.edu/~amulet/papers/soundinamulet.ps

362.   John Huebner and Brad A. Myers. "Easily Programmable Shared Objects For Peer-To-Peer Distributed Applications." 1998. http://www.cs.cmu.edu/~amulet/papers/Submitted-sharedobj.ps http://www.cs.cmu.edu/~amulet/papers/Submitted-sharedobj.pdf http://www.cs.cmu.edu/~amulet/papers/Submitted-sharedobj.html
363.   Ilhwan Kwon and Brad A. Myers. "Defining and Editing Constraints Graphically by Treating Constraints as Objects." 1998.
364.   Brad A. Myers, Neal Altman, Khalil Amiri, Matthew Centurion, Fay Chang, Chienhao Chen, Herb Derby, John Huebner, Rich Kaylor, Ralph Melton, Robert O'Callahan, Matthew Tarpy, Konur Unyelioglu, Zhenyu Wang, and Randon Warner. "Using Benchmarks to Teach and Evaluate User Interface Tools." 1997. http://www.cs.cmu.edu/~amulet/papers/benchmarks.pdf
365.   John Pane and Brad Myers. "Usability Guidelines for the Design of Programming Systems."
366.   Brad A. Myers, Alan Ferrency, Rich McDaniel and Roger Dannenberg. "Debugging Interactive Applications." 1996. http://www.cs.cmu.edu/~amulet/papers/debugpaper.pdf

## World Wide Web Pages:

1.   Brad Myers home page. Including List of Systems and Their Acronyms and CHI Conference Badges
2.   *User Interface Software Tools*. http://www.cs.cmu.edu/~bam/toolnames.html
     A list of tools for creating user interfaces. (Awarded Editor's Choice, LookSmart Directory, a subsidiary of *The Reader's Digest*, Jan 22, 1997. Links2Go Key Resource award in the GUI topic, 22 Jul 98.)
3.   *Computer Almanac - Numbers About Computers* http://www.cs.cmu.edu/~bam/numbers/
     Interesting and Useful Numbers about Computers. (Top link on the original The Microsoft Network "Look it Up" page; selected for the "Exclusive Kool Sites" award from Komputer Klinic for June 14, 1996; Awarded four stars by Anbar Electronic Intelligence Computing Cool Sites for the January'98 Computing Milieux; Listed in Mexico's FirstNews: Internet at Home, Computers, Information and Opinion Articles, March'98; Earned the "Duke of URL Classy Site Pick Award," May, 1998; included in Addison Wesley Longman Publishing Company's on-line text books by Neil A. Weiss on Statistics. Featured link in LibrarySpot's Almanac Page, April, 2000.)
4.   *Amulet Project Pages* http://www.cs.cmu.edu/~amulet
5.   *Natural Programming Project Pages* http://www.cs.cmu.edu/~NatProg
6.   *Demonstrational Interfaces Project Pages* http://www.cs.cmu.edu/~bydemo
7.   *Garnet Project Pages* http://www.cs.cmu.edu/~garnet
8.   *Pebbles Project Pages* http://www.cs.cmu.edu/~pebbles. Featured in the January 6, 2003, Vol. 5, no. 15, issue of the *Innovative Teaching Newsletter* on "PDAs in the Classroom".
9.   *Command Post of the Future (CPOF) Project Pages* http://www.cs.cmu.edu/~cpof
10.  *Silver Multi-media Editing Project Pages* http://www.cs.cmu.edu/~silver

# Articles by Others Quoting Me or About My Work:

1.   Olga Kharif, "Google's Orkut: A World of Ambition", BusinessWeek.com, October 8, 2007. Reprinted at MSNBC.
2.   Virginia Gold, "ACM Names 34 Fellows for Contributions to Computing and IT", January 10, 2006. html; and *ACM MemberNet*, Volume 4, Issue 6, January 2006. html
3.   Ivanhoe Broadcast News, "Hi-Tech Typing", *Discoveries and Breakthroughs in Science*. (1:25 min. video and web story). October, 2005. html
4.   Aaron Marcus, "When in Rome, do as the Romans do: HCII 2005 recap", *ACM Interactions*,

Volume 12, Issue 6, November + December 2005. pp. 48 - ff. ("why were such luminaries as ... Brad Myers from Carnegie-Mellon University in attendance?") html or pdf

5. Eric Smalley, "View from the High Ground: CMU's Brad Myers", *Technology Review News*, August 22, 2005. html.
   - Summarized by *ACM TechNews*, Volume 7, Issue 833: August 24, 2005. html of the summary.
6. Alan Cohen, "Software Is Too Buggy and Unreliable," part of the special section on "The Ten Biggest Problems in Computing and How We'll Solve Them", *PC Magazine*, August 23, 2005. Vol. 24, no. 14, pp. 86-87. Also on PCMag.com.
7. (TR Staff), "Write Steady", *Technology Review*, vol. 108, no. 8, August, 2005, p. 27. html
8. Anne Watzman, "Ko, Aung and Myers Win Best Paper Award At International Conference on Software Engineering". CMU Press Release. May 23, 2005. html
9. Anne Watzman, "Myers and Wobbrock to Showcase Projects At Microsoft Research Tech Fair 2005". CMU Press Release. April 27, 2005. html and pictures
10. *Bongshin Lee, Mary Czerwinski, George Robertson, Benjamin B. Bederson. "Understanding Research Trends in Conferences using PaperLens," Proceeding of the SIGCHI Conference On Human Factors In Computing Systems: CHI'2005*, Portland, Oregon, April 02 - 07, 2005. pp. 1969-1972. pdf.
    "For example, the most prolific author is Brad Myers who has published 41 papers.... For End User Programming, Brad Myers was the most frequently cited author.... For example, Card and Myers are connected indirectly to each other because they have each co-authored a paper with Shneiderman."
11. "Copy-and-paste goes natural", *Technology Research News*, January 12/19, 2005. html.
12. ACM TechNews, "Taking Handheld Devices to the Next Level", Volume 7, Issue 744: Friday, January 21, 2005. html
13. Christine Tomasino, "A Presenter's Friend" and "Handheld Software for Student Collaboration". *For What It's $$Worth$$*. Friday, January 21, 2005.
14. Byron Spice, "Text with an edge," *Pittsburgh Post-Gazette*, Monday, Nov. 29, 2004. p. A-6. html
15. Aaron Ricadela, "Trying to Make the Pen as Mighty as the Keyboard," The New York Times, November 11, 2004. p. E5. html
16. "Home is where the future is", *The Economist*, Sep 16, 2004. Print edition and on-line
17. The "Knowledge Encapsulation System", a commercial product of Software Theories, specifically references our paper as an influence.
18. Mike Crissey, "Researchers aim to make debugging simpler", Associated Press, July 26, 2004. Appears in Salon.com and MSNBC and CNN and CBSNews.com and Forbes.com and USAToday.com, and Detroit News (August 15, 2004), and Melbourne,Victoria,Australia Herald Sun, and Gadgetopia, and 404 Magazine (in German), etc.
19. Sebastian Rupley, "Debugging for the Masses", *PC Magazine Online*, May 14, 2004. html. Reprinted in Yahoo News
20. David Hart, "Researchers to Help Exterminate Bugs in Spreadsheets, Web Applications." NSF Press Release NSF PR 04-065 - May 05, 2004. html. *Also reprinted in:*
    - Innovations Report, May 06, 2004
    - Eurekalert, May 5th, 2004
    - Newswise, May 5th, 2004
21. Calvin Leske, "The Pittsburg Pebbles PDA Project" [sic], *The NSDL Scout Report for Math, Engineering, and Technology*. Volume 2, Number 19, September 26, 2003. html
22. Mark Boslet, "THE BIG IDEA: Microsoft Labs Searches For Legacy," *Dow Jones Newswires*, 22 September 2003.
23. Kim Peterson. "Inventions' wonderful world on display at Microsoft fair," *Seattle Times*. Wednesday, July 30, 2003. pp. E-1 and E-3. html
24. Microsoft PressPass Press Release, "It's Academic: Microsoft Research Collaboration Projects Fuel Technology Innovation at Universities". Redmond, Wash., July 28, 2003. html

