# EXHIBIT B

**Exhibit B:  List of Trial, Hearing and Deposition Testimony for Brad A. Myers**

Listing of when I have testified as an expert at trial or in a deposition within the last four years, as of February 15, 2008

*Xybernaut Corporation v. Viewsonic Corporation,* U.S. District Court for the Eastern District of Virginia Alexandria Division, Civil Action No.  03-1549-A. Worked for Viewsonic through the law firm of Cooley Godward LLP.
- Deposition testimony, 2004

*GTECH Corporation, v. Scientific Games International, Inc., Scientific Games Holdings Corporation, Scientific Games Finance Corporation, And Scientific Games Corporation,* In The United States District Court For The District Of Delaware, Civil Action No. 04-138-JJF. Working for SGI through the law firm of Morris, Nichols, Arsht & Tunnell.
- Deposition testimony, 2005

*Certain Digital Image Storage and Retrieval Devices, Ampex Corporation vs. Eastman Kodak Company and Altek Corporation.* in the United States International Trade Commission,  Washington, D.C. before the Honorable Robert L. Barton, Jr. Worked for Kodak through the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

- Deposition testimony, 2005

*Ampex Corporation v. Eastman Kodak Company, Altek Corporation, and Chinon Industries, Inc. in the United States District Court for the District Of Delaware, Civil Action No. 04-1373(KAJ).* Worked for Kodak through the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.
- Deposition testimony, 2006

*Wireless Agents, L.L.C. v. Sony Ericsson Mobile Communications AB, and Sony Ericsson Mobile Communications (USA) Inc.,* in the United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3:05-CV-289-D. Working for Sony Ericsson through the law firm of Thompson & Knight L.L.P.
- Deposition testimony, 2005 and 2006

*Wireless Agents v. AMOI Electronics et al. including Kyocera Wireless Corp. and Amp'd Mobile, Inc. et. al.,* in The United States District Court For The Western District Of Texas, Austin Division, Civil Action No. A-06-CA-492-SS. Worked for Kyocera and Amp'd through the law firm of McKool Smith, P.C.
- Deposition testimony, 2006

*Microsoft Corporation v. Lucent Technologies Inc., Alcatel-Lucent, and the Multimedia Patent Trust.* in the United States District Court, Southern District Of California, Case No. 06-CV-0684 H (CAB). Worked for Microsoft through the law firm of Fish & Richardson P.C.
- Deposition testimony, 2008