IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON WEB SERVICES LLC, )<br>AMAZON.COM, INC., ALEXA INTERNET, )<br>INC., IAC SEARCH & MEDIA, INC., )<br>SNAP TECHNOLOGIES, INC., YAHOO! INC., )<br>SMARTDEVIL INC., EXALEAD, INC., and )<br>EXALEAD S.A., )<br>)<br>Defendants. ) | C.A. No. 07-787-SLR<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION RE PRELIMINARY INJUNCTION RELATED
BRIEFING AND DISCOVERY SCHEDULE.**

On March 13, 2008, Girafa.Com, Inc ("Girafa") filed a Motion for a Preliminary Injunction in the above-captioned case (the "Motion") against, Amazon Web Services LLC ("AWS"), Amazon.Com ("Amazon"), and Alexa Internet, Inc. ("Alexa") (AWS, Amazon, and Alexa, collectively, the "Amazon Defendants"), Snap Technologies, Inc. ("Snap") and Smartdevil, Inc. ("Smartdevil")[1] (the Amazon Defendants, Snap, and Smartdevil, collectively, the "PI Defendants"). After Girafa filed its Motion, Girafa and the PI Defendants met and conferred regarding a schedule for briefing and discovery related to the Motion.

IT IS HEREBY STIPULATED by and among Girafa and the PI Defendants, subject to approval of the Court, that the following schedule shall govern briefing and discovery related to the Motion:

---

[1] Smartdevil has yet to appear in this action.

1. Girafa shall make Dr. Brad Myers and Ms. Shirli Ran available for deposition by: April 18, 2008.

2. Girafa shall provide defendants all documents relied on by Dr. Myers and/or Ms. Ran regarding the Motion (to the extent that Girafa did not provide such documents along with the Motion) at least 7 days before his or her deposition.

3. The PI Defendants shall file any Opposition papers to the Motion by: May 16, 2008.

4. The PI Defendants shall make any individuals that provide substantive declarations in support of the Defendants' Opposition papers available for deposition by: June 6, 2008.

5. The PI Defendants shall provide all documents relied on by a declarant regarding the Oppositions (to the extent the PI Defendants do not provide such documents along with their Opposition papers) at least 7 days before the deposition of the declarant.

6. Girafa shall file any Reply papers by: July 3, 2008.

7. Hearing (if desired by court): at a date convenient to the Court after July 3, 2008.

IT IS HEREBY FURTHER STIPULATED THAT:

1. The topics of the above described depositions shall be limited to statements made in the deponent's declaration(s) and issues raised by the Motion, Oppositions and Reply.

2. The fact that a declarant is deposed in connection with the Motion, Oppositions or Reply shall not preclude any party to this action from deposing the individual again.

| | |
|---|---|
| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |

By: */s/ Tiffany Geyer Lydon*  
    Steven J. Balick (#2114)  
    John G. Day (#2403)  
    Tiffany Geyer Lydon (#3950)  
    500 Delaware Ave., 8th Floor  
    PO Box 1150  
    Wilmington, DE 19899  
    (302) 654-18880  
    sbalick@ashby-geddes.com  
    jday@ashby-geddes.com  
    tlydon@ashby-geddes.com  

*Attorneys for Plaintiffs*  
*Girafa.com, Inc.*

By: */s/ Richard L. Horwitz*  
    Richard L. Horwitz (#2246)  
    David E. Moore (#3983)  
    Hercules Plaza, 6th Floor  
    1313 N. Market Street  
    Wilmington, DE 19801  
    (302) 984-6000  
    rhorwitz@potteranderson.com  
    dmoore@potteranderson.com  

*Attorneys for Defendants*  
*Amazon.Com, Inc.; Amazon Web Services LLC; and Alexa Internet, Inc.*

Smartdevil, Inc.

CONNOLLY, BOVE, LODGE & HUTZ

By: */s/ Justin Lim*  
    Justin Lim  
    2156 Rousseau  
    Montreal, Quebec H8N 1K7  
    Canada  
    (514) 823-9401  
    jhlim@smartdevil.com  

By: */s/ Arthur G. Connolly, III*  
    Arthur G. Connolly, III (#2667)  
    1007 N. Orange St.  
    PO Box 2207  
    Wilmington, DE 19899  
    (302) 658-9141  
    aconnollyIII@cblh.com  

*Attorneys for Defendants*  
*Snap Technologies, Inc.*

    IT IS SO ORDERED this \_\_\_ day of _____, 2008.

_____  
Honorable Sue L. Robinson  
United States District Judge

857588/32639

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 27, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 27, 2008, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
*Attorneys for Plaintiff Girafa.com, Inc.*

William H. Mandir
John F. Rabena
Trevor C. Hill
Chandran B. Iyer
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037
wmandir@sughrue.com
jrabena@sughrue.com
thill@sughrue.com
cbiyer@sughrue.com
*Attorneys for Plaintiff Girafa.com, Inc.*

Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
gaza@rlf.com
*Attorneys for Defendant IAC Search & Media Inc.*

Antonio R. Sistos
Jennifer A. Kash
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street 22nd Floor
San Francisco, CA 94111
antoniosistos@quinnemanuel.com
jenniferkash@quinnemanuel.com
*Attorneys for Defendant IAC Search & Media Inc.*

Claude M. Stern
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
claudestern@quinnemanuel.com
*Attorneys for Defendant IAC Search & Media Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
aconnollyIII@cblh.com
*Attorneys for Snap Technologies Inc.*

Daniel M. Cislo
Mark D. Nielsen
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, CA 90401
dan@cislo.com
mnielsen@cislo.com
*Attorneys for Snap Technologies Inc.*

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
*Attorneys for Defendants Exalead Inc. and Exalead S.A.*

Harold V. Johnson
Scott A. Timmerman
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
hjohnson@usebrinks.com
stimmerman@usebrinks.com
*Attorneys for Defendants Exalead Inc. and Exalead S.A.*

Justin Lim
2156
Montreal, Quebec H8N 1K7
Canada
jhlim@smartdevil.com
*Attorneys for Defendant Smartdevil Inc.*

Douglas E. Lumish
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
doug.lumish@weil.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

842506 / 32639