IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES LLC; AMAZON.COM, INC.; ALEXA INTERNET, INC.; IAC SEARCH & MEDIA, INC.; SNAP TECHNOLOGIES, INC.; YAHOO! INC.; SMARTDEVIL, INC.; EXALEAD, INC.; and EXALEAD S.A.,<br><br>Defendants. | C.A. No. 07-787-SLR<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 27th day of March, 2008, Defendant IAC Search & Media, Inc.'s Requests for Production of Documents and Things (Set No. 1) were served upon the following counsel of record at the address and in the manner indicated:

Steven J. Balick, Esquire                       VIA HAND DELIVERY
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE   19899

Richard L. Horwitz, Esquire                     VIA HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE   19899

Arthur G. Connolly, III, Esquire                VIA HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE   19899

| | |
|---|---|
| Thomas C. Grimm, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899-1347 | VIA HAND DELIVERY |
| Thomas G. Pasternak, Esquire<br>DLA Piper US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601-1293 | VIA ELECTRONIC MAIL |
| M. Elizabeth Day, Esquire<br>DLA Piper US LLP<br>2000 University Avenue<br>Easte Palo Alto, CA 94303-2248 | VIA ELECTRONIC MAIL |
| William H. Mandir, Esquire<br>Sughrue Mion, PLLC<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037 | VIA ELECTRONIC MAIL |
| Daniel M. Cislo, Esquire<br>Cislo & Thomas LLP<br>1333 2nd Street, Suite 500<br>Santa Monica, CA 90401 | VIA ELECTRONIC MAIL |
| Harold V. Johnson, Esquire<br>Brinks Hofer Gilson & Lione<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599 | VIA ELECTRONIC MAIL |
| Douglas E. Lumish, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | VIA ELECTRONIC MAIL |
| Justin Lim<br>Smartdevil Inc.<br>2156 Rousseau<br>Montreal Quebec H8N 1K7<br>CANADA | VIA ELECTRONIC MAIL |

|  |  |
|---|---|
| Of Counsel:<br>Claude M. Stern<br>Jennifer A. Kash<br>Antonio Sistos<br>QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>(415) 875-6600<br><br>Dated: March 27, 2008 | /s/ Anne Shea Gaza<br>Jeffrey L. Moyer (#3309)<br>Anne Shea Gaza (#4093)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7525<br>Moyer@RLF.com<br>Gaza@RLF.com<br>*Attorneys for IAC Search & Media, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899

Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on March 27, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Thomas G. Pasternak, Esquire
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL  60601-1293

M. Elizabeth Day, Esquire
DLA Piper US LLP
2000 University Avenue
Easte Palo Alto, CA  94303-2248

William H. Mandir, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

Daniel M. Cislo, Esquire
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA  90401

Harold V. Johnson, Esquire
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599

Douglas E. Lumish, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Justin Lim
Smartdevil Inc.
2156 Rousseau
Montreal Quebec H8N 1K7
CANADA

4

RLF1-3267091-1

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3267091-1