IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO!, INC., EXALEAD S.A., and EXALEAD, INC., <br><br> Defendants. | CASE NO. 07-787 (SLR) <br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Snap Technologies, Inc.'s Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1) were served on March 28, 2008 on the following counsel of record in the manner indicated:

**BY U.S. MAIL:**

| | |
|---|---|
| Steven J. Balick <br> John G. Day <br> Tiffany Geyer Lydon <br> ASHBY & GEDDES <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> *Attorneys for Plaintiff* | William H. Mandir <br> John F. Rabena <br> Trevor C. Hill <br> Chandran B. Iyer <br> SUGHRUE MION, PLLC <br> 2100 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20037 <br> *Attorneys for Plaintiff* |
| Richard L. Horwitz <br> David E. Moore <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> *Attorneys for Defendants* <br> *Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc.* | Thomas G. Pasternak <br> R. David Danoghue <br> DLA PIPER US LLP <br> 203 N. LaSalle Street, Suite 1900 <br> Chicago, IL 60601 <br><br> M. Elizabeth Day <br> Gregory J. Lundell <br> DLA PIPER US LLP <br> 2000 University Avenue <br> East Palo Alto, CA 94303 |

|  | *Attorneys for Defendants Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc.* |
|---|---|
| Thomas C. Grimm (#1098)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>*Attorneys for Defendants Exalead, Inc. and Exalead S.A.* | Scott A. Timmerman<br>Harold V. Johnson<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>*Attorneys for Defendants Exalead, Inc. and Exalead S.A.* |
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant IAC Search & Media, Inc.* | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 |

                                                  CONNOLLY BOVE LODGE & HUTZ LLP

Dated: April 1, 2008

By: /s/ *Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Email: AConnollyIII@cblh.com

*Of Counsel*:
Daniel M. Cislo, Esq.
Mark D. Nielsen, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477
Attorneys for Defendant/Counterclaim
Plaintiff Snap Technologies, Inc.

601815v1

CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

    Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 1, 2008 upon the following individuals in the manner indicated:

| **BY U.S. MAIL** | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>*Attorneys for Plaintiff* | William H. Mandir<br>John F. Rabena<br>Trevor C. Hill<br>Chandran B. Iyer<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037 |
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc.,*<br>*and Alexa Internet, Inc.* | Thomas G. Pasternak<br>R. David Danoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303 |
| Thomas C. Grimm (#1098)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>*Attorneys for Defendants Exalead, Inc.*<br>*and Exalead S.A.* | Scott A. Timmerman<br>Harold V. Johnson<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599 |
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>QUINN EMANUEL URQUHART OLIVER<br>& HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 |

                                                /s/ *Arthur G. Connolly, III*
                                                Arthur G. Connolly, III (#2667)