IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES LLC; AMAZON.COM, INC.; ALEXA INTERNET, INC.; IAC SEARCH & MEDIA, INC.; SNAP TECHNOLOGIES, INC.; YAHOO! INC.; SMARTDEVIL, INC.; EXALEAD, INC.; and EXALEAD S.A., <br><br> Defendants. | C.A. No. 07-787-SLR <br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 3rd day of April, 2008, Defendant IAC Search & Media, Inc.'s First Set of Interrogatories to Plaintiff Girafa.com, Inc. were served upon the following counsel of record at the address and in the manner indicated:

Steven J. Balick, Esquire                          VIA HAND DELIVERY
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Richard L. Horwitz, Esquire                    VIA HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899

Arthur G. Connolly, III, Esquire              VIA HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899

Thomas C. Grimm, Esquire    VIA HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

Thomas G. Pasternak, Esquire    VIA ELECTRONIC MAIL
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL  60601-1293

M. Elizabeth Day, Esquire    VIA ELECTRONIC MAIL
DLA Piper US LLP
2000 University Avenue
Easte Palo Alto, CA  94303-2248

William H. Mandir, Esquire    VIA ELECTRONIC MAIL
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

Daniel M. Cislo, Esquire    VIA ELECTRONIC MAIL
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA  90401

Harold V. Johnson, Esquire    VIA ELECTRONIC MAIL
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599

Douglas E. Lumish, Esquire    VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Justin Lim    VIA ELECTRONIC MAIL
Smartdevil Inc.
2156 Rousseau
Montreal Quebec H8N 1K7
CANADA

|  |  |
|---|---|
| Of Counsel: | *[signature: Anne Shea Gaza]* |
| Claude M. Stern | Jeffrey L. Moyer (#3309) |
| Jennifer A. Kash | Anne Shea Gaza (#4093) |
| Antonio Sistos | RICHARDS, LAYTON & FINGER, P.A. |
| QUINN EMANUEL URQUHART OLIVER & | One Rodney Square |
| HEDGES, LLP | 920 North King Street |
| 50 California Street, 22nd Floor | Wilmington, Delaware 19801 |
| San Francisco, California 94111 | (302) 651-7525 |
| (415) 875-6600 | Moyer@RLF.com |
|  | Gaza@RLF.com |
|  | *Attorneys for IAC Search & Media, Inc.* |

Dated: April 3, 2008

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE   19899

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE   19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE   19899

Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE   19899-1347

I hereby certify that on April 3, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Thomas G. Pasternak, Esquire
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL   60601-1293

M. Elizabeth Day, Esquire
DLA Piper US LLP
2000 University Avenue
Easte Palo Alto, CA   94303-2248

William H. Mandir, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC   20037

Daniel M. Cislo, Esquire
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA   90401

Harold V. Johnson, Esquire
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL   60611-5599

Douglas E. Lumish, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA   94065

Justin Lim
Smartdevil Inc.
2156 Rousseau
Montreal Quebec H8N 1K7
CANADA

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com

RLF1-3267091-1