IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES, LLC, | ) | |
| AMAZON.COM, INC., | ) | |
| ALEXA INTERNET, INC., | ) | |
| IAC SEARCH & MEDIA, INC., | ) | |
| SNAP TECHNOLOGIES INC., | ) | |
| YAHOO! INC., | ) | |
| SMARTDEVIL INC., | ) | |
| EXALEAD INC., AND | ) | |
| EXALEAD SA., | ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Girafa.com, Inc. hereby respectfully requests the Clerk to enter a default against defendant Smartdevil Inc. ("Smartdevil") on the basis that Smartdevil has failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany G. Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Girafa.com Inc.*

{00208663;v1}

*Of Counsel:*

William H. Mandir
John F. Rabena
Chandran B. Iyer
Trevor C. Hill
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C.  20037
(202) 293-7060
wmandir@sughrue.com
jrabena@sughrue.com
cbiyer@sughrue.com

Dated:  April 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 07-787-SLR |
| | ) |
| AMAZON WEB SERVICES, LLC, | ) |
| AMAZON.COM, INC., | ) |
| ALEXA INTERNET, INC., | ) |
| IAC SEARCH & MEDIA, INC., | ) |
| SNAP TECHNOLOGIES INC., | ) |
| YAHOO! INC., | ) |
| SMARTDEVIL INC., | ) |
| EXALEAD INC., AND | ) |
| EXALEAD SA., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on December 5, 2007; that the summons and complaint were duly served upon defendant Smartdevil, Inc. ("Smartdevil") on December 10, 2007, Orders were granted extending the time for Smartdevil to answer up to March 17, 2008, and no answer or other pleading has been filed to date by Smartdevil as required by law;

Therefore, upon request of plaintiff Girafa.com, Inc., default is hereby entered against Smartdevil as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

Peter T. Dalleo, CLERK

By _____
Deputy Clerk

{00208658;v1}