IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787 (SLR) |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., ALEXA | ) | |
| INTERNET, INC., IAC SEARCH & | ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, | ) | |
| INC., YAHOO! INC., SMARTDEVIL | ) | |
| INC., EXALEAD, INC., and EXALEAD | ) | |
| S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## YAHOO!'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yahoo! Inc. ("Yahoo") hereby files its Corporate Disclosure Statement. Yahoo states that it has no parent corporation and that Capital Research and Management Company, an investment advisor registered under Section 203 of the Investment Advisors Act of 1940, is deemed to be the beneficial owner of ten percent or more of the shares of Yahoo's Common Stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Yahoo! Inc.*

*Of Counsel*:

Matthew D. Powers
Douglas E. Lumish
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

April 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES

>Thomas C. Grimm, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

>Arthur G. Connolly, III, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

>Jeffrey L. Moyer, Esquire
>Anne Shea Gaza, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on April 18, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Tiffany Geyer Lydon, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE 19801<br>*Counsel for Plaintiff* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William H. Mandir, Esquire<br>John F. Rabena, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC 20037<br>*Counsel for Plaintiff* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Thomas C. Grimm, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE  19801<br>*Counsel for Exalead, Inc. and Exalead S.A.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Harold V. Johnson, Esquire<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL  60611-5599<br>*Counsel for Exalead, Inc. and Exalead S.A.* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Counsel for Amazon Web Services LLC,<br>Amazon.com, Inc. and Alexa Internet, Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Thomas G. Pasternak, Esquire<br>R. David Donoghue, Esquire<br>DLA PIPER US LLP<br>203 North LaSalle Street – Suite 1900<br>Chicago, IL  60601-1293<br>*Counsel for Amazon Web Services LLC,<br>Amazon.com, Inc. and Alexa Internet, Inc.* | *VIA ELECTRONIC MAIL* |
| M. Elizabeth Day, Esquire<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA  94303-2248<br>*Counsel for Amazon Web Services LLC,<br>Amazon.com, Inc. and Alexa Internet, Inc.* | *VIA ELECTRONIC MAIL* |
| Arthur G. Connolly, III, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 North Orange Street<br>Wilmington, DE  19801<br>*Counsel for Snap Technologies, Inc.* | *VIA HAND DELIVERY<br>and ELECTRONIC MAIL* |

| | |
|---|---|
| Daniel M. Cislo, Esquire<br>Mark D. Nielsen, Esquire<br>CISLO & THOMAS LLP<br>1333 2nd Street – Suite 500<br>Santa Monica, CA 90401<br>*Counsel for Snap Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey L. Moyer, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Counsel for IAC Search & Media, Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Claude M. Stern, Esquire<br>Jennifer A. Kash, Esquire<br>Antonio Sistos, Esquire<br>QUINN EMANUEL URQUHART OLIVER<br>  & HEDGES LLP<br>50 California Street – 22nd Floor<br>San Francisco, CA 94111<br>*Counsel IAC Search & Media, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)