IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-787-SLR |
| | ) | |
| SMARTDEVIL INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 21st day of April, 2008, having reviewed the docket in light of

the correspondence from Stephen Lim, a representative of defendant Smartdevil Inc., a

Canadian company based out of Mr. Lim's home in Montreal, Canada;

IT IS ORDERED that plaintiff's motion for a default in appearance (D.I. 63) is

granted.  However, under the circumstances, the court will not entertain a motion for

judgment by default against this foreign defendant until the case has been resolved

against the other defendants.

_____
United States District Judge