Stephen Lim
Smartdevil Inc.
2156 Rousseau, Montreal, Quebec, H8N 1K7 Canada
Tel: 514-823-9401    Email: stephen@smartdevil.com



April 15, 2008

Judge Sue L. Robinson
844 North King Street, Lockbox 18
Wilmington, Delaware, 19801 USA

Re: Girafa.com Inc vs. Amazon LLC et al., Case No. 07-787-SLR

Dear Judge Robinson,

Since the last conference with your Honor, we contacted the plaintiff attorney to settle this but we were offered 1) to stop our service immediately without financial damages, otherwise, 2) plaintiff will seek financial damages and injunction. The plaintiff is unwilling to offer other alternatives.

**Your Honor, we plea that you set aside the default judgment** because we cannot afford to defend ourselves financially. Smartdevil believes that the Girafa patent is invalid due to the substantial prior arts obtained by us and other defendants. Additionally, the Girafa application for patent in Canada has not been approved. Smartdevil offers an Internet service that is available globally for free download and for fee. Smartdevil does not have any paid clients in Delaware.

Your Honor, we would like to be given the chance for the patent to be validated via pre-trial or trial by the other defendants. Should the outcome be in favor of the plaintiff, we'll take the proper steps to respect the laws of the U.S.

To date, we always showed our **good faith** in this case. Even as a **small Canadian company without attorney**, we actively participate with other defendants in their joint defense counsel. We make appearance to conference calls, discuss matters with the plaintiff attorney and spent months searching for an US attorney without success.

As an Internet company that is present globally, we strongly believe in **respecting laws of other countries** including the US. Laws such as copyright, taxation, patent, etc.. No doubt, patent litigation is the most complex and expensive in the US, we believe the Court must have in place a way for small companies like us to deal fairly in this environment.

**Your Honor, please contact me to let me know what are our options.**

Thank you for your time and consideration.

Stephen Lim

**ANNEXE 1**

Smartdevil Inc. is a privately owned company incorporated in Quebec, Canada since 2001 without external fundings. The company physically operates from home located in Montreal, Quebec. We provide web thumbnail images as a free and paid service over the internet. Due to the nature of the internet, anyone from anywhere in the world is able to download our free images. The company has not been profitable since its inception and remains a small business.



**Xpresspost™ᴹᶜ - USA É.-U. 1**

USPS DELIVERY CONFIRMATION

LE 078 007 205 CA

From / Expéditeur:
SNOKRDEVIL U.S.M.S. X-RAY
STEPHEN LIM
2156 ROUSSEAU
MONTREAL QC  H8N 1K7
514 823 9401
20080415

To / Destinataire:
Judge Sue L. Robinson
844 North King Street #Room 4209
Wilmington
Delaware
19801
UNITED STATES / ÉTATS-UNIS

PRESS FIRMLY TO SEAL
APPUYEZ FERMEMENT POUR SCELLER
LE 078 007 205 CA

**How to use Xpresspost-USA Prepaid Envelopes**
1) Fill in your address and the receiver's address on the specified area on the label below (or apply your own pre-printed address label(s)).
2) Remove and retain the Customer Receipt for your records.
3) Deposit in any street letter box or at any postal outlet or Canada Post facility.

Sender warrants that this item contains documents only, does not contain dangerous goods, or anything of commercial value.

**May be opened by Customs officially.**

**Comment utiliser les enveloppes prépayées Xpresspost É.-U.**
1) Inscrivez votre adresse et celle du destinataire ci-dessous, à l'endroit spécifié (ou apposez vos propres étiquettes-adresses pré-imprimées).
2) Détachez et conservez le reçu du client pour vos dossiers.
3) Déposez l'enveloppe dans une boîte aux lettres publique, à un comptoir postal ou à une installation désignée de Postes Canada.

L'expéditeur garantit que cet envoi ne renferme que des documents, qu'elle ne contient pas de matières dangereuses, ni d'articles ayant une valeur commerciale.

**Peut être ouvert d'office par les douanes.**

By air mail / Par avion
INTERNATIONAL EXPRESS

Envelope Letter 241 x 318 mm
Enveloppe Format lettre 241 x 318

(06-08)
102220

0 63491 01589 2