IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-787-SLR |
| ) | |
| AMAZON WEB SERVICES LLC, ) | |
| AMAZON.COM, INC., ) | DEMAND FOR JURY TRIAL |
| ALEXA INTERNET, INC., ) | |
| IAC SEARCH & MEDIA, INC., ) | |
| SNAP TECHNOLOGIES, INC., ) | |
| YAHOO! INC., SMARTDEVIL INC., ) | |
| EXALEAD, INC., and EXALEAD S.A., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carl J. Pellegrini to represent the plaintiff in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is being submitted to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
*Attorneys for Plaintiff*

Dated: May 1, 2008

{00213691;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-787-SLR |
| ) | |
| AMAZON WEB SERVICES LLC, ) | |
| AMAZON.COM, INC., ) | DEMAND FOR JURY TRIAL |
| ALEXA INTERNET, INC., ) | |
| IAC SEARCH & MEDIA, INC., ) | |
| SNAP TECHNOLOGIES, INC., ) | |
| YAHOO! INC., SMARTDEVIL INC., ) | |
| EXALEAD, INC., and EXALEAD S.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This _____ day of _____, 2008, the Court having considered the motion for the admission *pro hac vice* of Carl J. Pellegrini to represent the plaintiff in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing Attorney is admitted *pro hac vice*.

_____
United States District Judge

{00213691;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Wisconsin and the District of Columbia, and pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
Carl J. Pellegrini
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 293-7060

Dated: April 29, 2008