IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMAZON WEB SERVICES LLC, ) <br> AMAZON.COM, INC., ALEXA ) <br> INTERNET, INC., IAC SEARCH & ) <br> MEDIA, INC., SNAP TECHNOLOGIES, ) <br> INC., YAHOO!, INC., EXALEAD S.A., and ) <br> EXALEAD, INC., ) <br> ) <br> Defendants. ) | C.A. No. 07-787 (SLR) <br><br> **REDACTED – PUBLIC VERSION** |

**EXHIBIT J TO DECLARATION OF MARK D. NIELSEN IN OPPOSITION TO GIRAFA.COM'S MOTION FOR PRELIMINARY INJUNCTION**

*Of Counsel*:
Daniel M. Cislo (admitted pro hac vice)
Mark D. Nielsen (admitted pro hac vice)
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477
Attorneys for Defendant/Counterclaim
Plaintiff Snap Technologies, Inc.

Dated: May 16, 2008
Public Version Dated: May 23, 2008

Arthur G. Connolly, III (I.D. #2667)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Email: AConnollyIII@cblh.com

# EXHIBIT J

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY