IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON WEB SERVICES LLC, )<br>AMAZON.COM, INC., ALEXA )<br>INTERNET, INC., IAC SEARCH & )<br>MEDIA, INC., SNAP TECHNOLOGIES, INC., )<br>YAHOO! INC., SMARTDEVIL INC., )<br>EXALEAD, INC., and EXALEAD S.A., )<br>)<br>Defendants. ) | C.A. No. 07-787-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of May, 2008, **GIRAFA.COM, INC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT SNAP TECHNOLOGIES INC.** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                    <u>HAND DELIVERY</u>
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899

Thomas G. Pasternak, Esquire                            <u>VIA ELECTRONIC MAIL</u>
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1293

M. Elizabeth Day, Esquire                                    <u>VIA ELECTRONIC MAIL</u>
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248

| | |
|---|---|
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Claude M. Stern, Esquire<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111 | <u>VIA ELECTRONIC MAIL</u> |
| Arthur G. Connolly, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Daniel M. Cislo, Esquire<br>Cislo & Thomas LLP<br>1333 2nd Street, Suite 500<br>Santa Monica, CA 90401 | <u>VIA ELECTRONIC MAIL</u> |
| Thomas C. Grimm, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | <u>HAND DELIVERY</u> |
| Harold V. Johnson, Esquire<br>Brinks Hofer Gilson & Lione<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599 | <u>VIA ELECTRONIC MAIL</u> |
| Douglas E. Lumish, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | <u>VIA ELECTRONIC MAIL</u> |

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

William H. Mandir
John F. Rabena
Trevor C. Hill
Chandran B. Iyer
Carl J. Pellegrini
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C. 20037
(202) 293-7060

Dated: May 30, 2008