IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., ALEXA | ) | |
| INTERNET, INC., IAC SEARCH & | ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, INC., | ) | |
| YAHOO! INC., SMARTDEVIL INC., | ) | |
| EXALEAD, INC., and EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF DEPOSITION OF MICHAEL AGOSTINO</u>**

PLEASE TAKE NOTICE that beginning at 1:00 p.m. on Thursday, June 5, 2008, at the offices of Cislo & Thomas LLP, 1333 2nd Street, Suite 500, Santa Monica, CA 90401, Plaintiff will take the deposition of Michael Agostino by oral examination before a court reporter.

The deposition is being taken for use at trial, and for such other purposes as may be permitted by law. The deposition may be recorded by stenographic and/or audio visual means.

You are cordially invited to attend and cross-examine.

                                              ASHBY & GEDDES

                                              */s/ Tiffany Geyer Lydon*
                                              _____
                                              Steven J. Balick (I.D. #2114)
                                              John G. Day (I.D. #2403)
                                              Tiffany Geyer Lydon (I.D. #3950)
                                              500 Delaware Avenue, 8th Floor
                                              P.O. Box 1150
                                              Wilmington, DE  19899
                                              (302) 654-1888
                                              sbalick@ashby-geddes.com
                                              jday@ashby-geddes.com
                                              tlydon@ashby-geddes.com

                                            *Attorneys for Plaintiff Girafa.com, Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
Chandran B. Iyer
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington, DC  20037
(202) 293-7060

Dated: June 3, 2008