IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 07-787 (SLR) |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., ALEXA | ) | |
| INTERNET, INC., IAC SEARCH & | ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, | ) | |
| INC., YAHOO! INC., SMARTDEVIL INC., | ) | |
| EXALEAD, INC. AND EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Matthew D. Powers and Douglas E. Lumish of WEIL, GOTSHAL & MANGE LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 to represent defendant Yahoo! Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Yahoo! Inc.*

Dated: June 4, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Matthew D. Powers and Douglas E. Lumish is granted.


Dated: _____      _____
                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6-3-08

Matthew D. Powers
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/3/08

Douglas E. Lumish
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

      Steven J. Balick, Esquire
      John G. Day, Esquire
      Tiffany Geyer Lydon, Esquire
      ASHBY & GEDDES

      Thomas C. Grimm, Esquire
      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      Richard L. Horwitz, Esquire
      David E. Moore, Esquire
      POTTER ANDERSON & CORROON LLP

      Arthur G. Connolly, III, Esquire
      CONNOLLY BOVE LODGE & HUTZ LLP

      Jeffrey L. Moyer, Esquire
      Anne Shea Gaza, Esquire
      RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on June 4, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Tiffany Geyer Lydon, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE  19801<br>*Counsel for Plaintiff* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William H. Mandir, Esquire<br>John F. Rabena, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC  20037<br>*Counsel for Plaintiff* | *VIA ELECTRONIC MAIL* |

Thomas C. Grimm, Esquire  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street  
Wilmington, DE 19801  
*Counsel for Exalead, Inc. and Exalead S.A.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Harold V. Johnson, Esquire  
BRINKS HOFER GILSON & LIONE  
NBC Tower, Suite 3600  
455 North Cityfront Plaza Drive  
Chicago, IL 60611-5599  
*Counsel for Exalead, Inc. and Exalead S.A.*

*VIA ELECTRONIC MAIL*

Richard L. Horwitz, Esquire  
David E. Moore, Esquire  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza – 6th Floor  
1313 North Market Street  
Wilmington, DE 19801  
*Counsel for Amazon Web Services LLC,*  
*Amazon.com, Inc. and Alexa Internet, Inc.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Thomas G. Pasternak, Esquire  
R. David Donoghue, Esquire  
DLA PIPER US LLP  
203 North LaSalle Street – Suite 1900  
Chicago, IL 60601-1293  
*Counsel for Amazon Web Services LLC,*  
*Amazon.com, Inc. and Alexa Internet, Inc.*

*VIA ELECTRONIC MAIL*

M. Elizabeth Day, Esquire  
DLA PIPER US LLP  
2000 University Avenue  
East Palo Alto, CA 94303-2248  
*Counsel for Amazon Web Services LLC,*  
*Amazon.com, Inc. and Alexa Internet, Inc.*

*VIA ELECTRONIC MAIL*

Arthur G. Connolly, III, Esquire  
CONNOLLY BOVE LODGE & HUTZ LLP  
1007 North Orange Street  
Wilmington, DE 19801  
*Counsel for Snap Technologies, Inc.*

*VIA HAND DELIVERY and ELECTRONIC MAIL*

Daniel M. Cislo, Esquire  *VIA ELECTRONIC MAIL*
Mark D. Nielsen, Esquire
CISLO & THOMAS LLP
1333 2nd Street – Suite 500
Santa Monica, CA 90401
*Counsel for Snap Technologies, Inc.*

Jeffrey L. Moyer, Esquire  *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire  *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for IAC Search & Media, Inc.*

Claude M. Stern, Esquire  *VIA ELECTRONIC MAIL*
Jennifer A. Kash, Esquire
Antonio Sistos, Esquire
QUINN EMANUEL URQUHART OLIVER
 & HEDGES LLP
50 California Street – 22nd Floor
San Francisco, CA 94111
*Counsel IAC Search & Media, Inc.*

_____
Jack B. Blumenfeld (#1014)