## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | Civil Action No. 07-787 (SLR) |
| AMAZON.COM, INC., ALEXA | ) | |
| INTERNET, INC., IAC SEARCH & | ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, | ) | |
| INC., YAHOO!, INC., EXALEAD S.A., and | ) | |
| EXALEAD, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 30th day of

June, 2008, a copy of Defendant Snap Technologies, Inc.'s Responses to Plaintiff, Girafa.com,

Inc.'s First Set of Interrogatories and Defendant Snap Technologies, Inc.'s Responses to

Plaintiff, Girafa.com, Inc.'s First Set of Requests for Production of Documents and Things were

served upon the following counsel of record in the manner indicated:

### U.S. MAIL

| | |
|---|---|
| Steven J. Balick | William H. Mandir |
| John G. Day | John F. Rabena |
| Tiffany Geyer Lydon | Trevor C. Hill |
| ASHBY & GEDDES | Chandran B. Iyer |
| 500 Delaware Avenue, 8th Floor | SHGHRUE MION, PLLC |
| P.O. Box 1150 | 2100 Pennsylvania Avenue, N.W. |
| Wilmington, DE 19899 | Washington DC 20037 |
| Email: sbalick@ashby-geddes.com | Email: jrabena@sughrue.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore,<br>POTTER ANDERSON & COROON LLP<br>Hercules Plaza - Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Attorneys for Defendants<br>Amazon Web Services LLC, Amazon.com,<br>Inc. and Alexa Internet, Inc. | Thomas G. Pasternak<br>R. David Danoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Email: tom.pasternak@dlapiper.com<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto CA 94303<br>Email: elizabeth.day@dlapiper.com<br>Attorneys for Defendants<br>Amazon Web Services LLC, Amazon.com and<br>Alexa Internet, Inc. |
| Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: tcgefiling@mnat.com<br>Attorneys for Defendants Exalead Inc. and<br>Exalead S.A. | Scott A. Timmerman<br>Harold V. Johnson<br>NBC Tower, Suite 3600<br>445 North City Front Plaza Drive<br>Chicago, IL 60611-5599<br>Email: hjohnson@usebrinks.com<br>Attorneys for Defendants Exalead, Inc. and<br>Exalead S.A. |
| Jeffrey L. Moyer, Esq.<br>Anna Shea Gaza, Esq.<br>RICHARDS, LAYTON & FINGER. P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19899<br>moyer@rfl.com<br><br>Attorneys for Defendant<br>IAC Search & Media, Inc. | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>QUINN EMANUEL URQUHART OLIVER<br>& HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco CA 94111<br>Email: jenniferkash@quinnemanuel.com |

Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: jblumentfeld@mnat.com
dmoore@potteranderson.com

Matthew D. Powers
Douglas E. Lumish
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Email: matthew.powers@weil.com
Doug.lumish@weil.com

Attorneys for Defendant
Yahoo! Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: June 30, 2008                /s/ Arthur G. Connolly, III
                                    Arthur G. Connolly, III (#2667)
                                    The Nemours Building
                                    1007 North Orange Street
                                    P.O. Box 2207
                                    Wilmington, DE 19801
                                    (302) 658-9141
                                    AConnollyIII@chlh.com

                                    *Attorneys for Defendant*
                                    *Snap Technologies, Inc.*

Daniel M. Cislo, Esq.
Mark D. Nielsen, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
 (310) 451-0647

3