IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO! INC., SMARTDEVIL INC., EXALEAD, INC., and EXALEAD S.A., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 1st day of July, 2008, **GIRAFA.COM, INC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS EXALEAD INC. AND EXALEAD S.A.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Thomas G. Pasternak, Esquire<br>DLA Piper US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601-1293 | VIA ELECTRONIC MAIL |
| M. Elizabeth Day, Esquire<br>DLA Piper US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2248 | VIA ELECTRONIC MAIL |

| | |
|---|---|
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Claude M. Stern, Esquire<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111 | VIA ELECTRONIC MAIL |
| Arthur G. Connolly, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Daniel M. Cislo, Esquire<br>Cislo & Thomas LLP<br>1333 2nd Street, Suite 500<br>Santa Monica, CA  90401 | VIA ELECTRONIC MAIL |
| Thomas C. Grimm, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| Harold V. Johnson, Esquire<br>Brinks Hofer Gilson & Lione<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL  60611-5599 | VIA ELECTRONIC MAIL |
| Jack Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| Douglas E. Lumish, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | VIA ELECTRONIC MAIL |

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

William H. Mandir
John F. Rabena
Carl J. Pellegrini
Chandran B. Iyer
Trevor C. Hill
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C. 20037
(202) 293-7060

Dated: July 1, 2008

3