IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Girafa.com Inc., | : |
|         Plaintiff, | : |
| v. | :   Civ. No. 07-787-SLR |
| Amazon Web Services LLC, Alexa Internet Inc., IAC Search & Media Inc., Snap Technologies Inc., Yahoo! Inc., Smartdevil Inc., Exalead S.A., Exalead Inc., | : |
|         Defendants. | : |

## ORDER

Whereas, three mediation conferences have been scheduled in this action for 7/16/08, 7/17/08, and 9/3/08 before Magistrate Judge Stark.

Whereas, the parties informed the Court through their counsel that defendant IAC Search & Media Inc., scheduled to appear on 7/17/08, now has a scheduling conflict on this date, but is available to appear at the mediation conference scheduled on 9/3/08.

IT IS THEREFORE ORDERED that IAC Search & Media Inc. is excused from the 7/17/08 conference and shall now report to the conference scheduled on **September 3rd, 2008 at 10:00 a.m.**

IT IS FURTHER ORDERED that the Order issued on June 19th, 2008 shall continue to govern the mediation conference and statements with the exception that IAC'S statements shall now be due on or before August 20th, 2008.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE