IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> AMAZON WEB SERVICES LLC, ) <br> AMAZON.COM, INC., ALEXA ) <br> INTERNET, INC., IAC SEARCH & ) <br> MEDIA, INC., SNAP TECHNOLOGIES, ) <br> INC., YAHOO!, INC., EXALEAD S.A., and ) <br> EXALEAD, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-787 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 2nd day of July, 2008, a copy of Snap Technologies, Inc.'s First Set of Interrogatories to Girafa.com, Inc. and Snap Technologies, Inc.'s First Set of Requests for Production of Documents to Girafa.com, Inc. were served upon the following counsel of record in the manner indicated:

| **Via Hand Delivery:** | **Via Electonic Mail:** |
|---|---|
| Steven J. Balick | William H. Mandir |
| John G. Day | John F. Rabena |
| Tiffany Geyer Lydon | Trevor C. Hill |
| ASHBY & GEDDES | Chandran B. Iyer |
| 500 Delaware Avenue, 8th Floor | SHGHRUE MION, PLLC |
| P.O. Box 1150 | 2100 Pennsylvania Avenue, N.W. |
| Wilmington, DE 19899 | Washington DC 20037 |
| Email: sbalick@ashby-geddes.com | Email: jrabena@sughrue.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

| | |
|---|---|
| **Via Electronic Mail:**<br>Richard L. Horwitz<br>David E. Moore,<br>POTTER ANDERSON & COROON LLP<br>Hercules Plaza - Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Attorneys for Defendants<br>Amazon Web Services LLC, Amazon.com, Inc. and Alexa Internet, Inc. | **Via Electronic Mail:**<br>Thomas G. Pasternak<br>R. David Danoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Email: tom.pasternak@dlapiper.com<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto CA 94303<br>Email: elizabeth.day@dlapiper.com<br>Attorneys for Defendants<br>Amazon Web Services LLC, Amazon.com and Alexa Internet, Inc. |
| **Via Electronic Mail:**<br>Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: tcgefiling@mnat.com<br>Attorneys for Defendants Exalead Inc. and Exalead S.A. | **Via Electronic Mail:**<br>Scott A. Timmerman<br>Harold V. Johnson<br>NBC Tower, Suite 3600<br>445 North City Front Plaza Drive<br>Chicago, IL 60611-5599<br>Email: hjohnson@usebrinks.com<br>Attorneys for Defendants Exalead, Inc. and Exalead S.A. |
| **Via Electronic Mail:**<br>Jeffrey L. Moyer, Esq.<br>Anna Shea Gaza, Esq.<br>RICHARDS, LAYTON & FINGER. P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19899<br>moyer@rfl.com<br><br>Attorneys for Defendant<br>IAC Search & Media, Inc. | **Via Electronic Mail:**<br>Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco CA 94111<br>Email: jenniferkash@quinnemanuel.com |

| | |
|---|---|
| **Via Electronic Mail:**<br>Jack B. Blumenfeld<br>Rodger D. Smith II<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: jblumentfeld@mnat.com<br>dmoore@potteranderson.com<br><br>Matthew D. Powers<br>Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Email: matthew.powers@weil.com<br>Doug.lumish@weil.com<br><br>Attorneys for Defendant<br>Yahoo! Inc. | |

 

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: July 10, 2008

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
AConnollyIII@chlh.com

*Attorneys for Defendant*
*Snap Technologies, Inc.*

Daniel M. Cislo, Esq.
Mark D. Nielsen, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
(310) 451-0647

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on July 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 10, 2008, the foregoing document was served on the following persons as indicated below:

**Via Electronic Mail:**

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: sbalick@ashby-geddes.com<br>*Attorneys for Plaintiff* | William H. Mandir<br>John F. Rabena<br>Trevor C. Hill<br>Chandran B. Iyer<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Email: jrabena@sughrue.com<br>*Attorneys for Plaintiff* |
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: rhorwitz@potteranderson.com<br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc.,*<br>*and Alexa Internet, Inc.* | Thomas G. Pasternak<br>R. David Danoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Email: tom.pasternak@dlapiper.com<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Email: elizabeth.day@dlapiper.com<br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc.,*<br>*and Alexa Internet, Inc.* |

| | |
|---|---|
| Thomas C. Grimm (#1098)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Email: tgrimm@mnat.com<br>*Attorneys for Defendants Exalead, Inc.*<br>*and Exalead S.A.* | Scott A. Timmerman<br>Harold V. Johnson<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>Email: hjohnson@usebrinks.com<br>*Attorneys for Defendants Exalead, Inc.*<br>*and Exalead S.A.* |
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: moyer@RLF.com<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Email: jenniferkash@quinnemanuel.com<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* |
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: jblumenfeld@mnat.com<br>*Attorneys for Defendant*<br>*Yahoo! Inc.* | Matthew D. Powers<br>Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Email: matthew.powers@weil.com,<br>doug.lumish@weil.com<br>*Attorneys for Defendant*<br>*Yahoo! Inc.* |

                                                  /s/ Arthur G. Connolly, III
                                                  Arthur G. Connolly, III (#2667)