IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 07-787 (SLR) |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., ALEXA | ) | |
| INTERNET, INC., IAC SEARCH & | ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, | ) | |
| INC., YAHOO! INC., SMARTDEVIL INC., | ) | |
| EXALEAD, INC. AND EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Yen P. Nguyen of WEIL, GOTSHAL & MANGE LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 to represent defendant Yahoo! Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Yahoo! Inc.*

July 14, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Yen P. Nguyen is granted.

Dated: _____    _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/14/08

Yen P. Nguyen
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>
>Thomas C. Grimm, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Arthur G. Connolly, III, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>
>Jeffrey L. Moyer, Esquire
>Anne Shea Gaza, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on July 14, 2008 upon the following in the manner indicated:

Steven J. Balick, Esquire                              *VIA ELECTRONIC MAIL*
John G. Day, Esquire                                   *and HAND DELIVERY*
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE 19801
*Counsel for Plaintiff*

William H. Mandir, Esquire                             *VIA ELECTRONIC MAIL*
John F. Rabena, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037
*Counsel for Plaintiff*

| | |
|---|---|
| Thomas C. Grimm, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Counsel for Exalead, Inc. and Exalead S.A.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Harold V. Johnson, Esquire<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>*Counsel for Exalead, Inc. and Exalead S.A.* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Counsel for Amazon Web Services LLC,<br>Amazon.com, Inc. and Alexa Internet, Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Thomas G. Pasternak, Esquire<br>R. David Donoghue, Esquire<br>DLA PIPER US LLP<br>203 North LaSalle Street – Suite 1900<br>Chicago, IL 60601-1293<br>*Counsel for Amazon Web Services LLC,<br>Amazon.com, Inc. and Alexa Internet, Inc.* | *VIA ELECTRONIC MAIL* |
| M. Elizabeth Day, Esquire<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2248<br>*Counsel for Amazon Web Services LLC,<br>Amazon.com, Inc. and Alexa Internet, Inc.* | *VIA ELECTRONIC MAIL* |
| Arthur G. Connolly, III, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 North Orange Street<br>Wilmington, DE 19801<br>*Counsel for Snap Technologies, Inc.* | *VIA HAND DELIVERY<br>and ELECTRONIC MAIL* |

| | |
|---|---|
| Daniel M. Cislo, Esquire<br>Mark D. Nielsen, Esquire<br>CISLO & THOMAS LLP<br>1333 2nd Street – Suite 500<br>Santa Monica, CA  90401<br>*Counsel for Snap Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey L. Moyer, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for IAC Search & Media, Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Claude M. Stern, Esquire<br>Jennifer A. Kash, Esquire<br>Antonio Sistos, Esquire<br>QUINN EMANUEL URQUHART OLIVER<br>  & HEDGES LLP<br>50 California Street – 22nd Floor<br>San Francisco, CA  94111<br>*Counsel IAC Search & Media, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)