

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

July 18, 2008

**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
For the District of Delaware
844 N. King Street
Wilmington, DE 19801

>    Re:    ***Girafa.com, Inc. v. Amazon Web Services LLC et al.,***
>    **C.A. No. 07-787-SLR (D. Del.)**

Dear Judge Robinson:

The standard briefing on Plaintiff's motion for preliminary injunction (D.I. 41) is now complete. Both the Amazon defendants and Snap Technologies, Inc. have requested leave to file surreplies on the motion. (D.I. 118, 119). Regardless of the outcome on the pending motions for leave to file, the Amazon defendants respectfully requests oral argument on Plaintiff's motion for preliminary injunction.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM/msb
874929 / 32639

cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via electronic mail)