

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner
TEL (302) 888-6318
FAX (302) 658-0380
EMAIL ac3@cblhlaw.com
REPLY TO Wilmington Office

July 22, 2008

**By Hand Delivery**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Girafa.com, Inc. v. Amazon Web Services LLC et al.,*
      C.A. No. 07-787-SLR

Dear Judge Robinson:

We represent defendant Snap Technologies, Inc. ("Snap") in the above-referenced action. Snap joins the Amazon defendants in respectfully requesting oral argument on Plaintiff's pending motion for preliminary injunction (D.I. 41).

Respectfully,

/s/ Arthur G. Connolly, III

Arthur G. Connolly, III (#2667)

AGCIII

cc:   Clerk of Court (via hand delivery)
      All Counsel of Record (via electronic mail)