IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 07-787 (SLR) |
| AMAZON WEB SERVICES LLC, | ) |
| AMAZON.COM, INC., ALEXA | ) |
| INTERNET, INC., IAC SEARCH & | ) |
| MEDIA, INC., SNAP TECHNOLOGIES, | ) |
| INC., YAHOO! INC., SMARTDEVIL INC., | ) |
| EXALEAD, INC. AND EXALEAD S.A., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Yahoo! Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)*; (2) *Yahoo! Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories*; and (3) *Yahoo! Inc.'s Objections and Responses to Plaintiff's First Set of Requests for Production of Documents and Things* were caused to be served on July 24, 2008 upon the following in the manner indicated:

Steven J. Balick, Esquire                                              *VIA ELECTRONIC MAIL*
John G. Day, Esquire                                                         *and HAND DELIVERY*
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE  19801
*Counsel for Plaintiff*

William H. Mandir, Esquire                                         *VIA ELECTRONIC MAIL*
John F. Rabena, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC  20037
*Counsel for Plaintiff*

Thomas C. Grimm, Esquire                                          *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP                               *and HAND DELIVERY*
1201 North Market Street
Wilmington, DE  19801
*Counsel for Exalead, Inc. and Exalead S.A.*

Harold V. Johnson, Esquire                                        *VIA ELECTRONIC MAIL*
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599
*Counsel for Exalead, Inc. and Exalead S.A.*

Richard L. Horwitz, Esquire                                       *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                            *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for Amazon Web Services LLC,*
*Amazon.com, Inc. and Alexa Internet, Inc.*

Thomas G. Pasternak, Esquire                                      *VIA ELECTRONIC MAIL*
R. David Donoghue, Esquire
DLA PIPER US LLP
203 North LaSalle Street – Suite 1900
Chicago, IL  60601-1293
*Counsel for Amazon Web Services LLC,*
*Amazon.com, Inc. and Alexa Internet, Inc.*

M. Elizabeth Day, Esquire                                         *VIA ELECTRONIC MAIL*
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2248
*Counsel for Amazon Web Services LLC,*
*Amazon.com, Inc. and Alexa Internet, Inc.*

Arthur G. Connolly, III, Esquire                                  *VIA HAND DELIVERY*
CONNOLLY BOVE LODGE & HUTZ LLP                                     *and ELECTRONIC MAIL*
1007 North Orange Street
Wilmington, DE  19801
*Counsel for Snap Technologies, Inc.*

Daniel M. Cislo, Esquire                                              VIA ELECTRONIC MAIL
Mark D. Nielsen, Esquire
CISLO & THOMAS LLP
1333 2nd Street – Suite 500
Santa Monica, CA  90401
*Counsel for Snap Technologies, Inc.*

Jeffrey L. Moyer, Esquire                                             VIA ELECTRONIC MAIL
Anne Shea Gaza, Esquire                                                 and HAND DELIVERY
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for IAC Search & Media, Inc.*

Claude M. Stern, Esquire                                              VIA ELECTRONIC MAIL
Jennifer A. Kash, Esquire
Antonio Sistos, Esquire
QUINN EMANUEL URQUHART OLIVER
  & HEDGES LLP
50 California Street – 22nd Floor
San Francisco, CA  94111
*Counsel IAC Search & Media, Inc.*

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                      */s/ Rodger D. Smith II*

                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
*Of Counsel*:                             rsmith@mnat.com
                                        *Attorneys for Defendant Yahoo! Inc.*

Matthew D. Powers
Douglas E. Lumish
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

July 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>
>Thomas C. Grimm, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>Arthur G. Connolly, III, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP
>
>Jeffrey L. Moyer, Esquire
>Anne Shea Gaza, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on July 24, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Tiffany Geyer Lydon, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE 19801<br>*Counsel for Plaintiff* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William H. Mandir, Esquire<br>John F. Rabena, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC 20037<br>*Counsel for Plaintiff* | *VIA ELECTRONIC MAIL* |

Thomas C. Grimm, Esquire                                              *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP                                  *and HAND DELIVERY*
1201 North Market Street
Wilmington, DE  19801
*Counsel for Exalead, Inc. and Exalead S.A.*

Harold V. Johnson, Esquire                                            *VIA ELECTRONIC MAIL*
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599
*Counsel for Exalead, Inc. and Exalead S.A.*

Richard L. Horwitz, Esquire                                           *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                               *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for Amazon Web Services LLC,*
*Amazon.com, Inc. and Alexa Internet, Inc.*

Thomas G. Pasternak, Esquire                                          *VIA ELECTRONIC MAIL*
R. David Donoghue, Esquire
DLA PIPER US LLP
203 North LaSalle Street – Suite 1900
Chicago, IL  60601-1293
*Counsel for Amazon Web Services LLC,*
*Amazon.com, Inc. and Alexa Internet, Inc.*

M. Elizabeth Day, Esquire                                             *VIA ELECTRONIC MAIL*
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2248
*Counsel for Amazon Web Services LLC,*
*Amazon.com, Inc. and Alexa Internet, Inc.*

Arthur G. Connolly, III, Esquire                                      *VIA HAND DELIVERY*
CONNOLLY BOVE LODGE & HUTZ LLP                                        *and ELECTRONIC MAIL*
1007 North Orange Street
Wilmington, DE  19801
*Counsel for Snap Technologies, Inc.*

| | |
|---|---|
| Daniel M. Cislo, Esquire<br>Mark D. Nielsen, Esquire<br>CISLO & THOMAS LLP<br>1333 2nd Street – Suite 500<br>Santa Monica, CA  90401<br>*Counsel for Snap Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Jeffrey L. Moyer, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel for IAC Search & Media, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Claude M. Stern, Esquire<br>Jennifer A. Kash, Esquire<br>Antonio Sistos, Esquire<br>QUINN EMANUEL URQUHART OLIVER<br>  & HEDGES LLP<br>50 California Street – 22nd Floor<br>San Francisco, CA  94111<br>*Counsel IAC Search & Media, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)