IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-787-SLR |
| ) | |
| AMAZON WEB SERVICES, LLC, ) | |
| AMAZON.COM, INC., ALEXA ) | |
| INTERNET, INC., IAC SEARCH & ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, ) | |
| INC., YAHOO! INC., SMARTDEVIL ) | |
| INC., EXALEAD INC., ) | |
| and EXALEAD SA., ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this 29th day of July, 2008,

IT IS ORDERED that oral argument on plaintiff's pending motion for preliminary injunction (D.I. 41) shall be heard on **Tuesday, August 12, 2008, at 2:30 p.m.** in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each side will be given one hour to present their argument.

_____
United States District Judge