# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GIRAFA.COM, Inc,

       Plaintiff,

     v.                                            C.A. No. 07-787

Amazon Web Services LLC,
Amazon.com, Inc.,
Alexa Internet, Inc.,
IAC Search & Media, Inc.,
Snap Technologies, Inc.,
Yahoo! Inc.,
Smartdevil Inc.,
Exalead, Inc., and
Exalead S.A,

       Defendants.

## DECLARATION OF JOHN F. RABENA, ESQ.
## IN SUPPORT OF GIRAFA.COM, INC.'S OPPOSITION TO
## DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY

I, John F. Rabena, hereby declare:

1.  I am one of the attorneys representing Plaintiff Girafa.com Inc., in this case.

2.  Exhibit 1 is a true and correct copy of a letter from Stephen Lim to the U.S. Patent Office dated September 20, 2003, from the file history of U.S. Patent No. 7,047,502.

3.  Exhibit 2 is a true and correct copy of the result of a search for http://www.mobileipv6.net/~sschmid/publications.shtml conducted on the Internet Archive WaybackMachine (www.internetarchive.org).

4.    Exhibit 3 is a true and correct copy of the result of a search for

http://citeseer.nj.nec.com/428225.html conducted on the Internet Archive WaybackMachine

(www.internetarchive.org).

5.    Exhibit 4 is a true and correct copy of emails from defendants' counsel in this case.


I declare under penalty of perjury that the foregoing is true and correct.


Dated:  July 31, 2008                    Respectfully submitted,


                                         *John F Rabena*
                                         John F. Rabena



- 12 -

# EXHIBIT 1

#6
930-03
B. Hilliard

9/20/2003 3:52 PM FROM: Fax   TO: 1-703-746-7239   PAGE: 002 OF 014

2156 Rousseau
Lasalle, Quebec,
Canada H8N 1K7
Fax: 514-366-2585
Tel: 514-366-4040

**RECEIVED**
**CENTRAL FAX CENTER**

**SEP 2 3** 2003

U.S. Patent Office for Communication
Fax. 703-746-7239

September 20, 2003

Attn. Submission of prior art evidences against patent application 09/961,465

To Whom It May Concern.

**Unofficial**

Please find enclosed two (2) published documents and one (1) reference to an approved U.S patent as evidences of prior art against U.S. patent application no. 09/961,465 (Pub. no US 2003/0146939A1) enti 'ed "Methods and Apparatus for Mouse-Over Preview of Contextually Relevant Information" Please include all enclosed evidences for patent examination including this page

Publi ed      s: n lo

____sh   Document  (e c sed)

1. **Web Representation with Dynamic Thumbnails.**
   Author: Stefan Schmid (sschmid@mobileipv6.net)
   Address: Department of Distributed Systems, University of Ulm, Germany.
   First publication. IEEE YuForic, Stuttgart, Germany, July 1998
   Available at: http://www.mobileipv6.net/~sschmid/publications.shtml
   http://citeseer.nj.nec.com/428225.html

2. **Visual Preview for Link Traversal on the World Wide Web.**
   Authors. Theodorich Kopetzky (theo@tk.uni-linz.ac.at), Max Mühlhäuser (max@tk.uni-linz.ac.at)
   Location: Telecooperation Dept., Johannes Kepler University Linz, Altenbergerstrasse, Linz, Austria.
   First publication: The Eighth International World Wide Web Conference, 1999.
   Available at: http://www8.org/fullpaper.html   http://decweb.ethz.ch/WWW8/data/2176/pdf/pd1.pdf

U. .Patent    ef ence. n

S      (by r  e      o 'y)

1. **Graphical Search Engine Visual Index.**
   Inventors James Lee Finseth, Jerry Hermel, Bryan F Pelz.
   Patent no.: US 6,271,840 B1.
   Date of Patent: Aug. 7, 2001    Filed: Sept. 24, 1998

