IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. NO. 07-787 (SLR) |
| AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO!, INC., SMARTDEVIL, INC., EXALEAD S.A., AND EXALEAD, INC., | ) ) ) ) ) ) ) ) ) | |
|     Defendants. | ) ) | |

**SNAP TECHNOLOGIES, INC.'S UNOPPOSED MOTION TO SUPPLEMENT THE RECORD RE: GIRAFA.COM, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Snap Technologies, Inc. ("Snap") respectfully moves to supplement the record in connection with Girafa.com, Inc.'s ("Girafa") Motion for Preliminary Injunction in order to submit Girafa's response to Snap's Request for Admission No. 92. Girafa's responses to Snap's Requests for Admissions were served by Girafa on Snap on July 31, 2008, and thus, have only recently become available for submission to the Court. Excerpts of Girafa's responses to Snap's Requests for Admissions are attached hereto as Exhibit A.

Counsel for Snap conferred with counsel for Girafa concerning this motion, and counsel for Girafa indicated that he did not oppose Snap's filing of this motion.

Therefore, Snap respectfully requests that its Unopposed Motion to Supplement the Record re: Girafa.com, Inc.'s Motion for Preliminary Injunction be granted.

Dated: August 8, 2008

By: /s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Email: AConnollyIII@cblh.com

*Of Counsel*:
Daniel M. Cislo, Esq.
Mark D. Nielsen, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477
Attorneys for Defendant/Counterclaim Plaintiff Snap Technologies, Inc.

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on August 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 8, 2008, the foregoing document was served on the following persons as indicated below:

**Via Electronic Mail:**

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: sbalick@ashby-geddes.com<br>*Attorneys for Plaintiff* | William H. Mandir<br>John F. Rabena<br>Trevor C. Hill<br>Chandran B. Iyer<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Email: jrabena@sughrue.com<br>*Attorneys for Plaintiff* |
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: rhorwitz@potteranderson.com<br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc.* | Thomas G. Pasternak<br>R. David Danoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Email: tom.pasternak@dlapiper.com<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Email: elizabeth.day@dlapiper.com<br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc.* |

| | |
|---|---|
| Thomas C. Grimm (#1098)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Email: tgrimm@mnat.com<br>*Attorneys for Defendants Exalead, Inc.*<br>*and Exalead S.A.* | Scott A. Timmerman<br>Harold V. Johnson<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>Email: hjohnson@usebrinks.com<br>*Attorneys for Defendants Exalead, Inc.*<br>*and Exalead S.A.* |
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: moyer@RLF.com<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>Alison Monahan<br>QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Email: claudestern@quinnemanuel.com,<br>jenniferkash@quinnemanuel.com,<br>antoniosistos@quinnemanuel.com,<br>alisonmonahan@quinnemanuel.com<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* |
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: jblumenfeld@mnat.com<br>*Attorneys for Defendant*<br>*Yahoo! Inc.* | Matthew D. Powers<br>Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Email: matthew.powers@weil.com,<br>doug.lumish@weil.com<br>*Attorneys for Defendant*<br>*Yahoo! Inc.* |

                                                    /s/ Arthur G. Connolly, III
                                                     Arthur G. Connolly, III (#2667)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMAZON WEB SERVICES LLC, ) <br> AMAZON.COM, INC., ALEXA ) <br> INTERNET, INC., IAC SEARCH & ) <br> MEDIA, INC., SNAP TECHNOLOGIES, ) <br> INC., YAHOO!, INC., SMARTDEVIL, ) <br> INC., EXALEAD S.A., AND EXALEAD, ) <br> INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. NO. 07-787 (SLR) |

**ORDER**

Having considered Snap Technologies Inc.'s Unopposed Motion to Supplement the Record re: Girafa.com, Inc.'s Motion for Preliminary Injunction (the "Motion"), IT IS HEREBY ORDERED, this _____ day of _____, 2008, that the Motion is GRANTED. The excerpts of Girafa.com, Inc.'s responses to Snap Technologies, Inc.'s Requests for Admissions (Exhibit A to the Motion) are deemed entered into the record as of the date of this Order.

_____
Hon. Sue L. Robinson
United States District Judge