IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-787-SLR |
| ) | |
| AMAZON WEB SERVICES LLC, ) | |
| AMAZON.COM, INC., ALEXA ) | |
| INTERNET, INC., IAC SEARCH & ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, INC., ) | |
| YAHOO! INC., SMARTDEVIL INC., ) | |
| EXALEAD, INC., and EXALEAD S.A., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 8th day of August, 2008, **PLAINTIFF GIRAFA.COM, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT AND COUNTERCLAIMANT SNAP TECHNOLOGIES, INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                    HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899

Thomas G. Pasternak, Esquire                             VIA ELECTRONIC MAIL
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL  60601-1293

M. Elizabeth Day, Esquire                                    VIA ELECTRONIC MAIL
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA  94303-2248

| | |
|---|---|
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Claude M. Stern, Esquire<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111 | VIA ELECTRONIC MAIL |
| Arthur G. Connolly, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Daniel M. Cislo, Esquire<br>Cislo & Thomas LLP<br>1333 2nd Street, Suite 500<br>Santa Monica, CA  90401 | VIA ELECTRONIC MAIL |
| Thomas C. Grimm, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| Harold V. Johnson, Esquire<br>Brinks Hofer Gilson & Lione<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL  60611-5599 | VIA ELECTRONIC MAIL |
| Jack Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| Douglas E. Lumish, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | VIA ELECTRONIC MAIL |

ASHBY & GEDDES

/s/ *Steven J. Balick*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

William H. Mandir
John F. Rabena
Carl J. Pellegrini
Chandran B. Iyer
Trevor C. Hill
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C.  20037
(202) 293-7060

Dated:   August 8, 2008