IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES LLC,<br>AMAZON.COM, INC., ALEXA INTERNET,<br>INC., IAC SEARCH & MEDIA, INC.,<br>SNAP TECHNOLOGIES, INC., YAHOO! INC.,<br>SMARTDEVIL INC., EXALEAD, INC., and<br>EXALEAD S.A.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-787-SLR<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMAZON WEB SERVICES LLC, AMAZON.COM, INC., AND ALEXA INTERNET INC.'S REPLY SUPPORTING THEIR MOTION FOR LEAVE TO FILE A SURREPLY IN RESPONSE TO GIRAFA.COM, INC.'S REPLY BRIEF IN SUPPORT OF ITS <u>MOTION FOR PRELIMINARY INJUNCTION</u>**

OF COUNSEL:

Thomas G. Pasternak
R. David Donoghue
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1293
Tel: (312) 368-4000

M. Elizabeth Day
Gregory J. Lundell
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: (650) 833-2000

Dated: August 11, 2008
877983/ 32639

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Amazon Web Services LLC, Amazon.com, Inc.,*
*and Alexa Internet, Inc.*

The Amazon Defendants raised only three targeted points in their Surreply:

1. Girafa's Reply reads a new limitation into the claims—that the hyperlink associated with a thumbnail visual image of a home page cannot be a hyperlink to the homepage represented by the thumbnail visual image. In its Opposition to the Amazon Defendants' Motion for Leave to File a Surreply ("Opposition"), D.I. 132, Girafa claims that it made this argument in its opening papers, but never identifies where, because it did not.

2. The invalidating Schmid prior art reference was, in fact, published before Girafa's filing date and was proper evidence of invalidity, when the correct rules are applied. In its Reply, Girafa cited an old, now incorrect version of the MPEP to challenge Schmid. The Amazon Defendants' Surreply corrected Girafa's error, citing the latest version of the MPEP and showing that Schmid meets the standard. Girafa's Opposition again argues for the old, now incorrect version of the MPEP. Regardless, a defendant may prevail against a preliminary injunction motion just by raising a substantial question as to the validity of the asserted patent claims. *Erico Int'l Corp. v. Vutec Corp.*, 516 F.3d 1350, 1355-56 (Fed. Cir. 2008). The Schmid reference does far more than that.

3. On Reply, both Girafa and its expert Dr. Myers, changed their positions on the definition of "separate" servers, moving from requiring only *logical* separation in their opening papers to requiring actual *physical* separation. In its Opposition Girafa claims that it did not change its position, but the record speaks for itself.

None of the Amazon Defendants' arguments was made in an effort to get the last word, but rather, each argument refutes new evidence or position reversals improperly made in Girafa's Reply, which is the exact circumstance where a surreply is allowed. *In re ML-Lee Acquisition Fund II, L.P. Sec. Litig.*, 848 F. Supp. 527, 566 at n. 28 (D. Del. 1994) (granting leave to file a surreply because of new arguments and evidence used in the reply brief).

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Thomas G. Pasternak<br>R. David Donoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601-1293<br>Tel: (312) 368-4000 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2248<br>Tel: (650) 833-2000 | *Attorneys for Defendants<br>Amazon Web Services LLC, Amazon.com, Inc.,<br>and Alexa Internet, Inc.* |

Dated: August 11, 2008
877983/ 32639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 11, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 11, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>*Attorneys for Plaintiff Girafa.com, Inc.* | William H. Mandir<br>John F. Rabena<br>Trevor C. Hill<br>Chandran B. Iyer<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Ave., N.W.<br>Washington, D.C. 20037<br>wmandir@sughrue.com<br>jrabena@sughrue.com<br>thill@sughrue.com<br>cbiyer@sughrue.com<br>*Attorneys for Plaintiff Girafa.com, Inc.* |
| Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>gaza@rlf.com<br>*Attorneys for Defendant IAC Search & Media Inc.* | Antonio R. Sistos<br>Jennifer A. Kash<br>Alison Monahan<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street 22nd Floor<br>San Francisco, CA 94111<br>antoniosistos@quinnemanuel.com<br>jenniferkash@quinnemanuel.com<br>alisonmonahan@quinnemanuel.com<br>*Attorneys for Defendant IAC Search & Media Inc.* |

Claude M. Stern
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
claudestern@quinnemanuel.com
*Attorneys for Defendant IAC Search & Media Inc.*

Daniel M. Cislo
Mark D. Nielsen
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, CA 90401
dan@cislo.com
mnielsen@cislo.com
*Attorneys for Snap Technologies Inc.*

Harold V. Johnson
Scott A. Timmerman
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
hjohnson@usebrinks.com
stimmerman@usebrinks.com
*Attorneys for Defendants Exalead Inc. and Exalead S.A.*

Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899-1347
jblumenfeld@nmat.com
rsmith@mnat.com
*Attorneys for Defendant Yahoo! Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
aconnollyIII@cblh.com
*Attorneys for Snap Technologies Inc.*

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
*Attorneys for Defendants Exalead Inc. and Exalead S.A.*

Justin Lim
2156
Montreal, Quebec H8N 1K7
Canada
jhlim@smartdevil.com
*Attorneys for Defendant Smartdevil Inc.*

Matthew D. Powers
Douglas E. Lumish
Yen P. Nguyen
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
doug.lumish@weil.com
titi.nguyen@weil.com
*Attorneys for Defendant Yahoo! Inc.*

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

842506 / 32639