IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES LLC; AMAZON.COM, INC.; ALEXA INTERNET, INC.; IAC SEARCH & MEDIA, INC.; SNAP TECHNOLOGIES, INC.; YAHOO! INC.; SMARTDEVIL, INC.; EXALEAD, INC.; and EXALEAD S.A., <br><br> Defendants. | C.A. No. 07-787-SLR <br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 14th day of August, 2008, Defendant IAC Search & Media, Inc.'s Responses and Objections to Girafa.Com, Inc.'s First Set of Interrogatories were served upon the following counsel of record at the address and in the manner indicated:

Steven J. Balick, Esquire                    VIA HAND DELIVERY
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Richard L. Horwitz, Esquire                  VIA HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899

Arthur G. Connolly, III, Esquire             VIA HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899

Thomas C. Grimm, Esquire                    VIA HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE   19899-1347

Jack B. Blumenfeld, Esquire                 VIA HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE   19899-1347

Thomas G. Pasternak, Esquire                VIA ELECTRONIC MAIL
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL   60601-1293

M. Elizabeth Day, Esquire                   VIA ELECTRONIC MAIL
DLA Piper US LLP
2000 University Avenue
Easte Palo Alto, CA   94303-2248

William H. Mandir, Esquire                  VIA ELECTRONIC MAIL
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC   20037

Daniel M. Cislo, Esquire                    VIA ELECTRONIC MAIL
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA   90401

Harold V. Johnson, Esquire                  VIA ELECTRONIC MAIL
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL   60611-5599

Douglas E. Lumish, Esquire                  VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA   94065

Justin Lim
Smartdevil Inc.
2156 Rousseau
Montreal Quebec H8N 1K7
CANADA

VIA ELECTRONIC MAIL


Of Counsel:
Claude M. Stern
Jennifer A. Kash
Antonio Sistos
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

Dated:  August 14, 2008

Jeffrey L. Moyer (#3309)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7525
Moyer@RLF.com
Gaza@RLF.com
*Attorneys for IAC Search & Media, Inc.*

RLF1-3267091-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE   19899

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE   19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE   19899

Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE   19899-1347

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE   19899-1347

I hereby certify that on August 14, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Thomas G. Pasternak, Esquire
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL   60601-1293

M. Elizabeth Day, Esquire
DLA Piper US LLP
2000 University Avenue
Easte Palo Alto, CA   94303-2248

William H. Mandir, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC   20037

Daniel M. Cislo, Esquire
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA   90401

4

Harold V. Johnson, Esquire
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL   60611-5599

Justin Lim
Smartdevil Inc.
2156 Rousseau
Montreal Quebec H8N 1K7
CANADA

Douglas E. Lumish, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA   94065

Anne Shea Gaza (#4093)
gaza@rlf.com