## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

August 20, 2008

U.S Magistrate Judge Leonard P. Stark            **BY E-FILING**
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

        Re:   *Girafa.com, Inc. v. Amazon Web Services LLC, et al.*
              C.A. No. 07-787-SLR

Dear Magistrate Judge Stark:

      Defendants Exalead, Inc. and Exalead S.A. hereby request that the following individuals be permitted to use a Blackberry during the mediation conference scheduled for September 3, 2008 at 10:00 a.m.:

      Thomas C. Grimm, Esq.
      Harold V. Johnson, Esq.
      Scott A. Timmerman, Esq.
      Eric Claus (Administrator of Exalead)

In addition, Exalead defendants specifically request that Messrs. Johnson and Timmerman also be permitted to use a laptop computer during the mediation conference.

      Counsel hereby represents that allowing these individuals use of these electronic devices during the mediation conference will allow them to more effectively participate in the mediation process and that this request is not being made just for convenience.

                                  Respectfully,

                                  */s/ Thomas C. Grimm*
                                  Thomas C. Grimm (#1098)

TCG:lev
cc:    Dr. Peter T. Dalleo, Clerk (by hand delivery)
       Steven J. Balick, Esq. (by e-filing & e-mail)
       Richard L. Horwitz, Esq. (by e-filing & e-mail)
       Arthur G. Connolly, Esq. (by e-filing & e-mail)
       Jeffrey L. Moyer, Esq. (by e-filing & e-mail)
       Jack B. Blumenfeld, Esq. (by e-filing & e-mail)