

Anne Shea Gaza
Counsel
302-651-7539
Gaza@rlf.com

August 21, 2008

The Honorable Leonard P. Stark
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Girafa.Com, Inc. v. Amazon Web Services, LLC, et al.*
      C.A. No. 07-787-SLR

Dear Magistrate Judge Stark:

In conjunction with Defendant IAC Search and Media Inc.'s ("IAC") submission of its Confidential Mediation Statement, IAC hereby requests that the following individuals be permitted to use a Blackberry during the mediation conference scheduled for September 3, 2008 at 10:00 a.m.:

> Jeffrey L. Moyer, Esquire
> Anne Shea Gaza, Esquire
> Claude M. Stern, Esquire
> Edward Ferguson, Esquire
>    (Senior Vice President & General Counsel for Ask.com)

In addition, IAC Search and Media Inc. specifically requests that Mr. Stern also be permitted to use a laptop computer during the mediation conference. We apologize for our delay in submitting this request and for any inconvenience the delay may have caused the Court.

Counsel hereby represents that allowing these individuals use of these electronic devices during the mediation conference will allow them to more effectively participate in the mediation process and that this request is not being made just for convenience. Should Your Honor have any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

August 21, 2008
Page 2

                                              Respectfully,

                                              /s/ Anne Shea Gaza

                                              Anne Shea Gaza (#4093)

ASG/afg

cc:    Dr. Peter T. Dalleo, Clerk (by hand delivery)
        Steven J. Balick, Esq. (by e-filing & e-mail)
        Richard L. Horwitz, Esq. (by e-filing & e-mail)
        Arthur G. Connolly, Esq. (by e-filing & e-mail)
        Jack B. Blumenfeld, Esq. (by e-filing & e-mail)
        Thomas C. Grimm, Esq. (by e-filing & e-mail)