IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC.,                )<br>                                                      )<br>            Plaintiff,                       )<br>                                                      )<br>    v.                                            )<br>                                                      )     C.A. No. 07-787 (SLR)<br>AMAZON WEB SERVICES LLC,     )<br>AMAZON.COM, INC., ALEXA INTERNET, )<br>INC., IAC SEARCH & MEDIA, INC.,   )<br>SNAP TECHNOLOGIES, INC., YAHOO! )<br>INC., SMARTDEVIL INC., EXALEAD, INC. )<br>and EXALEAD S.A.,                      )<br>                                                      )<br>            Defendants.                    )  | |

**NOTICE OF SERVICE**

I hereby certify that on August 29, 2008, copies of (1) *Exalead Inc. and Exalead S.A.'s Objections and Responses to Girafa.com, Inc.'s First Set of Interrogatories;* and (2) *Exalead Inc. and Exalead S.A.'s Objections and Responses to Girafa.com, Inc.'s First Set of Requests for the Production of Documents and Things* were caused to be served upon counsel of record in the manner indicated:

| **BY HAND & E-MAIL** | **BY E-MAIL** |
|---|---|
| Steven J. Balick | William H. Mandir |
| John G. Day | John F. Rabena |
| Tiffany Geyer Lydon | Carl J. Pellegrini |
| ASHBY & GEDDES | Chandran B. Iyer |
| 500 Delaware Avenue, 8th Floor | Trevor C. Hill |
| P.O. Box 1150 | SUGHRUE MION, PLLC |
| Wilmington, DE 19899 | 2100 Pennsylvania Avenue, N.W. |
| *Attorneys for Plaintiff* | Washington, DC 20037 |

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br><br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc.,*<br>*and Alexa Internet, Inc.* | Thomas G. Pasternak<br>R. David Donoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL  60601<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA  94303 |
| Arthur G. Connolly, III<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>*Attorneys for Defendant*<br>*Snap Technologies, Inc.* | Daniel M. Cislo<br>Mark D. Nielsen<br>CISLO & THOMAS LLP<br>1333 2ND Street, Suite 500<br>Santa Monica, CA  90401-4110 |
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>Alison E. Monahan<br>QUINN EMANUEL URQUHART OLIVER<br>   & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111 |
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Yahoo! Inc.* | Matthew D. Powers<br>Douglas E. Lumish<br>Yen P. Nguyen<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 |

*OF COUNSEL:*

Harold V. Johnson
Scott A. Timmerman
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200

August 29, 2008
2228410

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendants Exalead, Inc. and Exalead S.A.*

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 29, 2008 upon the following individuals in the manner indicated:

**BY HAND & E-MAIL**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
*Attorneys for Plaintiff*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
*Attorneys for Defendants*
*Amazon Web Services LLC, Amazon.com, Inc.,*
*and Alexa Internet, Inc.*

Arthur G. Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Defendant*
*Snap Technologies, Inc.*

**BY E-MAIL**

William H. Mandir
John F. Rabena
Carl J. Pellegrini
Chandran B. Iyer
Trevor C. Hill
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC  20037

Thomas G. Pasternak
R. David Donoghue
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL  60601

M. Elizabeth Day
Gregory J. Lundell
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303

Daniel M. Cislo
Mark D. Nielsen
CISLO & THOMAS LLP
1333 2ND Street, Suite 500
Santa Monica, CA  90401-4110

| | |
|---|---|
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>Alison E. Monahan<br>QUINN EMANUEL URQUHART OLIVER<br>   & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111 |
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Yahoo! Inc.* | Matthew D. Powers<br>Douglas E. Lumish<br>Yen P. Nguyen<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 |

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

2228410