IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO!, INC., EXALEAD S.A., and EXALEAD, INC., <br><br> Defendants. | Civil Action No. 07-787 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 28th day of August, 2008, a copy of Defendant Snap Technologies, Inc.'s Responses to Plaintiff, Girafa.com, Inc.'s Second Set of Requests for Production of Documents and Things was served by Mark D. Nielsen, Esq. of Cislo & Thomas LLP upon the following counsel of record in the manner indicated:

**U.S. MAIL**

| | |
|---|---|
| Steven J. Balick <br> John G. Day <br> Tiffany Geyer Lydon <br> ASHBY & GEDDES <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> Email: sbalick@ashby-geddes.com <br> Attorneys for Plaintiff | William H. Mandir <br> John F. Rabena <br> Trevor C. Hill <br> Chandran B. Iyer <br> SHGHRUE MION, PLLC <br> 2100 Pennsylvania Avenue, N.W. <br> Washington DC 20037 <br> Email: jrabena@sughrue.com <br> Attorneys for Plaintiff |

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore,<br>POTTER ANDERSON & COROON LLP<br>Hercules Plaza - Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Attorneys for Defendants<br>Amazon Web Services LLC, Amazon.com, Inc. and Alexa Internet, Inc. | Thomas G. Pasternak<br>R. David Danoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Email: tom.pasternak@dlapiper.com<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto CA 94303<br>Email: elizabeth.day@dlapiper.com<br>Attorneys for Defendants<br>Amazon Web Services LLC, Amazon.com and Alexa Internet, Inc. |
| Thomas C. Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: tcgefiling@mnat.com<br>Attorneys for Defendants Exalead Inc. and Exalead S.A. | Scott A. Timmerman<br>Harold V. Johnson<br>NBC Tower, Suite 3600<br>445 North City Front Plaza Drive<br>Chicago, IL 60611-5599<br>Email: hjohnson@usebrinks.com<br>Attorneys for Defendants Exalead, Inc. and Exalead S.A. |
| Jeffrey L. Moyer, Esq.<br>Anna Shea Gaza, Esq.<br>RICHARDS, LAYTON & FINGER. P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19899<br>moyer@rfl.com<br><br>Attorneys for Defendant<br>IAC Search & Media, Inc. | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco CA 94111<br>Email: jenniferkash@quinnemanuel.com |

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: jblumentfeld@mnat.com<br>dmoore@potteranderson.com<br><br>Matthew D. Powers<br>Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Email: matthew.powers@weil.com<br>Doug.lumish@weil.com<br><br>Attorneys for Defendant<br>Yahoo! Inc. | |

 

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: August 29, 2008

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
AConnollyIII@chlh.com

*Attorneys for Defendant*
*Snap Technologies, Inc.*

Daniel M. Cislo, Esq.
Mark D. Nielsen, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
(310) 451-0647

3

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on August 29, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 29, 2008, the foregoing document was served on the following persons as indicated below:

**Via Electronic Mail:**

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: sbalick@ashby-geddes.com<br>*Attorneys for Plaintiff* | William H. Mandir<br>John F. Rabena<br>Trevor C. Hill<br>Chandran B. Iyer<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Email: jrabena@sughrue.com<br>*Attorneys for Plaintiff* |
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: rhorwitz@potteranderson.com<br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc.* | Thomas G. Pasternak<br>R. David Danoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Email: tom.pasternak@dlapiper.com<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Email: elizabeth.day@dlapiper.com<br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc.* |

| | |
|---|---|
| Thomas C. Grimm (#1098)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Email: tgrimm@mnat.com<br>*Attorneys for Defendants Exalead, Inc.*<br>*and Exalead S.A.* | Scott A. Timmerman<br>Harold V. Johnson<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>Email: hjohnson@usebrinks.com<br>*Attorneys for Defendants Exalead, Inc.*<br>*and Exalead S.A.* |
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: moyer@RLF.com<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>Alison Monahan<br>QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Email: claudestern@quinnemanuel.com,<br>jenniferkash@quinnemanuel.com,<br>antoniosistos@quinnemanuel.com,<br>alisonmonahan@quinnemanuel.com<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* |
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: jblumenfeld@mnat.com<br>*Attorneys for Defendant*<br>*Yahoo! Inc.* | Matthew D. Powers<br>Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Email: matthew.powers@weil.com,<br>doug.lumish@weil.com<br>*Attorneys for Defendant*<br>*Yahoo! Inc.* |

        /s/ Arthur G. Connolly, III
        Arthur G. Connolly, III (#2667)