IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-787 (SLR) |
| ) | |
| AMAZON WEB SERVICES LLC, ) | |
| AMAZON.COM, INC., ALEXA ) | |
| INTERNET, INC., IAC SEARCH & ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, ) | |
| INC., YAHOO! INC., SMARTDEVIL INC., ) | |
| EXALEAD, INC. AND EXALEAD S.A., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Yahoo! Inc.'s First Set of Interrogatories to Girafa.Com, Inc.;* and (2) *Yahoo! Inc.'s First Set of Requests for Documents to Girafa.Com, Inc.* were caused to be served on September 5, 2008 upon the following in the manner indicated:

Steven J. Balick, Esquire                                           *VIA ELECTRONIC MAIL*
John G. Day, Esquire                                                *and HAND DELIVERY*
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue – 8th Floor
Wilmington, DE  19801
*Counsel for Plaintiff*

William H. Mandir, Esquire                                          *VIA ELECTRONIC MAIL*
John F. Rabena, Esquire
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, DC  20037
*Counsel for Plaintiff*

Thomas C. Grimm, Esquire  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street  
Wilmington, DE 19801  
*Counsel for Exalead, Inc. and Exalead S.A.*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Harold V. Johnson, Esquire  
BRINKS HOFER GILSON & LIONE  
NBC Tower, Suite 3600  
455 North Cityfront Plaza Drive  
Chicago, IL 60611-5599  
*Counsel for Exalead, Inc. and Exalead S.A.*

*VIA ELECTRONIC MAIL*

Richard L. Horwitz, Esquire  
David E. Moore, Esquire  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza – 6th Floor  
1313 North Market Street  
Wilmington, DE 19801  
*Counsel for Amazon Web Services LLC,*  
*Amazon.com, Inc. and Alexa Internet, Inc.*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Thomas G. Pasternak, Esquire  
R. David Donoghue, Esquire  
DLA PIPER US LLP  
203 North LaSalle Street – Suite 1900  
Chicago, IL 60601-1293  
*Counsel for Amazon Web Services LLC,*  
*Amazon.com, Inc. and Alexa Internet, Inc.*

*VIA ELECTRONIC MAIL*

M. Elizabeth Day, Esquire  
DLA PIPER US LLP  
2000 University Avenue  
East Palo Alto, CA 94303-2248  
*Counsel for Amazon Web Services LLC,*  
*Amazon.com, Inc. and Alexa Internet, Inc.*

*VIA ELECTRONIC MAIL*

Arthur G. Connolly, III, Esquire  
CONNOLLY BOVE LODGE & HUTZ LLP  
1007 North Orange Street  
Wilmington, DE 19801  
*Counsel for Snap Technologies, Inc.*

*VIA HAND DELIVERY*  
*and ELECTRONIC MAIL*

Daniel M. Cislo, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Mark D. Nielsen, Esquire
CISLO & THOMAS LLP
1333 2nd Street – Suite 500
Santa Monica, CA  90401
*Counsel for Snap Technologies, Inc.*

Jeffrey L. Moyer, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　*and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Counsel for IAC Search & Media, Inc.*

Claude M. Stern, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Jennifer A. Kash, Esquire
Antonio Sistos, Esquire
QUINN EMANUEL URQUHART OLIVER
   & HEDGES LLP
50 California Street – 22nd Floor
San Francisco, CA  94111
*Counsel IAC Search & Media, Inc.*

　　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　　/s/ Jack B. Blumenfeld
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　　　　Rodger D. Smith II (#3778)
　　　　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　　jblumenfeld@mnat.com
OF COUNSEL:　　　　　　　　　　　　　　　rsmith@mnat.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Yahoo! Inc.*
Matthew D. Powers
Douglas E. Lumish
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

September 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
>
> Thomas C. Grimm, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> Arthur G. Connolly, III, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP
>
> Jeffrey L. Moyer, Esquire
> Anne Shea Gaza, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on September 5, 2008, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Tiffany Geyer Lydon, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue – 8th Floor<br>Wilmington, DE 19801<br>*Counsel for Plaintiff* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| William H. Mandir, Esquire<br>John F. Rabena, Esquire<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, DC 20037<br>*Counsel for Plaintiff* | *VIA ELECTRONIC MAIL* |

Thomas C. Grimm, Esquire  *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  *and HAND DELIVERY*
1201 North Market Street
Wilmington, DE 19801
*Counsel for Exalead, Inc. and Exalead S.A.*

Harold V. Johnson, Esquire  *VIA ELECTRONIC MAIL*
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
*Counsel for Exalead, Inc. and Exalead S.A.*

Richard L. Horwitz, Esquire  *VIA ELECTRONIC MAIL*
David E. Moore, Esquire  *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for Amazon Web Services LLC,*
*Amazon.com, Inc. and Alexa Internet, Inc.*

Thomas G. Pasternak, Esquire  *VIA ELECTRONIC MAIL*
R. David Donoghue, Esquire
DLA PIPER US LLP
203 North LaSalle Street – Suite 1900
Chicago, IL 60601-1293
*Counsel for Amazon Web Services LLC,*
*Amazon.com, Inc. and Alexa Internet, Inc.*

M. Elizabeth Day, Esquire  *VIA ELECTRONIC MAIL*
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
*Counsel for Amazon Web Services LLC,*
*Amazon.com, Inc. and Alexa Internet, Inc.*

Arthur G. Connolly, III, Esquire  *VIA HAND DELIVERY*
CONNOLLY BOVE LODGE & HUTZ LLP  *and ELECTRONIC MAIL*
1007 North Orange Street
Wilmington, DE 19801
*Counsel for Snap Technologies, Inc.*

Daniel M. Cislo, Esquire            *VIA ELECTRONIC MAIL*
Mark D. Nielsen, Esquire
CISLO & THOMAS LLP
1333 2nd Street – Suite 500
Santa Monica, CA 90401
*Counsel for Snap Technologies, Inc.*

Jeffrey L. Moyer, Esquire            *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire            *and HAND DELIVERY*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Counsel for IAC Search & Media, Inc.*

Claude M. Stern, Esquire            *VIA ELECTRONIC MAIL*
Jennifer A. Kash, Esquire
Antonio Sistos, Esquire
QUINN EMANUEL URQUHART OLIVER
 & HEDGES LLP
50 California Street – 22nd Floor
San Francisco, CA 94111
*Counsel IAC Search & Media, Inc.*

                           /s/ Jack B. Blumenfeld
                           Jack B. Blumenfeld (#1014)

3