IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON WEB SERVICES LLC; AMAZON.COM, INC.; ALEXA INTERNET, INC.; IAC SEARCH & MEDIA, INC.; SNAP TECHNOLOGIES, INC.; YAHOO! INC.; SMARTDEVIL, INC.; EXALEAD, INC.; and EXALEAD S.A., <br><br> Defendants. | C.A. No. 07-787-SLR <br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 5th day of September, 2008, Defendant IAC Search & Media, Inc.'s served the attached Verification to the Responses and Objections to Girafa.Com, Inc.'s First Set of Interrogatories upon the following counsel of record at the address and in the manner indicated:

Steven J. Balick, Esquire                     VIA HAND DELIVERY
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE   19899

Richard L. Horwitz, Esquire                   VIA HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE   19899

Arthur G. Connolly, III, Esquire              VIA HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE   19899

Thomas C. Grimm, Esquire                    VIA HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

Jack B. Blumenfeld, Esquire                 VIA HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

Thomas G. Pasternak, Esquire                VIA ELECTRONIC MAIL
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL  60601-1293

M. Elizabeth Day, Esquire                   VIA ELECTRONIC MAIL
DLA Piper US LLP
2000 University Avenue
Easte Palo Alto, CA  94303-2248

William H. Mandir, Esquire                  VIA ELECTRONIC MAIL
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

Daniel M. Cislo, Esquire                    VIA ELECTRONIC MAIL
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA  90401

Harold V. Johnson, Esquire                  VIA ELECTRONIC MAIL
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599

Douglas E. Lumish, Esquire                  VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Justin Lim  
Smartdevil Inc.  
2156 Rousseau  
Montreal Quebec H8N 1K7  
CANADA

VIA ELECTRONIC MAIL

Of Counsel:  
Claude M. Stern  
Jennifer A. Kash  
Antonio Sistos  
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP  
50 California Street, 22nd Floor  
San Francisco, California 94111  
(415) 875-6600

Dated: September 5, 2008

*/s/ Anne Shea Gaza*  
Jeffrey L. Moyer (#3309)  
Anne Shea Gaza (#4093)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
(302) 651-7525  
Moyer@RLF.com  
Gaza@RLF.com  
*Attorneys for IAC Search & Media, Inc.*

## VERIFICATION

I, Erik Collier, declare:

I am Ask.com's Vice President of Product Management and am familiar with the Binoculars product. I am authorized to execute this Verification on behalf of IACSAM. I have read the foregoing Responses and Objections to Girafa.com, Inc.'s First Set of Interrogatories. I declare under penalty of perjury under the laws of the United States that based on an investigation of information reasonably available at this time and in reliance on the accuracy of information supplied by others, the foregoing responses are true and correct to the best of my knowledge, information, and belief.

Executed this 20th day of August, 2008 at Oakland, CA.

_____
Erik Collier

# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899

Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on September 5, 2008, I sent by Electronic Mail the foregoing document to the following non-registered participants:

Thomas G. Pasternak, Esquire
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL  60601-1293

William H. Mandir, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

M. Elizabeth Day, Esquire
DLA Piper US LLP
2000 University Avenue
Easte Palo Alto, CA  94303-2248

Daniel M. Cislo, Esquire
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA  90401

Harold V. Johnson, Esquire
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611-5599

Justin Lim
Smartdevil Inc.
2156 Rousseau
Montreal Quebec H8N 1K7
CANADA

Douglas E. Lumish, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com

5

RLF1-3267091-1