IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-787-SLR |
| AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH AND MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO! INC., SMARTDEVIL INC., EXALEAD, INC., and EXALEAD S.A., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF CRAIG CHRISNEY IN OPPOSITION TO PLAINTIFF GIRAFA.COM, INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)**

| | |
|---|---|
| | John W. Shaw (No. 3362) <br> Elena C. Norman (No. 4780) <br> YOUNG CONAWAY STARGATT & TAYLOR, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, Delaware 19801 <br> (302) 571-6600 |
| *Of Counsel:* | jshaw@ycst.com |
| Richard J. Mooney <br> LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP <br> 199 Fremont St. #2000 <br> San Francisco, California 94105 <br> (415) 489-7700 | *Attorneys for Non-Party Idealab* |
| Dated: September 29, 2008 | |

I, Craig Chrisney, declare:

1.  I am Chief Financial Officer at Idealab. I have personal and firsthand knowledge of the facts stated in this declaration and, if called upon to do so, I could and would testify competently thereto.

2.  For more than a decade, Idealab has been a technology "incubator." Idealab provides capital to early stage companies and also provides fee-based services to many of the early stage companies pursuant to separate written services agreements.

3.  Under these services agreements, Idealab often leases some of its available space to early stage companies, and provides telecommunications and/or IT support, finance and accounting assistance, human resources support, design and public relations services. Idealab's employees thus provide services directly to the companies, much as a company engages outside expertise from a consulting firm, an accounting firm, a design firm, or even a law firm. In each such case, the individual(s) hired work under the direction of and are responsible to the investee companies and those companies pay Idealab for their services pursuant to a written services agreement freely negotiated by the two parties in their own interest.

4.  Currently Idealab has investments in and various service agreements with more than a dozen investee companies.

5.  Snap (originally incorporated in April 2004 under the name Perfect Market Technologies, Inc.) is a venture-backed company with significant investment from Idealab and from a leading Silicon Valley venture fund. Snap recently received additional debt financing from Idealab and the Silicon Valley venture firm. Snap is current with respect to payment of its invoices from Idealab for services rendered.

6.  Snap has a Board of Directors (including some Directors affiliated with Idealab and some not) that meets regularly on a bi-monthly basis.

7.  All of Snap's top officers including its CEO, CTO, Vice President of Product and Vice President of Sales are full-time Snap employees and not Idealab employees. Snap has approximately 30 full-time employees, who are paid by and eligible to receive equity in Snap, and are neither paid by nor eligible to receive equity in Idealab.

8.  The allegedly infringing products and services offered by Snap are not offered by Idealab. Idealab and Snap maintain independent financial accounts and do not co-mingle funds. Idealab does not own, lease, or otherwise control the servers from which Snap offers its services.

9.  Snap leases office space and associated services from Idealab and has the use of certain Idealab telecommunication assets and certain computer and other IT assets (although not the servers from which Snap offers its services, which Idealab neither owns nor controls). Also pursuant to its services agreement, Snap has contracted to pay for the use of certain Idealab personnel and resources.

10. One example is Idealab employee Andrew Naglestad, an attorney licensed in California with significant patent litigation and prosecution experience.

11. Idealab at no point has received funds from Snap other than in the ordinary course of business (1) in payment for services performed under the services agreement between Snap and Idealab, and (2) as interest or partial principle payments in connection with Idealab's debt investments in Snap.

12. Idealab has no office or employees in Delaware, and has taken no action related to Girafa or the '904 patent in Delaware.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 26, 2008 in Pasadena, California.

_____
Craig Chrisney

- 3 -

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on September 29, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick
John G. Day
Tiffany Geyer Lyndon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Email: sbalick@ashby-geddes.com

Attorneys for Plaintiff

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
Email: rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Defendants
Amazon Web Services LLC, Amazon.com, Inc. and Alexa Internet, Inc.

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: tcgefiling@mnat.com

Attorneys for Defendants Exalead Inc. and Exalead S.A.

Jack B. Blumenfeld
Rodger D. Smith II
MORRIS NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

Attorneys for Defendant Yahoo! Inc.

Jeffrey L. Moyer
Anna Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19899
Email: moyer@rfl.com

Attorneys for Defendant IAC Search & Media, Inc.

Arthur G. Connelly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
Email: aconnellyIII@cblh.com

Attorneys for Defendant Snap Technologies, Inc.

I further certify that on September 29, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

William H. Mandir
John F. Rabena
Trevor C. Hill
Chandran B. Iyer
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Email: jrabena@sughrue.com

Attorneys for Plaintiff

Scott A. Timmerman
Harold V. Johnson
NBC Tower, Suite 3600
445 North City Front Plaza Drive
Chicago, IL 60611-5599
Email: hjohnson@usebrinks.com

Attorneys for Defendants Exalead, Inc., and Exalead S.A.

Thomas G. Pasternak
R. David Danoghue
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Email: tom.pasternak@dlapiper.com

M. Elizabeth Day
Gregory J. Lundell
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
Email: Elizabeth.day@dlapiper.com

Attorneys for Defendants
Amazon Web Services LLC, Amazon.com and
Alexa Internet, Inc.

Claude M. Stern
Jennifer A. Kash
Antonio R. Sistos
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Email: jenniferkash@quinnemanuel.com

Attorneys for Defendant
IAC Search & Media, Inc.

Matthew D. Powers
Douglas E. Lumish
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Email: matthew.powers@weil.com
      Doug.lumish@weil.com

Attorneys for Defendant Yahoo! Inc.

Daniel M. Cislo
Mark D. Nielsen
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Email: doncislo@cislo.com
      mnielsen@cislo.com

Attorneys for Defendant Snap Technologies, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
Andrew A. Lundgren (No. 4429)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*alundgren@ycst.com*