---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-787-SLR |
| AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH AND MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO! INC., SMARTDEVIL INC., EXALEAD, INC., and EXALEAD S.A., | ) |
| Defendants. | ) |

## DECLARATION OF ANDREW NAGLESTAD IN OPPOSITION TO PLAINTIFF GIRAFA.COM, INC.'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)

| | |
|---|---|
| | John W. Shaw (No. 3362)<br>Elena C. Norman (No. 4780)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>jshaw@ycst.com |
| *Of Counsel:* | |
| Richard J. Mooney<br>LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP<br>199 Fremont St. #2000<br>San Francisco, California 94105<br>(415) 489-7700 | *Attorneys for Non-Party Idealab* |
| Dated: September 29, 2008 | |

I, Andrew Naglestad, declare:

1. I am an attorney licensed to practice in California. I have personal and firsthand knowledge of the facts stated in this declaration and, if called upon to do so, I could and would testify competently thereto.

2. As an attorney, I have significant patent litigation and prosecution experience.

3. When Girafa filed this suit, Snap employed no attorneys. Snap has retained me through a services agreement with my employer, Idealab, to represent Snap and assist in its defense, just as they might hire an attorney from a law firm or a legal staffing agency.

4. As Snap's attorney in this matter, my fiduciary and ethical duties are owed to Snap, as with any other attorney-client relationship.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 26, 2008, in Pasadena, California.

Andrew Naglestad, Esq.

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on September 29, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick
John G. Day
Tiffany Geyer Lyndon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Email: sbalick@ashby-geddes.com

Attorneys for Plaintiff

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
Email: rhorwitz@potteranderson.com
          dmoore@potteranderson.com

Attorneys for Defendants
Amazon Web Services LLC, Amazon.com, Inc. and Alexa Internet, Inc.

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: tcgefiling@mnat.com

Attorneys for Defendants Exalead Inc. and Exalead S.A.

Jack B. Blumenfeld
Rodger D. Smith II
MORRIS NICHOLS, ARSHT
  & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: jblumenfeld@mnat.com

Attorneys for Defendant Yahoo! Inc.

Jeffrey L. Moyer
Anna Shea Gaza
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19899
Email: moyer@rfl.com

Attorneys for Defendant IAC Search & Media, Inc.

Arthur G. Connelly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
Email: aconnellyIII@cblh.com

Attorneys for Defendant Snap Technologies, Inc.

I further certify that on September 29, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

William H. Mandir
John F. Rabena
Trevor C. Hill
Chandran B. Iyer
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Email: jrabena@sughrue.com

Attorneys for Plaintiff

Scott A. Timmerman
Harold V. Johnson
NBC Tower, Suite 3600
445 North City Front Plaza Drive
Chicago, IL 60611-5599
Email: hjohnson@usebrinks.com

Attorneys for Defendants Exalead, Inc., and Exalead S.A.

Thomas G. Pasternak
R. David Danoghue
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Email: tom.pasternak@dlapiper.com

M. Elizabeth Day
Gregory J. Lundell
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303
Email: Elizabeth.day@dlapiper.com

Attorneys for Defendants
Amazon Web Services LLC, Amazon.com and
Alexa Internet, Inc.

Claude M. Stern
Jennifer A. Kash
Antonio R. Sistos
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Email: jenniferkash@quinnemanuel.com

Attorneys for Defendant
IAC Search & Media, Inc.

| | |
|---|---|
| Matthew D. Powers<br>Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Email: matthew.powers@weil.com<br>        Doug.lumish@weil.com<br><br>Attorneys for Defendant Yahoo! Inc. | Daniel M. Cislo<br>Mark D. Nielsen<br>CISLO & THOMAS LLP<br>1333 2nd Street, Suite 500<br>Santa Monica, California 90401<br>Email:  doncislo@cislo.com<br>         mnielsen@cislo.com<br><br>Attorneys for Defendant Snap Technologies, Inc. |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
Andrew A. Lundgren (No. 4429)
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*alundgren@ycst.com*