IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES, INC., YAHOO!, INC., SMARTDEVIL, INC., EXALEAD S.A., and EXALEAD, INC.,<br><br>       Defendants. | C.A. NO. 07-787 (SLR) |

**SNAP TECHNOLOGIES, INC.'S NOTICE OF JOINDER TO AMAZON WEB SERVICES LLC, AMAZON.COM, INC., AND ALEXA INTERNET, INC.'S SUBMISSION OF NEWLY-DISCOVERED EVIDENCE, MOTION FOR DECLARATION OF PRIORITY DATE, AND MOTION FOR SANCTIONS**

                                            Arthur G. Connolly, III (I.D. #2667)
                                            CONNOLLY BOVE LODGE & HUTZ LLP
                                            1007 N. Orange Street
                                            P.O. Box 2207
                                            Wilmington, DE 19899
                                            Telephone: (302) 658-9141
                                            Email: AConnollyIII@cblh.com

*Of Counsel*:
Daniel M. Cislo (admitted pro hac vice)
Mark D. Nielsen (admitted pro hac vice)
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Attorneys for Defendant/Counterclaim
Plaintiff Snap Technologies, Inc.

October 6, 2008

On October 3, 2008, Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc.'s ("Amazon Defendants") filed a document with this Court (D.I. 180) to submit newly discovered evidence – namely, documents filed by Girafa in the United States Patent and Trademark Office ("PTO") regarding the publication date of a paper by Stefan Schmid that was the subject of substantial briefing and argument in connection with Girafa's motion for preliminary injunction. In its court filing, the Amazon Defendants also moved the Court for a determination of the publication date of the Schmid reference, and for sanctions.

Snap Technologies, Inc. ("Snap") hereby joins in the motion of the Amazon Defendants, concurs with the positions taken therein, and also joins in the request for recovery of its attorneys' fees and costs on the Schmid publication date issue, which, according to Girafa's PTO filing, should never have been an issue.

Dated: October 6, 2008    By:    /s/ Arthur G. Connolly, III
                                 Arthur G. Connolly, III (#2667)
                                 CONNOLLY BOVE LODGE &
                                 HUTZ LLP
                                 1007 N. Orange Street
                                 P.O. Box 2207
                                 Wilmington, DE 19899
                                 Tel: (302) 658-9141
                                 Email: AConnollyIII@cblh.com

*Of Counsel*:
Daniel M. Cislo (admitted pro hac vice)
Mark D. Nielsen (admitted pro hac vice)
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Attorneys for Defendant/Counterclaim
Plaintiff Snap Technologies, Inc.

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on October 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 6, 2008, the foregoing document was served on the following persons as indicated below:

**Via Electronic Mail:**

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: sbalick@ashby-geddes.com<br>*Attorneys for Plaintiff* | William H. Mandir<br>John F. Rabena<br>Trevor C. Hill<br>Chandran B. Iyer<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Email: jrabena@sughrue.com<br>*Attorneys for Plaintiff* |
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: rhorwitz@potteranderson.com<br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc.,*<br>*and Alexa Internet, Inc.* | Thomas G. Pasternak<br>R. David Danoghue<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Email: tom.pasternak@dlapiper.com<br><br>M. Elizabeth Day<br>Gregory J. Lundell<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Email: elizabeth.day@dlapiper.com<br>*Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com, Inc.,*<br>*and Alexa Internet, Inc.* |

| | |
|---|---|
| Thomas C. Grimm (#1098)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Email: tgrimm@mnat.com<br>*Attorneys for Defendants Exalead, Inc.*<br>*and Exalead S.A.* | Scott A. Timmerman<br>Harold V. Johnson<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611-5599<br>Email: hjohnson@usebrinks.com<br>*Attorneys for Defendants Exalead, Inc.*<br>*and Exalead S.A.* |
| Jeffrey L. Moyer<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: moyer@RLF.com<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* | Claude M. Stern<br>Jennifer A. Kash<br>Antonio R. Sistos<br>Alison Monahan<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Email: claudestern@quinnemanuel.com,<br>jenniferkash@quinnemanuel.com,<br>antoniosistos@quinnemanuel.com,<br>alisonmonahan@quinnemanuel.com<br>*Attorneys for Defendant*<br>*IAC Search & Media, Inc.* |
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: jblumenfeld@mnat.com<br>*Attorneys for Defendant*<br>*Yahoo! Inc.* | Matthew D. Powers<br>Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Email: matthew.powers@weil.com,<br>doug.lumish@weil.com<br>*Attorneys for Defendant*<br>*Yahoo! Inc.* |

                                      /s/ Arthur G. Connolly, III
                                        Arthur G. Connolly, III (#2667)