IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON WEB SERVICES LLC, )<br>AMAZON.COM, INC., ALEXA )<br>INTERNET, INC., IAC SEARCH & )<br>MEDIA, INC., SNAP TECHNOLOGIES, INC. )<br>YAHOO! INC., SMARTDEVIL INC., )<br>EXALEAD, INC., and EXALEAD S.A., )<br>)<br>Defendants. ) | C.A. No. 07-787-SLR |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL

Plaintiff Girafa.com, Inc. and Defendants, Amazon Web Services LLC, Amazon.com, Inc., and Alexa Internet, Inc. (hereinafter "the Amazon Defendants"), through their respective counsel of record, hereby consent to entry of a Stipulated Order of Dismissal of the Amazon Defendants from the above action, pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, in favor of the terms of a Settlement Agreement dated April 5, 2009 between Plaintiff and the Amazon Defendants.

The undersigned parties agree that the Dismissal is with prejudice for all claims and counterclaims asserted by either party, that each party shall bear its own costs, and that the Court shall retain jurisdiction, subject to section 10.3 of the parties' Settlement Agreement, of any related disputes between them.

2

| ASHBY & GEDDES | POTTER ANDERSON & CORROON, LLP |
|---|---|
| /s/ *Tiffany Geyer Lydon* | /s/ *Richard L. Horwitz* |
| Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>D. Fon Muttamara-Walker (#4646)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>fmuttamara@potteranderson.com |
| *Of Counsel:* | *Of Counsel:* |
| William H. Mandir<br>John F. Rabena<br>Chandran B. Iyer<br>Trevor C. Hill<br>Ryan M. Corbett<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Ave., N.W<br>Washington, D.C. 20037<br>(202) 293-7060 | Thomas G. Pasternak<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601-1293<br>(312) 368-4000 |
| | M. Elizabeth Day<br>Aaron Wainscoat<br>William G. Goldman<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94203-2248<br>(650) 833-2000 |
| *Attorneys for Plaintiff*<br>*Girafa.com Inc.* | *Attorneys for Defendants*<br>*Amazon Web Services LLC, Amazon.com,*<br>*Inc., and Alexa Internet, Inc.* |

Dated: April 17, 2009

SO ORDERED, this _____ day of _____, 2009.

_____
United States District Judge