# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

June 3, 2009

**BY E-FILING & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:   *Girafa.com, Inc. v. Amazon Web Services LLC, et al.*
            C.A. No. 07-787-SLR

Dear Judge Robinson:

      Enclosed please find a CD containing the summary judgment documents filed by Exalead on June 1, 2009 (D.I. Nos. 309, 310, 312, 313, 314, and 315).

                                  Respectfully,

                                    Thomas C. Grimm (#1098)

TCG
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (by hand delivery, w/o encl.)
       Steven J. Balick, Esq. (by e-filing & e-mail, w/o encl.)
       Arthur G. Connolly, Esq. (by e-filing & e-mail, w/o encl.)
       Jeffrey L. Moyer, Esq. (by e-filing & e-mail, w/o encl.)
       Jack B. Blumenfeld, Esq. (by e-filing & e-mail, w/o encl.)
       John W. Shaw, Esq. (by e-filing & e-mail, w/o enc.)