IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES LLC; AMAZON.COM, INC.; ALEXA INTERNET, INC.; IAC SEARCH & MEDIA, INC.; SNAP TECHNOLOGIES, INC.; YAHOO! INC.; SMARTDEVIL, INC.; EXALEAD, INC.; and EXALEAD S.A.,<br><br>    Defendants. | C.A. No. 07-787-SLR<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that on this 1st day of July, 2009, Defendant IAC Search & Media, Inc.'s served Defendant IAC Search & Media, Inc.'s List of Potential Rebuttal Fact Witnesses upon the following counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE  19899 | VIA Electronic Mail & Hand Delivery |
| Arthur G. Connolly, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE  19899 | VIA Electronic Mail & Hand Delivery |
| Thomas C. Grimm, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347 | VIA Electronic Mail & Hand Delivery |

2

Jack B. Blumenfeld, Esquire  
Morris, Nichols, Arsht & Tunnell LLP  
1201 N. Market Street  
P. O. Box 1347  
Wilmington, DE   19899-1347  

VIA Electronic Mail & Hand Delivery

William H. Mandir, Esquire  
Sughrue Mion, PLLC  
2100 Pennsylvania Avenue, NW  
Washington, DC   20037  

VIA ELECTRONIC MAIL

Daniel M. Cislo, Esquire  
Cislo & Thomas LLP  
1333 2nd Street, Suite 500  
Santa Monica, CA   90401  

VIA ELECTRONIC MAIL

Harold V. Johnson, Esquire  
Brinks Hofer Gilson & Lione  
NBC Tower, Suite 3600  
455 North Cityfront Plaza Drive  
Chicago, IL   60611-5599  

VIA ELECTRONIC MAIL

Douglas E. Lumish, Esquire  
Weil, Gotshal & Manges LLP  
201 Redwood Shores Parkway  
Redwood Shores, CA   94065  

VIA ELECTRONIC MAIL

Justin Lim  
Smartdevil Inc.  
2156 Rousseau  
Montreal Quebec H8N 1K7  
CANADA  

VIA ELECTRONIC MAIL

|  |  |
|---|---|
| Of Counsel:<br>Claude M. Stern<br>Jennifer A. Kash<br>Antonio Sistos<br>QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>(415) 875-6600<br><br>Dated: July 1, 2009 | /s/ Anne Shea Gaza<br>Jeffrey L. Moyer (#3309)<br>Anne Shea Gaza (#4093)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7525<br>Moyer@RLF.com<br>Gaza@RLF.com<br>*Attorneys for IAC Search & Media, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2009, I caused to be served by **electronic mail and hand delivery** the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE   19899

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE   19899

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE   19899-1347

Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE   19899-1347

I hereby certify that on July 1, 2009, I sent by Electronic Mail the foregoing document to the following non-registered participants:

William H. Mandir, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC   20037

Daniel M. Cislo, Esquire
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA   90401

Harold V. Johnson, Esquire
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL   60611-5599

Douglas E. Lumish, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA   94065

Justin Lim
Smartdevil Inc.
2156 Rousseau
Montreal Quebec H8N 1K7
CANADA

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com