# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 6, 2009

The Honorable Sue L. Robinson                                    VIA HAND DELIVERY
United States District Court
844 King Street
Wilmington, Delaware 19801

Re:   *Girafa.com, Inc. v. Amazon Web Services LLC, et al.,*
      C.A. No. 07-787-SLR

Dear Judge Robinson:

Enclosed please find a CD containing video exhibits 28 and 52 to Girafa's Appendix to its oppositions to defendants' summary judgment motions (D.I. 371, 372), which was filed under seal on July 2, 2009.

Respectfully submitted,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

Encl.

cc:   Jeffrey L. Moyer, Esquire (via electronic mail w/out encl.)
      Claude M. Stern, Esquire (via electronic mail w/out encl.)
      Arthur G. Connolly, III, Esquire (via electronic mail w/out encl.)
      Daniel M. Cislo, Esquire (via electronic mail w/out encl.)
      Thomas C. Grimm, Esquire (via electronic mail w/out encl.)
      Harold V. Johnson, Esquire (via electronic mail w/out encl.)
      Jack Blumenfeld, Esquire (via electronic mail w/out encl.)
      Douglas E. Lumish, Esquire (via electronic mail w/out encl.)

{00312217;v1}