# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GIRAFA.COM, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**AMAZON WEB SERVICES, LLC, AMAZON.COM, INC., ALEXA INTERNET, INC., IAC SEARCH & MEDIA, INC., SNAP TECHNOLOGIES INC., YAHOO! INC., SMARTDEVIL INC., EXALEAD INC., AND EXALEAD SA.,**<br><br>Defendants. | C.A. No. 07-787-SLR |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Girafa.com, Inc, on the one hand, and Defendants Exalead, Inc., and Exalead SA., on the other hand, by and through their respective attorneys, hereby dismiss their respective claims and/or counterclaims in the captioned action, with prejudice, and with each side to bear its own costs.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Thomas C. Grimm* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Ave., 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302.654.1888 | Thomas C. Grimm (I.D. #1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302.658.9200 |
| *Of Counsel:* | *Of Counsel:* |
| William H. Mandir<br>John F. Rabena<br>Carl J. Pellegrini<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>202.293.7060 | Scott A. Timmerman<br>Harold V. Johnson<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611<br>312.321.4200 |
| *Attorneys for Girafa.com, Inc.* | *Attorneys for Exalead Inc., and Exalead SA.* |

Dated: July 31, 2009

SO ORDERED, this _____ day of _____, 2009.

_____
United States District Judge