IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-787-SLR |
| | ) | |
| IAC SEARCH & MEDIA, INC., | ) | |
| SNAP TECHNOLOGIES, INC., | ) | |
| YAHOO! INC. and | ) | |
| SMARTDEVIL INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 15th day of September, 2009, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' joint motion for partial summary judgment of invalidity under 35 U.S.C. § 112 (D.I. 313) is denied.

2. Defendants' joint motion for summary judgment of invalidity of the '904 patent under 35 U.S.C. § 103 (D.I. 320) is denied.

                                                                           */s/*
United States District Judge