IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-787-SLR |
| | ) |
| IAC SEARCH & MEDIA, INC., | ) |
| SNAP TECHNOLOGIES, INC., | ) |
| YAHOO! INC. and | ) |
| SMARTDEVIL INC., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 22nd day of September, 2009,

IT IS ORDERED that pretrial conference will commence on Tuesday, September 22, 2009 at 6:30 a.m. in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge