

Anne Shea Gaza
Counsel
302-651-7539
Gaza@rlf.com

September 28, 2009

**VIA HAND DELIVERY AND E-FILING**
The Honorable Sue L. Robinson
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

        RE:   *Girafa.com, Inc. v. Amazon Web Services LLC, et al.,*
                C.A. No. 07-787-SLR

Dear Judge Robinson:

      On behalf of plaintiff Girafa.com, Inc. and defendant IAC Search & Media, Inc. (collectively, the "Parties"), undersigned counsel writes to advise Your Honor that, subject to the Parties entering into a mutually acceptable settlement agreement, the Parties have reached an agreement in principle to resolve all claims as between the Parties brought in the above-referenced case. Accordingly, the Parties respectfully request that Your Honor excuse counsel for IAC Search & Media, Inc. from all further pretrial and trial proceedings.

      The Parties anticipate filing a stipulation of dismissal in the near future and will advise the Court should there be any unexpected delay in their being able to do so. Of course, should Your Honor have any questions or concerns regarding the foregoing, counsel for the Parties are available at the Court's convenience.

                                          Respectfully,

                                          */s/ Anne Shea Gaza*

                                          Anne Shea Gaza (#4093)
                                          gaza@rlf.com

cc:   John G. Day, Esquire (By Electronic Mail)
       Arthur G. Connolly, III, Esquire (By Electronic Mail)
       Rodger D. Smith, II, Esquire (By Electronic Mail)
       Jennifer A. Kash, Esquire (By Electronic Mail)