# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

September 29, 2009

BY E-FILING

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

       Re:    *Girafa.com, Inc. v. Amazon et al.*,
              C.A. No. 07-787-SLR

Dear Judge Robinson:

       I am writing on behalf of defendant Yahoo! Inc. ("Yahoo!") and plaintiff Girafa.com, Inc. ("Girafa") to advise the Court that, subject to entering into a mutually acceptable settlement agreement, Yahoo! and Girafa have resolved all claims between them in this action. Accordingly, Yahoo! and Girafa respectfully request that the Court excuse counsel for Yahoo! from all further pretrial and trial proceedings.

       Yahoo! and Girafa anticipate filing a stipulation of dismissal in the near future, and will advise the Court if there is any unexpected delay in doing so.

                                        Respectfully,

                                        Rodger D. Smith II (#3778)

cc:    Counsel of Record (By E-Filing and E-Mail)

3141849