**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner
TEL (302) 888-6318
FAX (302) 658-0380
EMAIL AConnollyIII@cblh.com
REPLY TO Wilmington Office

October 2, 2009

**By E-Filing**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Girafa.com, Inc. v. Amazon Web Services LLC et al.,*
C.A. No. 07-787-SLR

Dear Judge Robinson:

I am writing on behalf of plaintiff Girafa.com, Inc. and defendant Snap Technologies, Inc. (collectively, the "Parties") to advise Your Honor that the Parties have reached an agreement in principle to resolve all claims between them in this action, as Mr. Day and I noted in our voicemail to chambers early yesterday evening. The Parties expect to file a stipulation of dismissal in the near future once they have entered into a mutually acceptable written settlement agreement.

We will advise the Court if any unexpected delays arise with respect to the filing of the stipulation of dismissal. In the meantime, counsel for the Parties are available at the Court's convenience.

Respectfully,

*/s/ Arthur G. Connolly, III*

Arthur G. Connolly, III (#2667)

AGCIII

cc: Counsel of Record (By E-Filing and E-Mail)