IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., ALEXA | ) | |
| INTERNET, INC., IAC SEARCH & | ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, | ) | |
| INC., YAHOO! INC., SMARTDEVIL | ) | |
| INC., EXALEAD, INC., and EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff Girafa.com, Inc. ("Girafa") and defendant Snap, Inc. ("Snap"), pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), hereby move for an order dismissing all claims by Girafa against Snap in this action WITH PREJUDICE, and dismissing all counterclaims by Snap against Girafa in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| ASHBY & GEDDES | CONNOLLY, BOVE, LODGE & HUTZ LLP |
| | |
| */s/ Tiffany Geyer Lydon* | */s/ Arthur G. Connolly III* |
| | |
| Steven J. Balick (I.D. #2114) | Arthur G. Connolly III, Esq. (I.D. #2667) |
| John G. Day (I.D #2403) | 1007 North Orange Street |
| Tiffany Geyer Lydon (I.D. #3950) | P.O. Box 2207 |
| 500 Delaware Ave., 8th Floor | Wilmington, DE 19899 |
| P.O. Box 1150 | (302) 658-9141 |
| Wilmington, DE 19899 | |
| (302) 654-1888 | *Attorneys for Defendant Snap Technologies, Inc.* |
| | |
| *Attorneys for Plaintiff Girafa.com, Inc.* | |

{00350486;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-787-SLR |
| | ) | |
| AMAZON WEB SERVICES LLC, | ) | |
| AMAZON.COM, INC., ALEXA | ) | |
| INTERNET, INC., IAC SEARCH & | ) | |
| MEDIA, INC., SNAP TECHNOLOGIES, | ) | |
| INC., YAHOO! INC., SMARTDEVIL | ) | |
| INC., EXALEAD, INC., and EXALEAD S.A., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

CAME ON THIS DAY for consideration the Stipulated Motion for Dismissal of all claims asserted by plaintiff Girafa.com, Inc. ("Girafa") against defendant Snap, Inc. ("Snap") in this action with prejudice, and for dismissal of all counterclaims asserted by Snap against Girafa with prejudice, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by Girafa in this action against Snap are hereby dismissed with prejudice, and that all counterclaims asserted by Snap in this action against Girafa are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED this _____ day of _____, 2009.

_____
United States District Judge