IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 07-787-SLR |
| | ) |
| YAHOO! INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to the agreement of the parties, the Court orders as follows:

Plaintiff's claims and causes of action against Yahoo, Inc. are dismissed with prejudice; Yahoo Inc.'s counterclaims are dismissed without prejudice; and each party shall bear its own costs. Stipulated to by:

| ASHBY & GEDDES | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | |
| _____ | */s/ Rodger D. Smith, II* |
| Steven J. Balick (I.D. #2114) | _____ |
| John G. Day (I.D. #2403) | Jack B. Blumenfeld (I.D. #1014) |
| Tiffany Geyer Lydon (I.D. #3950) | Rodger D. Smith, II (I.D. #3778) |
| 500 Delaware Avenue, 8th Floor | 1201 North Market Street, 18th Floor |
| P.O. Box 1150 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, Delaware 19899-1347 |
| (302) 654-1888 | (302) 658-9200 |
| *Attorneys for Plaintiff Girafa.com, Inc.* | *Attorneys for Defendant Yahoo! Inc.* |

SO ORDERED THIS _____ DAY OF NOVEMBER, 2009.

_____
Honorable Sue L. Robinson

{00356206;v1}