IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GIRAFA.COM, INC.,

           Plaintiff,

        v.

SMARTDEVIL INC.,

           Defendants.

C.A. No. 07-787-SLR

**REDACTED
PUBLIC VERSION**

**DECLARATION OF SHIRLI RAN
IN SUPPORT OF PLAINTIFF GIRAFA.COM, INC.'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT
<u>AGAINST DEFENDANT SMARTDEVIL, INC.</u>**

I, Shirli Ran, hereby declare as follows:

1.     I am the Chief Operating Officer ("COO") for Girafa.com, Inc. ("Girafa") and have held this position since 1999. As COO of Girafa, I oversee the company's product development, operational and business activities.

2.     I have personal knowledge of the following facts and, if called as a witness, could and would competently testify thereto.

3.     Girafa was formed in 1999 and, since this time, it sought to be and has been an industry leader in revolutionizing the experience of information search and Web navigation on the Internet via its thumbnail services that allow internet users to preview a hyperlinked URL without leaving the page they are viewing and without accessing or loading the hyperlinked page. These previews are thumbnail-sized visual images of the hyperlinked website/s. The previews can be displayed automatically by the website and/or the controlling software, or can be displayed based in part on the user's cursor or mouse movement. (An example of a "hyperlinked

Ran Declaration
Confidential - Filed Under Seal
Page 2

URL" is a search result listing displayed by a search engine website after a user conducts a search).

4.      Girafa's business plan is largely based on the technology described in Girafa's U.S. Patent No. 6,864,904 ("'904 patent").

5.      Since 2000/2001, Girafa's business model for generating its revenue has been to create thumbnail images ("thumbnails") of web pages, and charge its customers for accessing these thumbnails stored on Girafa's image servers, and for serving these thumbnails for display on customers' sites.  For example, customers seeking to display thumbnails of search results listing on their own websites pay Girafa based on the number of thumbnails they want Girafa to create, and the number of thumbnails they need Girafa to serve their users from Girafa's image servers.

6.      Girafa instituted this business model in 2000, and it was initially successful because of the technology described in the '904 patent.  Girafa's sales of thumbnail services initially grew from        **REDACTED**

7.      Girafa's sales of thumbnails have decreased significantly over the last few years when competitors like Smartdevil Inc. (Smartdevil) began offering the same thumbnail services.

8.      Smartdevil uses its websites www.thumbshots.com, www.thumbshots.org, and www.thumbshots.net to advertise, demonstrate, sell, and give away for free, access to thumbnail images of websites as well as code to display those thumbnails on the user's computer or customer's website.

9.      Smartdevil's website reports that it serves over 200 Million thumbnails per month. Attached hereto as **Exhibit A** is a true and correct copy of a screenshot of the web page

http://www.thumbshots.com/Support/Announcements.aspx, dated November 22, 2009.  Page 3

of 4 of Exhibit A states that Smartdevil's Thumbshots websites are "Now serving over 200

million thumbshots per month."

10. Girafa charges approximately $0.20/1000 thumbnails,

**REDACTED**

Since the filing of this lawsuit, that

amounts to approximately $860,000 to date.

11. Smartdevil's continued use of Girafa's patented technology is causing Girafa to

lose market share that cannot be replaced unless Smartdevil stops infringing the '904 patent.  The

loss of market share and customers is expected to continue and to increase,

**REDACTED**

12. Attached hereto as **Exhibit B** is a true and correct copy of a screenshot of the web

page http://www.ip-address.com/whois/www.thumbshots.com, dated November 25, 2009,

explaining that the servers for www.thumbshots.com are located in Dallas Texas.

13. Attached hereto as **Exhibit C** is a true and correct copy of a screenshot of the web

page http://www.ip-address.com/whois/www.thumbshots.org, dated November 22, 2009,

explaining that the servers for www.thumbshots.org are located in Dallas Texas.

14. Attached hereto as **Exhibit D** is a true and correct copy of a screenshot of the web

page http://www.ip-address.com/whois/www.smartdevil.com, dated November 25, 2009,

explaining that Smartdevil's servers are located in Dallas Texas.

15.     Attached hereto as **Exhibit E** is a true and correct copy of a screenshot from the website http://www.thumbshots.com, dated February 3, 2008.

16.     Attached hereto as **Exhibit F** is a true and correct copy of a screenshot from the web page http://learn.thumbshots.com, dated December 7, 2009.

