Justin Lim & Stephen Lim
Smartdevil Inc.
2156 Rousseau, Montreal, Quebec, H8N 1K7 Canada
Tel: 514-919-9116      Email: stephen@smartdevil.com


January 27, 2010

Judge Sue L. Robinson
844 North King Street, Lockbox 18
Wilmington, Delaware, 19801 USA


Re: Girafa.com Inc vs. Amazon LLC et al., Case No. 07-787-SLR


Dear Judge Robinson,


We are responding to the application filed by Girafa to apply for Final Default Judgment against Smartdevil on Jan 22, 2010.

Smartdevil is a small Canadian company operated from home on a part-time basis. Since the first complaint from Girafa in Dec 2007, we have made every effort to seek an affordable attorney but because of our weak financial situation, we are not able to afford one or other attorneys are unwilling to represent us even until today. (See Annex 1 - financial records.)

Girafa has accused us on several points in the Jan 22, 2010 application for Final Default Judgment that we feel we deserve the chance to oppose their arguments. Because we lack the proper attorney representation, we would like to be given a chance to voice our points before your Honour can make a proper and fair judgment. We apologize if we are not going through proper procedure.


**1. Girafa claims:** "While Smartdevil complained that it could not afford to participate in the litigation, it still continued to directly compete against Girafa by participating in the infringing activitiy in the United States and has not show any indication that it will stop".

From our understanding, as long as the case is ongoing, the Court has not shown that the defendants have infringed on Girafa's patent. Thus, Smartdevil continues to operate its business as usual just as other defendants were doing to avoid disrupting our service to both our free and paying clients.

**2. Girafa claims:**
"Smartdevil cannot ignore the U.S. judicial system and at the same time continue the accused activity"

As we stated in our last letter to your Honour (April 15, 2008 - See Annex 2) "As an Internet company that is present globally, we strongly believe in **respecting laws of other countries** including the United States Laws such as copyright, taxation, patent and etc."

We feel we are being accused of ignoring the U.S. laws. In effect, we are waiting for the Court's decision if we are violating laws in the U.S. We were operating our service, just

as the other defendants were doing before their settlement with Girafa, so that our services is not disrupted to the end users.

**3. Girafa claims:** "Smartdevil's failure to appear and otherwise defend itself in this case, has deprived Girafa of any other means to vindicate its claim. Having its claim barred completely is the gravest prejudice to Girafa. *Hritz v. Woma Corp.*, 732 F.2d 1178, 1182 (3d Cir. 1984). "[T]his form of prejudice, when caused by defendant's own conduct, should weigh substantially in favor of upholding a default judgment.""

Unlike the *Hritz v. Woma Corp.* case, Smartdevil has not ignored nor forgotten to respond to the complaint. In fact, we contacted Girafa, other defendants and the Court; and appeared in conferences on numerous occasions to show our participation in this case. Our failure to appear or defend ourself in the case is due to the financial restraint as a small home-based business in Canada. Smartdevil hopes that the U.S. Judicial system has a mechanism in place to ensure fairness for small defendants who cannot afford an attorney so that they will neither be prejudiced.

**4. Girafa claims:** "The defendants may not establish a meritorious defense with "simple denials or conclusory statements". Smartdevil has failed to file any responsive pleadings or otherwise show cause why default should not be granted. Its conclusory letter to the Court of April 15, 2008 (D.I. 68), stating without basis that the Girafa patent was invalid, is insufficient to establish a meritorious defense. Smartdevil's other excuse was that it could not afford to pay for the attorneys it had approached."

Your Honour, we would like to present some facts for your viewing. We present to you our financial statement for the year-ending 2007 prepared by our accountant also show a net cash positions in 2007 and 2008. (See Annex 1)

While looking for attorneys willing to represent us in the U.S., all of them seek a retainer fee of a minimum $50,000, an amount we simply cannot afford.

**5. Girafa claims:** "Smartdevil has gone beyond simply ignoring the United States judicial system. Indeed, during the period that Smartdevil has ignored the lawsuit (2008-2009), Smartdevil has 1) actually increased the accused activity." This claim is in reference to plaintiff's footnote 6: "E.g Ran Ex. A, p. 2 ("More thumbshot users than ever before"), ("To accomodate the growing demand, we've doubled our server capacities to handle more load for everyone.")".

The quoted example and its accusation by plaintiff is completely flawed, misleading and without context to deliberately paint a negative picture of Smartdevil. The quote referring to Smartdevil "doubled our server capacities to handle more load" is from a very old announcement on our Web site dated back in **July 01, 2004** before the litigation even began. (See Annex 3)

**6. Girafa claims:** "2) [Smartdevil] continued to embed Girafa's name into its websites in hopes of diverting potential customers that are actually searching for Girafa." This claim is in reference to plaintiff's footnote 7: "Ran Ex. E ("Whether you're searching for a car, flower, photo, or girafa, thumbshots will help you find it quickly and accurately.")".

