IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., </br></br> Plaintiff, </br></br> v. </br></br> IAC SEARCH & MEDIA, INC. and </br> SMARTDEVIL, INC., </br></br> Defendants. | ) </br> ) </br> ) </br> ) C.A. No. 07-787-SLR </br> ) </br> ) </br> ) TRIAL BY JURY DEMANDED </br> ) </br> ) </br> ) |

## NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE that, effective March 11, 2010, the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP has changed its name to Quinn Emanuel Urquhart & Sullivan, LLP. The Firm's address, telephone number and facsimile number remain the same.

OF COUNSEL:

Claude M. Stern
Jennifer A. Kash
Antonio Sistos
Quinn Emanuel Urquhart &
Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600

Dated: March 12, 2010

/s/ Anne Shea Gaza
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7525

*Attorneys for IAC Search & Media, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2010, I caused to be served by **electronic mail** the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven J. Balick, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

I hereby certify that on March 12, 2010, I sent by **first class mail** the foregoing document to the following non-registered participants:

William H. Mandir, Esquire
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037

Justin Lim
Smartdevil Inc.
2156 Rousseau
Montreal Quebec H8N 1K7
CANADA

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com