IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-787-SLR |
| | ) |
| IAC SEARCH & MEDIA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 12th day of March, 2010, having considered the status letter submitted by counsel advising that an agreement in principle to resolve all claims has been reached;

IT IS ORDERED that defendant's motion for summary judgment (D.I. 317) is denied without prejudice to renew.

_____
United States District Judge