IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-787-SLR ) |
| SMARTDEVIL INC., et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 12th day of March, 2010, defendant having filed a motion to set aside default order and relieve judgment on March 4, 2010;

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **April 12, 2010.**

2. Defendant may file and serve a reply brief on or before **April 26, 2010.**

IT IS FURTHER ORDERED that the hearing on plaintiff's pending motion for default judgment which was originally scheduled for March 16, 2010 is hereby cancelled.

_____
United States District Judge