**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GIRAFA.COM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-787-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| SMARTDEVIL INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff, Girafa.com, Inc., hereby respectfully requests oral

argument on Defendant Smartdevil Inc.'s motion to set aside default order and relieve judgment

(D.I. 463), which has been fully briefed.


ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Girafa.com Inc.*

*Of Counsel:*

William H. Mandir
John F. Rabena
Chandran B. Iyer
Shahrzad Poormosleh
Ryan M. Corbett
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., N.W.
Washington D.C.  20037
(202) 293-7060
wmandir@sughrue.com
jrabena@sughrue.com
cbiyer@sughrue.com
spoormosleh@sughrue.com
rcorbett@sughrue.com

Dated:  May 3, 2010