IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-787-SLR |
| SMARTDEVIL INC., | ) |
| Defendant. | ) |

**DEFENDANT SMARTDEVIL INC. REPLY TO DENY GIRAFA.COM INC.'S REQUEST FOR ORAL ARGUMENT**

Smartdevil Inc. ("Smartdevil") respectfully requests the Court to deny plaintiff Girafa.com Inc's ("Girafa") request for oral argument because Smartdevil would be unfairly prejudiced as we do not have legal counsel representation. Both sides have been given fair opportunities to lay out arguments and facts for the Court to make a fair judgment.

Pursuant to Local Rule 7.1.4, the "application to the Court for oral argument shall be in writing and shall be made no later than 3 days after service of a reply brief". The last service of reply brief (D.I. 469) was on April 24, 2010 or 10 days from Girafa's application for oral argument on May 3, 2010.

DEFENDANT(S)

_[signature]_

STEPHEN LIM

Dated: May 4, 2010

## CERTIFICATE OF SERVICE

In support of **SMARTDEVIL'S REPLY TO DENY GIRAFA.COM INC.'S REQUEST FOR ORAL ARGUMENT** dated May 4, 2010, Defendant(s) hereby certify that a copy of the attached letter and Exhibits have been sent to the following counsel of record at the address indicated below and in the manner indicated:

| | |
|---|---|
| Steven J. Balick (sbalick@ashby-geddes.com) | VIA ELECTRONIC MAIL |
| John G. Day (jday@ashby-geddes.com) | VIA ELECTRONIC MAIL |
| Tiffany G. Lydon (tlydon@ashby-geddes.com) | VIA ELECTRONIC MAIL |
| William H. Mandir (wmandir@sughrue.com) | VIA ELECTRONIC MAIL |
| John F. Rabena (jrabena@sughrue.com) | VIA ELECTRONIC MAIL |
| Chandran B. Iyer (cbiyer@sughrue.com) | VIA ELECTRONIC MAIL |
| Shahrzad Poormosleh (spoormosleh@sughrue.com) | VIA ELECTRONIC MAIL |
| Ryan M. Corbett (rcorbett@sughrue.com) | VIA ELECTRONIC MAIL |

DEFENDANT(S)

_/s/ Stephen Lim_

STEPHEN LIM