IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GIRAFA.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 07-787-SLR |
| | ) |
| IAC SEARCH & MEDIA, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

## STIPULATED MOTION FOR DISMISSAL

Plaintiff Girafa.com, Inc. ("Girafa") and defendant IAC Search & Media, Inc. ("IACSAM"), pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), hereby move for an order dismissing all claims by Girafa against IACSAM in this action WITH PREJUDICE, and dismissing all counterclaims by IACSAM against Girafa in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration the Stipulated Motion for Dismissal of all claims asserted by plaintiff Girafa.com, Inc. ("Girafa") against defendant IAC Search & Media, Inc. ("IACSAM") in this action with prejudice, and for dismissal of all counterclaims asserted by IACSAM against Girafa without prejudice, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by Girafa in this action against IACSAM are hereby dismissed with prejudice, and that all counterclaims asserted by IACSAM in this action against Girafa are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Anne Shea Gaza* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Jeffrey L. Moyer (I.D. #3309) |
| John G. Day (I.D. #2403) | Anne Shea Gaza (I.D. #4093) |
| Tiffany Geyer Lydon (I.D. #3950) | One Rodney Square |
| 500 Delaware Avenue, 8th Floor | 920 N. King Street |
| P.O. Box 1150 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 651-7700 |
| (302) 654-8347 | |
| | *Of Counsel:* |
| *Of Counsel:* | |
| | QUINN EMANUEL URQUHART |
| SUGHRUE MION, PLLC |   & SULLIVAN, LLP |
| William H. Mandir | Claude M. Stern |
| John F. Rabena. | Jennifer A. Kash |
| 2100 Pennsylvania Avenue, N.W. | 50 California Street, 22nd Floor |
| Washington, D.C. 20037 | San Francisco, CA 94111 |
| (202) 756-0058 | (415) 875-6600 |
| *Attorneys for Plaintiff, Girafa.com, Inc.* | *Attorneys for Defendant, IAC Search & Media, Inc.* |

SO ORDERED this _____ day of _____, 2010.

_____
The Honorable Sue L. Robinson