# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 22, 2010

The Honorable Sue L. Robinson  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re: *Girafa.com, Inc. v. IAC Search & Media, Inc., et al.,*  
C.A. No. 07-787-SLR

Dear Judge Robinson:

Today we are filing a stipulated dismissal as to defendant IAC Search & Media, Inc. Upon the approval of this dismissal, the only remaining defendant in the case will be Smartdevil Inc. Girafa's motion for entry of default judgment (D.I. 451) and Smartdevil's motion to set aside default order and relieve judgment (D.I. 463) are fully briefed and currently pending.

Respectfully,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

cc: Anne Gaza, Esquire (via electronic mail)  
Claude M. Stern, Esquire (via electronic mail)  
John F. Rabena, Esquire (via electronic mail)  
Stephen Lim (via electronic mail)

{00418009;v1}