25. Dan Gillmor, "Dan Gillmor: Designing new handhelds to improve human-computer interaction," *SiliconValley.Com; The San Jose Mercury News*, April 9, 2003. html
26. Kimberly Patch, "Handhelds Gain Space," *Technology Research News*, February 26/March 5, 2003, p. 4. html
27. Walter McKenzie, "PDAs in the Classroom," *Innovative Teaching Newsletter,* Vol. 5, no. 15, January 6, 2003, html
28. Ann Light, "Pebbles Project connects PDAs up Smartly," *UsabilityNews.com*, 17 December 2002. html
29. Michael Yeomans, "CMU Scientists Improving Computers' People Skills," *Pittsburgh Tribune-Review*, Tuesday, October 22, 2002. pages B7, B10. html
30. Mike Crissey, "Designers Work on All-in-One Remote," *Associated Press*, August 27, 2002. html
31. John Zyskowski, "Handhands in a new world order," *Federal Computer Week*, March 18, 2002. html
32. Kimberly Patch, "Correction choices key for speech software," *Technology Research News*, September 5, 2001. html
33. Catherine Zandonella, "How to Snarf with the Geeks," *The New Scientist*, vol. 172, no. 2311, October 6, 2001. p. 24.
34. Anthony Violanti, "Revolution in a Box: How 20 years of Personal Computers changed the world," *Buffalo News*, August 12, 2001. pp. A1, A8.
35. Jennie Borodko Stack, "Palm Pilot Connects Girl with Classroom," *QUEST,* Volume 8, Number 1, February 2001. pp. 48-49. html
36. Paul Beebe, "Software Marketed to trade under CMU brand name," *Pittsburgh Tribune-Review*, vol. 112, no. 285, Nov. 14, 2000.
37. Leander Kahney, "Prettying Up Linux," *Wired News*, Feb. 25, 2000. page 2. html
38. Andrew Wilson. "Computer Conference Set to Make Programming Easier," *Allegheny Business News*, vol. 6, no. 20, Nov 27-Dec 11, 1991. p. A5, A7.
39. "Look before you leap," *Computing*. June 13, 1991. p. 4.
40. Laurent Belsie. "Picture This: Visual Programming," *The Christian Science Monitor*. March 13, 1991. p. 12. also printed as "Researchers simplify computer programming," in *Grand Rapids Press*, MI. May 2, 1991.
41. Tony Durham. "Programming by Example and Interface Without Tears," *Computing*. April 7, 1988. pp. 22-23.

# Professional Activities:

## Chair:

- Corporate Sponsors Co-Chair, UIST'2007.
- Co-Organizer, "End-User Software Engineering" Dagstuhl Conference, 18.02.07 - 23.02.07, Seminar 07081, Organizers: Margaret M. Burnett, Gregor Engels, Brad A. Myers, Gregg Rothermel
- Corporate Sponsors Chair, UIST'2006, UIST'2005, UIST'2004, UIST'2003, UIST'2002, UIST'2001, UIST'2000 and UIST'1999: the ACM Symposium on User Interface Software and Technology.
- Associate Chair, Product Design and Usability (PDU) Consortium, at Carnegie Mellon University, Pittsburgh, PA.
- Co-organizer, NSF Workshop on Creativity Support Tools, June 13-14, 2005. Radisson Barcelo Hotel in Washington, DC.

- Program Co-Chair (with Jamie Frankel, MERL), Human Computer Interaction Consortium (HCIC'04), Fraser, CO, 2004.
- Co-Chair, Human-Computer Interaction working group at the ACM & NSF Workshop on Strategic Directions in Computing Research, June 14-15, 1996.
- General Conference Chair for UIST'95: the ACM Symposium on User Interface Software and Technology.
- Video Chair, 1990 and 1992 ACM SIGCHI Conferences.
- Organizer, SIGCHI'91 two-day Workshop: Computer Languages for Programming User Interface Software, April 28-29, 1991.
- Displays Chair, 1988 IEEE Workshop on Visual Languages.
- Chair, ACM SIGCHI User Interface Magazine Committee, 1990-1991.

## Editorial:

- Guest co-editor, Special Issue of *ACM Transactions on Computer-Human Interaction (TOCHI)* on Web Accessibility, 2006.
- Associate Editor, ACM *interactions* magazine. 1993 (Founding) - present.
- Associate Editor, *ACM Transactions on Computer-Human Interaction*. 1993 (Founding) - 2006.
- Computer Sciences Special Editorial Board of *Interacting with Computers*. 1996 - present.
- Associate Editor, *Journal of Visual Languages and Computing*, Academic Press. 1989 (Founding) - present.
- Editorial Board, *Human-Computer Interaction* Journal, 1990-present.
- Guest co-editor, Special issue on Handheld Computing of *IEEE Computer*, September, 2003.
- Editorial Board, *inSight*, Academic Press Daily Science News Service on the Internet, 1998.
- Associate Editor, *ACM Transactions on Information Systems*, 1991-1993.
- Advisory Editor, Jones and Bartlett Publishers, Inc. 1991-1993.
- Guest editor, Special issue on User Interface Software of ACM *Transactions on Information Systems*, July, 1990.