Sincerely,

Stephen Lim

Examiner Signature   Aabi T. Nguyen   Date Considered  4/19/14

Received from < Fax   > at 9/20/03 4:06:22 PM [Eastern Daylight Time]

# EXHIBIT 2



| Enter Web Address | http:// | | All ▾ | Take Me Back | Adv Search  Compare Archive Pages |

Searched for http://www.mobileipv6.net/~sschmid/publications.shtml                    **10** Results

\* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ

## Search Results for Jan 01, 1996 - Feb 01, 2008

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 2 pages | 6 pages | 2 pages | 0 pages | 0 pages | 0 pages |

| 2003 | 2004 | 2005 |
|------|------|------|
| Aug 14  2003 * | Feb 01, 2004 * | Feb 07, 2005 * |
| Dec 04, 2003 * | Apr 15  2004 * | Feb 13  2005 * |
| | Jun 15  2004 * | |
| | Aug 05, 2004 * | |
| | Oct 15  2004 * | |
| | Dec 07  2004 * | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT 3

INTERNET ARCHIVE
**WayBackMachine**

**Enter Web Address.** http://           All ▼    **Take Me Back**    Adv. Search   Compare Archive Pages

Searched for **http://citeseer.nj.nec.com/428225.html**         **2** Results

\* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ

## Search Results for Jan 01, 1996 - Feb 01, 2008

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 1 pages | 1 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages |
| | | | | | | Jan 10, 2002 * | Jan 15, 2003 * | | | | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

# EXHIBIT 4

**From:** ~~Baker, Melinda S [mbaker@potteranderson.com]~~

**Sent:** Tuesday, July 15, 2008 11:39 AM

**To:** 'sbalick@ashby-geddes com'; 'jday@ashby-geddes.com'; 'tlydon@ashby-geddes.com'; Mandir, William H.; Rabena, John F.; Hill, Trevor C.; Iyer, Chandran B.; 'gaza@rlf.com'; 'moyer@rlf.com'; 'antoniosistos@quinnemanuel com'; 'jenniferkash@quinnemanuel com'; 'claudestern@quinnemanuel com'; 'aconnollyIII@cblh com'  'dan@cislo.com'; 'mnielsen@cislo com'; 'jhlim@smartdevil.com'; 'tgrimm@mnat.com'; 'dallaband@mnat.com'; 'hjohnson@usebrinks com'; 'stimmerman@usebrinks.com'; 'JBlumenfeld@MNAT com'; 'dberry@mnat.com'; 'rsmith@mnat.com'; 'matthew.powers@weil.com'; doug.lumish@weil.com

**Subject:** Girafa.com, Inc. v. Amazon Web Services LLC, et al (C.A. No. 07-787-SLR)

Attached is your <u>service copy</u> of the following document filed and/or served today in the above-referenced action:

- Motion for Leave to File Surreply in Response to Girafa.com, Inc.'s Reply Brief in Support of Its Motion For Preliminary Injunction.



**Melinda S. Baker**
Secretary to Richard L. Horwitz
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6251 Direct Dial
302 658 1192 Fax
mbaker@potteranderson.com
www.potteranderson.com

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

From:                    Reginald D. Flowers [RFlowers@cblh.com]
Sent:.                   Tuesday, July 22, 2008 6:05 PM
To:                      Alison Monahan; Antonio Sistos; Claude Stern; David E. Moore; David Wei
                         doug.lumish@weil.com; Harold V. Johnson; Jeffrey L. Moyer; Jennifer A. Kash; Rabena, John
                         F.; M Elizabeth Day; Jack Blumenfeld; Matthew D Powers; Richard Horwitz; Roger D Smith;
                         Steven J. Balick; Terri Mickles; Thomas C. Grimm; Tom Pasternak;
                         stimmerman@usebrinks com Iyer, Chandran B.; tlydon@ashby-geddes com; jday@ashby-
                         geddes.com, Hill, Trevor C.; dallaband@mnat.com Mandir William H.; jhlim@smartdevil.com
Cc:                      Chip Connolly; dan@cislo com; mnielsen@cislo.com
Subject:                 Girafa.com, Inc. v Amazon Web Services LLC, et al (C A. No 07-787-SLR)

072208 Snap Letter
to The Hora

          Ladies and Gentlemen:


Attached is your service copy of the following document filed and/or served today in the
above-referenced action:


*    Letter to Judge Robinson from Chip Connolly, III requesting oral
argument.