17.     Smartdevil has used and is still using Girafa's name in Smartdevil's Thumbshots website to obtain potential customers that are searching for Girafa, as shown in **Exhibits E and F.**  Both of these exhibits include the sentence "Whether you're searching for a car, flower, photo, or girafa, thumbshots will help you find it quickly and accurately." (emphasis added).

18.     Smartdevil has submitted prior art and other information to the Canadian Patent Office in five Protests that Smartdevil filed against Girafa's Canadian counterpart application. These Protests were filed on April 9, 2008,  April 28, 2008,  May 15, 2008, October 27, 2009, November 25, 2009.

I declare under the penalty of perjury that the above is true and accurate to the best of my knowledge.

Dated: January 21, 2010            By: _Shirli _____
                                        Shirli Ran

# EXHIBIT A

Thumbshots.com - Announcements

# THUMBSHOTS

⊙ Web  ⦿ Site

Search

**Free Signup** | **Login**

Home | Products | Community | Support | Demo

Visit: Support > Announcements                    **November 22, 2009**

## Do you Google?

Get Google with Thumbshots.
Reviewed by cnet.





## Thumbshots Demo

Demo 1: cat [ Demo ]
Demo 2: Thumbshots Directory
Demo 3: Thumbshots Ranking!
Demo 3: Thumbshots for Blog

**Thumbshots in Directory**
How Thumbshots look like in
your search engine.
www.thumbshots.net

## Announcements

### Spring is in the Air!

What a harsh winter it was this
year. But now Spring is in the
air! I can feel the fresh
breeze, see the flowers grow
and sun shining. So to keep the
spirit, we updated our site
with some spring theme! Hope
you like it. 

### New Thumbshot Poll added

We just added a new poll on
our site. From our previous
survey on web services. We
uncovered that 35% of users
use webservices while another
35% don't. The remaining 30%
of users have no idea what it
is.

What it means for us is to
improve on our integration
code with a more simple
javascript drop code!

Previous Surveys

### Forum now open to Thumbshots Users

We added a new forum to
Thumbshots so users can share
questions, answers and ideas
with everyone! We'll be
monitoring the forum for
questions and do our best to
answer them quickly.

### Allowed Flash applications to pull


Translate with Thumbslator


❝

Thumbshots is so
cool I just wonder
why someone
didn't do it a long
time ago -
Aaron Wall -

❞


send us your feedback

**NetworkSolutions**
**BRUCE CLAY, LLC**
*Internet Business Consultants*


infospace
AOL.
cnet

Used by thousands of
sites!


Thumbshots.com - Announcements



The webpage ca

---

Most likely causes:
- There might
- If you clicked

What you can try:
-

**I WANT MORE**
**PageRank**

**Thumbshots Ranking**

Get better SEO Ranking

## New Poll

**What kind of website do you own?**

☐ Blog / Personal website
☐ Commercial website
☐ Non-profit website

Submit Survey   View Results
Previous Polls by Online Casino

**thumbshots for cross-domain scenarios.**

We now allowed Flash applications to pull thumbshots from cross-domain.

## Thumbshots.org Gets a New Look!

We redesigned our web pages to make it easier to look for information. Enjoy!

### Success story: Blogcatalog.com

The tiny preview of a website help gives users insight of what other bloggers are doing on their own blog site. It entices people to want to click further to satisfy their curiosity. This is one of the major reasons why BlogCatalog.com community is growing so vibrantly and quickly. Read more...

### Success story: SecondBrain

Secondbrain uses Thumbshots website screenshots to give its users more control over what links to click on by enabling to preview a page before clicking. This improves user experience and for the sites thus indexed in Secondbrain's library this is also a valuable branding feature. Read more...

## Thumbshots.com announces new low prices from $9.99/month & giving 50% more hits!

Check out the new low prices at Thumbshots.com

## Search the world's largest web directory at Thumbshots.net!

# Great Sites



These Cool Sites use Thumbshots

- Shop at AOL
- Sanepr.com
- Managedq.com
- Search-cube.com
- ArticleCity.com

More sites...

Click here to visit
Thumbshots.net

**Now serving over 200
million thumbshots per
month.**

More thumbshot users than
ever before!

**Updated Webmaster
Guidelines.**

Read the latest Webmaster
Guidelines here.

**Thumbshots available in
phpODP.**

Click here to download code
from phpODP.