Once again, Girafa tries to paint a negative picture of Smartdevil by misleading the Court. The fact is Girafa first embedded Smartdevil's "Thumbshots" name into the Title of Girafa's http://girafa.com web pages as far back as Oct 12, 2004 and continues to do

so until today. (See Annex 4) As a competitive measure, Smartdevil only added the "girafa" keyword years later in Jan 14, 2006 and before the litigation. (see Annex 5)

**7. Girafa claims:** "3) [Smartdevil] attacked Girafa's patents in forums where there is no potential for redress against Smartdevil. Smartdevil's actions are clearly culpable." This claim is in reference to plaintiff's footnote 8: "in 2008 and 2009, Smartdevil filed five different Protests against Girafa's Canadian patent in Canadian Patent Office."

The Girafa's Canadian patent is still in the Application stage and has **not been approved** at the present time (see Annex 6). Additionally, the Canadian Intellectual Patent Office (CIPO) allows any public individual to legally protest against a patent application. (see Annex 7). The current case deals with the '904 United States patent and not the Canadian application. We don't see any relevance in plaintiff's accusation.

**8. Girafa claims:** "Smartdevil's website reports that it is "now serving over 200 million thumbshots per month", which is the amount Girafa used to amount to a lost of $860,000 in damages seeked to date.

Girafa's exaggerated calculation of the damages is based on non-factual numbers. Firstly, Girafa relies on a quoted number on a of *an announcement* in the Web page that **is undated**. Secondly, Girafa completely **ignores the definition** of the phrase "200 million thumbshots", which encompasses blank images, HTTP protocol redirects, pixel icons and unavailable images, none of which have any product resemblance to what Girafa alleges Smartdevil is infringing on the '904 patent. Thirdly, Smartdevil provides images to free and paying customers **worldwide** and the alleged infringement must only take account violations, if any, in the jurisdiction of the United States. Lastly, over 99% of images served are to non-paying customers and therefore any measurable commercial damage is much less. If the Court were to award the damages based on Girafa's erroneous method of calculation and estimation, Smartdevil will be severely compromised when the company's annual sales does not even exceed anywhere near the amount Girafa estimates (see Annex 1 for financials)

Thank you your Honour for your time. We hope our arguments above can allow you to make a proper and fair judgment. Awarding a default judgment against Smartdevil will definitely put a cease on our operations as our servers are all located in the U.S. and hence, leading to closing our entire business all together. We hope your Honour can also offer us other alternatives to a default judgment.

**Your Honor, please contact me to let me know what are our options.**

Thank you for your time and consideration.

Sincerely,

Justin Lim

Annex 1

---

**CLIENT'S COPY**
**COPIE DU CLIENT**

---

**3867145 CANADA INC.**

FINANCIAL STATEMENTS

AS AT DECEMBER 31, 2008

**YIP & ASSOCIATES**
1405 Bishop, Suite 310, Montréal, Québec, Canada H3G 2E4 Telephone: (514) 842-4810
Fax: (514) 842-9391 Email: philip.yip@bellnet.ca

## 3867145 CANADA INC.

**NOTICE TO READER** ................................................................2

**FINANCIAL STATEMENTS**

    Balance sheet ................................................................3

    Statement of income .......................................... **4**

    Statement of deficit .......................................... **5**

    Notes to financial statements ............................... **6-7**

**YIP & ASSOCIATES**
1405 Bishop, Suite 310, Montréal, Québec, Canada H3G 2E4 Telephone: (514) 842-4810
Fax: (514) 842-9391 Email: philip.yip@bellnet.ca

# YIP & ASSOCIATES

**Philip Yip B. Comm., CMA, MBA**

**Comptable en Management Accrédité / Certified Management Accountant**

**P. 2**

## NOTICE TO READER

We have complied the balance sheet of **3867145 CANADA INC.** as at December 31, 2008 and the statements of income and deficit for the year then ended from information provided by management of **3867145 CANADA INC.** We have not audited, reviewed, or otherwise attempted to verify the accuracy or completeness of such information. Readers are cautioned that these statements may not be appropriate for their purposes.