## Program Committees:

- Program Committee, The Fourth Workshop on End-User Software Engineering (WEUSE IV), Co-located with ICSE 2008, Leipzig, Germany. May 12, 2008.
- Organizing Committee, Dagstuhl Seminar 07081, "End-User Software Engineering", M. M. Burnett, G. Engels, B. A. Myers, G. Rothermel. Schloss Dagstuhl International Conference And Research Center For Computer Science, Germany. Feb 18, 2007 - Feb 23, 2007.
- Organizing Committee, 2nd Workshop on End-User Software Engineering (WEUSE II) at CHI'2006, Montreal, Canada, April 23, 2006.
- Program Committee, Workshop on The Many Faces of Consistency in Cross-platform Design at CHI'2006, April 23, 2006, Montreal.
- Program Committee, 2005, 2000, 1990, and 1989 ACM Symposiums on User Interface Software and Technology (UIST).
- Program Committee, 1st Workshop on End-User Software Engineering (WEUSE 2005) at ICSE 05, Saint Louis, MO, May 21st 2005.
- Program Committee, Third IEEE Symposium on End-User Programming and Domain Specific Programming, October 28-31, 2003, Auckland, New Zealand.
- Program Committee, MobileHCI'03: Fifth International Symposium on Human Computer Interaction with Mobile Devices and Services, Udine (Italy), 23-26 September 2003
- Program Committee, International Workshop on Visual Languages and Computing, VLC'03, Florida International University, Miami, Florida, September 24-26, 2003.

- Program Committee, CHI'2003 Workshop on [Perspectives in End User Development](#).
- Program Committee, ICMI'2002: International Conference on Multimodal Interfaces.
- Program Committee, IUI'2002: International Conference on Intelligent User Interfaces (IUI), 2002.
- Program Committee, Shared Environments to Support Face-to-Face Collaboration Workshop at CSCW'2000.
- Program Committee, ADL'2000: IEEE Advances in Digital Libraries Conference, May 22-24, 2000, Washington, D.C.
- Program Committee, 4th USENIX Windows Systems Symposium. August 3-4, 2000, Seattle, Washington.
- Program Committee, DSL'99: 2nd Usenix Conference on Domain Specific Languages. Oct 6-9, 1999 in Austin, Texas.
- Doctoral Consortium Committee, 1997 ACM SIGCHI Conference.
- Short Papers & Interactive Posters: CHI'95.
- Videos: ACM CHI'91, and INTERCHI'93 Conferences.
- Papers: ACM SIGCHI+GI'87, CHI'89, CHI'91, and CHI'99 Conferences.
- Program: 1988, 1989 and 1990 IEEE Workshops on Visual Languages.
- Program: First (1990) and Second (1991) EUROGRAPHICS Workshops on Object Oriented Graphics.

## Other Committees:

- Microsoft Consumer Productivity Experiences Group Advisory Council. 2006-present.
- Microsoft Research University Relations Faculty Advisory Board. 2003.
- DARPA HCI Workshop, October 28-29, 1992, Pittsburgh, PA.
- DARPA ISAT Study Group: Gentle Slope Systems. August, 1992, Woods Hole, MA.
- DARPA ISAT Study Group: Intelligent Interfaces. August, 1991, Woods Hole, MA.
- NSF Workshop: An Agenda for Human-Computer Interaction Research: Science and Engineering Serving Human Needs. Washington, D.C. March 4-5, 1991.
- SIGCHI Publications Committee, 1989-1994.
- SIGCHI Committee on Flagship Publications, 1989-1990.

## Reviewer:

- NSF Panel Reviewer (various programs), 1997, 2000, 2004, 2005, 2007.
- Grant proposals for the National Science Foundation (NSF) of the USA, SBIR program, and National Science and Engineering Research Council (NSERC) of Canada.
- Government of Quebec, Ministere du Conseil executif, Fonds de developpement technologique.
- Book manuscripts for Academic Press, Morgan-Kaufmann, Addison-Wesley, Prentiss-Hall, Benjamin Cummings, etc.
- Papers for: SIGCHI, SIGGRAPH, UIST, TOCHI, HCI, IwC, IEEE CG&A, IEEE Computer, IEEE Software, IEEE Transactions on Software Engineering, ACM TOG, HICSS, IJCAI, TOPLAS, The Visual Computer, Software Practice & Experience, etc.

## Societies:

SIGCHI, SIGGRAPH, IEEE Computer Society, ACM, IEEE (Senior Member), Electronic Frontier Foundation, Computer Professionals for Social Responsibility.

# CMU Activities:

- Organizer for the HCI Seminar Series, 1992-1993, and 1999-present.
- Participant, Interdisciplinary Research Training Opportunities in Assistive Technology at CMU and the University of Pittsburgh (IGERT Program). 2003-present.
- Member, HCII Executive Committee, 2004-present.
- Marshal of the SCS Masters Students, CMU Commencement, May 20, 2007.
- Co-Leader, (with Michael Boninger) of the Human-System Interaction Thrust of the Quality of Life Technology (QoLT) Engineering Research Center, 2005-2007
- Member, href="http://www.qolt.org/">Quality of Life Technology (QoLT) Engineering Research Center, 2005-oresent
- Member, HCII Twelfth Anniversary Committee, 2005-2006.
- Member, General Motors Collaborative Laboratory, 2003-present.
- Member, Center for Wireless and Broadband Networking, 2001-2006.
- Member, MERITS of Pittsburgh: Medical Robotics and Information Technology for Medicine and Surgery, 2001-2005.
- Faculty Judge, CMU first round of the Microsoft Imagine Cup Contest. April, 2004.
- Facilities Advisory Committee for the School of Computer Science, 2002-2003.
- Admissions Committee, HCI Institute's PhD Program, 1999-2003.
- Faculty sponsor for CMU's participation in the "ACM Quest for Windows CE Applications" contest, 1999, which won first place in the "Personal Productivity" team category.
- PhD for HCI Students Committee, 1998-1999.
- Admissions Committee, HCI Institute's Master's Program, 1995-1996.
- Steering Committee of the Human-Computer Interaction Institute, 1994-1997.
- Faculty Senator from Computer Science, May 1994 - June, 1996.
- Developed the *Guide for New Faculty in the School of Computer Science*, August, 1993 and May, 1994.
- CS Committee on Non-Tenured Reappointments and Promotions, 1993.
- CS Faculty Hiring Committee, 1992-1994.
- CS HCI Faculty Recruitment Coordinator, 1992-1994.
- Member, School of Computer Science Policy Committee, 1992-1996.
- Member, Computing Advisory Committee of the Faculty Senate, 1990-1992.
- Organizer for the 1989-90 Programming Systems Seminar Series.
- Faculty sponsor for CMU's participation in Apple Computer's 1987 "PC of the Year 2000" contest.