Regards,


Reginald

Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
The Nemours Building
Wilmington, DE 19899
302-888-6315 Direct Dial
302-255-4315 Fax


This e-mail and any attachment is intended only for use by the addressee(s) and may
contain privileged and confidential information. Please email or call 302-658-9141 to
advise the sender of a transmission error and delete the message and any attachments and
any printcuts. Any tax advice contained in this communication is not intended and cannot
be used to avoid penalties under the Internal Revenue Code or to promote, market or
recommend to another party any transaction or matter add essed herein.
                                                                                    r

**From:** Mark D. Nielsen [mnielsen@cislo com]

**Sent:** Tuesday, May 20, 2008 1:11 PM

**To:** Rabena, John F.

**Cc:** 'David Wei Jr.'; doug.lumish@weil.com; 'Lundell, Greg'; aconnollyIII@cblh com; anaglestad@idealab.com; 'Antonio Sistos'; 'Claude M. Stern' DAllaband@mnat.com; 'Donoghue, R. David'; 'Demescha King'; douglas@idealab com; gaza@rlf.com; hjohnson@usebrinks com; jhlim@smartdevil com; moyer@rlf.com, rhorwitz@potteranderson.com; 'Sandra Nichols'; stimmerman@brinkshofer com tgrimm@mnat.com; 'Pasternak, Thomas'; stephen@smartdevil.com; dmoore@potteranderson.com; 'Jennifer A Kash' 'Day, Elizabeth'; 'Terri Mickles'; 'Alison Monahan'

**Subject.** Deposition Scheduling

Dear John,

Based on the current schedules of Snap's non-expert witnesses, Prof Robins, Prof. Hardin, and counsel, we (Snap and the Amazon Defendants) suggest the following deposition scheduling over the next few weeks

(1) Snap's non-infringement expert, Prof Robins, will be made available for deposition at DLA Piper's office in Washington, DC on Friday, May 30, 2008

(2) Snap's and the Amazon Defendants' invalidity expert Prof. Hardin, will be made available for deposition in Toronto, Canada on June 5, 2008

(3) Snap's non-expert witnesses Mr. McGovern and Mr Agostino, are available for deposition at Cislo & Thomas' office in Santa Monica, CA as follows

June 2 - afternoon for Mr. Agostino
June 4 - all day for Mr. Agostino and/or Mr. McGovern
June 5 - all day for Mr. Agostino and/or Mr McGovern
June 6 - all day for Mr Agostino

(4) The availability of Alexa's non-expert witness, Mr Orelind, is presently being ascertained and will be provided shortly either by me or Alexa's counsel.

Please be advised that Mr Agostino is on call for jury duty over the next few weeks and if he is put on a lengthy trial, accommodations will have to be made.

I am not sure you will need more than a half-day with either Mr Agostino or Mr McGovern Nonetheless, please confirm ASAP how much time you may need with each and the dates and times for their depositions

Also, please provide an estimate of how much time you may need with Mr Orelind for planning purposes

Thank you,

**Mark D. Nielsen, Esq.**
(310) 451-0647 – ext. 124
(310) 394-4477 – facsimile
mnielsen@cislo com – email

**CISLO & THOMAS LLP**
1333 2nd Street, Suite 500
Santa Monica, CA 90401-4110
http //www.cislo.com

Procureme t and Enforcement of Intellectual Property
n

7/25/20 8
0