**We doubled our server
capacity to handle
growing traffic.**

To accomodate the growing
demand, we've doubled our
server capacities to handle
more load for everyone.

**Thumbshots available in
ODP**

Thumbshots available in
DWodp Live and Pro software!

**See the fast growing
number of Sites Using
Thumbshots!**

Click here to see the fast
growing number of sites using
thumbshots!

**Success story: Listings
with Thumbshots
Receive More Clicks**

The team noticed a visible
percentage increase in the
number of clicks for listings
with thumbshots receive in
comparison to those without

screenshots by up to 5 times.
<u>Read more...</u>

**Latest poll result: 90% of
responders are visual
people!**

See <u>poll results</u> here.



Tracking by Google Analytics

<u>Home</u> | <u>Products</u> | <u>Community</u> | <u>Support</u> | <u>Demo</u>

**Copyright by Thumbshots.com  Terms Of Use  Privacy Statement**

# EXHIBIT B



### www.Thumbshots.com - Thumbshots IP Whois / Whois IP

Whois IP? Enter a Domain, IP address or Host for an IP Whois Lookup.

www.thumbshots.com    [IP Whois]   [Reset]

**www.Thumbshots.com - Thumbshots site info**

www.thumbshots.com IP: 174.36.28.48

**www.thumbshots.com server location:** Dallas in United States

REDACTED

---

## Thumbshots.com - Thumbshots Whois Information

```
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.


The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
% The data in the WHOIS database of 1&1 Internet AG is provided by
% 1&1 for information purposes, and to assist persons in obtaining
% information about or related to a domain name registration record.
% 1&1 does not guarantee its accuracy. By submitting a WHOIS query,
% you agree that you will use this data only for lawful purposes and that,
% under no circumstances, you will use this data to
% (1) allow, enable, or otherwise support the transmission by e-mail,
% telephone, or facsimile of mass, unsolicited, commercial advertising or
% solicitations to entities other than the data recipient's own existing
% customers; or
% (2) enable high volume, automated, electronic processes that send queries or
% data to the systems of any Registry Operator or ICANN-Accredited registrar,
% except as reasonably necessary to register domain names or modify existing
% registrations.
% 1&1 reserves the right to modify these terms at any time.
% By submitting this query, you agree to abide by this policy.

domain: thumbshots.com Who Is Domain
created: 08-May-2001
last-changed: 09-May-2009
registration-expiration: 08-May-2010

nserver: ns1.softlayer.com Who Is Domain  67.228.254.4 Who Is IP [trace] Reverse IP Search
nserver: ns2.softlayer.com Who Is Domain  67.228.255.5 Who Is IP [trace] Reverse IP Search

status: CLIENT-TRANSFER-PROHIBITED

registrant-firstname: Oneandone
registrant-lastname: Private Registration
registrant-organization: 1&1 Internet, Inc. - http://1and1.com Who Is Domain /contact
registrant-street1: 701 Lee Road, Suite 300
registrant-street2: ATTN: thumbshots.com Who Is Domain
registrant-pcode: 19087
registrant-state: PA
registrant-city: Chesterbrook
registrant-ccode: US
```

```
registrant-phone: +1.8772064254
registrant-email: proxy50369@land1-private-registration.com[Who Is Domain]

admin-c-firstname: Oneandone
admin-c-lastname: Private Registration
admin-c-organization: 1&1 Internet, Inc. - http://land1.com[Who Is Domain]/contact
admin-c-street1: 701 Lee Road, Suite 300
admin-c-street2: ATTN: thumbshots.com[Who Is Domain]
admin-c-pcode: 19087
admin-c-state: PA
admin-c-city: Chesterbrook
admin-c-ccode: US
admin-c-phone: +1.8772064254
admin-c-email: proxy50369@land1-private-registration.com[Who Is Domain]

tech-c-firstname: Oneandone
tech-c-lastname: Private Registration
tech-c-organization: 1&1 Internet, Inc. - http://land1.com[Who Is Domain]/contact
tech-c-street1: 701 Lee Road, Suite 300
tech-c-street2: ATTN: thumbshots.com[Who Is Domain]
tech-c-pcode: 19087
tech-c-state: PA
tech-c-city: Chesterbrook
tech-c-ccode: US
tech-c-phone: +1.8772064254
tech-c-email: proxy50369@land1-private-registration.com[Who Is Domain]

bill-c-firstname: Oneandone
bill-c-lastname: Private Registration
bill-c-organization: 1&1 Internet, Inc. - http://land1.com[Who Is Domain]/contact
bill-c-street1: 701 Lee Road, Suite 300
bill-c-street2: ATTN: thumbshots.com[Who Is Domain]
bill-c-pcode: 19087
bill-c-state: PA
bill-c-city: Chesterbrook
bill-c-ccode: US
bill-c-phone: +1.8772064254
bill-c-email: proxy50369@land1-private-registration.com[Who Is Domain]

% See http://registrar.lund1.info[Who Is Domain] for information about 1&1 Internet AG
```