Philip Yip, C.M.A., M.B.A.
Certified Management Accountant

Montreal, Quebec
May 13th, 2009

**YIP & ASSOCIATES**
1405 Bishop, Suite 310, Montréal, Québec, Canada H3G 2E4 Telephone: (514) 842-4810
Fax: (514) 842-9391 Email: philip.yip@bellnet.ca

**3867145 CANADA INC.**

**Balance sheet**

P. 3

As at December 31, 2008

(Unaudited)

| | 2008 $ | 2007 $ |
|---|---|---|
| **ASSETS** | | |
| **Current** | | |
| Cash | 33,258 | 1,728 |
| Investment ( Note 3) | - | 92,655 |
| Recoverable taxes (A) | 2,125 | 2,267 |
| | 35,383 | 96,650 |
| **Capital assets** (Note 4) | 5,583 | 5,583 |
| | 40,966 | 102,233 |
| **LIABILITIES** | | |
| **Current** | | |
| Accounts payable & accrued liabilities (Note 5) | 11,114 | 14,324 |
| | 11,114 | 14,324 |
| **Long-term debt** (Note 6) (B) | 39,145 | 103,440 |
| | 50,259 | 117,764 |
| **SHAREHOLDER'S EQUITY** | | |
| Share capital (Note 7) | 1,000 | 1,000 |
| Deficit | (10,293) | (16,531) |
| | (9,293) | (15,531) |
| | 40,966 | 102,233 |

Net cash = A - B = (14 876)   (21 114)

APPROVED ON BEHALF OF THE BOARD

_____ , Director

SEE ACCOMPANYING NOTES

**YIP & ASSOCIATES**
1405 Bishop, Suite 310, Montréal, Québec, Canada H3G 2E4 Telephone: (514) 842-4810
Fax: (514) 842-9391 Email: philip.yip@bellnet.ca

**3867145 CANADA INC.**

**Statement of income**                                          **P. 4**

For the year ended December 31, 2008

(Unaudited)

|  | 2008 | 2007 |
|---|---|---|
|  | $ | $ |
| SALES  ✳ | **99,058** | 90,995 |
| **SELLING AND ADMINISTRATIVE EXPENSES** | | |
| Administration fee | **17,000** | 10,000 |
| Sub-contractor | **4,420** | 7,008 |
| Computer related expenses | **43,380** | 52,045 |
| Repair and maintenances | **-** | 211 |
| Telephone and communication | **4,655** | 3,243 |
| Advertising and promotion | **709** | 1,920 |
| Delivery and automobile | **1,532** | 2,757 |
| Travel and entertainment | **1,293** | 2,000 |
| Training | **-** | 298 |
| Legal and accounting | **3,435** | 1,350 |
| Office and printing | **1,774** | 1,225 |
| Donation | **100** | - |
| Taxes & License | **1,756** | 6,151 |
| Interest and other bank charges | **5,589** | 4,213 |
| Td VISA Expense | **-** | 4,409 |
|  | **85,643** | 96,830 |
| **GAIN (LOSS) BEFORE OTHER INCOME** | **13,415** | (5,835) |
| Gain (loss) on foreign exchange | **(7,177)** | (9,946) |
| Investment loss | **-** | (5,876) |
| **NET INCOME (LOSS)** | **6,238** | (21,657) |

✳   includes  sales  from  Thumbshots,  Google  ads  and  etc

SEE ACCOMPANYING NOTES

**YIP & ASSOCIATES**

1405 Bishop, Suite 310, Montréal, Québec, Canada H3G 2E4 Telephone: (514) 842-4810

Fax: (514) 842-9391 Email: philip.yip@bellnet.ca

**3867145 CANADA INC.**
**Statement of deficit**                                                    **P. 5**
For the year ended December 31, 2008
(Unaudited)

|                                        | 2008<br>$ | 2007<br>$ |
|----------------------------------------|-----------|-----------|
| BALANCE AT THE BEGINNING OF YEAR       | (16,531)  | 5,126     |
| Net Income (Loss)                      | 6,238     | (21,657)  |
| BALANCE AT THE END OF YEAR             | (10,293)  | (16,531)  |

SEE ACCOMPANYING NOTES

**YIP & ASSOCIATES**
1405 Bishop, Suite 310, Montréal, Québec, Canada H3G 2E4 Telephone: (514) 842-4810
Fax: (514) 842-9391 Email: philip.yip@bellnet.ca

**3867145 CANADA INC.**

**Notes to financial statements**                                                    P. 6

As at December 31, 2008

(Unaudited)

## 1. STATUS AND NATURE OF ACTIVITIES

The company is incorporated under the Canada Business Corporations Act and operates under the name SMARTD. It provides services to facilitate previewing of Web directories, portals and domain registrars.

## 2. ACCOUNTING POLICIES

**Capital assets**

Capital assets are recorded at cost and are depreciated according to their estimated useful life at the following methods and rates:

|                          | Method         | Rate |
|--------------------------|----------------|------|
| Machinery & equipment    | Residual Value | 20%  |

Depreciation is only taken when deemed necessary.