---

# Teaching:

## Courses

- 05-863/08-763/46-863: Introduction to Human Computer Interaction for Technology Executives. Fall, Mini 2, 2007.
- 08-702, 08-703: Contextual Design, User Interface Design and Testing. For MSIT eBusiness program, Fall, 2007. 27 students.
- 05-671/672: Masters HCI Project. Spring/Summer, 2007.
- 08-702, 08-703: Contextual Design, User Interface Design and Testing. For MSIT eBusiness program, Fall, 2006. 32 students.
- 17-770 / 46-863: Introduction to Human Computer Interaction for Technology Executives. Fall,

Mini 1, 2006. 12 students.

- 05-671/672: Masters HCI Project. Spring/Summer, 2006. 29 students.
- 96-766, 96-768: Contextual Design, User Interface Design and Testing. For MSIT eBusiness program, Fall, 2005. 28 students.
- 96-766, 96-768, 96-771: Contextual Design, User Interface Design and Testing. For MSIT eBusiness program, Fall, 2004. 40 students.
- 05-830: Advanced User Interface Software, Fall, 2004. 7 students.
- 20-790: Human-Computer Interaction for eCommerce. Summer Session Two, 2004. (Taught for the UTC Flex-Mode distance-ed program) 19 students.
- 20-790: Human-Computer Interaction for eCommerce. Mini-6, Summer Session Two, 2004. 31 students.
- 05-630 / 05-430: Programming Usable Interfaces, Spring, 2004. 18 grad, 18 undergrad students.
- 05-830: Advanced User Interface Software, Spring, 2003. 5 students.
- 96-766: CMU West Campus - Information Technology Masters of eBusiness Technology, Contextual Design, User Interface Design and Testing, Fall, 2002 and Spring 2003. 6 students.
- 20-790: Human-Computer Interaction for eCommerce. Spring, first mini, 2003. 12 students. (Taught for the UTC Flex-Mode distance-ed program)
- 20-790: Human-Computer Interaction for eCommerce. Fall, second mini, 2002. 25 students.
- Human-Computer Interaction in eCommerce. June 26 - August 9, 2002. 34 students.
- 20-790: Human-Computer Interaction for eCommerce. Fall, second mini, 2001. 32 students.
- 05-631 Software Architecture for User Interfaces, Fall, 2001. 13 students.
- Human-Computer Interaction in eCommerce. June 25 - August 10, 2001. 45 students.
- 05-830, Advanced User Interface Software, Spring, 2001. Enrollment: 15 (8 PhD, 4 MS, 3 undergrad)
- 05-830, User Interface Software, Spring, 2000. Enrollment: 8 (5 MS, 1 PhD, 2 undergrad)
- 05-689, Evaluating Usability of Pebbles (Independent Study), Summer, 1999. Enrollment: 4 MS HCII.
- 05-830, User Interface Software, Spring, 1999. Enrollment: 12 (3 MS, 2 PhD, 6 undergrad, 1 staff)
- 05-830, User Interface Software, Spring, 1998. Enrollment: 9 (4 MS, 1 PhD, 3 undergrad, 1 staff)
- 05-830, User Interface Software, Spring, 1997. Enrollment: 14 (5 MS, 5 PhD, 1 undergrad, 1 special)
- 15-621 and 15-499(A), Intro to User Interface Programming, taught with Dan Olsen, Fall, 1996. Enrollment: 20 (10 HCII MS, 10 undergrad).
- HCI2: HCI Software Tools, A one day short course in the Carnegie Mellon Summer School of Computer Science, June, 1996.
- 15-820 (B) Advanced Topics in HCI: User Interface Software, Spring, 1996. Enrollment: 12 (1 undergrad, 4 PhD, 4 MSE, and 3 INI MS).
- 17-698B and 15-499A, Introduction to User Interface Programming, taught with Jim Morris, Fall, 1995. Enrollment: about 15 undergrad, 3 HCII MS.
- 15-820(C) and 15-499(B), Advanced Topics in HCI: User Interface Software. Spring, 1994. Enrollment: about 18 undergrad and 2 MS.
- 15-810A: Topics in User Interface Software, Spring, 1989. Enrollment: about 20, none for credit.

## Independent Study

- *Creating a Simulator for a General Motors Navigation System*, Pegeen Shen, Fall, 2003.
- *New Features for Pebbles PocketPC*, Yuhua Li, Fall, 2003.
- *Implementing USB in Pebbles*, Dave Kong, Spring, 2002.
- *Evaluating HANDS*, Luis J. Cota, Fall, 2001.
- *Evaluating the Silver Video Editor*, Rishi Bhatnagar, Summer, 2001.

- *Evaluating the use of handhelds for the handicapped*, Sunny Ya-Ting Yang and Brian Yeung, Spring, 2001.
- *Evaluating the Usability of the Hands Language*, Leah Miller, Spring, 2001.
- *Using Laser Pointers in Meetings*, Choon Hong Peck, Fall, 2000 and Spring, 2001.
- *Personal Universal Controller*, Marc Khadpe, Summer, 2000.
- *Design for the Hands Language for Children*, Ruben Carbonell and Joonhwan Lee, Spring, 2000.
- *Evaluating Floor Control for Small Groups with Palms*, Yu Shan Chuang and Marsha Tjandra, Spring, 2000.
- *Evaluation Natural Expression of Algorithms*, Aristiwidya B. Hardjanto ("IKA"), Spring, 1999.
- *Using the PalmPilot in Meetings*. Herbert Stiel, Fall, 1997, Undergrad CS.
- *Networking in Amulet*. John Huebner, Summer and Fall, 1997, MSE.
- *Interactive Specification of Constraints*. Ilhwan Kwon, Spring and Summer, 1997. Undergrad ECE.
- *The Design of the Atacama Desert Trek Interface*. Jennifer Gutwacks and Clark Slater, Spring, 1997. MS HCI.
- *Natural Programming*. John Chang, Spring, 1997. Undergrad CS.
- *Interface Builder for Amulet*. William Moher, Spring, 1996. Undergrad CS.
- *Interpreting Football Plays Sketched by Demonstration*, Patrick Rogan, Spring, 1996. Undergrad Psychology.
- *Creating Macintosh Games by Example*, Andrew Tepper, Spring, 1989, Undergrad CS.