www.thumbshots.com IP address: 174.36.28.48

>> My IP address and location
Sites like www.thumbshots.com
Reverse DNS / Reverse IP Search for www.thumbshots.com
Trace this Host www.thumbshots.com
Trace any other IP and more Tools

⊙ **Webhosting Reviews**
⊙ **Hosting Solution**
⊙ **IP Address Management**
⊙ **Remote IP Address**
⊙ **Cheap Internet Service**
⊙ **Internet Security**

✪ SHARE ⬛🔗🔗🔗

Frontpage  IP Tracing  What is my IP?  Email Trace  Hide my IP  Proxy Checker  Bandwidth Speed Test  Who Is Domain/IP Lookup  IP FAQ  IP Location Database

Sitemap  Contact  Privacy Policy  Disclaimer  Who Is Domain Index  IP Database  Reverse IP Search  Partner: Registry Fix  Hide my IP

Updated Whois: bestbuyautoequipment.com  www.vnnv.com  belkemail.com  exploringthepolteries.org.uk  a1webdir.net  rainbow-galleries.com  beautyandthedirt.com
drdaveanddee.com  www.fawan.com  www.eskimotube.com  familyfeud.tv

Latest IP Lookups: 66.75.32.1  81.17.95.186  207.106.239.91  61.62.39.222  80.82.2.35

# EXHIBIT C



**Thumbshots.org - Thumbshots Whois Information**

```
Domain ID:D86742951-LROR
Domain Name:THUMBSHOTS.ORG Who Is Domain
Created On:20-May-2002 02:21:53 UTC
Last Updated On:21-May-2009 01:23:52 UTC
Expiration Date:20-May-2010 02:21:53 UTC
Sponsoring Registrar:1 & 1 Internet AG (R73-LROR)
Status:OK
Registrant ID:SPAG-33957745
Registrant Name:Oneandone Private Registration
Registrant Organization:1&1 Internet, Inc. - http://1and1.com Who Is Domain /contact
Registrant Street1:701 Lee Road, Suite 300
Registrant Street2:ATTN: thumbshots.org Who Is Domain
Registrant Street3:
Registrant City:Chesterbrook
Registrant State/Province:PA
Registrant Postal Code:19087
Registrant Country:US
Registrant Phone:+1.8772064254
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:proxy50371@1and1-private-registration.com Who Is Domain
Admin ID:SPAG-33957745
Admin Name:Oneandone Private Registration
Admin Organization:1&1 Internet, Inc. - http://1and1.com Who Is Domain /contact
Admin Street1:701 Lee Road, Suite 300
Admin Street2:ATTN: thumbshots.org Who Is Domain
Admin Street3:
Admin City:Chesterbrook
Admin State/Province:PA
Admin Postal Code:19087
Admin Country:US
Admin Phone:+1.8772064254
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:proxy50371@1and1-private-registration.com Who Is Domain
Tech ID:SPAG-33957745
Tech Name:Oneandone Private Registration
Tech Organization:1&1 Internet, Inc. - http://1and1.com Who Is Domain /contact
Tech Street1:701 Lee Road, Suite 300
Tech Street2:ATTN: thumbshots.org Who Is Domain
Tech Street3:
Tech City:Chesterbrook
Tech State/Province:PA
Tech Postal Code:19087
```