## 3. CURRENT ASSETS

|                     | 2008 | 2007   |
|---------------------|------|--------|
|                     | $    | $      |
| CDN Investment      | -    | 92,641 |
| Cash on USD Action  | -    | 14     |
|                     | -    | 92,655 |

## 4. CAPITAL ASSETS

|                         | 2008 | | | 2007 |
|-------------------------|------|--------------------------|--------------|------------|
|                         | Cost | Accumulated Depreciation | Net Value    | Net Value  |
|                         | $    | $                        | $            | $          |
| Equipment and furniture | 16,793 | 11,210                 | 5,583        | 5,583      |
|                         | 16,793 | 11,210                 | 5,583        | 5,583      |

Depreciation is only taken when deemed necessarily.

**YIP & ASSOCIATES**

1405 Bishop, Suite 310, Montréal, Québec, Canada H3G 2E4 Telephone: (514) 842-4810

Fax: (514) 842-9391 Email: philip.yip@bellnet.ca

**3867145 CANADA INC.**
**Notes to financial statements**                                    **P. 7**
As at December 31, 2008
(Unaudited)

| 5. ACCOUNTS PAYABLE AND ACCRUED LIABILITIES | 2008 | 2007 |
|---|---|---|
| | $ | $ |
| Accrued payable | 11,114 | 14,324 |
| | 11,114 | 14,324 |

| 6. LONG-TERM DEBT | 2008 | 2007 |
|---|---|---|
| | $ | $ |
| Loan from shareholders, bearing no interest and without fixed terms of repayment | 39,145 | 103,440 |

### 7. SHARE CAPITAL

The company is authorized to issue unlimited number of the following classes of shares with no par value.

- Common shares: Voting, participating.

- Preferred shares: Non-Voting, non-participating.

| Issued and fully paid: | 2008 | 2007 |
|---|---|---|
| | $ | $ |
| 1000 Common shares @ $1.00 per share | 1,000 | 1,000 |

### 8. STATEMENT OF CASH FLOWS

The statement of cash flows has not been prepared because it would not provide any additional useful information in understanding the financial position for the year.

YIP & ASSOCIATES
1405 Bishop, Suite 310, Montréal, Québec, Canada H3G 2E4 Telephone: (514) 842-4810
Fax: (514) 842-9391 Email: philip.yip@bellnet.ca

Stephen Lim
Smartdevil Inc.
2156 Rousseau, Montreal, Quebec, H8N 1K7 Canada
Tel: 514-823-9401      Email: stephen@smartdevil.com

Jan 26 2010

Judge Sue L. Robinson
844 North King Street, Lockbox 18
Wilmington, Delaware, 19801 USA

Re: Girafa.com Inc vs. Amazon LLC et al., Case No. 07-787-SLR (see attachment of complaint)

Dear Judge Robinson,

Since the last conference with your Honor, we contacted the plaintiff attorney to settle this but we were offered 1) to stop our service immediately without financial damages, otherwise, 2) plaintiff will seek financial damages and injunction. The plaintiff is unwilling to offer other alternatives.

**Your Honor, we plea that you set aside the default judgment** because we cannot afford to defend ourselves financially. Smartdevil believes that the Girafa patent is invalid due to the substantial prior arts obtained by us and other defendants. Additionally, the Girafa application for patent in Canada has not been approved. Smartdevil offers an Internet service that is available globally for free download and for fee. Smartdevil does not have any paid clients in Delaware

Your Honor, we would like to be given the chance for the patent to be validated via pre-trial or trial by the other defendants. Should the outcome be in favor of the plaintiff, we'll take the proper steps to respect the laws of the U.S.

To date, we always showed our **good faith** in this case. Even as a **small Canadian company without attorney**, we actively participate with other defendants in their joint defense counsel. We make appearance to conference calls, discuss matters with the plaintiff attorney and spent months searching for an US attorney without success.

As an Internet company that is present globally, we strongly believe in **respecting laws of other countries** including the US. Laws such as copyright, taxation, patent and etc. No doubt, patent litigation is the most complex and expensive in the US, we believe the Court must have in place a way for small companies like us to deal fairly in this environment.

**Your Honor, please contact me to let me know what are our options.**

Thank you for your time and consideration.

------------------
Stephen Lim


### ANNEXE 1

Smartdevil Inc. is a privately owned company incorporated in Quebec, Canada since 2001 without external fundings. The company physically operates from home located in Montreal, Quebec. We provide web thumbnail images as a free and paid service over the internet. Due to the nature of the internet, anyone from anywhere in the world is able to download our free images. The company has not been profitable since its inception and remains a small business.