# Students:

## PhD Students

- Thomas LaToza
- Jeffrey Stylos
- Andrew Ko
- Jeff Nichols. PhD, December, 2006, *Automatically Generating High-Quality User Interfaces for Appliances*. pdf. Currently, Research Staff Member at IBM's Almaden Research Center.
- Jake Wobbrock. PhD, August, 2006, *EdgeWrite: A Versatile Design for Text Entry and Control*. Abstract and PDF. Winner, 2007 SCS Dissertation Award. Currently, Assistant Professor at University of Washington.
- Rob Miller. PhD, May, 2002, *Lightweight Structure in Text*. PDF. Currently, Assistant Professor at MIT. Thesis won SCS Doctoral Dissertation Award for 2002 and ACM Doctoral Dissertation Award Honorable Mention.
- John Pane. PhD, May, 2002, *A Programming System for Children that is Designed for Usability*. Currently working for Rand Corporation.
- Rich McDaniel. PhD, May, 1999, *Building Whole Applications Using Only Demonstration*. Currently, at Siemens Corporate Research, Princeton, NJ.
- James Landay. PhD, Dec. 1996, *Interactive Sketching for the Early Stages of User Interface Design*. Currently, Associate Professor at Univ. Washington.
- Francesmary Modugno. PhD, May, 1995, *Extending End-User Programming in a Visual Shell With Programming by Demonstration and Graphical Language Techniques*. Currently, Assistant Professor, Department of Epidemiology, University of Pittsburgh

## Masters Students

- Michael Coblenz, MS in CS, August, 2006, *JASPER: Facilitating Software Maintenance Activities With Explicit Task Representations*. Abstract, pdf.
- Andrew Faulring , MS in CS, December, 2005.
- Rajesh Seenichamy, MS in INI, August, 2003, *Communicating With X-10 And Vehicle Functions To Enable Two-Way Remote Control*.
- Juan Casares, MS in HCI, May 2002.
- Nobuhisa Yoda, MS in CMU's Information Networking Institute, Dec, 1994: *An Architectural Design of A Toolkit for Synchronous Groupware Applications*.
- David Kosbie. MS CSD.
- Andrew Werth, MS in INI, Oct. 1992, *Tourmaline: Formatting Document Headings by Example*.

## CSD BS Thesis Students

- Ivan Gonzalez, BS, May, 2006. *Thumb Based Interaction Techniques for Input on a Steering Wheel*
- Michael Coblenz, BS, May, 2005. *Using Objects of Measurement to Detect Spreadsheet Errors*. CMU-CS-05-150, CMU-HCII-05-102. Abstract, pdf.
- Andrew Faulring, BS, May, 1999. *Gold: Charting by Demonstration*
- Chotirat ("Ann") Ratanamahatana, BS, May, 1998. *A Textual Programming Language and Environment for Beginners*
- Rajan Parthasarathy, BS, May, 1994, *Garnette: An Interactive User Interface Tool*.

## CMU SCS PhD Thesis committee

- Chris Scaffidi (ISR PhD candidate)
- Marwan Abi-Antoun (ISR PhD candidate)
- Uri Dekel (ISR PhD candidate)
- Michael Gleicher (PhD CSD, 1994)
- Dean Rubine (PhD CSD, 1991)
- Tom Lane (PhD CSD, 1990)

## External member, Thesis committee

- Ashwini Bhide, (PhD in Architecture, Carnegie Mellon University, in progress)
- Peter Tandler, (PhD in Computer Science, Darmstadt University of Technology, Germany, 2004)
- Jan Reinhardt, (PhD in Civil and Environmental Engineering, Carnegie Mellon University, 2003)
- Sailesh Panchang, (MS, 2002, Dept. of Rehabilitation Science and Technology, University of Pittsburgh)
- Linda McIver, (PhD, 2001, in Computer Science, School of Computer Science and Software Engineering, Monash University, Australia)
- Bernhard Suhm (PhD, 1998, University of Karlsruhe, Germany)
- T. Paul McCartney (PhD, 1996, Washington University in St. Louis, Computer Science Department)
- Martin R. Frank (PhD, 1995, Georgia Institute of Technology, College of Computing).
- David Maulsby (PhD, 1994, University of Calgary, Department of Computer Science)
- David Kurlander (PhD, 1993, Columbia University, Computer Science Department)

## Visitors Supervised:

- A. Chris Long, Postdoc, 2001-2002.

- Prof. Yoshihiro Tsujino, Department of Information and Computer Sciences, Osaka University, May, 1996 to March, 1997.
- Alex Klimovitski, November, 1994 to April, 1995.
- Keiji Kojima, Hitachi, October, 1990 to June, 1991.
- Osamu Hashimoto, NEC Corporation, July, 1990 to August, 1991.
- Brad Vander Zanden, Postdoc, August, 1988 to July, 1990.
- Philippe Marchal, 1987 to 1988

# Invited Presentations:

## Keynote Talks:

1. Keynote speaker, AAAI 2007 Spring Symposium on Interaction Challenges for Intelligent Assistants, 26-28 March 2007, Stanford University, CA. "A User Acceptance Equation for Intelligent Assistants". Abstract and pdf of PowerPoint slides.
2. Invited Research Overview, "End-User Programming". CHI 2006, April 22-27, 2006, Montreal, Canada.
3. Keynote speaker, Third International Conference On Mobile And Ubiquitous Multimedia, MUM2004. October 27 - 29, 2004, College Park, Maryland. "Mobile Devices for Control of Ubiquitous Multimedia".
4. Keynote speaker, The Seventh ACM SIGPLAN International Conference on Functional Programming, ICFP 2002. October 4-6, 2002, in Pittsburgh, PA. "Towards More Natural Functional Programming Languages."
5. Keynote speaker, The Fourth Symposium on Human-Computer Interaction for Mobile Devices, Mobile HCI'02. September (18-20) in Pisa, Italy. "Mobile Devices for Control."
6. Keynote speaker, IEEE Symposium on Visual Languages, VL'2000, Seattle, Washington, September 10-14, 2000. "Creating More Natural Programming Languages."
7. Keynote speaker, 14th Triennial Congress of the International Ergonomics Association, in conjunction with the 44th Annual Meeting of the Human Factors and Ergonomics Society. July 30 - August 4, 2000, San Diego, CA. "Past, Present and Future of User Interface Software Tools"
8. Keynote speaker, DSL'99: 2nd Usenix Conference on Domain Specific Languages, Austin, TX, October 3-6, 1999. "Towards More Natural Domain-Specific Languages."
9. Keynote speaker, ACM Multimedia 97 conference. Nov 11-13, 1997 in Seattle, WA. "Authoring Interactive Behaviors."
10. Keynote speaker, HCI '91: The British Computer Society Specialist Group in HCI Annual Conference, Aug 21, 1991, Edinburgh, UK.
11. Keynote speaker, 1990 IEEE Conference on Visual Languages, Chicago, Ill, October 6, 1990.
12. Keynote speaker, "The State of the Art in Visual Programming and Program Visualization," The British Computer Society Computer Graphics and Displays Group, International State of the Art Symposium on *Graphics Tools for Software Engineering: Visual Programming & Program Visualization*. London, England. March 16, 1988.