www.Thumbshots.org - Thumbshots

```
Tech Country:US
Tech Phone:+1.8772064254
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:proxy50371@1and1-private-registration.com[Who Is Domain]
Name Server:NS1.SOFTLAYER.COM[Who Is Domain]
Name Server:NS2.SOFTLAYER.COM[Who Is Domain]
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

www.thumbshots.org IP address: 174.36.28.48

>> My IP address and location
Sites like www.thumbshots.org
Reverse DNS / Reverse IP Search for www.thumbshots.org
Trace this Host www.thumbshots.org
Trace any other IP and more Tools

⊙ **Webhosting Reviews**

⊙ **Hosting Solution**

⊙ **IP Address Management**

⊙ **Remote IP Address**

⊙ **Cheap Internet Service**

⊙ **Internet Security**

🔗 SHARE

Frontpage  IP Tracing  What is my IP?  Email Trace  Hide my IP  Proxy Checker  Bandwidth Speed Test  Who Is Domain/IP Lookup  IP FAQ  IP Location Database

Sitemap  Contact  Privacy Policy  Disclaimer  Who Is Domain Index  IP Database  Reverse IP Search  Partner: Registry Fix  Hide my IP

Updated Whois: www.cuihuashan.com  www.copenhagencitytourist.com  bestpoliticalblogs.co.uk  archervintheschools.org  www.24hodin.cz  24carat.co.uk
brunswickvoice.com  aminx.com

Latest IP Lookups: 10.216.90.12  98.137.26.186  93.149.150.26  88.85.233.141  62.158.67.118

# EXHIBIT D



IP-address.com - IP Tracer and IP Locator. What is my IP address? IP Tracer and IP Locator.   Hello guest sign up now!   Remaining lookups today: 3 (Get more)
                                                                                                My IP is: 71.62.73.17

|   | IP Tracing | > | Home  IP Tracing  Reverse IP  My IP  Hide IP  Email Trace  Speedtest  IP Distance  IP FAQ  Proxy Checker  Who Is Domain/IP  Sitemap |

### ℹ www.Smartdevil.com - Smartdevil IP Whois / Whois IP

Whois IP? Enter a Domain, IP address or Host for an IP Whois Lookup.

| www.smartdevil.com | IP Whois | Reset |

**www.Smartdevil.com - Smartdevil site info**

**Domain Name Provider**
Voice, Data, T-1, Mobile, Web Host. Get
price quote. Special packages.
grow.cbeyond.net

**www.smartdevil.com IP:**

74.86.109.240

**Earn Money from Your Site**
Registering a domain? Monetize your
new site with Google AdSense.
www.google.com/adsense

**www.smartdevil.com server location:**

Dallas in United States

**Exchange EMail Hosting**
Industry Leading Migration Tools &
Service. 24x7 Help Desk -Learn More
www.Intermedia.net

**www.smartdevil.com ISP:**

SoftLayer Technologies

Ads by Google

### Smartdevil.com - Smartdevil Whois Information

```
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.


The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
% The data in the WHOIS database of 1&1 Internet AG is provided by
% 1&1 for information purposes, and to assist persons in obtaining
% information about or related to a domain name registration record.
% 1&1 does not guarantee its accuracy. By submitting a WHOIS query,
% you agree that you will use this data only for lawful purposes and that,
% under no circumstances, you will use this data to
% (1) allow, enable, or otherwise support the transmission by e-mail,
% telephone, or facsimile of mass, unsolicited, commercial advertising or
% solicitations to entities other than the data recipient's own existing
% customers; or
% (2) enable high volume, automated, electronic processes that send queries or
% data to the systems of any Registry Operator or ICANN-Accredited registrar,
% except as reasonably necessary to register domain names or modify existing
% registrations.
% 1&1 reserves the right to modify these terms at any time.
% By submitting this query, you agree to abide by this policy.

domain: smartdevil.com[Who Is Domain]
created: 06-May-2000
last-changed: 07-May-2009
registration-expiration: 06-May-2010

nserver: ns1.softlayer.com[Who Is Domain] 67.228.254.4[Who Is IP][trace][Reverse IP Search]
nserver: ns2.softlayer.com[Who Is Domain] 67.228.255.5[Who Is IP][trace][Reverse IP Search]

status: CLIENT-TRANSFER-PROHIBITED

registrant-firstname: Oneandone
registrant-lastname: Private Registration
registrant-organization: 1&1 Internet, Inc. - http://land1.com[Who Is Domain]/contact
registrant-street1: 701 Lee Road, Suite 300
registrant-street2: ATTN: smartdevil.com[Who Is Domain]
registrant-pcode: 19087
registrant-state: PA
registrant-city: Chesterbrook
registrant-code: US
registrant-phone: +1.8772064254
registrant-email: proxy4755281and1-private-registration.com[Who Is Domain]

admin-c-firstname: Oneandone
admin-c-lastname: Private Registration
admin-c-organization: 1&1 Internet, Inc. - http://land1.com[Who Is Domain]/contact
admin-c-street1: 701 Lee Road, Suite 300
admin-c-street2: ATTN: smartdevil.com[Who Is Domain]
admin-c-pcode: 19087
```

www.Smartdevil.com - Smartdevil