**Thumbshots.com | Thumbshots.org | Research**



**Are you a visual person?** ○ Yes ○ No | Vote | Results

Announcements
Demonstration
Free Thumbshots
*Community*
Feedback
Poll Results
Sites Using Thumbshots
Success Stories
User Contributions
Webmaster Guidelines
*Support*
Attribution
Bug Reporting
Contact Us
FAQ
License
Remove Thumbshots

## Announcements

- Don't see your thumbshot? Ask us and we'll see if we can help.
- New educational thumbshots attribution now available.
- Now serving over 200 million thumbshots per month.
- Keep this service free by becoming a sponsor.
- Try thumbshots on CNET Search.com.
- Changed web site layout.
- Updated Webmaster Guidelines.
- Flash and Javascript support enhanced.
- SimpleDBM scripts v1.3 released. Minor code change.
- Success Story 2: Search engine increase traffic by 40%
- Thumbshots available in phpODP.
- Read user feedbacks about thumbshots!
- We doubled our server capacity to handle growing traffic.
- Success Story: Reacteur.com traffic increased by 60%!
- Thumbshots available in DWodp Live and Pro software!
- See the fast growing number of Sites Using Thumbshots!
- Added user-contributed files.
- Please donate to help support thumbshots.org.

Support this free service with a donation or sponsorship.

Support OTP by letting us know who uses it & get newsletter updates.

URL:

http://

Name:

Email:

| Submit |

*indicates the date 2004-07-01*



Thumbshots.org is a <u>Smartdevil Thumbshots.com</u> initiative

*annex 4*

*BROWSER TITLE*

NEWS: Girafa.com Announces Use of Girafa Thumbnail Search Images by Netscape, CompuServe, AIM, and ICQ Properties

 girafa : we visualize the web

HOME    PRODUCTS & SERVICES    COMPANY    SUPPORT



CUSTOMER LOGIN:

User: [          ]
Password: [          ]

GO!



**Add thumbnail images to your searches, bookmarks and textual URLs.**

MORE...

**FREE**
Toolbar

 
 

msn    Netscape    CompuServe
AIM    icq    NETVISION

Privacy Policy | Terms of use | Feedback | Contact Us | Jobs | Update URL | Remove URL
Copyright © 2004 Girafa.com Inc. All rights reserved.

- See next page (source code)
- The word Thumbshot gets picked up by search engines and appears on their search results page.
- This word also appears on the top of the browser.

*dated 2004-10-12*

*Source code of this web page*

girafa[1]

```
<HTML>
<HEAD>
        <BASE href='http://girafa.com/'>
<LINK rel=stylesheet type='text/css'
href=http://web.archive.org/web/20041012093210/http://girafa.com/files/girafa.css>
<LINK rel=stylesheet type='text/css'
href=http://web.archive.org/web/20041012093210/http://girafa.com/files/menu.css>
<SCRIPT language='JavaScript' type='text/javascript'
src='http://web.archive.org/web/20041012093210js_/http://girafa.com/files/valid.js'>
</script>

<TITLE>Girafa.com - We Visualize the Web. Thumbnail image service for search engines
and directories. Free toolbar.       Thumbnails screenshots snapshots
thumbshot pictures images</TITLE>


<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=iso-8859-1">
<META NAME="keywords" content="thumbnail, thumbnails, screenshot, screenshots,
snapshot, snapshots, preview, previews, visual, visualize, visually, web, search,
engine, directory, directories, site, sites, free toolbar, image, images, picture,
pictures, graphic, graphics, link, links, internet, online">
<script language="JavaScript" type="text/javascript"
src="http://web.archive.org/web/20041012093210js_/http://girafa.com/files/topmenu.js
"></script>

<script><!--
an=navigator.appName;sr='http://x3.extreme-dm.com/';srw="na";srb="na";d=document;r=4
1;function pr(n) {
d.write("<img
src=\""+sr+"n\/?tag=girafa&p=http%3A%2F%2Fwww%2Egirafa%2Ecom&j=y&srw="+srw+"&srb="+s
rb+"&l="+escape(d.referrer)+"&rs="+r+"\" height=1 width=1>");}//-->
</script><script language="javascript1.2"><!--
s=screen;srw=s.width;an!="Netscape"?srb=s.colorDepth:srb=s.pixelDepth//-->
</script><script><!--
pr()//-->
</script><noscript><img
src=http://x3.extreme-dm.com/z/?tag=girafa&p=http%3A%2F%2Fwww%2Egirafa%2Ecom&j=n
height=1 width=1></noscript>

</HEAD>
<BODY onload="initMenus();">
<CENTER>
<TABLE CELLSPACING=0 CELLPADDING=0 BORDER=0>
<TR><TD VALIGN=LEFT VALIGHN=TOP WIDTH=500><A HREF="index.acr"><IMG
SRC=/images/logobig.gif WIDTH=394 HEIGHT=51 BORDER=0></A></TD>
<TD VALIGN=TOP WIDTH=44><A HREF=/images/news.gif WIDTH=38 HEIGHT=14></TD>
<TD ALIGHN=LEFT VALIGN=TOP WIDTH=200 style='text-align: justify;'><A HREF=press.acr
CLASS=newslinks>Girafa.com Announces Use of Girafa Thumbnail Search Images by
Netscape, CompuServe, AIM, and ICQ Properties</A></TD>
</TR></TABLE>
<TABLE BORDER=0 CELLPADDING=0 CELLSPACING=0>
    <TR>
        <TD COLSPAN=3 ALIGN=CENTER VALIGN=TOP><TABLE CELLSPACING=0 CELLPADDING=0
BORDER=0>
<TR>
<TD><a href=index.acr><IMG SRC=/images/home-S.gif WIDTH=261 HEIGHT=42 BORDER=0
id="menuImg_1" class="menuImg"></A></TD>
<TD><A HREF=products.acr><IMG SRC=/images/products-S.gif WIDTH=151 HEIGHT=42
BORDER=0 id="menuImg_2" class="menuImg"></A></TD>
<TD><A HREF=about.acr><IMG SRC=/images/company-S.gif WIDTH=74 HEIGHT=42 BORDER=0
id="menuImg_3" class="menuImg"></A></TD>
<TD><A HREF=faq.acr><IMG SRC=/images/support-S.gif WIDTH=266 HEIGHT=42 BORDER=0
id="menuImg_4" class="menuImg"></A></TD>
```