## Other Talks and Colloquia:

1. Invited speaker, DGPis40: Scientific Workshop & 40th Anniversary Reunion, University of Toronto, May 28-30, 2008.
2. CS547: Stanford University Human-Computer Interaction Seminar on People, Computers, and Design, September 28, 2007, Palo Alto, CA. "More Natural Programming Through User Studies".

Talk announcement and streaming video of the full talk (1hr24min).

3. Google Technical Seminar, "Update on the Natural Programming Project", September 26, 2007, Mountain View, CA. Google Video (1 hr)

4. Invited speaker, with Larry Masinter, at the Adobe Principal Scientist Council Briefing: "Survey: Past and Current Art of Making Programming Easier." San Francisco, CA. June 26, 2007.

5. Invited speaker, SAP Academic Symposium, June 7, 2007, Mountain View, CA, "API Usability"

6. Distinguished Lecture Series, Department of Computer Science, University of Illinois at Urbana-Champaign, "More Natural Programming Through User Studies", April 9, 2007.

7. Celebrity Judge, at "Usability Game Show - Pittsburgh" as part of World Usability Day, November 14, 2006.

8. Colloquium, Brown University Department of Computer Science, "More Natural Programming Through User Studies", November 2, 2006.

9. EUSES Consortium Workshop: End Users Shaping Effective Software, "Report of the CMU Natural Programming Group". Lincoln, Nebraska, October 25-27, 2006 and October 5-7, 2005.

10. Accenture. "More Natural Programming Through User Studies", September 8, 2006. Chicago, IL.

11. Google Technical Seminar, "More Natural Programming Through User Studies", October 27, 2005, Mountain View, CA.

12. Carnegie Mellon West, "Great Product Innovations" Speaker Series, "How the Human Interface Can Make or Break Great Product Innovations," October 27, 2005, Moffet Field, CA.

13. Microsoft Research Faculty Summit 2005, "Visions of Mobile Devices Beyond Their Current Role" in the session on "Enhanced Computing with Mobile Devices". July 19, 2005.

14. "Overview of Computer Science Support for Creativity" (with Randy Pausch) at NSF Workshop on Creativity Support Tools, June 13-14, 2005. Radisson Barcelo Hotel in Washington, DC.

15. Microsoft Research Seminar, June 2, 2005. Redmond, WA. "More Natural Programming Through User Studies".

16. "End Users in End-User Sofware Engineering: Where HCI Cross Cuts SE", at the 1st Workshop on End-User Software Engineering (WEUSE 2005) at ICSE 05, Saint Louis, MO, May 21, 2005.

17. "University Relations--Mobile Computing and User Interface Research," at the Microsoft Research Tech Fair, April 27, 2005, Library of Congress, Washington, D.C. (some pictures with Congressmen)

18. EUSES Consortium Workshop: End Users Shaping Effective Software, "Project Marlalade". Pittsburgh, PA September 8-10, 2004.

19. Microsoft Research Seminar, August 4, 2004. Redmond, WA. "Review of Recent Research: Citrine Smart Clipboard, WhyLine Interrogative Debugging, EdgeWrite Text Entry, and Pebbles PocketPC Software".

20. HCIL Seminar Series, University of Maryland, College Park, MD. October 21, 2003. "Mobile Devices for Control."

21. University of New Orleans, LA, September 12, 2003. "Mobile Devices for Control."

22. Microsoft Research Seminar, July 30, 2003. Redmond, WA. "An Update on the Pebbles Project: PocketPCs, Smartphones and TabletPCs for Universal Remote Control and A New Input Method for Small Devices".

23. Microsoft Research Faculty Summit 2003, Innovation Excellence Plenary Session, July 28, 2003, and DemoFest session, July 29, 2003, "Mobility: Handhelds for Universal Remote Control".

24. MIT AI Lab, HCI Seminar Series, May 9, 2003, "Mobile Devices for Control"

25. Mitsubishi Electric Research Laboratory, May 8, 2003, Cambridge, MA. "Mobile Devices for Control."

26. CS547: Stanford University Human-Computer Interaction Seminar on People, Computers, and Design, November 22, 2002, Palo Alto, CA. "Mobile Devices for Control". Talk announcement and streaming video of the full talk (1hr26min). *(Warning: video link crashes Netscape 4.7)*

27. CMU Tech Bytes Seminar, Sheraton Palo Alto, Palo Alto, CA. Nov. 21, 2002. "Mobile Devices for Control".

Case 1:07-cv-00787-SLR   Document 44-1   Filed 03/13/08   Page 43 of 46 PageID #: 270