```
admin-c-state: PA
admin-c-city: Chesterbrook
admin-c-ccode: US
admin-c-phone: +1.8772064254
admin-c-email: proxy47552@land1-private-registration.com[Who Is Domain]

tech-c-firstname: Oneandone
tech-c-lastname: Private Registration
tech-c-organization: 1&1 Internet, Inc. - http://land1.com[Who Is Domain]/contact
tech-c-street1: 701 Lee Road, Suite 300
tech-c-street2: ATTN: smartdevil.com[Who Is Domain]
tech-c-pcode: 19087
tech-c-state: PA
tech-c-city: Chesterbrook
tech-c-ccode: US
tech-c-phone: +1.8772064254
tech-c-email: proxy47552@land1-private-registration.com[Who Is Domain]

bill-c-firstname: Oneandone
bill-c-lastname: Private Registration
bill-c-organization: 1&1 Internet, Inc. - http://land1.com[Who Is Domain]/contact
bill-c-street1: 701 Lee Road, Suite 300
bill-c-street2: ATTN: smartdevil.com[Who Is Domain]
bill-c-pcode: 19087
bill-c-state: PA
bill-c-city: Chesterbrook
bill-c-ccode: US
bill-c-phone: +1.8772064254
bill-c-email: proxy47552@land1-private-registration.com[Who Is Domain]