Open Thumbshots - Free Web thumbnail preview image. Visualize sites in directory, search engine. Vie...   Page 1 of 2

Case 1:07-cv-00787-SLR   Document 459   Filed 04/28/10   Page 17 of 23

Annex 5

Thumbsshots.com | Thumbshots.org | Thumbshots.net | Research

# THUMBSHOTS.ORG

**Leader in web preview technology. Serving thumbshots to over 1,000 sites.**

Poll: How much will Google stock be worth at the end of 2006? --- Select --- | [Vote] Results

Home
Announcements
Demonstration
Free Thumbshots

**Community**

Feedback
Newsletters
Poll Results
Sites Using Thumbshots
Success Stories
User Contributions
Webmaster Guidelines

**Support**

Advertise & Sponsorship
Attribution
Bug Reporting
Contact Us
FAQ
License
Remove Thumbshot
Update Thumbshot

Support this free service
with a donation or
sponsorship

Support OTP by letting us
know who uses it & get
newsletter updates.

URL:

http://

Name:

Email:

[Submit]

Used by over 1000 sites

## FREE Thumbshots For Your Site

### Announcements                    Read past announcements

- New thumbshot captures at 800x600 resolution! **NEW**
- Success story: Ujiko.com introduces thumbshots... **NEW**
- Get thumbshots for your Google search. Firefox fans!
- Success story: Listings with Thumbshots Receive More Clicks
- HTTP redirection requirements for server-side caching.
- Sponsor our pages to help us!
- Search the world's largest web directory at Thumbshots.net!
- Latest poll result: 90% of responders are visual people!
- You can now manually update thumbshot.
- Don't see your thumbshot? Ask us and we'll see if we can help.

*"The thumbnail idea is a good one"* Michael Rogers, Newsweek.com
Read more user feedbacks!

Revive your directory, search engine or site with millions
of high quality thumbshots absolutely free! Hundreds of
sites are already using thumbshots like Infospace,
Thumbshots.net, CNET Search & NetworkSolutions.

### Get Free Thumbshots Now!

**FIREFOX** Get thumbnails on your Google search now. Firefox fans!

### Thumbshots Experience - Stop Guessing. Take Control!

Thumbshots are thumbnail screenshots of web pages that allow you to visualize
web sites or preview links before clicking. Thumbshots take away the guessing
and unwanted surprises from surfing the Internet. Locate relevant information
faster and easier. The end result is less frustration and increased productivity.
Our goal is to provide a *What You See Is What You Get* visual experience to
everyone, everytime and everywhere.

### About Thumbshots.org

Thumbshots.org is an open initiative by Smartdevil Thumbshots.com, the leader
in web preview technology. Giving free thumbshots is our way of contributing
back to the Internet community. This cause is made possible by volunteers,
donations, contributions and Smartdevil's leading web preview technology.

### Our Success Thanks to You

Over 6 Million people are benefiting from thumbshots every month thanks to
volunteers, sponsors and you. We deliver over 200 Million high quality
thumbnails each month and growing rapidly. We are now ranked among the top

→ dated 2006-01-14

**Our Sponsors** more info

**Press Release Distribution**
Free online Press Release
distribution by
SANEPR.com

**Tuscany Tourism**
A tourist guide about
Tuscany, Italy

Comprehensive online
poker guide and poker
directory with great
poker information.
More than 35 poker
chips retailers listed.
All ranked in real time.

**Herrenmode**
Anzuege24: Anzug,
Krawatten, Schuhe,
Hemden.

**Web Servers Help**
Help with Apache IIS
Sendmail Postfix SQL.

**Poker Codes**
Poker bonus codes for
online poker rooms.

**Backup Platinum**
Backup to CD-RW, DVD,
FTP or LAN.

**Handy Recovery**
Undelete Files. Partition
Recovery.

**WAPT**
Web Application Load and
Stress Testing.

[x]
Compare the lowest
mortgage rates instantly.
Mortgage rates are still
low. Get the best
refinance mortgage rates
for California, Florida...

**Sponsor this page!**
Support Thumbshots.org
& keep our services free!



**NetworkSolutions**

**Reacteur.com**

**BRUCE CLAY, LLC**

5,000 most popular sites on the Internet. Did you know that more people are visiting thumbshots.org than New York City? :-)



**Interesting Facts**

Did you know over 90% of users would like to see thumbnails in their favorite search engine? Click here to see other interesting information and facts related to thumbshots previews. You can learn more by searching your favorite search engine on studies related to thumbnail screenshot and the impact of preview on usability. Whether you're searching for a car, flower, photo or girafa, thumbshots will help you find it quickly and accurately. Try thumbshots research labs for more ideas.

**Related News**

- MSN Search China Goes Beta ...
- Search Engine Forums Spotlight ...
- Podcast Search Engine from PodZinger ...
- Gnoos Australian Blog Search Engine to Launch ...
- AddictingClips Video Search Powered by SearchForMedia ...

Thumbshots.org is a Smartdevil Thumbshots.com initiative



| Canadian Intellectual Property Office | Office de la propriété intellectuelle du Canada | Canadä |
|---|---|---|
| An Agency of Industry Canada | Un organisme d'Industrie Canada | |

<u>Home</u> > <u>CPD</u> > Patent Summary

## Canadian Patents Database

## Patent Summary

| **(12) Patent Application:** | <u>(11)</u> **CA 2428227** |
|---|---|
| **(54) English Title:** | A FRAMEWORK FOR PROVIDING VISUAL CONTEXT TO WWW HYPERLINKS |
| **(54) French Title:** | CADRE PERMETTANT DE FOURNIR UN CONTEXTE VISUEL A DES HYPERLIENS WEB |

**Representative Drawing**



**Abstract**

A method and a system for presenting Internet information to a user including providing to a user a visual image of a web page (101) containing at least one hyperlink, and at least partially concurrently providing a visual image of another web page (112) of at least one web site which is represented by the at least one hyperlink.

**Note: Data on abstracts and claims is shown in the official language in which it was submitted.**

Patent Details
View or Download Images
View Administrative Status
Show all claims

## Patent Details

| | |
|---|---|
| **(51) International Patent Classification (IPC):** | *G06F 17/21* (2006.01) *G06F 17/30* (2006.01) |
| **(72) Inventors (Country):** | **RAN, SHIRLI** (Israel) **BARNOON, ELDAD** (Israel) **YAROM, YUVAL** (Israel) |
| **(73) Owners (Country):** | **GIRAFA.COM INC.** (United States) |
| **(71) Applicants (Country):** | **GIRAFA.COM INC.** (United States) |
| **(74) Agent:** | **FETHERSTONHAUGH & CO.** |
| **(45) Issued:** | *(empty) indicates patent not issued see last page* |
| **(86) PCT Filing Date:** | **2001-11-06** |
| **(87) PCT Publication Date:** | **2002-05-16** |
| **Examination requested:** | **2006-08-29** |
| **(30) Availability of licence:** | **N/A** |
| **(30) Language of filing:** | **English** |

| | |
|---|---|
| **Patent Cooperation Treaty (PCT):** | **Yes** |
| **(86) PCT Filing Number:** | **PCT/IL2001/001031** |
| **(87) International Publication Number:** | **WO2002/039207** |
| **(85) National Entry:** | **2003-05-07** |

**(30) Application Priority Data:**

| Application No. | Country | Date |
|:---:|:---:|:---:|
| 09/708,191 | United States | 2000-11-08 |

## View or Download Images

Click on a link under View Patent Image to view a section of the image or click on a link under Download Patent Image in PDF format to download a section of the image in PDF format. PDF files can be viewed, saved, and printed using Adobe Acrobat Reader . Adobe Acrobat Reader is available for free download from Adobe's Web site.

If you have any difficulty accessing content, you can call the Client Service Centre at (819) 997-2985 or send them an e-mail at CIPO Client Service Centre.

| View Patent Image | Download Patent Image in PDF Format | Size of Image (KB) | Number of Pages |
|:---:|:---:|:---:|:---:|
| Cover Page | Cover Page | 41 | 1 |
| Abstract | Abstract | 66 | 2 |
| Claims | Claims | 256 | 6 |
| Description | Description | 739 | 13 |
| Drawings | Drawings | 209 | 11 |
| Representative Drawing | Representative Drawing | 20 | 1 |

Last Updated: 2010-01-27

Case 1:07-cv-00787-SLR Document 459    Filed 01/28/10    Page 22 of 23

### (74) Agent ▲

The name of the patent agent or patent agent company that represented the owner in front of the Patent Office.

### (45) Issued ▲

The date an application becomes a patent.

### Reissued ▲

The date that the patent was reissued after the original patent was surrendered by the patentee. For patents that were filed on or after October 1,1989, the number remains the same as the original patent. For patents that were filed before October 1,1989, the patent reissues with a new number. In both cases the term of the patent remains the same as the original patent.

A reissue can occur occasionally and under strict conditions, when a patentee surrenders what is believed to be a defective patent to the Patent Office in order to have the defect fixed. The surrendered patent undergoes further examination and may subsequently be re-allowed and reissued.

On extremely rare occasions a patent document may have multiple reissued dates. This site displays only the last reissue date. In order to determine if the patent has been reissued more than once, the cover page image of the patent must be accessed.

### (22) Filed ▲

The date the patent application was filed. If it is PCT originating application, then it is the same date as the PCT filing date.

On this site, for divisional patents, where the application was filed before October 1, 1989, the date recorded as the filing date may be the date the divisional application was received, rather then the legal filing date of the parent application.

### (41) Open to Public Inspection ▲

Patent applications filed since October 1, 1989, are open to public inspection.

Applications filed on or after October 1, 1989, are made available to the public 18 months after the priority date, or, if there is no priority, 18 months after the filed date, unless the applicant has requested an earlier open to public inspection date.

If the application is PCT originating, then the open to public inspection date will normally be the same as the (87) PCT publication date.

### Examination Requested ▲

The date on which a request was made to have an application examined. This applies only to applications filed on or after October 1, 1989. For applications filed on or after October 1, 1996, the request must be made within 5 years from the filed date of the application. For applications filed between October 1, 1989 and September 30, 1996, the request must be made within 7 years from the filing date of the application.

### Re-examination Certificate ▲

Annex 7

## Filing prior art and protests

After your patent application is made available to the public, anyone may raise questions about the patentability of your invention or one of its claims by filing "**prior art**" — information that might cause the patent examiner to object to one or more of your claims. The **prior art** can be patents, patent applications that have been open to public inspection, and published material that has a bearing on the case.

Anyone may also file a **protest** against the granting of a patent. Such protests will be made available to the public.

## Advanced examination

You may have special reasons for wanting an early examination of your application. Perhaps you expect competition soon, or you hope to establish a business once you have received protection for your invention. If your case is exceptional in this way, you may ask for **advanced examination**. An **extra fee** will apply.

**Note:** An advanced examination request will not be considered unless the application has been laid open to public inspection and a request for examination has been made.

# What to do if your claim is rejected

The patent examiner often will object to some claims. The examiner may find previous patents or publications that show every feature of one or more claims in your application. Or, the examiner may feel some claims would be obvious to a person with ordinary skills in the field. The examiner's objection will be outlined in a report or letter called a "**Patent Office action**," which will provide objections, as well as a date for reply. The action may object to your whole application, or only some claims, or it may ask for other changes in your application.

## Responding to the examiner's objections

Don't feel discouraged if the examiner objects to some of your claims. You may respond to the objections as long as you do so within the period specified in the action. You or your patent agent must send the response to the Commissioner of Patents.

The response may ask the Commissioner to amend your application by changing or cancelling some claims, or adding new claims. You must meet or overcome each objection raised by the examiner.

## Helping your agent with amendments

Your agent will carefully study the Patent Office action to help you decide whether to proceed, amend or abandon your application now. If you decide to continue, you may be able to help prepare an amendment letter to point out the new features and advantages of your invention, as compared to others listed in the Patent Office action. Let your agent know quickly if you want to make changes to your invention, as she or he may recommend filing a new application.

## Reconsideration by the examiner

Once the examiner receives your response, she or he will study it and prepare a second Patent Office action. This may be a "notice of allowance" informing you that your application is allowable, or it may be a call for further amendments. This exchange of Patent Office actions and responses may be repeated until the examiner allows your application, or states that the action is final.

# Appeals process

If the examiner makes a final objection to your application, you have the right to appeal to the Commissioner of