28. Invited Speaker, Workshop on End-User Development of the European Community Network of Excellence. Sept. 23, 2002. Pisa, Italy. "Making Programming Easier by Making it More Natural."
29. Microsoft Research Seminar, July 31, 2002. Redmond, WA. "PocketPCs as Controllers for Computers and Appliances; Update on The Pebbles Project"
30. Invited speaker, InterNational Committee for Information Technology Standards (INCITS) Technical Committee V2 Meeting, June 27, 2002, Minneapolis, MN. "Pebbles PUC Automatic UI Generation Project."
31. Invited speaker, State University of New York Technical Conference 2002. Educational Technology Officers Assiciation. June 17 - 19, 2002. Hudson Valley Resort Convention Center in Kerhonkson, NY. "The Pebbles Project General Overview: Using Hand-Held Computers and PCs Together" and "Using Handhelds to Enhance Classrooms and to Help the Handicapped"
32. Computer Science Colloquium Series, Kent State University, Kent, OH. February 20, 2002. "The Pebbles Project: Using Hand-Held Computers and PCs Together"
33. Guest speaker, Pittsburgh Pocket PC User Group, February 6, 2002. Pittsburgh, PA. "The Pebbles Project: Using Hand-Held Computers and PCs Together"
34. Guest speaker, Ohio State University Dept. of Computer and Info. Science, Columbus, Ohio, August, 7, 2001, "The Pebbles Project: Using Hand-Held Computers and PCs Together."
35. Invited speaker, Grid on the Go, May 20-22, 2001, NCSA, University of Illinois at Urbana-Champaign. "Using Wireless Handheld Devices in the Classroom, Office and Home."
36. Microsoft Research Seminar, April 6, 2000. Redmond, WA. "Update on The Pebbles Project: Using a Handheld as a Personal Universal Controller and to Augment a Laser Pointer in Meetings"
37. HCI Seminar Series, Carnegie Mellon University, 2/07/01, "Using Hand-Held Computers and PCs Together: The Pebbles Project"
38. Symbol Technologies, Inc. lunchtime presentation, August 25, 2000. Pittsburgh, PA. "The Pebbles Project: Using Hand-Held Computers and PCs Together"
39. Microsoft Research Seminar, August 2, 2000. Redmond, WA. "Using Windows CE Computers in Classrooms; and Public-Private Data Sharing Using a PC and PocketPCs; Update on The Pebbles Project"
40. Microsoft Research Seminar, December 7, 1999. Redmond, WA. "Towards More Natural Programming Languages".
41. HCI Seminar Series, Carnegie Mellon University, 11-17-99, "Using Handheld Computers and PCs Together". Click here to see a video of this talk.
42. Computer Science Colloquium, Brown University, Nov. 4, 1999. "Using Hand-Held Computers and PCs Together."
43. Invited speaker, IFIP Working Group 2.7/13.4 (User Interface Engineering), May 13, 1999, Pittsburgh, PA. "The Architectural Issues in Amulet."
44. Invited speaker, Human Computer Interaction Consortium (HCIC'99), Fraser, CO, Feb 3-9, 1999, "Prospects and Visions for User Interface Software Tools."
45. Invited speaker, The Ninth Annual NEC Research Symposium: Human Centric Multimedia Community, Nara, Japan, Aug. 30-Sept. 1, 1998.
46. Boeing Shared Services, Seattle, WA. June 17, 1998, "Amulet: Comprehensive Support for Graphical, Highly-Interactive User Interfaces"
47. Microsoft Research, Redmond, WA. June 15, 1998, "Collaboration Using Multiple PDAs Connected to a PC"
48. Invited speaker, CHI-Squared, The Chicago CHI Local Group, Chicago, IL, June 9, 1998.
49. Colloquium speaker, Lucent Labs, Naperville, IL, June 9, 1998. "Using PalmPilots Synchronously in Meetings."
50. Invited speaker, Human Computer Interaction Consortium (HCIC'98), Fraser, CO, March 4-8, 1998. "Natural Programming for Knowledge Management."
51. Colloquium speaker, IBM Thomas J. Watson Research Center, Hawthorne, NY, February 13,

1998. "Using PalmPilots Synchronously in Meetings."

52. Distinguished Lecture Series, University of Tennessee, Knoxville, TN, Nov. 3, 1997.

53. Colloquium speaker, Electric Boat Division of General Dynamics, Groton, Conn, May 1, 1997.

54. Invited speaker at the AAAI Spring Symposium on "Acquistion, Learning and Demonstation: Automating Tasks for Users", presented overview of "Demonstrational Interfaces." Stanford, CA, March 25-27, 1996.

55. Computer Science Colloquium, Washington University in St. Louis, MO, January 19, 1996.

56. Distinguished Lecture Series, University of Maryland, College Park, MD, February 28, 1995.

57. Invited Speaker, Software Engineering Tools and Techniques Conference, Los Angeles, CA, February 24 1995.

58. Distinguished Lecture Series, University of Toronto, Toronto, Canada, December 6, 1994.

59. Colloquium speaker, Toronto Computer Human Interaction (TORCHI) society, Toronto, Canada, December 5, 1994.

60. Distinguished Lecture Series, University of York, Toronto, Canada, February 11, 1994.

61. ARPA Workshop on HCI Architecture and Toolkits, 11-14 January, 1994, San Diego, CA.

62. Colloquium speaker, Georgia Tech, Atlanta, GA. July 28, 1993.

63. Colloquium speaker, University of Virginia, Charlottesville, VA. February 24, 1992.

64. Invited Speaker, "Workshop on Programming by Example," sponsored by Apple Computer Inc., March 11-12, 1992. Cupertino, CA.

65. Lecturer, "Extending Direct Manipulation: Demonstrational Interfaces and User Interface Development Environments," User Interfaces Strategies'92, A live Satellite TV Broadcast, from the University of Maryland, December 12, 1991.

66. Colloquium speaker, Xerox Palo Alto Research Center, Palo Alto, CA. June 20, 1991.

67. Colloquium speaker, Adobe Systems, Inc., Mountain View, CA. June 20, 1991.

68. Colloquium speaker, Hewlett Packard Software Engineering Systems. Sunnyvale, CA. January 29, 1991.

69. Colloquium speaker, Apple Computer, Inc. Cupertino, CA. January 28, 1991.

70. Colloquium speaker, Waterloo University, Waterloo, Ontario, Canada, November 14, 1990.

71. Colloquium speaker, Lotus Corporation, Cambridge, MA, November 7, 1990.

72. Colloquium speaker, Siemens Corporate Research, Princeton, New Jersey, May 14, 1990.

73. Visiting Distinguished Engineer under the IBM Visiting Scholar Program, Northeastern University, Department of Industrial Engineering and Information Systems, April 19, 1990.

74. Colloquium speaker, University of Toronto, Toronto, Ontario, Canada, August 8, 1989.

75. Colloquium speaker, Boeing Corporation, Seattle, WA, July 17-18, 1989.

76. Colloquium speaker, Microsoft Corporation, Seattle, WA, Dec. 5-6, 1988.

77. Invited speaker, The Toronto Exxperience; A Conference Celebrating Twenty Years of Computer Science Research at the University of Toronto. Toronto, Canada. May 9-13, 1988.

78. Invited speaker, AAAI Workshop on Architectures for Intelligent Interfaces. March 29-April 1, 1988. Monterey, CA.

79. Colloquium speaker, Department of Computer Science, York University, York, England. March 18, 1988.

80. Colloquium speaker, Department of Computer Science, University of Glasgow, Glasgow, Scotland, Great Britain. March 17, 1988.

81. Colloquium speaker, Department of Computer Science, Queen Mary College, London, England. March 17, 1988.

82. Colloquium speaker, Department of Computer Science, Rensellaer Polytechnic Institute, Albany, New York. January 28, 1988.

83. Colloquium speaker, Department of Electrical Engineering and Computer Science, The George Washington University, Washington, D.C. October 14, 1987.

84. Invited speaker, *ACM SIGGRAPH Workshop on Software Tools for User Interface Development*. Seattle, Washington. November 17-19, 1986.

85. Invited speaker, *Alvey MMI Workshop on Window Management*. Abingdon, Oxfordshire, England. April 29-May 1, 1985.

## Tutorials:

- "User Interface Tools," tutorial #36 presented at *CHI'94*. Boston, MA. April 24-28, 1994.
- "User Interface Tools," tutorial #27 presented at *INTERCHI'93*. Amsterdam, The Netherlands. April 24-29, 1993.
- "The State of the Art in User Interface Development Environments," tutorial presented at HCI '91: The British Computer Society Specialist Group in HCI Annual Conference, Aug 20, 1991, Edinburgh, UK.
- "Visual Computing Environments," tutorial #23 presented at *SIGCHI '90*. Seattle, WA, April 1-5, 1990.
- "User Interface Design and Implementation," March 26, 1990 at Carnegie Group, Inc., Pittsburgh, PA.
- "Visual Computing Environments," tutorial #17 presented at *SIGGRAPH '89*. Boston, MA, July 31-August 4, 1989.
- "Visual Computing Environments," tutorial #14 presented at *SIGCHI '89*. Austin, Texas, April 30-May 4, 1989.
- "Human-Computer Interaction Technologies and Techniques," tutorial #11 presented at *SIGCHI '88*. Washington, D.C. May 15-19, 1988.
- "Workshop on Visual Programming" at Xerox EuroPARC, supported by Rank Xerox and Apple Computer in association with the British Computer Society Displays and HCI Specialist Groups. Cambridge, England. March 15, 1987.
- "Human-Computer Interaction: Selected Theories, Technologies and Techniques," tutorial #21 at *SIGGRAPH '87*. Anaheim, CA. July 27-31, 1987.

## Panels:

- Invited panelist, "The Role of Interactive Systems in Universal Access," NSF Interactive Systems Grantees Workshop: ISGW '97, August 17-19, 1997, Stevenson, Washington.
- Panelist, "Model-based User Interfaces: What is it and why should I care?" *ACM Symposium on User Interface Software and Technology, UIST'94*, November, 1994. Los Angeles, CA.
- Panelist, "From Research Prototypes to Usable, Useful Systems: Lessons Learned in the Trenches," *ACM Symposium on User Interface Software and Technology, UIST'93*, November 3-5, 1993. Atlanta, GA.
- Organizer and Panelist, "Heuristics in Real User Interfaces," *INTERCHI'93*, Amsterdam, The Netherlands. April 24-29, 1993.
- Organizer and Panelist, "User Interface Design Tools," *1991 Lisp Users and Vendors Conference*, Gaithersburg, MD, Oct 28-Nov 1, 1991.
- Panelist, "HCI: Past and Future," *HCI '91: The British Computer Society Specialist Group in HCI Annual Conference*, Aug 23, 1991, Edinburgh, UK.
- Moderator and Panelist, "Demonstrational Interfaces, Coming Soon?" *SIGCHI'91*, New Orleans, LA. April 28-May 2, 1991.
- Panelist, "Direct Manipulation or Programming: How Should We Design Interfaces?" *ACM Symposium on User Interface Software and Technology, UIST'89*, Williamsburg, VA, Nov. 13-15, 1989.
- Moderator and Panelist, "User Interface Toolkits: Present and Future," *SIGGRAPH '88*, Atlanta, GA, August 1-5, 1988.
- Panelist, "Software Tools for User Interface Management," *SIGGRAPH '87*. Anaheim, CA. July

27-31, 1987.
- Panelist, "The Future of Window Systems," *SIGGRAPH '86*. Dallas, Texas. August 18-22, 1986.
- Panelist, "User Interface Management Systems," *Graphics Interface '84*. Ottawa, Ontario. May 28-June 1, 1984.

## Participation in Workshops:

*(when not a speaker or organizer)*

Invited participant, "Adobe Education Designer and Developer Conference", March 2-4, 2008. San Francisco, CA
- o Invited participant, "2007 Summer Institute on the Human Side of Software Development," co-sponsored by the University of Washington and Microsoft Research. August 12-17, 2007, Skamania Lodge, Stevenson, WA.
- o Invited participant, "NSF Human-Centered Computing (HCC) Workshop", Arlington, Virginia, September 18-19, 2006
- o Invited participant, "User Interfaces that Span Hand-Held and Fixed Devices," CHI'2001 Workshop on Distributed and Disappearing User Interfaces in Ubiquitous Computing, Seattle, WA, March 31-April 1, 2000.
- o Invited participant, "Future Mobile Device User Interfaces" at CHI'2000, April 1, 2000. The Hague, The Netherlands. Matthias Schneider-Hufschmidt, organizer.
- o Invited participant, "Handheld CSCW Workshop at CSCW'98," Seattle, November 14. Hans Gellersen and Albrecht Schmidt, organizers. http://www.teco.edu/hcscw/
- o Invited participant, "CHI 98 Workshop On Learner-Centered Design," April 20, 1998. Sherry Hsi and Elliot Soloway, organizers.

## Discussant:

- o "Automated Selection of Remote Control User Interfaces in Pervasive Smart Spaces," by Nirali Desai, Khomkrit Kaowthumrong, John Lebsack, Nishant Shah, Richard Han. Human Computer Interaction Consortium (HCIC'02), Fraser, CO, Jan 30-Feb 3, 2002.
- o "The Next Generation of Ubiquitous Computing," by Gregory Abowd and Elizabeth Mynatt. Human Computer Interaction Consortium (HCIC'99), Fraser, CO, Feb 3-9, 1999.
- o "Tools and Environments for U.I. Design," SIGCHI'89. Austin, Texas. May 4, 1989.
- o "Input," SIGCHI+GI'87. Toronto, Ontario, Canada. April 8, 1987.