% See http://registrar.lund1.info[Who Is Domain] for information about 1&1 Internet AG
```

www.smartdevil.com IP address: 74.86.109.240

>> My IP address and location
Sites like www.smartdevil.com
Reverse DNS / Reverse IP Search for www.smartdevil.com
Trace this Host www.smartdevil.com
Trace any other IP and more Tools

⊙ **Webhosting Reviews**
⊙ **Hosting Solution**
⊙ **IP Address Management**
⊙ **Remote IP Address**
⊙ **Cheap Internet Service**
⊙ **Internet Security**

SHARE

Frontpage  IP Tracing  What is my IP?  Email Trace  Hide my IP  Proxy Checker  Bandwidth Speed Test  Who Is Domain/IP Lookup  IP FAQ  IP Location Database

Sitemap  Contact  Privacy Policy  Disclaimer  Who Is Domain Index  IP Database  Reverse IP Search  Partner: Registry Fix  Hide my IP

Updated Whois: www.kajol-shahrukh.com  www.elvagilon.com  www.downloadfreevirus.com  www.mmpp654.com  www.silverbearcafe.com  www.smartdrive.net  alvi.ch
www.ih8mud.com  forwardingweb.com  www.langlo.net  www.countomat.com

Latest IP Lookups: 76.226.200.229  92.81.17.45  82.208.87.232  114.59.244.227  78.111.53.247

# EXHIBIT E

Thumbshots.com - Free Web thumbnail preview image. Visualize sites in

Thumbshots.  | Thumbshots.   | Thumbshots.net | Research

# THUMBSHOTS.COM

**Leader in web preview technology. Serving thumbshots to over 1,000 sites.**

| Home | Simple | Why Thumbshots | Manage | About Us |
|------|--------|----------------|--------|----------|

✉ E-mail      🖶 Print



THE LEADER IN WEB PREVIEW TECHNOLOGY
"The thumbnail idea is a good one." Michael Rogers, Newsweek.com



seeing is believing

## Get Thumbshots

Enhance your search engine, directory, blog, portals and web pages.

Start here

$9.99 per month







**The Leader in Web Preview**

Thumbshots.com serves thumbshots to over 1,000 sites every month. We provide thumbshots to the world's



largest Web directories, portals and domain registrars. Whether you're searching for a car, flower, photo or girafa, thumbshots will help you find it quickly and accurately.

**thumbshots** (thŭmbshŏt)
*n.* A thumbnail snapshot of a document. *v.* thumbshotted, thumbshotting, thumbshots. To create a thumbnail snapshot.

### Thumbshots Ranking

Learn how different internet search engines measure links relevancy. Find out how well your site ranks with small thumbnails beside each link. It's free and fun.

**Latest News** more news...

Blogcatalog.com - A Short Review on the Site

Thumbshots.com announces new low prices & 50% more hits!

Thumbshots.org Launched Free Articles

Ujiko.com introduces thumbshots on its search engine

Listings with Thumbshots Receive More Clicks, Useful for Visitors

Network Solutions Offers Enhanced Whois Lookup

Has The Yahoo/Google Split Changed Referral Rates?

**Free Open Thumbshots**
Download free thumbshots images for your web pages from Thumbshots.org. It's easy to integrate thumbshots into your site. Just copy and paste the HTML code. No extra software or hardware required.

AOL

infospace

dmoz

Network Solutions

Reacteur.com

BRUCE CLAY, LLC

**Testimonials**

"Thanks for the excellent service you folks provide. I receive regular compliments on our use of Thumbshots."

Ron Rathe
Avidlistener

**More Feedbacks...**

Free | Simple | Why Thumbshots
Manage | About Us | Privacy Policy

2

http://www.thumbshots.com/ (1 of 2) [2/3/2008 6:27:05 PM]

# EXHIBIT F

Thumbshots.com ↓ Thumbshots.org ↓ Thumbshots.net ↓ Research

# THUMBSHOTS.com

## Thumbshots - Click with confidence!

Thumbshots are screenshots of web pages to help you locate web sites quickly and easily. Thumbshots display exactly what you would get before visiting a link. Millions of people trust and rely on thumbshots to take control of their surfing. Whether you're searching for a car, flower, photo or girafa, thumbshots will help you find it quickly and accurately.

### Improve Search Accuracy



Every site has a distinctive look and feel making searching easier. For example, a shoe store will display pictures of shoes.

### Filter Offensive Sites

REDACTED

Preview any suspicious sites before visiting. Adult sites are easily recognized by their explicit images.

### Locate Ambiguous Sites



For example, when searching for "Angels", you can easily distinguish between a religious site and the Angels baseball team.

### Filter Foreign Sites



Visualize foreign sites. You can guess the content of a site even if you cannot read the text.

### Recall Previously Visited Sites



Relocate previously visited sites quickly. You'll have no problem recognizing sites you've visited just by glancing.

### Filter Duplicates & Related Sites



Find duplicate or related sites visually. For example, the two sites are from Apple.com USA and China.

## Did you know?

- Millions of people are using thumbshots everyday to help improve their surfing experience.
- Over 90% of users would like to see thumbshots in their favorite search engine.

## What People Say About Thumbshots

"The thumbnail idea is a good one."
-- Michael Rogers, Newsweek.com

"Thank you for a great service. It helps me to filter all the spam and porn sites. I feel a lot safer when my kids go online with thumbshots."
-- Cindy Michaels, FL

"Of all the free services and content out there this has got to be the best I've seen in a while, kudos!"
-- Kristopher E.J., GayHouston.net

"Thumbshots make it really easy to find the sites you're looking for. It's a fantastic idea!"
-- David Newman., CA

"I like to whole concept of thumbs!"
-- Bill Graham, IThaki.net

"Great idea, it really helps to visualize the site! Congratulations for your great service."
-- Stephan, Preun

Click here to read more feedbacks

## Send Feedback we love to hear from you!

Name:

Location:                         State/province/region and country.

E-mail:                         Your email will not be published.

Feedback:

Send feedback

## Help Make The Web A Better Place With Thumbshots!

You too can help improve the Internet by sending your feedback, telling your friends about thumbshots, becoming a thumbshots sponsor or simply reporting bugs. Come learn more about us at Thumbshots or simply reporting bugs.

Preview by Thumbshots.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2010, the attached **REDACTED**

**PUBLIC VERSION OF DECLARATION OF SHIRLI RAN IN SUPPORT OF**

**PLAINTIFF GIRAFA.COM, INC.'S MOTION FOR ENTRY OF DEFAULT**

**JUDGMENT AGAINST DEFENDANT SMARTDEVIL, INC.** was served upon the below-

named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Stephen Lim<br>stephen@smartdevil.com | VIA ELECTRONIC MAIL |
| Justin Lim<br>jhlim@smartdevil.com | VIA ELECTRONIC MAIL |
| Jeffrey L. Moyer, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Claude M. Stern, Esquire<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon